Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | Roman Catholic Archdiocese of Agana |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 66-0480280 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **196 Cuesta San Ramon Ste B, Hagatna, GU 96910-4000** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Guam** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.aganaarch.org |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 16, 2019**
MM / DD / YYYY

**X** **/s/ Rev. Archbishop Michael Jude Byrnes, S.T.D.**

Signature of authorized representative of debtor

**Rev. Archbishop Michael Jude Byrnes, S.T.D.**

Printed name

Title  **Archbishop of Agana**

**18. Signature of attorney**

**X** **/s/ Bruce A. Anderson**

Signature of attorney for debtor

Date  **January 16, 2019**
MM / DD / YYYY

**Bruce A. Anderson**
Printed name

**Elsaesser Anderson, Chtd.**
Firm name

**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
Number, Street, City, State & ZIP Code

Contact phone  **(208) 667-2900**   Email address  **brucea@eaidaho.com**

**GU**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

United States Bankruptcy Court for the:    DISTRICT OF GUAM

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 16, 2019**     X **/s/ Rev. Archbishop Michael Jude Byrnes, S.T.D.**
                                       Signature of individual signing on behalf of debtor

                                       **Rev. Archbishop Michael Jude Byrnes, S.T.D.**
                                       Printed name

                                       **Archbishop of Agana**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF GUAM** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Guam P.O. Box BW Hagatna, GU 96932** | | **Unsecured bank loans, See Exhibit 5** | | $12,377,018.29 | $5,288,461.24 | **$7,073,045.38** |
| **Claimant A.A. c/o David Lujan, Lujan and Wolff 238 Archbishop Flores St., #300 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant A.J.A. c/o David Lujan, Lujan and Wolff 238 Archbishop Flores St., #300 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant Andy c/o David Lujan, Lujan and Wolff 238 Archbishop Flores St., #300 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**
   Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claimant D.D.** **c/o David Lujan,** **Lujan and Wolff** **238 Archbishop** **Flores St., #300** **Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant EFG** **c/o David Lujan,** **Lujan and Wolff** **238 Archbishop** **Flores St., #300** **Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant F.M.** **c/o David Lujan,** **Lujan and Wolff** **238 Archbishop** **Flores St., #300** **Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant F.S.** **c/o David Lujan,** **Lujan and Wolff** **238 Archbishop** **Flores St., #300** **Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant J.C.C.** **c/o David Lujan,** **Lujan and Wolff** **238 Archbishop** **Flores St., #300** **Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
        **Michael Jude Byrnes, Coadjutor Archbishop of Agana**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claimant J.E.**<br>**c/o David Lujan,**<br>**Lujan and Wolff**<br>**238 Archbishop**<br>**Flores St., #300**<br>**Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant J.E.L.**<br>**c/o David Lujan,**<br>**Lujan and Wolff**<br>**238 Archbishop**<br>**Flores St., #300**<br>**Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant J.Q.G.**<br>**c/o David Lujan,**<br>**Lujan and Wolff**<br>**238 Archbishop**<br>**Flores St., #300**<br>**Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant J.V.C.**<br>**c/o David Lujan,**<br>**Lujan and Wolff**<br>**238 Archbishop**<br>**Flores St., #300**<br>**Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant M. S. - Estate of G.B**<br>**c/o David Lujan,**<br>**Lujan and Wolff**<br>**238 Archbishop**<br>**Flores St., #300**<br>**Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Claimant M.F.T. c/o Michael Berman 111 Chalan Santo Papa, Ste. 503 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant M.M.A. c/o David J. Lujan, Lujan and Wolff 238 Archbishop Flores St., Ste. 300 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant MCA c/o David Lujan, Lujan and Wolff 238 Archbishop Flores St., #300 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant R.S.L. c/o Michael Berman 111 Chalan Santo Papa, Ste. 503 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Claimant T.G.P. c/o David Lujan, Lujan and Wolff 238 Archbishop Flores St., #300 Hagatna, GU 96910** | | **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
        **Michael Jude Byrnes, Coadjutor Archbishop of Agana**
        Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Claimant V.P. c/o David Lujan, Lujan and Wolff 238 Archbishop Flores St., #300 Hagatna, GU 96910 | | Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | Contingent Unliquidated Disputed | | | $100,000.00 |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................   $    **17,534,265.59**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................   $    **5,428,420.43**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................   $    **22,962,686.02**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    **18,789,896.21**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    **26,873,045.38**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b     $    **45,662,941.59**

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $1,200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Guam**<br>**Chalan Santo Papa Juan Pablo Dos**<br>**Hagåtña, 96910, Guam** | Checking | 9073 | $42,154.51 |
| 3.2. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam** | Checking | 1430 | $1,976,127.87 |
| 3.3. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Originally set up for the Annual Appeal Collections** | Checking | 3050 | $49,150.19 |
| 3.4. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Umatuna Se Yuos transactions** | Checking | 4294 | $48,152.98 |

Debtor   **Archbishop of Agana, a Corporation Sole, Most Rev.**      Case number *(if known)*  _____
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**

   Name

| | | | | |
|---|---|---|---|---|
| 3.5. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Victims Fund** | Checking | 3412 | $16,105.14 |
| 3.6. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Vocations' Fund** | Checking | 4545 | $43,293.11 |
| 3.7. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Canonization Fund** | Checking | 7301 | $3,964.54 |
| 3.8. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**RMS** | Checking | 9082 | $4,977.89 |
| 3.9. | **Bank Pacific**<br>**Aspinall Avenue**<br>**Hagåtña, 96910, Guam**<br>**Educational Endowment Fund** | Money Market | 0248 | $50,986.04 |
| 3.10. | **Coast 360 Federal Credit Union**<br>**450 Route 8**<br>**Maite, Guam 96910** | Savings | 8472 | $211.28 |
| 3.11. | **Bank Pacific**<br>**Aspinall Avenue**<br>**Hagåtña, 96910, Guam**<br>**Marriage Tribunal account** | Checking | 6020 | $23,306.02 |
| 3.12. | **Bank of Hawaii**<br>**2F Prometric Testing Center**<br>**Hagåtña, Guam**<br>**General Fund** | TCD | 5551 | $17,570.19 |
| 3.13. | **Bank of Hawaii**<br>**2F Prometric Testing Center**<br>**Hagåtña, Guam**<br>**Building for Sasahjan** | TCD | 5288 | $55,324.23 |
| 3.14. | **Bank of Guam**<br>**Chalan Santo Papa Juan Pablo Dos**<br>**Hagåtña, 96910, Guam** | Checking | 3206 | $63,615.99 |
| 3.15. | **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Pontifical Holy Childhood** | TCD | 2656 | $9,815.07 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**
Name

Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 3.16. | **Bank Pacific**<br>**Aspinall Avenue**<br>**Hagåtña, 96910, Guam**<br>**General Fund** | **TCD** | **0763** | **$9,159.38** |
| 3.17. | **Personal Finance Center**<br>**126 Chalan San Antonio**<br>**Tamuning, 96913, Guam**<br>**Marriage Tribunal** | **TCD** | **2599** | **$15,560.29** |
| 3.18. | **Personal Finance Center**<br>**126 Chalan San Antonio**<br>**Tamuning, 96913, Guam**<br>**Marriage Tribunal** | **TCD** | **2599** | **$13,530.21** |
| 3.19. | **Bank of Hawaii**<br>**2F Prometric Testing Center**<br>**Hagåtña, Guam**<br>**Employment Tax Fund** | **Checking** | **1263** | **$79,039.14** |
| 3.20. | **Bank of Guam**<br>**Chalan Santo Papa Juan Pablo Dos**<br>**Hagåtña, 96910, Guam** | **Checking** | **6992** | **$53,773.17** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | |
   |---|
   | $2,577,017.24 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of prepayment

| | | |
|---|---|---|
| 8.1. | **Risk Partner**<br>**Asset management annual subscription** | **$6,500.00** |
| 8.2. | **TransPacific Insurance Brokers**<br>**300 W Marine Corps Dr Apt N.A**<br>**Hagatna Guam GU 96910-5086**<br>**Property Insurance** | **$27,887.00** |
| 8.3. | **National Catholic Services**<br>**Virtus online subscription** | **$1,800.00** |

Debtor    **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**      Case number *(If known)*
       Name

|       | **SmartSheet** |  |
|-------|----------------|--|
| 8.4.  | **Holder of electronic files and sheet monitoring** | **$747.00** |

**9.**    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      **$36,934.00**

| Part 3: | **Accounts receivable** |
|---------|-------------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:    **385,538.59**   -   **0.00**   = ....   **$385,538.59**
         face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    **1,855,419.29**   -   **0.00**   =....   **$1,855,419.29**
         face amount      doubtful or uncollectible accounts

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$2,240,957.88**

| Part 4: | **Investments** |
|---------|-----------------|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 14.1. | **El Paso Stocks** | **Market Value** | **$524.16** |
| 14.2. | **Northrop Grumman Stocks** | **Market Value** | **$2,938.76** |
| 14.3. | **Huntington Ingalls Stocks** | **Market Value** | **$372.32** |
| 14.4. | **Investment Account with Raymond James Financial Archbishop Flores Memorial Scholarship Fund - restricted fund** | **Market Value** | **$123,186.94** |

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| 14.5. | **Investment Account with Raymond James Financial Ana & Leon Flores Catholic Scholarship Fund - restricted fund** | **Market Value** | **$123,186.72** |
| 14.6. | **Investment Account with Raymond James Financial Bishop Baumgarter Memorial Scholarship Fund - restricted fund** | **Market Value** | **$46,653.76** |
| 14.7. | **Investment Account with Raymond James Financial Helen Carriveau LG Scholarship Fund - restricted fund** | **Market Value** | **$155,686.94** |
| 14.8. | **Investment Account with Bank of Guam - BOG Stock Former Redemptoris Mater Seminary Estate** | **Market Value** | **$5,000.00** |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                      % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

| | $457,549.60 |
|---|---|

Add lines 14 through 16. Copy the total to line 83.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Misc. Office Furniture** | **$0.00** | **Book Value** | **$11,026.50** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**     Case number *(If known)* _____

Name

| | | | |
|---|---|---|---|
| Computers and Office Equipment | $0.00 | | $15,266.58 |

| | | | |
|---|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
| | 42.1.   Various Collectibles - See Exhibit 1 | $0.00 | Internal Est. | $9,100.00 |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | $35,393.08 |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white">**Part 8:**</div>   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Various Vehicles, See Exhibit 2 | $36,108.87 | Kelly Blue Book | $68,785.00 |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Kohler 60 REOZIC Generator | $0.00 | Book Value | $3,683.63 |
| Automatic transfer switch for generator - not installed | $0.00 | Book Value | $3,400.00 |
| Automatic transfer switch for generator - not installed | $0.00 | Book Value | $4,700.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $80,568.63 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Various Real Property, See Exhibit 3**<br>**Valuation is Broker's Price Opinion as available**<br>**Net Book Value not available** | Fee Simple | $0.00 | | $15,080,000.00 |
| 55.2. **Chancery Buildings and Improvements. See Exhibit 4** | Fee Simple | $2,454,265.59 | Net Book Value | $2,454,265.59 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $17,534,265.59 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,577,017.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $36,934.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,240,957.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $457,549.60 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,393.08 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,568.63 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $17,534,265.59 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,428,420.43 | + 91b. $17,534,265.59 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,962,686.02 |

ARCHDIOCESE OF AGANA
Part 7: Office Furniture, Fixtures, and Equipment; Collectibles          EXHIBIT 1
Page 8, Line 1                                                                                    *All values are best guest estimate. There is no cursory available to provide value appraisal.*
Collectibles (antiques and figurines, artwork, books, pictures, stamp collections, memorabilia, etc.)

| Type of Property | Do you Own this Property Yes or No? | Description | Vendor | Original Date of Acquisition | Useful Life | Salavge Value | Annual Depreciation | Accumulated Depreciation | Net Book Value | Depreciation Schedule Available (Yes or No) | Valuation Method |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Various Collectibles | Yes | Christmas table linens | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Table Linens | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Linen with coat of arms | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Stole | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Banner with coat of Arms | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Vatican Flag | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Framed Resolution of the Legislature re: National Day of Prayer | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Framed Picture of St. Pope John Paul II w/crowd in from of Cathedral | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Framed Print of Bl. Diego San Vitore | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Lladro Figurines | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Goebel Figurines | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Commenorative Plate - St. Pope John Paul II | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Sand Art Mosaics | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 500.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Ceramic Wall Hanging - Nativity | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Wooden Music Décor Figurines | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Sceramic Statute of Mary, Infant and Shepard Boy | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Brass Candle Sticks | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 500.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Clay Vase - Red w/ Asian Motif | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Clay Vase - Black with Bamboo Motif | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Statue Ensamble - Memorial of St. Pope John Paul II | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Crystal Crucifix | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Statue Ensamble - Nativity | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Statue of Nativity | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Framed Picture of the Dulce Nombre de Maria Cathedral Basilica | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Outdoor Bronze Statue of St. Pope John Paul II in front of Chancery Bldg. | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Bronze Wall Plaque Commemorating St. Pope John Paul II's stay at the Archbishop's Residence | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Wooden Canopy above Residence Chapel | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Wooden & Bronze Crucifix | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Vestment - Lace Alb s | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Picture of St. Pope John Paul II - Signed by ST. JP II | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 500.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Wooden Grndfather Clock | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Wooden Wall Figurine of Sacred Heart | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Brass Urn / inscription dated 1955 | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 500.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Statue of Christ the King | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Framed Print of Salvador Dali's Christ of St. John of the Cross | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Miscellaneous Sacramentals from Chapel | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Wooden Wall Figure - Ascension of Jesus | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 200.00 | None | Best Guest Estimate |
| Various Collectibles | Yes | Brass Commemorative Plaque | Unknown | Unknown | Unknown | Unknown | Unknown | Unknown | $ 500.00 | None | Best Guest Estimate |
| | | **TOTAL** | | | | | | | $ 9,100.00 | | |

EXHIBIT 2

| Description | Entity Name | Assigned To | Net Book Value | Kelly Blue Book Value |
|---|---|---|---|---|
| 2016 Subaru Forester 2.5I | Chancery Office | Archbishop Michael J. Byrnes | $17,191.82 | $16,456.00 |
| 2008 Hyundai Accent 3 DR Hatchback | Chancery Office | Fr. Manuel Trenchera | $0.00 | $944.00 |
| 2014 Hyundai Elantra Sedan | Chancery Office | Fr. Francesco Asproni | $6,767.05 | $9,032.00 |
| 2015 Hyundai Elantra Sedan | Chancery Office | Fr. Ronald Richards | $8,850.00 | $8,875.00 |
| 2010 Hyundai Accent 3 DR | Chancery Office | Company Car | $0.00 | $1,498.00 |
| 2013 KIA Rio Wagon | Chancery Office | Company Car | $1,741.68 | $4,418.00 |
| 2008 KIA Sorento 4DR Wagon | Chancery Office | Fr. Tom McGrath | $1,558.32 | $2,335.00 |
| 2015 KIA Sportage Wagon | Chancery Office | Fr. Jeffrey C. San Nicolas | | $11,880.00 |
| 2016 Hyundai Tucson Wagon Silver | Chancery Office | Fr. Romeo Convocar | | $13,347.00 |
| | | | $36,108.87 | $68,785.00 |

| PROPERTY EFILE PREFIX (ABCX) | LOT IDENTIFIER OR LEGAL DESCRIPTION (Lot__, Block__, | DOCUMENT NUMBERS | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| AGA1 | Lot 237-1, Agana | Estate No. 2215; E.G.O No. 293; L237-1 (Vol. 16, Page 213) | Roman Catholic Apostolic Church | Leased to Civille & Tang (Law Office Building (3 Floors); Parking Lot) | See AGA3 |
| AGA13 | Lot 8-1, Block 22, Hagatna | | Archdiocese of Agana | Ministry to the Homeless Soup Kitchen | $450,000.00 |
| AGA15 | Lot 718-1-1, Agana | 15358; 18-14349-GU | The Catholic Church of Guam | Leased to Civille & Tang (Law Office Building (3 Floors); Parking Lot) | See AGA3 |
| AGA2 | Lot 718-1-2, Agana | 15358; 27964 | Bishop of Guam | Leased to Civille & Tang (Law Office Building (3 Floors); Parking Lot) | See AGA3 |
| AGA3 | Lot 1 NEW, Block 9, Agana (Consolidated from Lots 1, 2, 3, 4, 15 and 16) | 516478; 10371; 18-12702-GU | Archbishop of Guam | Leased to Civille & Tang (Law Office Building (3 Floors); Parking Lot) | $1,050,000.00 |
| AGA5 | Lot 1096, Agana | 9911 | Roman Catholic Apostolic Church in Guam | Leased to Civille & Tang (Law Office Building (3 Floors); Parking Lot) | See AGA3 |
| AGT1 | Lot 306-4-2NEW, Agat | 500086; 545099; 476423; 500085 | Archbishop of Agana | Santa Ana Chapel | $60,000.00 |
| AGT10 | Lot 19, Block 26, Agat | UNK | A. W. Baumgartner, Corporate Sole | | $210,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| AGT2 | Lot 5, Agat (18% undivided interest) | 263152 | Bishop of Guam | | $5,000.00 |
| AGT4 | Lot 143, Salinas, Agat | 18-11797-GU; 9439 | The Roman Catholic Apostolic | | $30,000.00 |
| BAR1 | Lot 1, Block 2, Tract 1534, Mangilao | 275001; 297075; 261529; 18-11578-GU | Bishop of Guam | | $30,000.00 |
| BAR2 | Lot 2, Block 2, Tract 1534, Mangilao | 275001; 297075; 261529; 18-11579-GU | Bishop of Guam | | $30,000.00 |
| BAR3 | Lot 3, Block 2, Tract 1534, Mangilao | 275001; 297075; 261529; 18-11580-GU | Bishop of Guam | | $30,000.00 |
| BAR4 | Lot 4, Block 2, Tract 1534, Mangilao | 275001; 297075;18-11581- GU; 261529 | Bishop of Guam | | $30,000.00 |
| BAR5 | Lot 2264-1-2, Barrigada | 278821; 17-8202-GU; 58234; 278820; 9065; 278823; 278822; | Bishop of Guam | | $80,000.00 |
| BAR6 | Lot 2360-16, Barrigada | 654484; 8813 & 487181; 17-8229-GU | Archbishop of Agana | Building | $160,000.00 |
| CHA | Lot 3200B-REM-NEW, Sinajana | 21118; 528568; 17-10484-GU; I4-95T9593; 535518; 853008; 847240 | Archdiocese of Agana | Chancery; Archbishop's Residence | $2,000,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| MAC1 | Lot 10077-1NEW-5, Machanao | 365314; 5202 | Diocese of Agana | | $35,000.00 |
| MER1A & B | Lot 501 (A) and Lot 501 (B), Gugae, Merizo (1/2) | 17-8290-GU; 608445; 616352; 616353; 616354; 616355; 616356; F-15 M-4 | Archdiocese of Agana | | $480,000.00 |
| TAM1 | Lot 1-NEW, Block 2, Tract 259, Tamuning | 816456; 712523; 702209; 672686; 288054; 99072; 2239; | Bishop of Guam | Leased to Takecare Insurance | $ 3,500,000.00 |
| TUM1 | Lot 5060-A, Tumon, Dededo | 21132; 93949 | Roman Catholic Church | San Vitores Shrine; Leased to Guam Reef Hotel | $1,800,000.00 |
| YON1 | Lot 90-2-R1-RNEW-1-R/W, Yona, GU | 17-8519-GU; 829322; 665749; 10839 1/2 | Archbishop of Guam | RMS | See YON4 |
| YON2 | Lot 90-2-R1-RNEW-2-R/W, Yona, GU | 17-8519-GU; 829322; 665749; 10839 1/2 | Archbishop of Guam | RMS | See YON4 |
| YON3 | Lot 90-2-R1-RNEW-3, Yona, GU | 17-8519-GU; 829322; 665749; 10839 1/2 | Archbishop of Guam | RMS | See YON4 |
| YON4 | Lot 90-2-R1-RNEW-R3, Yona | 17-8519-GU; 829322; 665749; 10839 1/2 | Archbishop of Guam | RMS | $5,000,000.00 |
| YPN1 | Lot 9-20, Tract 142, Ypan, Talofofo | 283929; 17-8532-GU | Bishop of Guam | | $100,000.00 |

**Part 9: Real Property**
**Page 9, Line 5 ; Page 10, Line 1-5**
**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Type of Property | Use | Prefix | Depreciation Schedule Available Yes or No | Curent Value | Valuation Method |
|---|---|---|---|---|---|
| Building | Adoration Chapel | | Yes | 39,400.00 | Straight line Method |
| Building | Chancery Bldg | | Yes | 289,746.86 | Straight line Method |
| Building | RM Seminary | | Yes | 883,929.00 | Straight line Method |
| Building | MCS building | | Yes | 628,617.72 | Straight line Method |
| Building | SJPG Seminary bldg | Parish held in trust | Yes | 415,280.76 | Straight line Method |
| Improvement | Chancery office renovation | | Yes | 169,595.77 | Straight line Method |
| Improvement | Outside toilet | Land & Building / | Yes | 3,258.00 | Straight line Method |
| Improvement | Chancery office capital improvement | | Yes | 8,739.32 | Straight line Method |
| Improvement | Renovation of Episcopal residence | | Yes | 12,857.11 | Straight line Method |
| Improvement | Supply & installation of aluminum glass door & windows at Episcopal Residence | | Yes | 2,841.05 | Straight line Method |
| | | | | | |
| | | | | | |
| | | | | 2,454,265.59 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Includes Land Improvements and Building and Building Improvements and CIP lapsing schedule*          Note: NBV as of 10/31/2018

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**   **Bank of Guam**
Creditor's Name

**P.O. Box BW**
**Hagatna, GU 96932**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Various**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Bank Accounts of Debtor and Bank Accounts held in Trust for Parishes and Schools, See Exhibit 5**

Describe the lien
**Secured by Right of Setoff On Debtor and non-debtor Bank Accounts**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

    **$12,493,815.96**     **$5,288,461.24**

**2.2**   **Bank of Guam**
Creditor's Name

**P.O. Box BW**
**Hagatna, GU 96932**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016**
Last 4 digits of account number
**5264**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2016 Hyundai Tuscon auto loan**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

    **$5,044.97**     **$13,347.00**

**Debtor**    **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**      Case number (if know) _____

Name

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of Hawaii** | Describe debtor's property that is subject to a lien | $242,781.05 | $242,781.05 |

Creditor's Name

**Right of Setoff**

**PO Box 2715**
**Honolulu, HI 96803**

Creditor's mailing address

**Describe the lien**

**Accounts at Bank of Hawaii**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**3/31/2016**

**Last 4 digits of account number**

**9014**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Hawaiian Bank** | Describe debtor's property that is subject to a lien | $2,064,737.87 | $2,064,737.87 |

Creditor's Name

**parcels of real property held in trust for STACH and all personal prop. assets (Ordot and Chalon Pago Property)**

**Ed Untalan**
**400 Rout 8, Suite 101**
**Maite, GU 96910**

Creditor's mailing address

**Describe the lien**

**Security Agreement, Financing Stmnt. and Negative Pledge Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2010**

**Last 4 digits of account number**

**5675**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **First Hawaiian Bank** | Describe debtor's property that is subject to a lien | $2,377,265.41 | $2,377,265.41 |

Creditor's Name

**9 parcels of real property held in trust for Catholic Cemeteries of Guam and all personal property**

**400 Route 8**
**Suite 101**
**Maite, GU 96910**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Security Agreement, Financing Stmnt and Negative Notice Pledge Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**5825**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **SBA** | | |
|---|---|---|---|

Creditor's Name

**2 North 20th Street**
**Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Deed of Trust on real property located at Route 4, Chalan Pa20, Guam which is non-debtor property**

$98,989.15 | $98,989.15

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2002**

**Last 4 digits of account number**
**4008**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **SBA** | | |
|---|---|---|---|

Creditor's Name

**2 North 20th Street**
**Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Deed of Trust on real property located at 192 Route 10, Mangilao, Guam which is non-debtor property**

$772,479.47 | $772,479.97

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2005**

**Last 4 digits of account number**
**4002**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **SBA** |
|---|---|

Creditor's Name

**2 North 20th Street Suite 320 Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2002**
**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Deed of Trust on real property located at 196 Bejong St., Barrigada, Guam which is non-debtor property**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$288,281.32 | $288,281.32

---

| 2.9 | **SBA** |
|---|---|

Creditor's Name

**2 North 20th Street Suite 320 Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2003**
**Last 4 digits of account number**
**4002**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Deed of Trust for real property located at 122 Bienvenida Ave., Sinaiana, Guam which is non-debtor property**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$405,770.59 | $405,770.59

---

| 2.10 | **SBA** |
|---|---|

Creditor's Name

**2 North 20th Street Suite 320 Birmingham, AL 35203**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Deed of Trust for real property located at Lot #166-Rem-I, Yona, Guam which is non-debtor property**

Describe the lien
**Mortgage**

$40,730.42 | $40,730.42

---

Debtor
**Archbishop of Agana, a Corporation Sole, Most Rev.
Michael Jude Byrnes, Coadjutor Archbishop of
Agana**

Name

Case number (if know)

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1999

**Last 4 digits of account number**
4001

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $18,789,896.21 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Iain A. Macdonald**<br>**221 Sansome Street, # 3**<br>**San Francisco, CA 94104** | Line   2.1 | |
| **Mary Quinata**<br>**Camacho Calvo Law Group, LLC**<br>**134 W Soledad Ave., Ste. 401**<br>**Hagatna, GU 96910** | Line   2.3 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Exhibit 5

| Secured Creditor | Date Debt was Incurred | Last 4 Digits of Account No. | Basis for the Claim | Amount of Claim | |
|---|---|---|---|---|---|
| Bank of Guam | 2015 | 3112 | ACB St. Therese Chapel | $ 801,498.59 | |
| Bank of Guam | 2015 | 3095 | ACB Renovation Agana Cathederal Basilicca | $ 2,271,805.73 | |
| Bank of Guam | 2015 | 3108 | ACB Museum | $ 691,399.61 | |
| Bank of Guam | | 0339 | Bishop Baumgartner Memorial Catholic School | $ 2,708,295.21 | |
| Bank of Guam | 2011 | 1255 | Dededo Parish | $ 367,644.20 | |
| Bank of Guam | 2014 | 3335 | Father Duenas Memorial School | $ 1,437,601.60 | |
| Bank of Guam | 2002 | 0097 | Merizo Parish | $ 420,047.98 | |
| Bank of Guam | 2003 | 5344 | Ordot Parish | $ 27,736.33 | |
| Bank of Guam | 2007 | 0939 | SBCS Santa Barbara Catholic School | $ 1,236,288.06 | |
| Bank of Guam | 2002 | 9891 | SFCS Saint Francis Catholic School | $ 201,414.82 | |
| Bank of Guam | 2011 | 1035 | Santa Bernadita Parish | $ 16,001.46 | |
| Bank of Guam | | 8665 | Catholic Social Services | $ 1,755,158.05 | (Guarantee) |
| Bank of Guam | | 0034 | Catholic Social Services | $ 442,126.65 | (Guarantee) |
| | | | Total Loan Amount | $ 12,377,018.29 | |
| | | | Secured Portion (Limited to cash in bank of Debtor and Non-Debtor Entities through right of setoff) | $ 5,288,461.24 | |
| | | | Unsecured Portion | $ 7,073,045.38 | |

**Fill in this information to identify the case:**

Debtor name    **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

United States Bankruptcy Court for the:   DISTRICT OF GUAM

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Academy of Our Lady of Guam**
**233 W Archbishop F Flores Street**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Agafa Gumas**
**PO Box 11496**
**Yigo, GU 96929**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Assumption of Our Lady**
**314 Assumption Drive**
**Piti, GU 96915**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,073,045.38** |
|---|---|---|---|

**Bank of Guam**
**P.O. Box BW**
**Hagatna, GU 96932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unsecured bank loans, See Exhibit 5**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bishop Baumgartner Memorial School**
**281 Calle Angel Flores Street**
**Sinajana, GU 96910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Contingent/Contribution__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blessed Diego de San Vitores**
**884 Pale' San Vitores Road**
**Tumon, GU 96913-4013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Contingent/Contribution__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Claimant A.A.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1821__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Claimant A.B.L.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8818__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Claimant A.C.J.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1792__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Claimant A.E.P.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1818__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|------|------|------|

**Claimant A.F.**
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Tamuning, GU 96913

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9917

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|------|------|------|

**Claimant A.J.A.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1827

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|------|------|------|

**Claimant A.J.B.W.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7116

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|------|------|------|

**Claimant A.J.R.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1765

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|------|------|------|

**Claimant A.J.V.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  178

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant A.L.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1721**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant A.M.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  3118**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant A.M.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1787**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant A.N.D.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1761**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant A.P.I.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7417**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant A.Q.**
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6717**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant A.R.M.**
c/o Athony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0817**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant A.T.B.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1722**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant A.W.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1785**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant Andy**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5318**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|------|------|------|------|

**Claimant B.B.J.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **1779**

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|------|------|------|------|

**Claimant B.C.**
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **6817**

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|------|------|------|------|

**Claimant B.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **1750**

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|------|------|------|------|

**Claimant B.D., et al.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **176**

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|------|------|------|------|

**Claimant B.F.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **7125**

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☑ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address
Claimant B.G.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _
Last 4 digits of account number  **7129**

As of the petition filing date, the claim is: *Check all that apply.*  $100,000.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
Claimant B.J.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _
Last 4 digits of account number  **1757**

As of the petition filing date, the claim is: *Check all that apply.*  $100,000.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
Claimant B.T.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _
Last 4 digits of account number  **1740**

As of the petition filing date, the claim is: *Check all that apply.*  $100,000.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
Claimant B.T.M.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _
Last 4 digits of account number  **1725**

As of the petition filing date, the claim is: *Check all that apply.*  $100,000.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
Claimant B.W.J.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _
Last 4 digits of account number  **1756**

As of the petition filing date, the claim is: *Check all that apply.*  $100,000.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|--------|--------|--------|

**Claimant C.A.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1814**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|--------|--------|--------|

**Claimant C.C.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1753**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|--------|--------|--------|

**Claimant C.J.I.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7104**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|--------|--------|--------|

**Claimant C.M.V.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7118**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|--------|--------|--------|

**Claimant C.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1748**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant C.R.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  5818

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant D.C.**
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  3317

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant D.D.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  0718

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant D.G.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  2018

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant D.M.**
c/o Charles H. McDonald II
238 Archbishop Flores St., #1002
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  7918

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant D.M.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1788

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant D.R.**
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  8018

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant D.V.S.A.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1739

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant E.M.**
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  9517

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant E.R.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1718

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

**3.51** Nonpriority creditor's name and mailing address

Claimant E.T.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  2817

As of the petition filing date, the claim is: *Check all that apply.*   $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

Claimant E.T.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  1764

As of the petition filing date, the claim is: *Check all that apply.*   $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Claimant E.V.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  1766

As of the petition filing date, the claim is: *Check all that apply.*   $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Claimant EFG
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  0218

As of the petition filing date, the claim is: *Check all that apply.*   $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Claimant Estate of G.C., et al.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  1618

As of the petition filing date, the claim is: *Check all that apply.*   $100,000.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   Archbishop of Agana, a Corporation Sole, Most Rev.
Michael Jude Byrnes, Coadjutor Archbishop of
Agana                                              Case number (if known) _____
Name

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Claimant Estate of J.A.Q.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1713

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Claimant Estate of T. A.C., Sr.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1746

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Claimant F.A.M.**
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7017

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Claimant F.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1758

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Claimant F.M.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5817

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address**<br>Claimant F.M.<br>c/o David Lujan, Lujan and Wolff<br>238 Archbishop Flores St., #300<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** **1719** | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address**<br>Claimant F.P.<br>c/o Michael Berman<br>111 Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** **1717** | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>Claimant F.S.<br>c/o David Lujan, Lujan and Wolff<br>238 Archbishop Flores St., #300<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** **1818** | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address**<br>Claimant F.S.L.<br>c/o Michael Berman<br>111 Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** **8017** | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address**<br>Claimant G.E.<br>c/o Michael Berman<br>111 Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** **6417** | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of**
**Agana**
              Name

Case number (*if known*) _____

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant G.E.J.**
**c/o Anthony Perez**
**238 Archbishop Flores Street, #802**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  5017**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant G.G.**
**c/o Anthony Perez**
**238 Archbishop Flores Street, #802**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  2917**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant G.J.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1760**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant G.M.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  181**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant G.M.Q.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1798**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address**<br>Claimant H.A.W.<br>c/o David Lujan, Lujan and Wolff<br>238 Archbishop Flores St., #300<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|------|------|------|------|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** __7115__ | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address**<br>Claimant H.J.C.<br>c/o David Lujan, Lujan and Wolff<br>238 Archbishop Flores St., #300<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|------|------|------|------|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** __1751__ | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address**<br>Claimant J.A.<br>c/o David Lujan, Lujan and Wolff<br>238 Archbishop Flores St., #300<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|------|------|------|------|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** __1770__ | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address**<br>Claimant J.A.B.<br>c/o David Lujan, Lujan and Wolff<br>238 Archbishop Flores St., #300<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|------|------|------|------|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** __175__ | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address**<br>Claimant J.A.B.D.<br>c/o Michael Berman<br>111 Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** |
|------|------|------|------|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** __9717__ | **Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant J.A.B.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1734**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant J.A.M.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1732**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant J.C.**
**c/o Kevin Fowler**
**865 S Marine Corps Dr., #201**
**Barrigada, GU 96913**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9117**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant J.C.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7124**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant J.C.C.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1820**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant J.C.M.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  2418

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant J.C.M.P.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  7114

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant J.C.T.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1738

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant J.D.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1742

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant J.E.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1822

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |
| --- | --- | --- | --- |

**Claimant J.E.L.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1218**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |
| --- | --- | --- | --- |

**Claimant J.F.M.B.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4517**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |
| --- | --- | --- | --- |

**Claimant J.G.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7418**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |
| --- | --- | --- | --- |

**Claimant J.I.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1737**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |
| --- | --- | --- | --- |

**Claimant J.L.K.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1733**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**
_____
Name

Case number (if known) _____

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**3.91** Nonpriority creditor's name and mailing address

Claimant J.M.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  0117

As of the petition filing date, the claim is: Check all that apply.            **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address

Claimant J.M.
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913

Date(s) debt was incurred _

Last 4 digits of account number  4417

As of the petition filing date, the claim is: Check all that apply.            **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

Claimant J.M.Q.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  7130

As of the petition filing date, the claim is: Check all that apply.            **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Claimant J.M.R.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  187

As of the petition filing date, the claim is: Check all that apply.            **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Claimant J.Q.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred _

Last 4 digits of account number  1752

As of the petition filing date, the claim is: Check all that apply.            **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|---|---|---|

**Claimant J.Q.G.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9118**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|---|---|---|

**Claimant J.S.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3517**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|---|---|---|

**Claimant J.T.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7120**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|---|---|---|

**Claimant J.T.B.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1724**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|------|---|---|---|

**Claimant J.V.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1826**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant J.W.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number 8318**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant John Doe, et al.**
**c/o Kevin Fowler**
**865 S Marine Corps Dr., #201**
**Barrigada, GU 96913**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number 4918**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant K.B.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number 189**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant K.Q.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number 1789**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant L.B.T.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number 173**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Archbishop of Agana, a Corporation Sole, Most Rev.
          Michael Jude Byrnes, Coadjutor Archbishop of
          Agana                                                Case number _(if known)_ _____
                Name

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

Claimant L.C.P.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

�forms Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __7817__

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

Claimant L.J.C.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __1813__

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

Claimant L.J.G.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __7126__

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

Claimant L.P.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __1617__

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

Claimant M. S. - Estate of G.B
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __1745__

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

Claimant M.A.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1736

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

Claimant M.B., et al.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2817

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

Claimant M.C.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0717

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

Claimant M.D.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1720

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

Claimant M.F.T.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0717

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Archbishop of Agana, a Corporation Sole, Most Rev.
Michael Jude Byrnes, Coadjutor Archbishop of
Agana
_____ Name

Case number (if known) _____

| | |
|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** |
| | Claimant M.I.Q. |
| | c/o David Lujan, Lujan and Wolff |
| | 238 Archbishop Flores St., #300 |
| | Hagatna GU 96910 |

**As of the petition filing date, the claim is:** *Check all that apply.*     **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7106**

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |
| | Claimant M.L.M. |
| | c/o Michael Berman |
| | 111 Chalan Santo Papa, Ste. 503 |
| | Hagatna, GU 96910 |

**As of the petition filing date, the claim is:** *Check all that apply.*     **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4218**

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |
| | Claimant M.M. |
| | c/o Michael Berman |
| | 111 Chalan Santo Papa, Ste. 503 |
| | Hagatna, GU 96910 |

**As of the petition filing date, the claim is:** *Check all that apply.*     **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1817**

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** |
| | Claimant M.M. |
| | c/o Kevin Fowler |
| | 865 S Marine Corps Dr., #201 |
| | Barrigada, GU 96913 |

**As of the petition filing date, the claim is:** *Check all that apply.*     **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9217**

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** |
| | Claimant M.M. |
| | c/o David Lujan, Lujan and Wolff |
| | 238 Archbishop Flores St., #300 |
| | Hagatna, GU 96910 |

**As of the petition filing date, the claim is:** *Check all that apply.*     **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1777**

**Basis for the claim:**  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of**
**Agana**                                    Case number (if known) _____
          Name

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant M.M.A.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **183**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant M.M.A.**
**c/o David J. Lujan, Lujan and Wolff**
**238 Archbishop Flores St., Ste. 300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/2019**

Last 4 digits of account number  **5119**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant M.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7121**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant M.S.**
**c/o Kevin Fowler**
**865 S Marine Corps Dr., #201**
**Barrigada, GU 96913**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9017**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant M.S.B.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7107**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant M.S.M.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7123__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant M.W.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1747__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant M.W.M.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1718__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant M.W.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1726__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant MCA**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9918__

Basis for the claim: __Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Claimant N.J.D.A.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **174**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Claimant N.P.J.D.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1778**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Claimant N.Q.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5017**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Claimant P.D.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1117**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Claimant P.J.B.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1717**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $100,000.00 |
| | Claimant P.J.M.S. | ■ Contingent |
| | c/o David Lujan, Lujan and Wolff | ■ Unliquidated |
| | 238 Archbishop Flores St., #300 | ■ Disputed |
| | Hagatna, GU 96910 | |
| | Date(s) debt was incurred _ | Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules |
| | Last 4 digits of account number  1741 | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $100,000.00 |
| | Claimant P.P. | ■ Contingent |
| | c/o Michael Berman | ■ Unliquidated |
| | 111 Chalan Santo Papa, Ste. 503 | ■ Disputed |
| | Hagatna, GU 96910 | |
| | Date(s) debt was incurred _ | Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules |
| | Last 4 digits of account number  2817 | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $100,000.00 |
| | Claimant P.P. | ■ Contingent |
| | c/o David Lujan, Lujan and Wolff | ■ Unliquidated |
| | 238 Archbishop Flores St., #300 | ■ Disputed |
| | Hagatna, GU 96910 | |
| | Date(s) debt was incurred _ | Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules |
| | Last 4 digits of account number  7117 | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $100,000.00 |
| | Claimant P.P.R. | ■ Contingent |
| | c/o David Lujan, Lujan and Wolff | ■ Unliquidated |
| | 238 Archbishop Flores St., #300 | ■ Disputed |
| | Hagatna, GU 96910 | |
| | Date(s) debt was incurred _ | Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules |
| | Last 4 digits of account number  1782 | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $100,000.00 |
| | Claimant P.Q. | ■ Contingent |
| | c/o David Lujan, Lujan and Wolff | ■ Unliquidated |
| | 238 Archbishop Flores St., #300 | ■ Disputed |
| | Hagatna, GU 96910 | |
| | Date(s) debt was incurred _ | Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules |
| | Last 4 digits of account number  188 | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**3.141**

Nonpriority creditor's name and mailing address
**Claimant P.V.S.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number  **7417**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.142**

Nonpriority creditor's name and mailing address
**Claimant P.W.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number  **1755**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.143**

Nonpriority creditor's name and mailing address
**Claimant P.W.G.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number  **6117**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.144**

Nonpriority creditor's name and mailing address
**Claimant R.A.C.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number  **7517**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.145**

Nonpriority creditor's name and mailing address
**Claimant R.A.D.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number  **1716**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant R.A.J.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number **7111**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal, after appropriate motion. Amount reported at $100,000.00 for purpose of these schedules only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant R.A.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number **1710**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant R.A.S.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number **7109**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant R.B.**
**c/o Kevin Fowler**
**865 S Marine Corps Dr., #201**
**Barrigada, GU 96913**

Date(s) debt was incurred _
Last 4 digits of account number **2717**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant R.B.C.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

Date(s) debt was incurred _
Last 4 digits of account number **6317**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**
Claimant R.B.R.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna GU 96910

Date(s) debt was incurred  _
Last 4 digits of account number  **1754**

As of the petition filing date, the claim is: *Check all that apply.*          **$100,000.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**
Claimant R.C.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

Date(s) debt was incurred  _
Last 4 digits of account number  **1517**

As of the petition filing date, the claim is: *Check all that apply.*          **$100,000.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**
Claimant R.C.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

Date(s) debt was incurred  _
Last 4 digits of account number  **7017**

As of the petition filing date, the claim is: *Check all that apply.*          **$100,000.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.154**

**Nonpriority creditor's name and mailing address**
Claimant R.C.F.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred  _
Last 4 digits of account number  **1723**

As of the petition filing date, the claim is: *Check all that apply.*          **$100,000.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.155**

**Nonpriority creditor's name and mailing address**
Claimant R.D.S.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

Date(s) debt was incurred  _
Last 4 digits of account number  **1727**

As of the petition filing date, the claim is: *Check all that apply.*          **$100,000.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant R.E.J.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **7100**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant R.G.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **4717**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant R.I.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **7105**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant R.J.S.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **1799**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant R.M.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number **1735**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☐ No ■ Yes

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of**
**Agana**
Name

Case number (if known)

| | |
|---|---|
| 3.161 | |

**Nonpriority creditor's name and mailing address**
**Claimant R.M.S.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna GU 96910**

Date(s) debt was incurred  _
Last 4 digits of account number  **1776**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.162 | |

**Nonpriority creditor's name and mailing address**
**Claimant R.P.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

Date(s) debt was incurred  _
Last 4 digits of account number  **6017**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.163 | |

**Nonpriority creditor's name and mailing address**
**Claimant R.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

Date(s) debt was incurred  _
Last 4 digits of account number  **1775**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.164 | |

**Nonpriority creditor's name and mailing address**
**Claimant R.P.L.S.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

Date(s) debt was incurred  _
Last 4 digits of account number  **1714**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.165 | |

**Nonpriority creditor's name and mailing address**
**Claimant R.Q.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

Date(s) debt was incurred  _
Last 4 digits of account number  **1762**

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and**
**address to be filed under seal.  Amount reported at $100,000.00 for**
**purpose of schedules**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| --- | --- | --- | --- |

**Claimant R.R.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **7102**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| --- | --- | --- | --- |

**Claimant R.R.G.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **6217**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| --- | --- | --- | --- |

**Claimant R.S.L.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **8418**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| --- | --- | --- | --- |

**Claimant R.T.Q.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **1711**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| --- | --- | --- | --- |

**Claimant R.W.J.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** **1781**

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant S.A.F.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1749

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant S.D.E.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1767

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant S.F.T.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  7122

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant S.M.T.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1763

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Claimant S.N.J.C.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1772

Basis for the claim:  Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**
_____
Name

Case number *(if known)* _____

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant S.S.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  6717**

Basis for the claim: **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant S.T.J.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  184**

Basis for the claim: **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant T.A.D.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1725**

Basis for the claim: **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant T.A.J.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1817**

Basis for the claim: **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Claimant T.G.**
**c/o Kevin Fowler**
**865 S Marine Corps Dr., #201**
**Barrigada, GU 96913**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  7917**

Basis for the claim: **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant T.G.P.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1836**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant T.H.Q.**
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5118**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant T.M.**
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6917**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant T.P.**
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8217**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant T.R.S.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1730**

Basis for the claim: **Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of**
**Agana**
Name

Case number *(if known)* _____

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant T.T.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1759**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant V.F.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7101**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant V.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1839**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant V.Q.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1795**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Claimant V.T.S.N.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1715**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant W.E.T.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1780**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant W.G.D.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1712**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant W.J.S.**
**c/o Michael Berman**
**111 Chalan Santo Papa, Ste. 503**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4118**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant W.M.**
**c/o Anthony Perez**
**238 Archbishop Flores Street, #802**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9018**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Claimant W.P.**
**c/o David Lujan, Lujan and Wolff**
**238 Archbishop Flores St., #300**
**Hagatna, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1731**

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules**

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dulce Nobre de Maria Cathedral**
**207 Archbishop Flores Street**
**Hagatna, GU 96910-5102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Father Duenas Memorial School**
**PO Box FD**
**Hagatna, GU 96932**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Immaculate Heart of Mary**
**225 Aragon Street**
**Toto, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nino Perdido y Sagrada Familia**
**PO Box 45**
**Hagatna, GU 96932**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nuestra Senora De La Paz y Buen**
**PO Box EC**
**Hagatna, GU 96932**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nuestra Senora de las Aguas**
**PO Box 163**
**Hagatna, GU 96932**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Our Lady of Guadalupe**
**PO Box 7355**
**Agat, GU 96928**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of**
**Agana**
_____
Name

Case number _(if known)_ _____

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Our Lady of Lourdes**
153 Chalan Pale Ramon Lagu
Unit A
Yigo, GU 96929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contingent/Contribution__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Our Lady of Mt Carmel School**
PO Box 7830
Agat, GU 96928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contingent/Contribution__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Our Lady of Mt. Carmel**
PO Box 8353
Agat, GU 96928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contingent/Contribution__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Our Lady of Purification**
198 Cuesta San Ramon
Ste B
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contingent/Contribution__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Our Lady of the Blessed Sacrament**
136 Chalan Kapuchino
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contingent/Contribution__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$100,000.00** |
|---|---|---|---|

**Pro Se Claimant 1 L.J.**
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Abuse Claim against Debtor.  Claimant's name and
address to be filed under seal.  Amount reported at $100,000.00 for
purpose of schedules.__

Is the claim subject to offset? ☐ No ☐ Yes

Debtor **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**
_____

Name

Case number (if known) _____

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |

**Pro Se Claimant 2, F.A.C.**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |

**Pro Se Claimant 3, J.P.**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |

**Pro Se Claimant 4, H.B.**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |

**Pro Se Claimant 5, J.Q.**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $100,000.00 |

**Pro Se Claimant 6, M.D.Q.**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Abuse Claim against Debtor. Claimant's name and address to be filed under seal. Amount reported at $100,000.00 for purpose of schedules.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Pro Se Claimant 7, J.P.**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Pro Se Claimant 8, L.A.**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Pro Se Claimant 9, D.C.**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Abuse Claim against Debtor.  Claimant's name and address to be filed under seal.  Amount reported at $100,000.00 for purpose of schedules.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Saint Anthony Catholic School**
**529 Chalan San Antonio**
**Tamuning, GU 96913**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Saint Francis Catholic School**
**PO Box 22199**
**Yona, GU 96921**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Saint Jude Thaddeus**
**122 Bien Avenida Avenue**
**Sinajana, GU 96910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | San Dimas and Our Lady of the Rosary PO Box 6099 Merizo, GU 96916 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Contingent/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | San Dionisio PO Box 6099 Merizo, GU 96916 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Contingent/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | San Francisco de Asis 1404 N Canton Tasi Yona, GU 96915 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Contingent/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | San Isidro HC 1 Box 17083 Inarajan, GU 96915 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Contingent/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | San Juan Bautista PO Box 49 Hagatna, GU 96932 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Contingent/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | San Miguel 138 San Miguel Street Talofofo, GU 96915 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Contingent/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | San Vincente Catholic School 196 Bejong Street Barrigada, GU 96913 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Contingent/Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | |
|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** |

**Santa Barbara**
**330 Iglesia Circle**
**Dededo, GU 96929**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Contingent/Contribution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** |

**Santa Barbara Catholic School**
**274 West Santa Barbara Avenue**
**Suite A**
**Dededo, GU 96929**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Contingent/Contribution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address** |

**Santa Bernadita Church**
**PO Box 11496**
**Yigo, GU 96929**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Contingent/Contribution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.230 | **Nonpriority creditor's name and mailing address** |

**Santa Teresita**
**192 Vietnam Veterans Hwy**
**Mangilao, GU 96913**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Contingent/Contribution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.231 | **Nonpriority creditor's name and mailing address** |

**St. Andrew Kim**
**PO Box 1555**
**Hagatna, GU 96932**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Contingent/Contribution__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address** |

**St. Anthony and St. Victor**
**PO Box 7707**
**Tamuning, GU 96931**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  __Contingent/Contribution__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor Archbishop of Agana, a Corporation Sole, Most Rev.
Michael Jude Byrnes, Coadjutor Archbishop of
Agana
_____
Name

Case number (if known) _____

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Joseph**
**PO Box 170022**
**Inarajan, GU 96917**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**St. Vincente Ferrer and San Roke**
**229 San Roque Drive**
**Barrigada, GU 96913**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contingent/Contribution**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 26,873,045.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 26,873,045.38 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana** |
| United States Bankruptcy Court for the: | DISTRICT OF GUAM |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Financial platform** | |
| | State the term remaining | | **CathoNet LLC** |
| | List the contract number of any government contract | | **14 Hampshire Drive** **Hudson, NH 03051** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile and internet service** | |
| | State the term remaining | | **Docomo Pacific** |
| | List the contract number of any government contract | | **890 S Marine Corps Drive** **Tamuning, GU 96910** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Crisis Pregnancy Center building lease** | |
| | State the term remaining | **7 months** | **Guam Capital Investment Corp. Bldg.** |
| | List the contract number of any government contract | | **414 W. Soledad Ave., Suite 500** **Hagatna, GU 96910** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Ground lease** | |
| | State the term remaining | **11 months** | **Guam Reef Hotel, Inc.** |
| | List the contract number of any government contract | | **1317 Pale San Vitores Road** **Barrigada, GU 96913** |

---

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone equipment lease** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Guam Telephone Authority**<br>**624 N. Marine Corps Drive**<br>**Barrigada, GU 96913** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Thrift Store** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Leonilo Alger**<br>**231 Hesler Place, Suite 101**<br>**Hagatna, GU 96910** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Solar panel lease** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Pacific Solar and Photovoltaics**<br>**PO Box 6754**<br>**Tamuning, GU 96931** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Fixed asset platform** | |
|---|---|---|---|
| | State the term remaining | **one time pay, ongoing set up** | **Risk Partner Tools and Mngmt Risk**<br>**5100 E Skelly Drive, Suite 9000**<br>**Tulsa, OK 74135** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Security alarm** | |
|---|---|---|---|
| | State the term remaining | | **Securitech**<br>**PO Box 7779**<br>**Tamuning, GU 96931** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Property lease** | |
|---|---|---|---|
| | State the term remaining | | **Takecare Insurance Co.**<br>**PO Box 6578**<br>**Tamuning, GU 96931** |

| Debtor 1 | Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana | Case number *(if known)* | |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract     _____

**Fill in this information to identify the case:**

Debtor name: **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

United States Bankruptcy Court for the: **DISTRICT OF GUAM**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Adrian Cristobal | Co-defendant in lawsuits | Claimant L.J.C. | ☐ D ____ <br> ■ E/F __3.107__ <br> ☐ G ____ |
| 2.2 | Agana Cathedral | 196 Cuesta San Ramon, Ste B <br> Hagatna, GU 96910 | Bank of Guam | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | Andrew Mannetta | Co-defendant in lawsuit | Claimant C.C. | ☐ D ____ <br> ■ E/F __3.37__ <br> ☐ G ____ |
| 2.4 | Anthony Sablan Apuron | c/o Jacqueline T. Terlaje <br> 284 W. Chalan Santo Papa <br> Hagatna, GU 96910 <br> Co-defendant in lawsuits | Claimant R.T.Q. | ☐ D ____ <br> ■ E/F __3.169__ <br> ☐ G ____ |

Official Form 206H
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 1 of 7
Best Case Bankruptcy

Case 19-00010   Document 1   Filed 01/16/19   Page 82 of 143

| Debtor | Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.5 | **Bishop Baumgartner Memorial School** | **281 Calle Angel Flores Sinajana, GU 96910 Co-defendant in lawsuits** | **Claimant T.R.S.** | ☐ D _____ ■ E/F  **3.185** ☐ G _____ |
| 2.6 | **Bishop Baumgartner Memorial School** | **281 Calle Angel Flores St. Hagatna, GU 96910** | **Bank of Guam** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.7 | **Boy Scouts of America** | **PO Box 152079 Irving, TX 75015-2079 Co-defendant in lawsuits** | **Claimant R.A.S.** | ☐ D _____ ■ E/F  **3.148** ☐ G _____ |
| 2.8 | **Boy Scouts of America Aloha Council** | **280 N Marine Corps Dr. Tamuning, GU 96931 Co-defendant in lawsuits** | **Claimant A.F.** | ☐ D _____ ■ E/F  **3.11** ☐ G _____ |
| 2.9 | **Brother Gregory Seubert** | **Co-defendant in lawsuit** | **Claimant D.D.** | ☐ D _____ ■ E/F  **3.43** ☐ G _____ |
| 2.10 | **Brother Vernon T. Kamiaz** | **Co-defendant in lawsuit** | **Claimant E.M.** | ☐ D _____ ■ E/F  **3.49** ☐ G _____ |
| 2.11 | **Capuchin Franciscans** | **Province of St. Mary 30 Gedney Park Drive White Plains, NY 10605 Co-defendant in lawsuits** | **Claimant J.C.** | ☐ D _____ ■ E/F  **3.78** ☐ G _____ |

| Debtor | Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | **Capuchin Franciscans Custody of** | Star of the Sea 30 Gedney Park Drive White Plains, NY 10605 Co-defendant in lawsuits | Claimant F.C. | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.13 | **Carmel of the Immaculate Conception** | PO Box 315225 Tamuning, GU 96931 Co-defendant in lawsuts | Claimant V.T.S.N. | ☐ D _____ ■ E/F __3.190__ ☐ G _____ |
| 2.14 | **Catholic Cemeteries of Guam** | | First Hawaiian Bank | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Catholic Social Services** | 234 U.S. Army Juan C. Fejeran St. Barrigada, GU 96913 | Bank of Guam | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.16 | **Congregation of Holy Cross** | PO BOX 1064 Notre Dame, IN 46556 Co-defendant in lawsuits | Claimant R.R.C. | ☐ D _____ ■ E/F __3.166__ ☐ G _____ |
| 2.17 | **Dededo Parish** | 330 Iglesia Circle Dededo, GU 96929 | Bank of Guam | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.18 | **Father Duenas Memorial School** | 119 Dueñas Lane Chalan Pago, GU 96910 Co-defendant in lawsuit | Claimant D.M. | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

| 2.19 | **Father Duenas Memorial School** | PO Box FD<br>Hagatna, GU 96932 | **Bank of Guam** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Iain A. Macdonald** | 221 Sansome Street, # 3<br>San Francisco, CA 94104 | **Bank of Guam** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Joe R. San Agustin** | Co-defendant in lawsuit | **Claimant B.T.** | ☐ D _____<br>■ E/F ___3.33___<br>☐ G _____ |
| 2.22 | **Louis Brouillard** | c/o Meier, Kennedy and Quinn<br>445 Minnesota Street, #2200<br>Saint Paul, MN 55101<br>Co-defendant in lawsuits | **Claimant A.F.** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.23 | **Marist Brothers of the Schools** | 70-20 Juno Street<br>Forest Hills, NY 11375<br>Co-defendant in lawsuit | **Claimant D.D.** | ☐ D _____<br>■ E/F ___3.43___<br>☐ G _____ |
| 2.24 | **Merizo Parish** | PO Box 6099<br>Merizo, GU 96916 | **Bank of Guam** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Order of Decalced Carmelites** | PO Box 315225<br>Tamuning, GU 96931<br>Co-defendant in lawsuits | **Claimant M.C.** | ☐ D _____<br>■ E/F ___3.113___<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.26 | **Ordot Parish** | PO Box 49<br>Hagatna, GU 96932 | **Bank of Guam** | ■ D _2.1_<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Ray Caluag** | Co-defendant in lawsuit | **Claimant B.W.J.** | ☐ D _____<br>■ E/F _3.35_<br>☐ G _____ |
| 2.28 | **Raymond Cepeda** | Co-defendant in lawsuit | **Claimant A.Q.** | ☐ D _____<br>■ E/F _3.21_<br>☐ G _____ |
| 2.29 | **Saint Anthony Catholic School** | 529 Chalan San Antonio<br>Tamuning, GU 96913<br>Co-defendant in lawsuit | **Claimant B.W.J.** | ☐ D _____<br>■ E/F _3.35_<br>☐ G _____ |
| 2.30 | **Saint Anthony Catholic School** | 529 Chalan San Antonio<br>Tamuning, GU 96913 | **Bank of Hawaii** | ■ D _2.3_<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **Saint Francis Catholic School** | PO Box 22199<br>Barrigada, GU 96921 | **Bank of Guam** | ■ D _2.1_<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **San Vincente Catholic School** | Barrigada, GU 96913<br>Co-defendant in lawsuit | **Claimant R.M.S.** | ☐ D _____<br>■ E/F _3.161_<br>☐ G _____ |

Case 19-00010   Document 1   Filed 01/16/19   Page 86 of 143

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.33 | Santa Barbara Catholic School | Ste A, 274 West Santa Barbara Ave. Dededo, GU 96929 Co-defendant in lawsuits | Claimant J.L.K. | ☐ D _____ ■ E/F **3.90** ☐ G _____ |
| 2.34 | Santa Barbara Catholic School | 274 West Santa Barbara Avenue Suite A Yigo, GU 96929 | Bank of Guam | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.35 | Santa Bernadita Chapel | PO Box 11496 Yigo, GU 96929 | Bank of Guam | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.36 | School Sisters of Norte Dame | Greensfelder, Bernard Huger 10 S. Broadway, Ste. 2000 Saint Louis, MO 63102 Co-defendant in lawsuits | Claimant R.M.S. | ☐ D _____ ■ E/F **3.161** ☐ G _____ |
| 2.37 | Sisters of Mercy of NC on Guam | 101 Mercy Drive Belmont, NC 28012 Co-defendant in lawsuits | Claimant J.L.K. | ☐ D _____ ■ E/F **3.90** ☐ G _____ |
| 2.38 | Sisters of Mercy of North Carolina | 100 McAuley Circle Belmont, NC 28012 Co-defendant in lawsuits | Claimant F.A.M. | ☐ D _____ ■ E/F **3.58** ☐ G _____ |
| 2.39 | Sisters of Mercy of the Americas | 101 Mercy Drive Belmont, NC 28012 Co-defendant in lawsuits | Claimant F.A.M. | ☐ D _____ ■ E/F **3.58** ☐ G _____ |

| Debtor | Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana | Case number (if known) | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.40 | **St. Thomas Acquinas Catholic HS** | 131 Judge Sablan St, Chalan Pago Ordot, GU 96910 | **First Hawaiian Bank** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **Tomas A. Camacho** | Co-defendant in lawsuit | **Claimant B.C.** | ☐ D _____<br>■ E/F  **3.28**<br>☐ G _____ |
| 2.42 | **Vernon T. Kamiaz** | Co-defendant in lawsuits | **Claimant C.J.I.** | ☐ D _____<br>■ E/F  **3.38**<br>☐ G _____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana** |
| United States Bankruptcy Court for the: | DISTRICT OF GUAM |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **7/01/2017** to **6/30/2018** | ☐ Operating a business<br>■ Other   **Non Profit Religious Organization** | **$4,126,794.24** |
| **For the fiscal year:**<br>From **7/01/2016** to **6/30/2017** | ☐ Operating a business<br>■ Other   **Non Profit Religious Organization** | **$1,700,838.16** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **7/01/2017** to **6/30/2018** | **Investment Income** | **$10,366.41** |
| **For the fiscal year:**<br>From **7/01/2016** to **6/30/2017** | **Investment Income** | **$40,353.78** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **Various Vendors** | **See Exhibit 6** | **$938,743.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other   **See Exhibit 6** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Archbishop Michael Brynes**<br>**c/o Archbishop of Agana**<br>**Hagatna, GU 96910** | **2018** | **$45,202.30** | **Annual Salary** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **M.C. v. Roman Catholic**<br>**Archbishop of Agana, et al.**<br>**CV 0207-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **A.R.C.M. v. Roman Catholic**<br>**Archbishop of Agana, et al.**<br>**CV 0208-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | P.D. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0311-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | M.B. v. Roman Catholic Archbishop of Agana, et al.<br>CV0328-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | G.G. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0329-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | D.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0333-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | N.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0450-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | F.A.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 670-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | E.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0795-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | G.E.J. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1050-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | W.M. v. Roman Catholic Archbishop of Agana, et al.<br>fCV 1190-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | D.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0779-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | G.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0016-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | M.W.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0017-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | A.E.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0018-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.16<br>. **A.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0031-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>. **A.B.L. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0188-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>. **J.G. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0274-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19<br>. **J.C.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0424-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20<br>. **E.T. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0428-17** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21<br>. **J.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0435-17** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22<br>. **C.R. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0458-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23<br>. **T.H.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0651-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24<br>. **W.J.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0741-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25<br>. **M.L.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0742-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26<br>. **R.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0870-17** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27<br>. **J.W. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0883-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28<br>. **D.G. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0920-18** | **Civil** | **Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 19-00010    Document 1    Filed 01/16/19    Page 92 of 143

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.29. **J.F.M.B. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0945-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. **R.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0960-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. **P.W.G. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0961-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. **R.R.G. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0962-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. **R.B.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0963-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. **P.V.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0974-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. **R.A.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0975-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. **F.S.L. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0980-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. **J.A.B.D. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0997-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. **R.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1015-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39. **L.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1016-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. **F.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1017-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. **M.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1018-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.42. | **P.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1028-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | **R.G. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1047-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | **F.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1058-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | **G.E. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1064-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | **S.H.L. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1068-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | **S.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1067-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48. | **A.P.I. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1174-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49. | **J.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1301-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50. | **M.F.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1307-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51. | **L.C.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV  0978-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52. | **A.F. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0199-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53. | **J.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0291-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.54. | **M.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 292-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.55<br>. | **R.B. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 327-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.56<br>. | **J.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 344-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.57<br>. | **John Doe v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 349-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.58<br>. | **T.G. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 379-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.59<br>. | **M.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 390-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.60<br>. | **D.R. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 480-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.61<br>. | **A.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 667-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.62<br>. | **B.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 668-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.63<br>. | **T.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 669-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.64<br>. | **T.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 882-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.65<br>. | **L.B.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00003** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.66<br>. | **N.J.D.A. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00004** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.67<br>. | **J.A.B. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00005** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.68. | Bruce A. Diaz v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00006 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.69. | A.J.V. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00008 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.70. | R.A.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00010 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.71. | R.T.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00011 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.72. | W.G.D. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00012 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.73. | M.J.Q.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00013 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.74. | R.P.L.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00014 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.75. | V.T.S.N. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00015 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.76. | R.A.D.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00016 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.77. | P.J.B. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00017 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.78. | E.R.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00018 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.79. | F.T.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00019 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.80. | M.D. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00020 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.81. | **A.L. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00021** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.82. | **A.T.B. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00022** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.83. | **R.C.F. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00023** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.84. | **J.T.B. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00024** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.85. | **B.T.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00025** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.86. | **M.W.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00026** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.87. | **R.D.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00027** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.88. | **T.A.D. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00028** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.89. | **T.R.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00030** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.90. | **W.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00031** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.91. | **J.A.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00032** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.92. | **J.L.K. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00033** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.93. | **J.A.B.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00034** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.94. | **R.M.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00035** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.95. | **M.A. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00036** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.96. | **J.I. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00037** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.97. | **J.C.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00038** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.98. | **Donald Vincent San Agustin v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00039** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.99. | **B.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00040** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.100. | **P.J.M.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00041** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.101. | **J.D. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00042** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.102. | **M.C.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00045** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.103. | **T.A.C., Sr. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00046** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.104. | **M.W. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00047** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.105. | **C.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00048** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.106. | **S.A.F. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00049** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10<br>7.   **B.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00050** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>8.   **H.J.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00051** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>9.   **J.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00052** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>0.   **C.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00053** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>1.   **R.B.R. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00054** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>2.   **P.W. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00055** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>3.   **B.W.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00056** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>4.   **B.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00057** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>5.   **F.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00058** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>6.   **T.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00059** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>7.   **G.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00060** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>8.   **A.N.D. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00061** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>9.   **R.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00062** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Case 19-00010    Document 1    Filed 01/16/19    Page 99 of 143

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12<br>0. | **S.M.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00063** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>1. | **E.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00064** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>2. | **A.J.R. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00065** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>3. | **E.V. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00066** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>4. | **S.D.E. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00067** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>5. | **J.A. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00070** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>6. | **S.N.J.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00072** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>7. | **R.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00075** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>8. | **R.M.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00076** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>9. | **M.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00077** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13<br>0. | **N.P.J.D. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00078** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13<br>1. | **B.B.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00079** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13<br>2. | **W.E.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00080** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.133. **R.W.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00081** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.134. **P.P.R. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00082** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.135. **A.W.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00085** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.136. **A.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00087** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.137. **D.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00088** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.138. **J.E.L. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 0812-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.139. **MCA v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1099-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.140. **EFG v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1102-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.141. **D.D. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1107-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.142. **Andy v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1153-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.143. **J.Q.G. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 1191-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.144. **K.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00089** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.145. **A.C.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00092** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14<br>6. | **V.Q. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00095** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14<br>7. | **G.M.Q. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00098** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14<br>8. | **R.J.S. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00099** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14<br>9. | **R.E.J. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00010** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>0. | **V.F. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00101** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>1. | **R.R.C. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00102** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>2. | **C.J.I. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00104** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>3. | **C.J.I. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00104** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>4. | **R.I.C. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00105** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>5. | **M.I.Q. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00106** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>6. | **M.S.B. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00107** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>7. | **R.A.S. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00109** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>8. | **R.A.J. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00111** | **Civil** | **District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.15<br>9. | **J.C.M.P. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00114 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>0. | **H.A.W. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00115 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>1. | **A.J.B.W. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00116 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>2. | **P.P. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00117 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>3. | **C.M.V. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00118 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>4. | **J.T. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00120 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>5. | **M.P. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00121 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>6. | **S.F.T. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00122 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>7. | **M.S.M. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00123 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>8. | **J.C. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-000124 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>9. | **B.F. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00125 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>0. | **L.J.G. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00126 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>1. | **B.G. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00129 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.17<br>2. | **J.M.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00130** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>3. | **G.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00001** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>4. | **Mark Mafnas Apuron v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00003** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>5. | **S.T.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00004** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>6. | **J.M.R. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00007** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>7. | **P.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00008** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>8. | **K.B. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00009** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>9. | **L.J.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00013** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>0. | **C.A. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00014** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>1. | **T.A.J. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00017** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>2. | **F.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00018** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>3. | **J.C.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00020** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>4. | **A.A. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00021** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Case 19-00010　Document 1　Filed 01/16/19　Page 104 of 143

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18<br>5. | **J.E. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00022** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>6. | **J.V.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00026** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>7. | **A.J.A. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00027** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>8. | **T.G.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00036** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>9. | **V.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 18-00039** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19<br>0. | **M.M.A. v. Holy See, et al.**<br>**CV0051-19** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bruce A. Anderson** **Elsaesser Anderson, Chtd.** **320 East Neider Avenue, Suite 102** **Coeur D Alene, ID 83815** | | **10/16/18 - $50,000.00** **01/09/19 - $75,000.00** **01/14/19 - $45,000.00** | **$170,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Various Accounts - See Exhibit 7** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **See Exhibit 7** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Vehicles** | **See Exhibit 8** | **Vehicles used by the Parishes, held in trust, see Exhibit 9** | $297,820.10 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Real Property** | **See Exhibit 9** | **Property Held in Trust for Parishes and Schools.  See Exhibit 9** | $57,264,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Bank Accounts See Exhibit 10** | | **Bank accounts titled to Debtor held in trust for Parishes and schools** | $5,128,917.57 |

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Almira Rosie Balagtas** c/o Archdiocese of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **1/9/18 - Present** |
| 26a.2. **Kelsey Gene Fermo** c/o Archdiocese of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **7/11/18 - Present** |
| 26a.3. **Richel Mejares** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **1/27/17 - 11/29/18** |
| 26a.4. **Keisha Madel Santos** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **2/19/18 - Present** |
| 26a.5. **Feliza Tanag** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **1/9/98 - Present** |
| 26a.6. **Josephine Villanueva** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **12/19/16 - Present** |
| 26a.7. **Carleen Delgado** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **5/31/17 - Present** |
| 26a.8. **Eillen Joy Adriano** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **11/3/17 - 5/7/18** |
| 26a.9. **Joni Aguon** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **1/6/17 - 1/12/18** |
| 26a.10. **Elisha Mae Escalera** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **2/23/17 - 5/15/17** |
| 26a.11. **Teresa A. Figueroa** c/o Archbishop of Agana 196 Cuesta San Ramon, Ste B Hagatna, GU 96910 | **8/11/03 - 5/23/17** |

| Name and address | Date of service From-To |
|---|---|
| 26a.12.   **Toni Gumataotao**<br>**c/o Archbishop of Agana**<br>**196 Cuesta San Ramon, Ste B**<br>**Hagatna, GU 96910** | **5/23/00 - 3/3/17** |
| 26a.13.   **Zen Shuging**<br>**c/o Archbishop of Agana**<br>**196 Cuesta San Ramon, Ste B**<br>**Hagatna, GU 96910** | **12/19/18 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __January 16, 2019__

**/s/ Rev. Archbishop Michael Jude Byrnes,**
**S.T.D.**
Signature of individual signing on behalf of the debtor

**Rev. Archbishop Michael Jude Byrnes,**
**S.T.D.**
Printed name

Position or relationship to debtor  **Archbishop of Agana**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

EXHIBIT 6

| VENDOR NAME | ADDRESS | DATE OF PAYMENT | AMOUNT PAID | NATURE OF PAYMENT |
|---|---|---|---|---|
| Bank of Guam | 111 West Chalan Santo Papa Hagatna, GU 96910 | 1-Nov-18 | $21,661.73 | ACB Loan Payment |
| Bank of Guam | 111 West Chalan Santo Papa Hagatna, GU 96910 | 4-Dec-18 | $21,661.73 | ACB Loan Payment |
| Bank of Guam | 111 West Chalan Santo Papa Hagatna, GU 96910 | 2-Jan-19 | $21,661.73 | ACB Loan Payment |
| Blank Rome LLP | 131 North 18th Street Philadelphia PA 19103-6998 | 7-Dec-18 | $16,621.62 | Insurance Advice Services |
| Blank Rome LLP | 130 North 18th Street Philadelphia PA 19103-6998 | 19-Dec-18 | $47,413.29 | Insurance Advice Services |
| Blank Rome LLP | 131 North 18th Street Philadelphia PA 19103-6998 | 14-Jan-19 | $9,466.80 | Insurance Advice Services |
| Burger, Comer, Magliari CPAs | 333 S. Marine Corps Drive Tamuning, GU 96913 | 11-Jan-19 | $9,250.00 | Kamalen Karidat Audit Fees |
| Calvo's Insurance Underwriters | PO BOX C1 Hagatna, GU 96932 | 1-Nov-18 | $7,411.00 | Medical & Dental |
| Calvo's Insurance Underwriters | PO BOX C1 Hagatna, GU 96932 | 6-Dec-18 | $6,781.00 | Medical & Dental |
| Calvo's Insurance Underwriters | PO BOX C1 Hagatna, GU 96932 | 18-Dec-18 | $2,622.00 | Medical & Dental |
| Calvo's Insurance Underwriters | PO BOX C1 Hagatna, GU 96932 | 1-Jan-19 | $7,218.00 | Medical & Dental |
| Deloitte & Touche LLP | 361 S. Marine Corps Drive Tamuning, GU 96913-397 | 13-Nov-18 | $23,375.00 | Retainer Fees for review of FS |
| Deloitte & Touche LLP | 361 S. Marine Corps Drive Tamuning, GU 96913-397 | 8-Jan-19 | $23,375.00 | Retainer Fees for review of FS |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 1-Nov-18 | $2,906.94 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 9-Nov-18 | $124.92 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 15-Nov-18 | $538.73 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 21-Nov-18 | $612.48 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 29-Nov-18 | $3,134.81 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 6-Dec-18 | $130.43 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 19-Dec-18 | $689.78 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 19-Dec-18 | $522.04 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 2-Jan-19 | $2,781.65 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 8-Jan-19 | $132.52 | Power Bill |
| Guam Power Authority | PO BOX 21868 Barrigada, Guam 96921-1868 | 11-Jan-19 | $488.66 | Power Bill |
| Guam Publications, Inc. | PO BOX DN Hagatna Guam 96932 | 15-Nov-18 | $2,096.24 | Umatuna Printing |
| Guam Publications, Inc. | PO BOX DN Hagatna Guam 96932 | 6-Dec-18 | $2,440.00 | Umatuna Printing |
| Guam Publications, Inc. | PO BOX DN Hagatna Guam 96932 | 13-Dec-18 | $1,439.00 | Umatuna Printing |
| Guam Publications, Inc. | PO BOX DN Hagatna Guam 96933 | 26-Dec-18 | $1,205.00 | Umatuna Printing |
| Guam Publications, Inc. | PO BOX DN Hagatna Guam 96934 | 11-Jan-18 | $1,130.00 | Umatuna Printing |
| | | | | |
| | | | $238,892.10 | |
| | | | | |
| | | | | |
| | | | | |

**ARCHDIOCESE OF AGANA**
**Stock Certificates Liquidation Listing** EXHIBIT 7

| Institution | Shareholder Name | No. of Shares | Total FMV 01/11/17 | TOTAL | REMARKS | Total Adjusted Proceeds |
|---|---|---|---|---|---|---|
| Bank of Guam | Archdiocese of Agana | 8,160 | $ 89,352.00 | | | |
| Bank of Guam | Archdiocese of Agana | 16,032 | $ 175,550.40 | | | |
| Bank of Guam | Archdiocese of Agana | 8,160 | $ 89,352.00 | | | |
| Bank of Guam | Archdiocese of Agana | 16,032 | $ 175,550.40 | | | |
| | | **48,384** | **$ 529,804.80** | $ 529,804.80 | Sold on March 15, 2017 @ $483,840 | $ 483,840.00 |
| | | | **Total FMV 01/19/17** | | | |
| Cars.com Inc. | Archbishop of Agana Corporation Sole Anthony Sablan Apuron OFM CAP DD Incumbent | 7,563 | $ 72,604.80 | | | |
| Gannet Co., Inc. | Archbishop of Agana Corporation Sole Anthony Sablan Apuron OFM CAP DD Incumbent | 11,345 | | | Spin off Sale completed on 05/15/2018 (Total Net Proceeds on Fees for lost stock certificate replacement & admin fee at sale = Net value at time of sale) | |
| Gannet Co., Inc. | Medical Center of the Marianas Archdiocese of Agana | 1,418 | | | | |
| Cars.com Inc. | Medical Center of the Marianas Archdiocese of Agana | 945 | | | | |
| | | | $ - | | | $ 355,009.56 |
| | | **21,271** | **$ 72,604.80** | $ 72,604.80 | | |
| | | | **Total FMV 01/19/17** | | | |
| Tegna | Archdiocese of Agana | 22,691 | $ 482,637.57 | | Sold on 08/17/2017 (Certificate of stock surrendered | $ 300,230.50 |
| Tegna | Medical Center of the Marianas Archdiocese of Agana | 2,837 | $ 60,342.99 | | Sold on 02/05/18 (after sorting out lost certificate of stock) | $ 40,183.76 |
| | | **25,528** | **$ 542,980.56** | $ 542,980.56 | | |
| | | | **TOTAL** | **$ 1,145,390.16** | | |
| Marianas Finance | San Vicente de Paul Society | 5,300 | | | Sold on March 08, 2017 @ $5,300 | $ 5,300.00 |
| | Archdiocese of Agana | **5,300** | | | | **$ 1,184,563.82** |

EXHIBIT 8

| Description | Entity Name | Net Book Value |
|---|---|---|
| 2014 Hyundai Elantra Sedan | Dulce Nombre De Maria Cathedral-Basilica Catholic Church | $0.00 |
| 2009 Toyota RAV4 5 DR Wagon | Our Lady of the Blessed Sacrament Catholic Church | $0.00 |
| 2012 Hyundai Elantra 4 Dr Sedan | Our Lady of Mount Carmel Catholic Church | $0.00 |
| 2013 Toyota Yaris 5 dr Hatchback | Nino Perdido Y Sagrada Familia Catholic Church | $0.00 |
| 2017 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | $10,725.00 |
| 2016 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | $5,070.00 |
| 2013 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | |
| 2008 Hyundai Tucson Wagon | San Vicente San Roke Catholic Church | $0.00 |
| 2008 Lexus RX350 5 Dr Wagon | Our Lady of Peace and Safe Journey Catholic Church | $5,019.73 |
| 2018 Hyundai Elantra Sedan | Santa Barbara Catholic Church | |
| 2013 Honda CR-V | Santa Barbara Catholic Church | $898.58 |
| 2001 Mazda 3 | Santa Barbara Catholic Church | $3,450.00 |
| 2008 Toyota Highlander 5 Dr Wagon | The Saint Andrew Kim Catholic Church | $0.00 |
| 2017 Toyota Sienna LE | The Saint Andrew Kim Catholic Church | $20,479.16 |
| 2017 Honda CRV | Saint Joseph Catholic Church | $22,678.70 |
| | Our Lady of Purification | $0.00 |
| 2016 Hyundai Tucson Wagon | San Isidro Catholic Church | $15,986.74 |
| 2006 Toyota Scion XB | San Isidro Catholic Church | $0.00 |
| 2002 Toyota Highlander 5 Dr Wagon | Santa Teresita Catholic Church | $0.00 |
| 2010 Toyota Corolla 4 Dr Sedan | San Dimas/Our Lady of the Holy Rosary Catholic Church | $0.00 |
| 1980 Toyota Tercel Coupe | San Dimas/Our Lady of the Holy Rosary Catholic Church | $0.00 |
| 2012 Toyota Tacoma Truck | Our Lady of the Waters Catholic Church | $0.00 |
| 2008 Honda CRV | San Juan Bautista Catholic Church | $0.00 |
| 2001 Toyota Echo 4Dr Sedan | San Juan Bautista Catholic Church | $0.00 |
| 2016 Hyundai Accent Silver | San Juan Bautista Catholic Church | $8,866.03 |
| 2013 Honda Pilot Wagon | Assumption of Our Lady Catholic Church | $0.01 |
| 2007 Toyota Corolla 4 Dr Sedan | Our Lady of Guadalupe Catholic Church | $0.00 |
| 2005 Chevrolet Trail Blazer 4 Dr Wagon | Saint Jude Thaddeus Catholic Church | $0.00 |
| 2016 Buick Encore | Saint Jude Thaddeus Catholic Church | $12,666.72 |
| 2010 Toyota Corolla 4 Dr Sedan | San Miguel Catholic Church | $0.30 |
| 2017 GMC Acadia 5 Dr SUV | Saint Anthony Catholic Church | $22,305.00 |
| Toyota Prius | Saint Anthony Catholic Church | $4,812.12 |
| 2017 GMC Canyon | Saint Anthony Catholic Church | $23,332.40 |

| | | |
|---|---|---|
| 1995 Honda Civic Dx 4 Dr Sedan | Saint Anthony Catholic Church | |
| 2013 Hyundai Santa FE | Immaculate Heart of Mary Catholic Church | $0.00 |
| 2017 Honda CRV | Blessed Diego De San Vitores Catholic Church | $16,792.00 |
| 2014 Toyota Tacoma 4x2 Reg. Cab Pickup | Our Lady of Lourdes Catholic Church | $4,184.81 |
| 2012 KIA Sportage Wagon | Our Lady of Lourdes Catholic Church | $0.00 |
| 2009 Toyota Corolla 4 Dr Sedan | Our Lady of Lourdes Catholic Church | $0.00 |
| 2009 Mitsubishi Outlander Wagon | Chancery Office | $0.00 |
| 2008 Toyota RAV4 Wagon | Saint Francis Catholic Church | $0.00 |
| 2007 Ford Explorer Wagon | Our Lady of Lourdes Catholic Church | $0.00 |
| 2011 KIA Sportage | Santa Bernadita Catholic Church | $0.00 |
| 2010 Toyota Camry 2010 | Bishop Baumgartner Memorial Catholic School | $0.00 |
| Toyota Tacoma | Bishop Baumgartner Memorial Catholic School | $0.00 |
| 1994 Honda Accord LX 4 Dr Sedan | Bishop Baumgartner Memorial Catholic School | |
| 1994 Nissan SLD21 Pickup | Bishop Baumgartner Memorial Catholic School | |
| 1999 Honda Civic Dx 4 Dr Sedan | Bishop Baumgartner Memorial Catholic School | |
| 2009 Toyota Tacoma 4x2 Reg. Cab Pickup | Saint Anthony Catholic School | $0.00 |
| 2008 Chevrolet Express Van | Saint Anthony Catholic School | $0.00 |
| 2003 Honda Accord LX 4 Dr Sedan | San Vicente Catholic School | |
| 2006 Toyota Corolla 4 Dr Sedan | Kamalen Karidat | |
| 2005 Honda Odyssey Lx 5 Dr Wagon | Kamalen Karidat | |
| 2004 Buick Park Avenue 4 Dr Sedan | Kamalen Karidat | |
| 2003 Honda Accord LX 4 Dr Sedan | RMS Seminary | |
| 2004 Nissan Quest Van | RMS Seminary | |
| 2006 Toyota Corolla 4 Dr Sedan | RMS Seminary | |
| 2001 Honda Odyssey LX Van | RMS Seminary | |
| 1997 Honda Accord LX 4 Dr Sedan | RMS Seminary | |
| Toyota Sienna Van | Santa Barbara Catholic School | $0.00 |
| Toyota Tacoma Pick Up | Academy of Our Lady of Guam | $2,057.40 |
| 2014 Elantra Car | Academy of Our Lady of Guam | $3,710.70 |
| Toyota Rav4 | Academy of Our Lady of Guam | $1,555.61 |
| Chevrolet Van- Painting | Academy of Our Lady of Guam | $260.00 |
| Freight Liner Bus Painting | Academy of Our Lady of Guam | $583.28 |
| Freight Liner Logo & Sign | Academy of Our Lady of Guam | $260.71 |
| 2017 Collins School Bus | Academy of Our Lady of Guam | $86,450.00 |
| 2009 Honda Blue | Father Duenas Memorial School | $0.00 |
| 2015 Nissan Frontier | Father Duenas Memorial School | $3,440.00 |
| Van (STACHS) | Father Duenas Memorial School | $6,600.00 |
| Chevrolet Sonic - Silver | Father Duenas Memorial School | $15,635.10 |

| | | |
|---|---|---|
| 2008 Chevrolet Exp 15 Pax Van | Saint Anthony Catholic School | $0.00 |
| 2009 Toyota Tacoma | Saint Anthony Catholic School | $0.00 |
| | | |
| | | |

$297,820.10

EXHIBIT 9

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| AGA10 & AGA11 | Parish & School | Agana (Cathedral and AOLG) made up of 10 sub-lots | Archbishop of Agana | Dulce Nombre de Maria Cathedral-Basilica; St. Therese Chapel; | $9,500,000.00 |
| AGA6 | Parish & School | Agana (Cathedral and AOLG) made up of 10 sub-lots | Bishop of Guam | Dulce Nombre de Maria Cathedral-Basilica; St. Therese Chapel; Museum; Academy of Our Lady of Guam | $0.00 |
| AGA7 | Parish & School | Agana (Cathedral and AOLG) made up of 10 sub-lots | Bishop of Guam | Dulce Nombre de Maria Cathedral-Basilica; St. Therese Chapel; Museum; Academy of Our Lady of Guam | $0.00 |
| AGA9 | Cemetery | Pigo Cemetery | Archbishop of Guam | Pigo Cemetery | $0.00 |
| AGT3 | Cemetery | Agat Cemetery | Vicariate Apostolic of Guam, Bishop of Guam | Agat Cemetery | $0.00 |
| AGT5 | Parish | Agat, Church | Vicariate Apostolic of Guam, Bishop of Guam | Our Lady of Mount Carmel Church, Parish Offices, and School | $600,000.00 |
| AGT7 | Parish | Agat, for Santa Rita Parish only | Archbishop of Agana | | $50,000.00 |
| AGT8 | Parish | Agat, for Santa Rita Parish only | Archbishop of Agana | | $129,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| AHT1 & AHT2 | Parish | Agana Heights | Archbishop of Agana | Our Lady of the Blessed Sacrament Church, Rectory | $1,600,000.00 |
| AHT3 | Parish NT | Agana Height Parish | Archbishop of Agana | | $60,000.00 |
| ANG1 | Cemetery | Pigo Cemetery | Archbishop of Guam | Pigo Cemetery | $0.00 |
| ASA1 | Parish NT | Asan Church | Archdiocese of Agana | | $80,000.00 |
| ASA6 | Parish | Maina Church and rectory | The Catholic Church of Guam | Maina Church Social Hall | $250,000.00 |
| ASA7 | Parish | Asan Church | Vicariate Apostolic of Guam | Nino Perdido Y Sagrada Familia Catholic Church | $400,000.00 |
| AST1 | Parish | Astumbo Divine Mercy Chapel | Archbishop of Agana | Divine Mercy Chapel | $180,000.00 |
| BAR10 | Not AOA Property | Unidentified | Catholic Social Services | | $500,000.00 |
| BAR11 | Not AOA Property | Unidentified | Catholic Social Services | | $1,000,000.00 |
| BAR12 | Not AOA Property | Unidentified | Catholic Social Services | | $450,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| BAR15 | Not AOA Property | Unidentified | Religious Missionaries of Saint Dominic 2/3 interest; St. Anthony Church 1/12 interest; San Roque Church Barrigada 1/12 interest; Santa Maria Camarin Church Agana 1/12 interest; San Dionision Church Umatac 1/12 interest | St. Dominic's Senior Care Home | $2,000,000.00 |
| BAR16 | Parish | Barrigada Church | Vicariate Apostolic of Guam, Bishop of Guam | San Vicente Ferrer and San Roque Catholic Church | $0.00 |
| BAR17 | Parish | Barrigada Church | Vicariate Apostolic of Guam, Bishop of Guam | San Vicente Ferrer and San Roque Catholic Church | $1,000,000.00 |
| BAR18 | Parish | Barrigada Church | Bishop of Guam | San Vicente Ferrer and San Roque Catholic Church | $150,000.00 |
| BAR21 | Parish NT | Barrigada Church | Vicariate Apostolic of Guam, Bishop of Guam | | $80,000.00 |
| BAR22 | Parish & School | San Vicente School | Bishop of Guam | San Vicente School | $1,600,000.00 |
| BAR22 & 23 | School | San Vicente School | | | |
| BAR23 | Parish & School | San Vicente School | Bishop of Guam | Old Chapel | $350,000.00 |
| BAR24 | Parish & School | San Vicente School | Bishop of Guam | Old Chapel | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| BAR25 | Parish & School | San Vicente School | Bishop of Guam | Old Convent/Old School Admin Building | $250,000.00 |
| BAR26 | Parish & School | San Vicente School | Bishop of Guam | | $0.00 |
| BAR27 | Parish | Barrigada Ponding Basin | Bishop of Guam | | $0.00 |
| BAR28 | School | San Vicente School | Archbishop of Agana | San Vicente School | $0.00 |
| BAR29 | Parish | Barrigada Ponding Basin | Bishop of Guam | | $0.00 |
| BAR30 | Parish & School | San Vicente School | Bishop of Guam | San Vicente School | $0.00 |
| BAR34 | Parish & School | San Vicente School | Bishop of Guam | San Vicente Catholic School | $0.00 |
| BAR35 | Parish & School | San Vicente School | Bishop of Guam | San Vicente Catholic School | $0.00 |
| CHP1 | Parish | Chalan Pago Church | Bishop of Guam | Nuestra Senora de la Paz Y Buen Viaje Catholic | $ 500,000.00 |
| CHP2 | Parish | Chalan Pago Church | Bishop of Guam | Nuestra Senora de la Paz Y Buen Viaje Catholic | $0.00 |
| CHP3 | Parish | Chalan Pago Church | Archdiocese of Agana | Nuestra Senora de la Paz Y Buen Viaje Catholic | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| DED12 | Parish | Dededo Church | Archbishop of Agana | Santa Barbara Church | $1,000,000.00 |
| DED13 | Parish | Dededo House Lot for Priests | Archbishop of Guam | Santa Barbara Rectory | $250,000.00 |
| DED14 | Parish | Harmon Korean Catholic Church | Archdiocese of Agana | Saint Andrew Kim Catholic Church | $750,000.00 |
| DED15 | Parish | Harmon Korean Catholic Church | Archbishop of Agana | Saint Andrew Kim Catholic Church | $0.00 |
| DED18 | Parish & School | Tamuning Church and School | Vicariate Apostolic of Guam | St. Anthony Church and School | $6,200,000.00 |
| DED19 | Parish | Dededo Church | The Bishop of Guam | Santa Barbara Catholic School | $0.00 |
| DED2 | Not AOA Property | Unidentified | Catholic Social Services | | $320,000.00 |
| DED4~11; DED16 and DED17 | School | Unidentified | Bishop of Guam | Santa Barbara Catholic School | $2,000,000.00 |
| HAG1 | Cemetery | Pigo Cemetery (made up of 10 separate lots) | Archbishop of Agana | Pigo Cemetery | $0.00 |
| HAG2 | Cemetery | Pigo Cemetery | Archbishop of Agana | Pigo Cemetery | $0.00 |
| HAG3 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG4 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| HAG5 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG6 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG7 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| HAG8 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| INA1 | Parish | Malojloj Church | Archbishop of Agana | | $300,000.00 |
| INA3 | Cemetery | Unidentified | Inarajan Catholic Church | Inarajan Cemetery | $60k for 1.5 acres, non-cemetery use |
| INA5 | Parish | Inarajan Chruch | Roman Catholic Apostolic Church in Guam | St. Joseph Catholic Church | $480,000.00 |
| INA6 | Cemetery | Unidentified | Inarajan Roman Catholic Church | Catholic cemetery | $0.00 |
| MAC2 | Parish | Yigo Sta. Bernardita Chapel | Bishop of Guam | Santa Bernadita Church, Yigo | $350,000.00 |
| MAI1 | Parish | Maina Church and rectory | Diocese of Agana | Our Lady of Purification Catholic Church | $450,000.00 |
| MAI2 | Parish | Maina Church and rectory | Diocese of Agana | Our Lady of Purification Catholic Church | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| MAL1 & MAL2 | Parish | Malojloj Church | Bishop of Guam | San Isidro Catholic Church | $300,000.00 |
| MAL3 | Parish | Malojloj Church | Bishop of Guam | San Isidro Catholic Church | $250,000.00 |
| MAN1 & MAN8 | Parish | Mangilao Church | Excellency Felixberto C. Flores, D.D., a corporation sole | Santa Teresita Catholic Church | $1,200,000.00 |
| MAN10 | School | FDMS and Knights, Mangilao | Bishop of Guam | Father Duenas Memorial School | $0.00 |
| MAN2 | Not owned by AOA ??? | Unidentified | Catholic Social Services | Office building | $500,000.00 |
| MAN3 | Parish | Mangilao Church, UOG Campus Ministry | Bishop of Guam | | $100,000.00 |
| MAN4 | Parish | Mangilao Church | Roman Catholic Church | | $0.00 |
| MAN5 | Parish | Mangilao Church | Roman Catholic Church | Santa Teresita Catholic Church | $0.00 |
| MAN6 | Parish | Mangilao Church | Roman Catholic Church | Santa Teresita Catholic Church | $0.00 |
| MAN7 | Parish | Mangilao Church | Bishop of Guam | Santa Teresita Catholic Church | $0.00 |
| MER2 | Parish | Merizo Parish | Roman Catholic Apostolic Church in Guam | | $20,000.00 |
| MER3 | Parish | Merizo Parish | Bishop of Guam | | $250,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| MER5 | Parish | Merizo Church | Roman Catholic Apostolic Church in Guam | San Dimas & Our Lady of the Rosary Catholic Church | $300,000.00 |
| MER7 | Parish | Merizo Parish | | | |
| MON1 | Parish | Mongmong Basketball Couart | Vicariate Apostolic of Guam | | $55,000.00 |
| MTM1 | Parish | Unidentified | Catholic Social Services | Church basketball court | $150,000.00 |
| ORD2 | Parish | Ordot Church | Bishop of Guam | San Juan Bautista Church | $1,365,000.00 |
| ORD2a | Not AOA Property?? (CSS Rented Mercy) | Unidentified | Archbishop of Guam | ALEE Shelter for Battered Women | $ 150,000.00 |
| ORD3, ORD4, ORD5 & ORD6 | Parish | Ordot Church | Archdiocese of Agana, Anthony S. Apuron, Archbishop, Corporate Sole | Prayer Garden, Walkway and St. Thomas Aquinas Building | $0.00 |
| PGO1 | Cemetery | Pigo Cemetery (made up of 10 separate lots) | The Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO10 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| PGO11 | Cemetery | Unidentified | Catholic Cemeteries of Guam, Inc. | Pigo Cemetery | $0.00 |
| PGO12 | Cemetery | Pigo Cemetery | Roman Catholic Apostolic Church | Pigo Cemetery | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| PGO2 | Cemetery | Pigo Cemetery | Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO3 | Cemetery | Pigo Cemetery | Diocese of Agana, Bishop of Guam | Pigo Cemetery | $0.00 |
| PGO4 | Cemetery | Pigo Cemetery | The Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO5 | Cemetery | Pigo Cemetery | Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO6 | Cemetery | Pigo Cemetery | The Catholic Church of Guam | Pigo Cemetery | $0.00 |
| PGO7 | Cemetery | Pigo Cemetery | The Roman Catholic and Apostolic Church in Guam | Pigo Cemetery | $0.00 |
| PGO8 | Cemetery | Unidentified | Roman Catholic Apostolic Church on Guam | Pigo Cemetery | $0.00 |
| PGO9 | Cemetery | Unidentified | RC Apostolic Church | Pigo Cemetery | $0.00 |
| PIT1 | Cemetery | Cemetery NT | Archbishop of Guam | | $ 45,000.00 |
| PIT2 | Parish | Piti Church | Vicariate Apostolic of Guam | Church; Office; Rectory and Social Hall (adjoining walkway) | $1,050,000.00 |
| SIN10 | Parish | Lot Owned by Dededo Parish | Archbishop of Guam | | $35,000.00 |
| SIN11 | Parish | Sinajana Church | Vicariate Apostolic of Guam | Church parking lot | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| SIN12 | Parish | Sinajana Church | Vicariate Apostolic of Guam | Saint Jude Thaddeus Catholic Church | $0.00 |
| SIN13 | Cemetery | Cemetery NT | Vicariate Apostolic of Guam | | $80,000.00 |
| SIN14 & SIN18 | School | FDMS and Knights, Mangilao | The Catholic Church | Father Duenas Memorial School (The Jungle, Phoenix Center, Boys Chapel, Former Knights of Columbus (Student Center), The Quad, NJROTC Building) | $2,400,000.00 |
| SIN15 | School | FDMS and Knights, Mangilao | Bishop of Guam | | $0.00 |
| SIN19 | School | Bishop Baumgartner, Sinajana | Archbishop of Agana | Bishop Baumgartner School | $1,500,000.00 |
| SIN2 | School | FDMS and Knights, Mangilao | Catholic Church (Vicariate Apostolic of Guam) | Father Duenas Memorial School | $0.00 |
| SIN3 | School | FDMS and Knights, Mangilao | Catholic Church (Vicariate Apostolic of Guam) | Father Duenas Memorial School | $0.00 |
| SIN4 | School | FDMS and Knights, Mangilao | Catholic Church (Vicariate Apostolic of Guam) | Father Duenas Memorial School | $0.00 |
| SIN7 | Parish | Sinajana Church | Vicariate Apostolic of Guam, Bishop of Guam | St. Jude Thaddeus Catholic Church | $750,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| SIN8 | Parish | Mongmong Church and Restory | Bishop of Guam | Nuestra Senora de Las Aguas Catholic Church, rectory and social hall | $800,000.00 |
| SIN9 | Parish | Lot Owned by Dededo Parish | Archbishop of Guam | | $35,000.00 |
| STR1 | Parish | Sta. Rita Parish | Bishop of Guam | | $60,000.00 |
| STR2 | Parish | Santa Rita Church | Vicariate Apostolic of Guam | Our Lady of Guadalupe Catholic Church | $400,000.00 |
| TAI1a | School | FDMS and Knights, Mangilao | Archbishop of Agana, a Corporation sole, Michael J. Byrnes, S.T.D., Coadjutor Archbishop | Father Duenas Memorial School | $0.00 |
| TAL1 | Cemetery | Holy Cross Cemetery, Togcha | Vicar Apostolic of Guam and the Marianas Islands | Holy Cross Cemetery | $0.00 |
| TAL2 | Cemetery | Holy Cross Cemetery, Togcha | Bishop of Guam | Holy Cross Cemetery | $0.00 |
| TAL3 | Parish | Talafofo Old Church Lot | Catholic Church of Guam | | |
| TAL4~9 and TAL4~9a | Parish | Unidentified | Vicariate Apostolic of Guam | San Miguel Catholic Church | $640,000.00 |
| TAM4 | School | St. Anthony School | Vicariate Apostolic of Guam | St. Anthony Church and School | $6,200,000.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| TOT1 | Parish | Toto Church | Bishop of Guam | Immaculate Heart of Mary Catholic Church | $320,000.00 |
| TUM2 | Parish | Tumon Church | Bishop of Guam | Blessed Diego Church | $600,000.00 |
| UMA1 | Parish | San Dionisio Parish | Archbishop of Agana | | $30,000.00 |
| UMA2 | Parish | Umatac Church | Roman Catholic Apostolic Church in Guam | San Dionisio Catholic Church | $350,000.00 |
| UMA2 & 3 | Parish | Unidentified | | | $350,000.00 |
| UMA3 | Parish | Umatac Church | Roman Catholic Apostolic Church in Guam | Church parking lot | $0.00 |
| YIG3 | Parish | Yigo Parish | Archbishop of Agana | | $45,000.00 |
| YIG4 | Parish | Yigo Church | Roman Catholic Church | | $55,000.00 |
| YIG5 | Parish | Yigo Church | Archbishop of Guam | Our Lady of Lourdes Church | $1,350,000.00 |
| YON10 | Parish & School | Yona Church and School | Bishop of Guam | | $0.00 |
| YON11 | Parish | Unidentified | Vicariate Apostolic of Guam, a Corporate Sole | St. Francis Church | $0.00 |
| YON12 | Parish | Unidentified | Bishop of Guam, a Corporate Sole | St. Francis Church | $0.00 |

| PROPERTY EFILE PREFIX (ABCX) | Classification on 11.27.1998 | Name of Entity per 11.27.1998 | OWNERSHIP | STRUCTURES ON PROPERTY | BROKER'S PRICE OPINION |
|---|---|---|---|---|---|
| YON13 | Parish | Unidentified | Bishop of Guam, a Corporate Sole | St. Francis Church | $0.00 |
| YON5 | Cemetery | Holy Cross Cemetery, Togcha | Bishop of Guam | | $1,000,000.00 |

EXHIBIT 10

Part 1, Question 3 and Part 11, Question 21 (SOFA)

Checking, Savings, Money Market, or Financial Brokerage Accounts – Itemized:

The Debtor is civilly incorporated as the "Archbishop of Agana, a Corporation Sole" (AOA). At the same time, the Code of the Canon Law of the AOA requires that each entity within the Archbishop (e.g., parish, institution) is a separate entity within the Church. The Debtor may have title to property which is held for the benefit of those separate entities. Therefore, except as otherwise stated, the property listed below is held for the benefit of the parishes and institutions of the AOA, and is not the property of the estate.

| Account Held on Behalf | Institution Name | Address | Type of Account | | Funds Held for Parishes |
|---|---|---|---|---|---|
| Academy of Our Lady of Guam (4 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | $ | 630,428.54 |
| Agana Cathedral (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 7,284.60 |
| Agana Heights Parish (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 132,305.41 |
| Barrigada Parish (5 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 335,635.91 |
| Bishop Baumgartner Memorial Catholic School (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 231,574.65 |
| Chalan Pago Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 18,355.72 |
| Dededo Parish (9 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 188,293.16 |
| Father Duenas Memorial School (7 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 923,593.95 |
| Inarajan Parish (4 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 115,029.86 |
| Maina Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 99,579.10 |
| Malojloj Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 46,381.73 |
| Mangilao Parish (2 accounts) | Bank of Guam | PO Box BW | Checking | | 367,095.54 |

| | | Hagatna, GU 96932 | | | |
|---|---|---|---|---|---|
| Merizo Parish (4 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 23,134.25 |
| Ordot Parish (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 37,423.46 |
| Piti Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 21,869.68 |
| Saint Francis Catholic School (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 199,909.35 |
| San Vincente Catholic School (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 93,089.75 |
| Santa Barbara School (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 221,647.53 |
| Sinajana Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 55,348.43 |
| Sta. Bernadita Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 27,353.99 |
| Talafofo Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 93,831.31 |
| Tamuning Parish (1 account) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 54,101.67 |
| Toto Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 55,612.31 |
| Tumon Parish (14 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 932,104.43 |
| Umatac Parish (2 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 19,592.65 |
| Yigo Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 147,574.56 |
| Yona Parish (3 accounts) | Bank of Guam | PO Box BW Hagatna, GU 96932 | Checking | | 50,766.03 |
| | | | | **$** | **5,128,917.57** |

# United States Bankruptcy Court
## District of Guam

In re **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____ **170,000.00**

    Prior to the filing of this statement I have received ........................................ $ _____ **170,000.00**

    Balance Due ........................................................................................ $ _____ **0.00**

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor  ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor  ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  [Other provisions as needed]
        **Pre-filing preparation and filing of petition, schedules and statement of financial affairs.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **All post-petition work will be billed at attorney's hourly rate,**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 16, 2019**
_Date_

**/s/ Bruce A. Anderson**
**Bruce A. Anderson**
_Signature of Attorney_
**Elsaesser Anderson, Chtd.**
**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
**(208) 667-2900  Fax: (208) 667-2150**
**brucea@eaidaho.com**
_Name of law firm_

---

# United States Bankruptcy Court
## District of Guam

In re   **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Archbishop of Agana** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 16, 2019** _____

Signature   **/s/ Rev. Archbishop Michael Jude Byrnes, S.T.D.**
                  **Rev. Archbishop Michael Jude Byrnes, S.T.D.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Guam

In re     **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**        Case No. _____

                                           Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Archbishop of Agana of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 16, 2019**                            **/s/ Rev. Archbishop Michael Jude Byrnes, S.T.D.**
                                                              **Rev. Archbishop Michael Jude Byrnes, S.T.D./Archbishop of Agana**
                                                              Signer/Title

Academy of Our Lady of Guam
233 W Archbishop F Flores Street
Hagatna, GU 96910


Agafa Gumas
PO Box 11496
Yigo, GU 96929


Anthony Sablan Apuron
c/o Jacqueline T. Terlaje
284 W. Chalan Santo Papa
Hagatna, GU 96910


Assumption of Our Lady
314 Assumption Drive
Piti, GU 96915


Bank of Guam
P.O. Box BW
Hagatna, GU 96932


Bishop Baumgartner Memorial School
281 Calle Angel Flores Street
Sinajana, GU 96910


Blessed Diego de San Vitores
884 Pale' San Vitores Road
Tumon, GU 96913-4013


Boy Scouts of America
PO Box 152079
Irving, TX 75015-2079


Boy Scouts of America Aloha Council
280 N Marine Corps Dr.
Tamuning, GU 96931

Capuchin Franciscans
Province of St. Mary
30 Gedney Park Drive
White Plains, NY 10605


Capuchin Franciscans Custody of
Star of the Sea
30 Gedney Park Drive
White Plains, NY 10605


Carmel of the Immaculate Conception
PO Box 315225
Tamuning, GU 96931


CathoNet LLC
14 Hampshire Drive
Hudson, NH 03051


Claimant B.D., et al.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910


Claimant D.M.
c/o Charles H. McDonald II
238 Archbishop Flores St., #1002
Hagatna, GU 96910


Claimant Estate of G.C., et al.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910


Claimant John Doe, et al.
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913

Claimant M.B., et al.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910


Congregation of Holy Cross
PO BOX 1064
Notre Dame, IN 46556


Docomo Pacific
890 S Marine Corps Drive
Tamuning, GU 96910


Dulce Nobre de Maria Cathedral
207 Archbishop Flores Street
Hagatna, GU 96910-5102


Father Duenas Memorial School
PO Box FD
Hagatna, GU 96932


First Hawaiian Bank
Ed Untalan
400 Rout 8, Suite 101
Maite, GU 96910


Guam Capital Investment Corp. Bldg.
414 W. Soledad Ave., Suite 500
Hagatna, GU 96910


Guam Reef Hotel, Inc.
1317 Pale San Vitores Road
Barrigada, GU 96913


Guam Telephone Authority
624 N. Marine Corps Drive
Barrigada, GU 96913

Iain A. Macdonald
 221 Sansome Street, # 3
San Francisco, CA 94104


Immaculate Heart of Mary
225 Aragon Street
Toto, GU 96910


Leonilo Alger
231 Hesler Place, Suite 101
Hagatna, GU 96910


Louis Brouillard
c/o Meier, Kennedy and Quinn
445 Minnesota Street, #2200
Saint Paul, MN 55101


Marist Brothers of the Schools
70-20 Juno Street
Forest Hills, NY 11375


Mary Quinata
Camacho Calvo Law Group, LLC
134 W Soleded Ave., Ste. 401
Hagatna, GU 96910


Nino Perdido y Sagrada Familia
PO Box 45
Hagatna, GU 96932


Nuestra Senora De La Paz y Buen
PO Box EC
Hagatna, GU 96932


Nuestra Senora de las Aguas
PO Box 163
Hagatna, GU 96932

Order of Decalced Carmelites
PO Box 315225
Tamuning, GU 96931


Our Lady of Guadalupe
PO Box 7355
Agat, GU 96928


Our Lady of Lourdes
153 Chalan Pale Ramon Lagu
Unit A
Yigo, GU 96929


Our Lady of Mt Carmel School
PO Box 7830
Agat, GU 96928


Our Lady of Mt. Carmel
PO Box 8353
Agat, GU 96928


Our Lady of Purification
198 Cuesta San Ramon
Ste B
Hagatna, GU 96910


Our Lady of the Blessed Sacrament
136 Chalan Kapuchino
Hagatna, GU 96910


Pacific Solar and Photovoltaics
PO Box 6754
Tamuning, GU 96931


Risk Partner Tools and Mngmt Risk
5100 E Skelly Drive, Suite 9000
Tulsa, OK 74135

Saint Anthony Catholic School
529 Chalan San Antonio
Tamuning, GU 96913


Saint Francis Catholic School
PO Box 22199
Yona, GU 96921


Saint Jude Thaddeus
122 Bien Avenida Avenue
Sinajana, GU 96910


San Dimas and
Our Lady of the Rosary
PO Box 6099
Merizo, GU 96916


San Dionisio
PO Box 6099
Merizo, GU 96916


San Francisco de Asis
1404 N Canton Tasi
Yona, GU 96915


San Isidro
HC 1 Box 17083
Inarajan, GU 96915


San Juan Bautista
PO Box 49
Hagatna, GU 96932


San Miguel
138 San Miguel Street
Talofofo, GU 96915

San Vincente Catholic School
196 Bejong Street
Barrigada, GU 96913


Santa Barbara
330 Iglesia Circle
Dededo, GU 96929


Santa Barbara Catholic School
274 West Santa Barbara Avenue
Suite A
Dededo, GU 96929


Santa Bernadita Church
PO Box 11496
Yigo, GU 96929


Santa Teresita
192 Vietnam Veterans Hwy
Mangilao, GU 96913


SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203


School Sisters of Norte Dame
Greensfelder, Bernard Huger
10 S. Broadway, Ste. 2000
Saint Louis, MO 63102


Securitech
PO Box 7779
Tamuning, GU 96931


Sisters of Mercy of NC on Guam
101 Mercy Drive
Belmont, NC 28012

Sisters of Mercy of North Carolina
100 McAuley Circle
Belmont, NC 28012


St. Andrew Kim
PO Box 1555
Hagatna, GU 96932


St. Anthony and St. Victor
PO Box 7707
Tamuning, GU 96931


St. Joseph
PO Box 170022
Inarajan, GU 96917


St. Thomas Acquinas Catholic HS
131 Judge Sablan St, Chalan Pago
Ordot, GU 96910


St. Vincente Ferrer and San Roke
229 San Roque Drive
Barrigada, GU 96913


Takecare Insurance Co.
PO Box 6578
Tamuning, GU 96931

# United States Bankruptcy Court
## District of Guam

In re    **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 16, 2019

Date

/s/ Bruce A. Anderson

**Bruce A. Anderson**

Signature of Attorney or Litigant

Counsel for   **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

**Elsaesser Anderson, Chtd.**

**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
**(208) 667-2900 Fax:(208) 667-2150**
**brucea@eaidaho.com**