G. PATRICK CIVILLE
CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE:  (671) 477-2511
EMAIL:  pciville@civilletang.com

*Attorneys for Boy Scouts of America,
Boy Scouts of America Aloha Council Chamorro District*

# IN THE UNITED STATES DISTRICT COURT OF GUAM
# BANRUPTCY DIVISION

| | |
|---|---|
| In Re:<br><br>ARCHBISHOP OF AGAÑA,<br><br>a Corporation Sole,<br><br>Debtor. | BANKRUPTCY CASE NO. 19-00010<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Boy Scouts of America and Boy Scouts of America Aloha Council Chamorro District ("BSA") hereby apply to the Court for Attorney William A. Evanoff to be admitted *pro hac vice* to practice before this Court in the above-captioned matter.

This Application is made pursuant to GR 17.1(d) and (e) of the Local Rules of the District Court of Guam, the Declaration of William A. Evanoff filed herewith, and the Consent of Local Counsel, G. Patrick Civille of the law firm of Civille & Tang, PLLC, filed herewith.

Pursuant to 17.1(d)(3) of the Local Rules, this Application is accompanied by payment of $250.00 payable to the District Court of Guam.

Respectfully submitted this 16th day of January, 2019.

                                                **CIVILLE & TANG, PLLC**

                                                By:  */s/ G. Patrick Civille*
                                                      **G. PATRICK CIVILLE**
                                                      *Attorneys for Boy Scouts of America, Boy Scouts of America Aloha Council Chamorro District*