G. PATRICK CIVILLE
CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE:  (671) 477-2511
EMAIL:  pciville@civilletang.com

*Attorneys for Boy Scouts of America,*
*Boy Scouts of America Aloha Council Chamorro District*

**IN THE UNITED STATES DISTRICT COURT OF GUAM**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In Re:<br><br>ARCHBISHOP OF AGAÑA,<br><br>a Corporation Sole,<br><br>Debtor. | BANKRUPTCY CASE NO. 19-00010<br><br>**DECLARATION OF WILLIAM A. EVANOFF IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, **WILLIAM A. EVANOFF**, hereby declare and state under penalty of perjury that the following is true and based upon my personal knowledge and belief and if called to testify, I could do so competently.

1. I submit this Declaration in Support of the Application for Admission *Pro Hac Vice* filed by Defendants Boy Scouts of America and Boy Scouts of America Aloha Council Chamorro District ("BSA").

2. I am an attorney in the law firm of Sidley Austin LLP.  My business address is One South Dearborn Street, Chicago, Illinois 60603.

3. I reside at 2659 N. Wayne, Chicago, Illinois 60614.

4. I have never been a resident of Guam and I am not regularly employed in Guam, nor am I engaged in substantial business, professional or other activities in Guam.

5. I have been admitted to practice law in the State of Illinois since 2000 and am admitted to the following courts: the United States District Court for the Northern District of Illinois, 2000.

6. I am a member in good standing in these courts, I am not currently, nor have I ever been, suspended or disbarred by any court.

7. I have never petitioned the Court to appear in Guam as counsel *pro hac vice* in any case.

8. I hereby designate the following member of the Bar of this Court as local counsel under GR 17.1(d)(2(E) and (e): G. Patrick Civille of the law firm Civille & Tang, PLLC, 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910, Telephone: (671) 472-8868; Facsimile: (671) 477-2511. Mr. Civille is an active member in good standing of the Bar of this Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2019.

                                                 */s/ William A. Evanoff*
                                                 **WILLIAM A. EVANOFF**