OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING 3931
Assistant United States Trustee
1132 Bishop St., Suite 602
Honolulu, HI 96813
Telephone: (808) 522-8150
Facsimile:    (808) 522-8186
ustpregion15.hi.ecf@usdoj.gov

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In re | ) | CASE NO. 19-00010 |
| | ) | (Chapter 11) |
| ARCHBISHOP OF AGANA, A CORPORATION SOLE, | ) ) ) | |
| | ) | Judge: Honorable Frances M. Tydingco-Gatewood |
| Debtor. | ) | |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

The UNITED STATES TRUSTEE, in accordance with 11 U.S.C. § 1102, hereby appoints the following committee of creditors holding unsecured claims:

| Creditor | Contact Information |
|---|---|
| Bank of Guam | Danilo M. Rapadas<br>Bank of Guam<br>POB - BW<br>Hagåtña, Guam 96910<br>Phone no.: (671) 472-5256 |
| Everett Torregrosa | c/o Berman O'Connor & Mann<br>111 Chalan Santo Papa, Suite 503<br>Hagåtña, Guam 96910<br>Phone no.: (671) 477-2778 |

| Creditor | Contact Information |
|---|---|
| Norman Aguon | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Suite 300<br>Hagåtña, Guam 96910<br>Phone no.: (671) 477-8064 |
| Felix Manglona | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Suite 300<br>Hagåtña, Guam 96910<br>Phone no.: (671) 477-8064 |
| William Payne Jr. | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Suite 300<br>Hagåtña, Guam 96910<br>Phone no.: (671) 477-8064 |
| Roland Sondia | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Suite 300<br>Hagåtña, Guam 96910<br>Phone no.: (671) 477-8064 |
| Leo Tudela | c/o Lujan & Wolff LLP<br>238 Archbishop Flores St., Suite 300<br>Hagåtña, Guam 96910<br>Phone no.: (671) 477-8064 |

DATED: Honolulu, Hawaii, March 6, 2019.

TIFFANY L. CARROLL
Acting United States Trustee

By: /s/ CURTIS CHING
Assistant United States Trustee