Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LEONARD STREET LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| ARCHBISHOP OF AGANA, | Case No. 19-00010 |
| a Corporation Sole, | **PETITION FOR PRO HAC VICE ADMISSION** |
| Debtor. | |

COMES NOW Paul A. Richler and moves pursuant to GNLR 17.1(d) of the Local Rules of the District Court of Guam, for admission to practice *pro hac vice* in the above-captioned matter before the District Court of Guam, and submits the following information as requires by the Court and its Local Rules:

1. I do not reside on Guam.
2. I am not regularly employed in business, professional, or other activities on Guam.

1
PRO HAC APPLICATION

3. My residence is located in Pacific Palisades, California.

4. My office address is 15332 Antioch-Street, Suite 305; Pacific Palisades, CA 90272.

5. Courts to which I have been admitted to practice and date of admission:

| COURT | DATE OF ADMISSION |
|---|---|
| California State Court | June 18, 1974 |
| Central District of California | May 28, 1981 |
| Eastern district of California | 1982 |
| Ninth Circuit Court of Appeals, | 1986 |

6. I am in good standing and eligible to practice in the above listed courts.

7. I am not currently suspended or disbarred in any other court.

8. I have not concurrently or within the year preceding this application made any pro hac vice applications to this Court.

9. I designate as local counsel in this matter:

William Gavras

101 Salisbury Street

Dededo, Guam 96929

(671) 632-4357

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2019

*Paul A. Richler*

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Willaim Gavras, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, and as proposed local counsel for the Committee, hereby consent to the foregoing petition of Paul A. Richler for *pro hac vice* admission, and the designation contained herein, pursuant to GNLR 17.1(e).

Dated: March 7, 2019

*William Gavras*