ARRIOLA, COWAN AND ARRIOLA
MARK E. COWAN (Bar No. 73002)
ANITA P. ARRIOLA (Bar No. 89001)
259 Martyr St., Ste. 201
Hagåtña, GU 96910-5200
Telephone: (671) 477-9730
Facsimile: (671) 477-9734

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD *(Admitted Pro Hac Vice)*
RENO F.R. FERNANDEZ III *(Admitted Pro Hac Vice)*
MATTHEW J. OLSON *(Admitted Pro Hac Vice)*
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
BANK OF GUAM

# DISTRICT COURT OF GUAM

| | |
|---|---|
| In re | Bankr. Case No. 19-00010 |
| ARCHBISHOP OF AGAÑA, A Corporation Sole,<br><br>Debtor. | Chapter 11<br><br>**BANK OF GUAM'S REQUEST FOR NOTICE RE INTERIM COMPENSATION FOR CHAPTER 11 PROFESSIONALS** |

COMES NOW Bank of Guam (the "Bank"), creditor herein, and respectfully requests notice of all Monthly Fee Statements[1] prepared by all Professionals seeking compensation from the bankruptcy estate of the ARCHBISHOP OF AGAÑA, a Corporation Sole, and any objections thereto, as contemplated by the Court's *Order Establishing Interim Compensation Procedure for Chapter 11 Professionals*, Dckt. 98.

Copies of said Monthly Fee Statements and any objections should be directed to:

> Iain A. Macdonald and Matthew J. Olson
> Macdonald Fernandez LLP
> 221 Sansome Street, Third Floor
> San Francisco, CA 94104
> imac@macfern.com and matt@macfern.com

---

[1] Unless otherwise defined, all capitalized terms shall have the same meaning as set forth in the Court's *Order Establishing Interim Compensation Procedure for Chapter 11 Professionals*, Dckt. 98.

The Bank also requests that Monthly Fee Statements (and any related objections) for any Compensation Period that were transmitted to Notice Parties prior to the date of this notice be sent to the Bank within 14 days of this notice.

DATED: April 29, 2019

MACDONALD | FERNANDEZ LLP

By: */s/ Matthew J. Olson*
Iain A. Macdonald
Matthew J. Olson
Attorneys for Creditor,
BANK OF GUAM

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 29, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing Bank of Guam's Bank of Guam's Request for Notice re Interim Compensation for Chapter 11 Professionals was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

*/s/ Matthew J. Olson*
Matthew J. Olson