ARRIOLA, COWAN AND ARRIOLA
MARK E. COWAN (Bar No. 73002)
ANITA P. ARRIOLA (Bar No. 89001)
259 Martyr St., Ste. 201
Hagåtña, GU 96910-5200
Telephone: (671) 477-9730
Facsimile: (671) 477-9734

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD *(Admitted Pro Hac Vice)*
RENO F.R. FERNANDEZ III *(Admitted Pro Hac Vice)*
MATTHEW J. OLSON *(Admitted Pro Hac Vice)*
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
BANK OF GUAM

**DISTRICT COURT OF GUAM**

| | |
|---|---|
| In re<br><br>ARCHBISHOP OF AGAÑA, A Corporation Sole,<br><br>Debtor. | Bankr. Case No. 19-00010<br><br>Chapter 11<br><br>**BANK OF GUAM'S OBJECTION TO DEBTOR'S NOTICE OF INTENT TO PRESENT TESTIMONY RE: DEBTOR'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (ACCION HOTEL PROPERTY)**<br><br>Date: May 3, 2019<br>Time: 8:30 a.m.<br>Place: 520 W. Soledad Avenue, 4th Floor<br>Hagåtña, Guam<br><br>Hon. Frances Tydingco-Gatewood |

COMES NOW Bank of Guam (the "Bank"), creditor herein, and respectfully objects to Debtor in Possession's Notice of Intent to Present Testimony [Dkt. #153] at the May 3, 2019 hearing with respect to Debtor in Possession's Motion for Authorization to Sell Real Property (Accion Hotel Property) [Dkt. #127] on the grounds that insufficient notice of the appraisal is being given, as required by Rules 2002(a)(2) and 6004 of the Federal Rules of Bankruptcy Procedure, to allow creditors to prepare for the hearing. Although the Debtor in possession suggests that an appraisal is being prepared, as of this writing a copy of said appraisal has still not been provided to the Bank and

1

was not provided to the Bank in time for the Bank to review and offer any comments before the deadline set by Federal Rule of Bankruptcy Procedure 6004(b). Such delay by the Debtor in Possession is prejudicial to the interests of the Bank and other unsecured creditors.

For these reasons, the Bank prays that the Court deny Debtor's request to present testimony at the May 3, 2019 hearing, and that an evidentiary hearing on the proposed sale be scheduled on the reasonableness of the proposed private sale and the proposed purchase price.

DATED: April 29, 2019　　　　　　　　　MACDONALD | FERNANDEZ LLP

By: */s/ Iain A. Macdonald*
Iain A. Macdonald
Matthew J. Olson
Attorneys for Secured Creditor,
BANK OF GUAM

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 29, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing Bank of Guam's Objection to Debtor's Notice of Intent to Present Testimony Re: Debtor's Motion for Authorization to Sell Real Property (Accion Hotel Property) was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

*/s/ Iain A. Macdonald*
Iain A. Macdonald

2