# THE DISTRICT COURT OF GUAM

In re:

ARCHBISHOP OF AGAÑA, a Corporation Sole,

                    Debtor.

Bankruptcy Case No. 19-00010
(Chapter 11)

## FINAL ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE; (II) APPROVING THE DEBTOR'S PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES; (III) APPROVING THE DEBTOR'S PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE REQUESTS; AND (IV) GRANTING RELATED RELIEF

On February 8, 2019, the court issued an interim order (a) prohibiting utility service providers from altering, refusing, or discontinuing services, or discriminating against the Debtor on account of commencement of the Bankruptcy Case or unpaid pre-petition invoices; (b) approving the Debtor's proposed form of adequate assurance deposits; (c) approving the Debtor's proposed procedures for resolving disputes regarding adequate assurance; and (d) granting related relief. *See* ECF No. 73.

On March 11, 2019, the court set this matter for a final hearing and gave a deadline of April 15, 2019, for any objections. None was filed. Accordingly, the interim order shall be final, and this court vacates the hearing date of May 3, 2019, on this matter.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: Apr 30, 2019**

Page **1** of **1**