# THE DISTRICT COURT OF GUAM

In re:

ARCHBISHOP OF AGAÑA, a Corporation Sole,

Debtor.

Bankruptcy Case No. 19-00010
Chapter 11

**ORDER AUTHORIZING DEBTOR TO EMPLOY
PACIFIC HUMAN RESOURCE SERVICES, INC.
AS HUMAN RESOURCE CONSULTANT**

On February 22, 2019, Debtor filed the Application to Employ Pacific Human Resource Services, Inc. ("PHRS") as Human Resource Consultant and the attached Verified Disclosure of Grace Donaldson. *See* ECF Nos. 82 and 82-1. Based upon the Application and the Verified Disclosure of Grace Donaldson filed in support thereof, no objection by the U.S. Trustee, and for good cause shown;

IT IS HEREBY ORDERED that:

1. The Application is APPROVED, and the Debtor is authorized to employ PHRS as its human resource consultant effective February 22, 2019.

2. The compensation of PHRS for services rendered to the Debtor shall be paid in

accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, applicable federal and local Bankruptcy Rules, and such other procedures as may be fixed by this Court.

The court vacates the hearing date of May 3, 2019, on this matter.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Apr 30, 2019**

Submitted by:

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Ford Elsaesser
ELSAESSER ANDERSON CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

*Counsel for Debtor*

*/s/ John C. Terlaje*
John C. Terlaje
THE LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Building
194 Hernan Cortez Ave., Suite 216
Hagåtña, Guam 96910
Telephone: (671) 477-8894
Email: john@terlaje.net

**Approved as to form:**

*/s/ Curtis Ching*
Curtis Ching
Assistant United States Trustee
Office of the United States Trustee