# THE DISTRICT COURT OF GUAM

In re:

ARCHBISHOP OF AGAÑA, a Corporation Sole,

Debtor.

Bankruptcy Case No. 19-00010
Chapter 11

**ORDER AUTHORIZING DEBTOR TO EMPLOY REALTOR**
**RE/MAX DIAMOND REALTY**

On March 6, 2019, Debtor filed the Application to Employ Realtor and the attached Verified Disclosure of Elizabeth C. Duenas. *See* ECF Nos. 86 and 86-1. Based upon the Application and the Verified Disclosure filed in support thereof, no objection by the U.S. Trustee, and for good cause shown;

IT IS HEREBY ORDERED that:

1. The Application is APPROVED, and the Debtor is authorized to employ RE/MAX Diamond Realty effective March 6, 2019.

2. The compensation of RE/MAX Diamond Realty for services rendered to the Debtor shall be paid in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, applicable federal and local Bankruptcy Rules, and such other procedures as may be fixed by this Court.

Page 1 of 2

3. Employment of Realtor will be for Debtor-in-Possession only. There will be no dual agency relationship.

The court vacates the hearing date of May 3, 2019, on this matter.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Apr 30, 2019**

Submitted by:

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Ford Elsaesser
ELSAESSER ANDERSON CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
(208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

*Counsel for Debtor*

*/s/ John C. Terlaje*
John C. Terlaje
THE LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Building
194 Hernan Cortez Ave., Suite 216
Hagåtña, Guam 96910
Telephone: (671) 477-8894
Email: john@terlaje.net

**Approved as to form:**

*/s/ Curtis Ching*
Curtis Ching
Assistant United States Trustee
Office of the United States Trustee