# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA, a Corporation Sole,<br><br>Debtor. | Bankruptcy Case No. 19-00010<br>(Chapter 11) |

### ORDER GRANTING THE APPLICATION TO EMPLOY THE LAW OFFICE OF WILLIAM GAVRAS AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Before the court is the Application to Employ the Law Office of William Gavras as Local Counsel to the Official Committee of Unsecured Creditors ("Application"). *See* ECF No. 92. There having been no timely objection filed, and the court having been satisfied that Gavras is a disinterested person who does not hold or represent an interest adverse to the Debtor's estate in the matters upon which he is to be engaged, and that employment of the law firm is necessary and would be in the best interest of the estate; and good cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Official Committee of Unsecured Creditors is authorized to employ the Law Office of William Gavras as its local counsel, *nunc pro tunc* to March 7, 2019; and it is further

ORDERED that the compensation shall be under the terms specified in the Application and shall be governed by the applicable bankruptcy rules and codes, and such other procedures as may be fixed by order of this court.

The court vacates the hearing date of May 3, 2019, on this matter.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Apr 30, 2019**