# THE DISTRICT COURT OF GUAM

In re:

ARCHBISHOP OF AGAÑA, a Corporation Sole,

Debtor.

Bankruptcy Case No. 19-00010
(Chapter 11)

**<ins>ORDER GRANTING THE APPLICATION TO EMPLOY
STINSON LEONARD STREET LLP AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</ins>**

Before the court is the Application to Employ Stinson Leonard Street, LLP, as Counsel to the Official Committee of Unsecured Creditors ("Application"). *See* ECF No. 94. There having been no timely objection filed, and the court having been satisfied that the attorneys of the law firm are disinterested persons who do not hold or represent an interest adverse to the Debtor's estate in the matters upon which they are to be engaged, and that employment of the law firm is necessary and would be in the best interest of the estate; and good cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Official Committee of Unsecured Creditors is authorized to employ Stinson Leonard Street, LLP, as its counsel, *nunc pro tunc* to March 7, 2019; and it is further

ORDERED that the compensation shall be under the terms specified in the Application and shall be governed by the applicable bankruptcy rules and codes, and such other procedures as may be fixed by order of this court.

The court vacates the hearing date of May 3, 2019, on this matter.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Apr 30, 2019**