CAMACHO CALVO LAW GROUP LLC
DONALD V. CALVO
dcalvo@camachocalvo.law
134 W Soledad Ave Ste 401
Hagåtña, GU 96910
Tel No. 671.472.6813
Fax No. 671.477.4375

ASHFORD & WRISTON LLLP
CUYLER E. SHAW, ESQ. [Hawaii Bar No. 1413]
cshaw@awlaw.com
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
P. (808) 539-0448
F. (808) 533-4945

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| | Case No. 19-00010 |
| ARCHBISHOP OF AGAÑA, | |
| a Corporation Sole | PETITION FOR PRO HAC VICE ADMISSION |
| Debtor. | |

## PETITION FOR PRO HAC VICE ADMISSION

COMES NOW Cuyler E. Shaw, and moves pursuant to GNLR 17.1(d), Local Rules of the District Court of Guam, for admission to practice *pro hac* vice in the above-captioned matter before the District Court of Guam, and submits the following information as required by the Court and its Local Rules.

    1    I do not reside on Guam.

    2.    I am not regularly employed in business, professional or other activities in Guam.

    3.    My residence is:

|   | | 3783 Kumulani Place |
|---|---|---|
| 1 | | Honolulu, Hawaii 96822 |
| 2 | 4. | My office address is: |
| 3 | | |
| 4 | | Ashford & Wriston LLLP |
| | | 999 Bishop Street, Suite 1400 |
| 5 | | Honolulu, Hawaii 96813 |

5. Courts to which I have been admitted to practice and date of admission: all courts in the State of Hawaii and the United States District Court for the District of Hawaii, admitted in 1974.

6. I am in good standing and eligible to practice in the above listed courts.

5. I am not currently suspended or disbarred in any other court;

6. I have not concurrently or within the year preceding this application made any pro hac vice applications to this Court.

7. I designate the following attorney as local counsel in this matter:

Donald V. Calvo
Camacho Calvo Law Group LLC
134 W. Soledad Avenue, Suite 401
Hagåtña, GU 96910

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2019.

_____
CUYLER E. SHAW

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, DONALD V. CALVO, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, and counsel for BANK OF HAWAII, a Hawaii corporation, hereby consent to the foregoing petition of CUYLER E. SHAW for *pro hac vice* admission, and the designation contained herein, pursuant to GNLR 17.1(e), Local Rules of the District Court of Guam.

Dated: April 30, 2019

By: _____
DONALD V. CALVO