1  Robert T. Kugler (MN #0194116)
2  Edwin H. Caldie (MN #0388930)
   STINSON LEONARD STREET LLP
3  50 S 6th Street, Suite 2600
   Minneapolis, MN 55402
4  Tel: (612) 335- 1500
   Robert.Kugler@stinson.com
5  Ed.Caldie@stinson.com

6  And

7  William L. Gavras, Esq.

8  LAW OFFICES OF WILLIAM L. GAVRAS

9  101 Salisbury Street

10 Dededo, Guam 96929

   Tel.: 632-4357
11

12 *Counsel for the Official Committee of Unsecured Creditors*

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| ARCHBISHOP OF AGANA, | Case No. 19-00010 |
| a Corporation Sole, | MOTION TO APPEAR TELEPHONICALLY (Paul Richler) |
| Debtor. | |

Pursuant to CVLR 7(1), the Official Committee of Unsecured Creditors (the "Committee") respectfully requests that its off-island counsel, Paul Richler of the Law Office of Paul A. Richler, proposed insurance counsel to the Committee, be permitted to participate in the hearing on this matter on May 3, 2019 at 8 a.m., or at such time and date as the Court may order. Good cause exists to grant this request and no substantial prejudice will be suffered by any party. Said attorneys has been admitted *pro hac vice* in the above-captioned matter and is unable to appear in person at the hearing. Mr. Richler is familiar with the proceedings in this matter and the Committee's main

counsel Stinson Leonard Street LLP and local counsel, William Gavras, will be in attendance at the hearing.

RESPECTFULLY SUBMITTED this 30th day of April, 2019.

        STINSON LEONARD STREET LLP

        */s/ Robert T. Kugler*
        Robert T. Kugler

## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2019, in accordance with Fe. R. Civ. P. 5(b)(3), a true copy of the foregoing Motion, was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

*/s/ Robert T. Kugler*
Robert T. Kugler

CORE/3515288.0002/152264826.1