CAMACHO CALVO LAW GROUP LLC
DONALD V. CALVO
*dcalvo@camachocalvo.law*
134 W Soledad Ave Ste 401
Hagåtña, GU 96910
Tel No. 671.472.6813
Fax No. 671.477.4375

ASHFORD & Wriston LLLP
CUYLER E. SHAW [Hawaii Bar No. 1413]
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
P. (808) 539-0448
F. (808) 533-4945

# ITHE DISTRICT COURT OF GUAM

| In re: | Bankruptcy Case No. 19-00010 |
|---|---|
| | (Chapter 11) |
| ARCHBISHOP OF AGAÑA, a Corporation Sole, | |
| Debtor. | |

## ORDER GRANTING PETITION FOR PRO HAC VICE ADMISSION

The Petition of CUYLER E. SHAW to appear *pro hac vice* in the District Court of Guam has come regularly before the court for its review pursuant to GNLR 17.1(d), Local Rules of the District Court of Guam.

Upon consideration of the motion and all papers submitted in support thereof, it is hereby ORDERED that the Petition is GRANTED.

CUYLER E. SHAW may appear and participate in this action on behalf of Bank of Hawaii, a Hawaii corporation.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 01, 2019**