**DAVID J. LUJAN**
**DELIA LUJAN WOLFF**
**LUJAN & WOLFF** LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Certain Tort Claimant Creditors*

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>                    Debtor. | Bankruptcy Case No. 19-00010<br>Chapter 11<br><br>**JOINDER IN BANK OF GUAM'S OBJECTION TO DEBTOR'S NOTICE OF INTENT TO PRESENT TESTIMONY RE: DEBTOR'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (ACCION HOTEL PROPERTY)** |

      Lujan & Wolff LLP, on behalf of Certain Tort Claimant Creditors, hereby joins in the Objection filed by Bank of Guam as Document No. 155, and adopts the same as if fully set forth herein. In addition, Tort Claimants Creditors further object to Debtor's reservation to call unnamed Witnesses and to present additional documentary evidence which would be tantamount to trial by ambush by Debtor, and extremely prejudicial and unfair.

      In conclusion, the Court should order Debtor to give notice of its witnesses and testimony to be presented, and to serve its documentary evidence in advance of a hearing.

      **RESPECTFULLY SUBMITTED** this 1st day of May, 2019.

**LUJAN & WOLFF** LLP

By:    _____/s/_____
              **DAVID J. LUJAN**
              *Attorneys for Certain Tort Claimant Creditors*

1

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that, on May 1, 2019, in accordance with Federal Rule of Civil

Procedure 5(b)(3), a true copy of the foregoing **JOINDER IN BANK OF GUAM'S**

4

**OBJECTION TO DEBTOR'S NOTICE OF INTENT TO PRESENT TESTIMONY RE:**

5

6

**DEBTOR'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (ACCION**

7

**HOTEL PROPERTY)** was served via the Court's CM/ECF notification facilities to those parties

8

who are registered CM/ECF participants in this case, and the U.S. Trustee.

9

**LUJAN & WOLFF LLP**

10

11

By:     _____/s/_____

12

**DAVID J. LUJAN**
*Attorneys for Certain Tort Claimant Creditors*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2