CAMACHO CALVO LAW GROUP LLC
DONALD V. CALVO
*dcalvo@camachocalvo.law*
134 W Soledad Ave Ste 401
Hagåtña, GU 96910
Tel No. 671.472.6813
Fax No. 671.477.4375

ASHFORD & WRISTON LLLP
SETH T. BUCKLEY, ESQ. [Hawaii Bar No. 9353]
*sbuckley@awlaw.com*
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813
P. (808) 539-0408
F. (808) 533-4945

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole<br><br>Debtor. | Chapter 11 Bankruptcy<br><br>Case No. 19-00010<br><br>SUPPLEMENT TO BANK OF HAWAII'S RESPONSE TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO MOTION FOR USE OF CASH COLLATERAL (BANK OF HAWAII); PROPOSED FINAL ORDER<br><br>Hearing Date: May 3, 2019<br>Time: 8:30 AM<br>Judge: Hon. Frances Tydingco-Gatewood |

# SUPPLEMENT TO BANK OF HAWAII'S RESPONSE TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO MOTION FOR USE OF CASH COLLATERAL (BANK OF HAWAII)

Creditor Bank of Hawaii ("BOH") hereby supplements (this "Supplement") its *Response to Official Committee of Unsecured Creditors' Limited Objection to Motion For Use of Cash Collateral (Bank Of Hawaii)* filed April 15, 2019 [ECF No. 139] (the "BOH Response").

On January 16, 2019, the Archbishop of Agaña, a Corporation Sole, also known as Roman Catholic Archdiocese of Agaña, Debtor-in-Possession in the above-captioned Chapter 11 bankruptcy case ("AOA" or "Debtor"), filed its *Motion for Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection and Setting Final Hearing* [ECF No. 21] (the "Cash Collateral Motion").

On January 16, 2019, the Official Credit of Unsecured Creditors filed its *Limited Objection to Motion For Use of Cash Collateral (Bank Of Hawaii)* [ECF No. 125] ("Limited Objection"). BOH filed the BOH Response on April 15, 2019, attaching to the BOH Response a Proposed Final Order Authorizing Use of Bank of Hawaii Cash Collateral and Granting Adequate Protection (the "Proposed Final Order").

Since the filing of the Limited Objection, BOH Response, and Proposed Final Order, the parties have negotiated and agreed upon a final form of proposed final order on the Cash Collateral Motion, which final form of order is attached to this Supplement.

Based on the foregoing, BOH respectfully requests that the Cash Collateral Motion be granted in the in the form of the *Proposed Final Order Authorizing Use of Bank of Hawaii Cash Collateral and Granting Adequate Protection*, attached hereto.

RESPECTFULLY SUBMITTED this 1st day of May, 2019,

CAMACHO CALVO LAW GROUP LLC

/s/ Donald V. Calvo
Donald V. Calvo

ASHFORD & WRISTON LLLP

/s/ Seth T. Buckley
Seth T. Buckley

**CERTIFICATE OF SERVICE**

I hereby certify that, May 1, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing SUPPLEMENT TO BANK OF HAWAII'S RESPONSE TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO MOTION FOR USE OF CASH COLLATERAL (BANK OF HAWAII), was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

/s/ Donald V. Calvo

Donald V. Calvo