Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:     (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>Debtor. | Chapter 11 Bankruptcy<br><br>Case No. 19-00010 |

## SEXUAL ABUSE PROOF OF CLAIM
## IMPORTANT:
## THIS FORM MUST BE *RECEIVED* NO LATER THAN AUGUST 15, 2019 AT 5:00 P.M. (PREVAILING CHST-CHAMORRO STANDARD TIME)

Carefully read the Notice and Instructions that are included with this **CONFIDENTIAL PROOF OF CLAIM** and complete all applicable questions. Send together with one copy to: Clerk of the Court, District of Guam at the following address: Office of the Clerk of Court-ATTN SEALED DOCUMENTS, District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, 4th Floor, Hagåtña, 96910, Guam.  If you prefer to hand deliver the completed Confidential Proof of Claim form to the Clerk, the physical address for hand delivery is Clerk of

1

the District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, 4th Floor, Hagåtña, 96910, Guam.

**If you mail or delivery the Confidential Proof of Claim form it must be received by the Clerk no later than 5:00 p.m. (prevailing ChST-Chamorro Standard Time) on August 15, 2019.**

**YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER.**

**AND YOU MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING TOLL FREE AT _____.**

**FAILURE TO COMPLETE AND RETURN THIS FORM MAY RESULT IN YOUR INABILITY TO VOTE ON A PLAN OF REORGANIZATION AND RECEIVE A DISTRIBUTION FROM THE ARCHBISHOP OF AGAÑA, (THE "ARCHBISHOP").**

**UNLESS YOU INDICATE OTHERWISE IN PART 1 BELOW, YOUR IDENTITY WILL BE KEPT STRICTLY CONFIDENTIAL, UNDER SEAL, AND OUTSIDE THE PUBLIC RECORD OF THE BANKRUPTCY COURT. HOWEVER, THIS PROOF OF CLAIM AND THE INFORMATION IN THIS PROOF OF CLAIM WILL BE PROVIDED PURSUANT TO COURT-APPROVED CONFIDENTIALITY GUIDELINES TO THE ARCHBISHOP, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND TO SUCH OTHER PERSONS AS THE BANKRUPTCY COURT DETERMINES NEED THE INFORMATION IN ORDER TO EVALUATE THE CLAIM.**

**THIS PROOF OF CLAIM IS FOR SEXUAL ABUSE CLAIMANTS ONLY.**

For the purposes of filing a Sexual Abuse Proof of Claim, a **Sexual Abuse Claim** is defined as any Claim (as defined in section 101(5) of the Bankruptcy Code) against the Archbishop resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other sexual misconduct, and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Archbishop or any other person or entity for whose acts or failures to act the Archbishop is or was allegedly responsible.

For Purposes of this Proof of Claim, a **Sexual Abuse Claimant** is defined as the person asserting a Sexual Abuse Claim against the Archbishop, or if a minor, then his parent or legal guardian.

**TO BE VALID, THIS PROOF OF CLAIM MUST BE SIGNED BY YOU OR YOUR ATTORNEY. IF THE SEXUAL ABUSE CLAIMANT IS DECEASED OR**

2

**INCAPACITATED, THE FORM MAY BE SIGNED BY THE SEXUAL ABUSE CLAIMANT'S REPRESENTATIVE, EXECUTOR OF THE ESTATE OR THE ATTORNEY FOR THE ESTATE. IF THE SEXUAL ABUSE CLAIMANT IS A MINOR, THE FORM MAY BE SIGNED BY THE SEXUAL ABUSE CLAIMANT'S PARENT OR LEGAL GUARDIAN, OR THE SEXUAL ABUSE CLAIMANT'S ATTORNEY.**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## PART 1: CONFIDENTIALITY

**THIS SEXUAL ABUSE PROOF OF CLAIM (ALONG WITH ANY ACCOMPANYING EXHIBITS AND ATTACHMENTS) WILL BE MAINTAINED AS CONFIDENTIAL PURSUANT TO COURT-APPROVED GUIDELINES UNLESS YOU EXPRESSLY REQUEST THAT IT BE PUBLICLY AVAILABLE BY CHECKING THE BOX AND SIGNING BELOW. ONLY THE SEXUAL ABUSE CLAIMANT MAY WAIVE CONFIDENTIALITY IN THIS PART 1.**

☐ I <u>do not</u> want this Proof of Claim (along with any accompanying exhibits and attachments) to be kept confidential. Please verify this election by signing directly below.

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

**A.  Sexual Abuse Claimant**

_____

First Name              Middle Initial              Last Name              Jr/Sr/III

_____

Mailing Address (If party is incapacitated, is a minor or is deceased, please provide the address of the individual submitting the claim. If you are in jail or prison, your current address).

_____

City              State/Prov.      Zip Code (Postal Code)              Country
                                                        (if other than U.S.A.)

Telephone No(s):
Home: _____Work: _____Cell: _____

Email address: _____

Social Security Number: _____

If you are in jail or prison, your identification number: _____

3

May we leave voicemails for you regarding your claim? ☐ Yes ☐ No

May we send confidential information to your email: ☐ Yes ☐ No

Birth Date: _____ ☐ Male ☐ Female
             Month   Day   Year

Any other name, or names, by which the Sexual Abuse Claimant has been known:

_____

**B.     Sexual Abuse Claimant's Attorney (if any):**

_____
Law Firm Name

_____
Attorney's First Name         Middle Initial        Last Name

_____
Street Address

_____
City        State/      Prov. Zip Code (Postal Code)       Country
                                                    (if other than U.S.A.)

_____
Telephone No.          Fax No.               E-mail address

**PART 3: NATURE OF COMPLAINT**
**(Attach additional separate sheets if necessary)**

**NOTE: IF YOU HAVE PREVIOUSLY FILED A LAWSUIT AGAINST THE ARCHBISHOP IN STATE OR FEDERAL COURT, YOU MAY ATTACH THE COMPLAINT. IF YOU DID NOT FILE A LAWSUIT, OR IF THE COMPLAINT DOES NOT CONTAIN ALL OF THE INFORMATION REQUESTED BELOW, YOU MUST PROVIDE THE INFORMATION BELOW.**

a.     Who committed the acts of sexual abuse or other wrongful conduct?

     _____

     _____

     _____

     _____

4

b.    What is the position, title or relationship to you (if known) of the abuser or individual who committed these acts?

_____

_____

c.    Where did the sexual abuse or other wrongful conduct take place? Please be specific and complete all relevant information that you know, including the City and State, name of the School (if applicable) and/or the name of any other location.

_____

_____

_____

d.    When did the sexual abuse or other wrongful conduct take place?

1.    If the sexual abuse or other wrongful conduct took place over a period of time (months or years), please state when it started, when it stopped, and how many times it occurred.

_____

_____

_____

2.    Please also state your age(s) and your grade(s) in school (if applicable) at the time the abuse or other wrongful conduct took place.

_____

e.    What happened (describe what happened):

_____

_____

_____

_____

_____

f.    Did you tell anyone about the sexual abuse or other wrongful conduct and, if so, who did you tell and when (this would include parents; relatives; friends; the Archbishop; attorneys; counselors; and law enforcement authorities)?

5

_____

_____

_____

g.  Identify any church or religious organization you have belonged to or have been affiliated with.

_____

_____

_____

h.  State whether there were any witnesses to the abuse. If there were any witnesses, please list their name(s) and any contact information you have.

_____

_____

_____

## PART 4: IMPACT OF COMPLAINT
**(Attach additional separate sheets if necessary)**

*(If you are uncertain how to respond to this Part 4, you may leave this Part 4 blank, but you will be required to complete this Part 4 within thirty (30) days after a written request is made for the information requested in this Part 4)*

1.  What injuries (including physical, mental and/or emotional) have occurred to you because of the act or acts of sexual abuse or other wrongful conduct that resulted in the claim (for example, the effect on your education, employment, personal relationships, health, and any physical injuries)?

_____

_____

_____

2.  Have you sought counseling or other treatment for your injuries? If so, with whom and when?

_____

6

_____

**PART 5: ADDITIONAL INFORMATION**

1.  Prior Claims: Have you filed any claims in any other bankruptcy case relating to the sexual abuse described in this claim.

    □ Yes     □No (If "Yes," you are required to attach a copy of any completed claim form.)

    If "Yes," which case(s):

    _____

    _____

2.  Settlements: Regardless of whether a complaint was ever filed against any party because of the sexual abuse or other wrongful conduct, have you settled any claim relating to the sexual abuse or other wrongful conduct described in this claim?

    □ Yes     □ No   (If "Yes," please describe, including parties to the settlement. You are required to attach a copy of any settlement agreement.)

    _____

    _____

3.  Bankruptcy. Have you ever filed bankruptcy?  □ Yes     □ No (If "Yes," please provide the following information:

    Name of Case: _____     Court: _____

    Date filed: _____     Case No. _____

    Chapter: □ 7     □ 11     □ 12     □ 13          Name of Trustee: _____

4.  State whether you have previously commenced any lawsuit seeking damages for the identified sexual abuse.  If yes, please state:

    a.     Where and when you commenced the lawsuit:

           _____

    b.     The parties to the lawsuit:

           _____

    c.     The case number if any:

           _____

7

d. The result of the lawsuit:

_____

**Sign and print your name. If you are signing the claim on behalf of another person or an estate, print your title.**

**Under penalty of perjury, I declare the foregoing statements to be true and correct.**

**Date: _____**

**Signature: _____**

**Print Name: _____**

**Relationship to Sexual Abuse Claimant:_____**

Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>    Debtor. | Chapter 11 Bankruptcy<br><br>Case No. 19-00010 |

**NOTICE OF BAR DATES FOR FILING OF GENERAL PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE ARCHBISHOP OF AGAÑA:

   **PLEASE TAKE NOTICE** that on January 16, 2019 (the "Petition Date") The Archbishop of Agaña, Debtor and Debtor-in-Possession in the above-captioned case filed a voluntary petition for relief under Chapter ll of Title 11 of the United States Code in the United State Bankruptcy Court for the District of Guam (the "Court").  The Debtor, its address, case number, proof of claim forms and other relevant information related to this Chapter 11 case may be obtained at: **https://aganaarch.org.**

1

**PLEASE TAKE FURTHER NOTICE** that on May ____, 2019, the Court entered an order (the "Bar Date Order") establishing certain claims bar dates in the Debtor's Chapter 11 case. By the Bar Date Order, the Court established **August 15, 2019 at 5:00 p.m. (prevailing ChST-Chamorro Standard Time)**, as the date by which general claims must be filed (the "General Bar Date"). Except as described below, the Bar Date Order requires all Entities, including Governmental Units, that have or may assert any prepetition Claims against the Debtor to file proofs of claim with the District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, 4th Floor, Hagåtña, 96910, Guam, so that their proofs of claim are received by the Clerk of the Court on or before 5:00 p.m. (prevailing ChST-Chamorro Standard Time) on the applicable bar date set forth herein. Please note that the terms "Entity," "Governmental Unit" and "Claim" are defined below.

**PLEASE TAKE FURTHER NOTICE** that for your convenience, enclosed with this notice (the "General Creditor Bar Date Notice") is a proof of claim form (the "General Creditor Proof of Claim Form"). If this notice does not include a proof of claim form, a proof of claim form may be obtained from Debtor at: **https://aganaarch.org.**

### KEY DEFINITIONS

- As used in this Notice, the term "Entity" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons (individuals, partnerships and corporations), estates, trusts, Governmental Units and the United States Trustee.

- As used in this Notice, the term "Governmental Unit" has the meaning given to it in section 101(27) of the Bankruptcy Code and includes the United States, States, commonwealths, districts, territories, municipalities, foreign states, or departments, agencies or instrumentalities of the foregoing.

- As used in this Notice, the term "Claim" shall mean, as to or against the Debtor and in accordance with section 101(5) of the Bankruptcy Code: (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH CLAIMANT MUST FILE A PROOF OF CLAIM. A CLAIMANT MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING [_____].**

**I.**    **WHO MUST FILE A PROOF OF CLAIM AND THE APPLICABLE BAR DATES**

2

a. ***The Bar Dates***: The Bar Date Order establishes the following applicable bar dates for filing proofs of claim in this case:

    **i.** The General Bar Date. Except as set forth below, pursuant to the Bar Date Order, all Entities, including Governmental Units, holding Claims against the Debtor (whether secured, unsecured priority, or unsecured nonpriority) that arose prior to or on January 16, 2019, are required to file proofs of claim by the General Bar Date – **August 15, 2019 at 5:00 p.m. (prevailing ChST-Chamorro Standard Time)**.

b. ***Entities that MUST File Proofs of Claims by the General Bar Date***: Except as set forth in paragraph "C" below, the following Entities (including Governmental Units) must file proofs of claim on or before the General Bar Date:

    i. Any person or entity whose pre-petition claim against the Debtor is not listed in the Debtor's Schedules or whose pre-petition claim is listed in the Schedules but is listed as disputed, contingent or unliquidated and that desires to participate in this case or share in any distribution in this case; and

    ii. Any person or entity that believes that its pre-petition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules.

**PLEASE NOTE THAT INDIVIDUALS ASSERTING CLAIMS ARISING FROM SEXUAL ABUSE FOR WHICH SUCH INDIVIDUALS BELIEVE THE ARCHBISHOP OF AGAÑA MAY BE LIABLE ARE INSTRUCTED TO FILE A SEXUAL ABUSE PROOF OF CLAIM FORM, CONSISTENT WITH THE BAR DATE ORDER AND THE SEXUAL ABUSE BAR DATE NOTICE. CLAIMANTS MAY OBTAIN COPIES OF THESE FORMS FROM THE DEBTOR OR THE CLERK OF THE BANKRUPTCY COURT, AT THE ADDRESSES SET FORTH HEREIN.**

c. ***Entities NOT Required to File Proofs of Claim by the General Bar Date***: The Bar Date Order further provides that the following Entities need not file proofs of claim by the General Bar Date:

    i. Any person or entity that has already properly filed a proof of claim against the Debtor with the Clerk of the Court;

    ii. Any person or entity: (a) whose claim is listed in the Schedules or any amendments thereto, and (b) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (c) who does not dispute the amount or classification of its claim as set forth in the Schedules;

    iii. Professionals retained by the Debtor or the Committee pursuant to orders of this Court, who assert administrative claims for payment of fees and

3

expenses subject to the Court's approval pursuant to §§ 330, 331, and 503(b) of the Bankruptcy Code;

iv. Any person or entity that asserts an administrative expense claim against the Debtor pursuant to §§ 503(b)(1) through (9) of the Bankruptcy Code;

v. Any person or entity whose claim against the Debtor has been allowed by an order of the Court entered on or before the applicable Bar Date; and

vi. Any person or entity whose claim has been paid in full.

## II.   CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM

**Any Entity that is required to file a proof of claim, but fails to do so by the applicable Bar Date described in this General Bar Date Notice: (i) may NOT be treated as a creditor with respect to such Claim for the purposes of voting on and distribution under any Chapter 11 plan proposed and/or confirmed in this case; and (ii) may be forever barred, estopped, and enjoined from asserting such Claim against the Debtor (or filing a proof of claim with respect thereto), and the Debtor and its property may be forever discharged from any and all indebtedness or liability with respect to such Claim.**

**If it is unclear from the Schedules whether your Claim is disputed, contingent or unliquidated as to amount or is otherwise properly listed and classified, you must file a proof of claim on or before the applicable Bar Date. Any Entity that relies on the information in the Schedules bears responsibility for determining that its Claim is accurately listed therein.**

## RESERVATION OF RIGHTS

The Debtor reserves the right to: (i) dispute, or to assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules as to nature, amount, liability, classification or otherwise; and (ii) subsequently designate any Claim as disputed, contingent or unliquidated. Nothing contained in this Notice shall preclude the Debtor from objecting to any Claim, whether scheduled or filed, on any grounds.

## PROCEDURE FOR FILING PROOFS OF CLAIM

1. One original proof of claim and one copy must be sent by mail, overnight delivery, courier or hand delivery to the U.S. Bankruptcy Court Clerk at the following address: Office of the Clerk of Court, District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, 4th Floor, Hagåtña, 96910, Guam, so that their proofs of claim are received by the Clerk of the Court no later than 5:00 p.m. (prevailing Chamorro Standard Time) on the General Bar Date. ***Any proof of claim submitted by facsimile or e-mail will not be accepted and will not be deemed filed until the proof of claim is submitted by the method described in the foregoing sentence.*** Proofs of claim will be deemed filed only

4

when actually received by the Clerk of the Court. If you wish to receive acknowledgement of the Clerk of the Court's receipt of your proof of claim, you must also submit by the General Bar Date and concurrently with submitting your original proof of claim: (i) one additional copy of your original proof of claim; and (ii) a self-addressed, postage pre-paid return envelope.

2.   Proofs of claim must include all documentation required by Bankruptcy Rules 3001(c) and 3001(d), including an original or a copy of any written document that forms the basis of the Claim or, for secured Claims, evidence that the alleged security interest has been perfected.

## **ADDITIONAL INFORMATION**

1.   You may be listed as the holder of a Claim against the Debtor's in the Schedules. If you hold or assert a Claim that is not listed in the Schedules or if you disagree with the amount or priority of your Claim as listed in the Schedules, or your Claim is listed in the Schedules as contingent, unliquidated, or disputed, you must file a proof of claim. Copies of the Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Office of the Clerk of Court, District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, 4th Floor, Hagåtña, 96910, Guam.  In addition, copies of the Debtor's Schedules and Bar Date Order may be viewed on the Internet at the Court's website (**http://nmb.uscourts.gov/)** by following the directions for accessing the ECF system on such website (a PACER password is required).

2.   Questions concerning the contents of this Notice and requests for proofs of claim should be directed Bruce A. Anderson, an attorney representing the Debtor, at 1-208-667-2900, between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Pacific Time), Monday through Friday. Please note that Bruce A. Anderson is not permitted to give you legal advice and will not discuss the merits of the claim with any represented party. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated: _____, 2019

BY ORDER OF THE HONORABLE FRANCES M. TYDINGCO-GATEWOOD
UNITED STATES BANKRUPTCY JUDGE

5

EXHIBIT C

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**BANKRUPTCY DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| | Case No. 19-00010 |
| ARCHBISHOP OF AGAÑA, <br> a Corporation Sole, | |
| Debtor. | |

**PERMITTED PARTY CONFIDENTIALITY AGREEMENT**

This Agreement ("**Agreement**") is entered into as of _____, 2019

By _____ (the "**Recipient**"), a Permitted Party pursuant to paragraph ____ of the *Order Fixing Time for Filing Proofs of Claims; Approving Proofs of Claim Forms; Providing for Confidentiality Protocols; and Approving Form and Manner of Notice* (the "**Order**") [Docket No. ____ ] on _____ ___, 2019 by the District Court of Guam, Territory of Guam, Bankruptcy Division (the "**Court**") in case no. 19-00010, *In Re: Archbishop of Agana, a Corporation Sole* (the "**Case**").

WHEREAS, the Recipient will be granted access to confidential Sexual Abuse Proof of Claim Forms[1] filed in the Case after execution of this Agreement pursuant to and in accordance with the terms of the Order;

WHEREAS, Recipient agrees to keep the information provided in any and all Sexual Abuse Proof of Claim Form confidential pursuant to and in accordance with the terms of the Order and this Agreement; and

---

[1] Capitalized terms used but not defined herein shall have the meaning and definitions ascribed to them in the Order.

1

WHEREAS, with the exception of the parties identified in paragraph 12.c. of the Order, access to the Sexual Abuse Proof of Claim Forms extends only to the natural person who executes this Agreement. A separate confidentially agreement must be signed by each natural person who seeks access to the sexual abuse Proof of Claim Forms on behalf of a Permitted Party.

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

1. Recipient agrees to keep the information provided in the Sexual Abuse Proof of Claim Forms confidential pursuant to and in accordance with the terms of the Order and this Agreement;

2. Recipient agrees to not distribute any Sexual Abuse Proof of Claim Forms or information provided in the Proof of Claim Forms in violation of the Confidential Protocol in the Order and this Agreement.

3. Recipient may use the information provided in any and all Sexual Abuse Proof of Claims Forms only in connection with the Case, any related adversary proceedings or contested matters in the Case, any related insurance or reinsurance coverage demands, claims, disputes, or litigation, any settlement negotiation or mediation regarding all of the foregoing, and as otherwise required by federal or state laws or regulations ("Permitted Use(s)").

4. In the event a Permitted Use requires Recipient to disclose to a court information provided in any and all Sexual Abuse Proof of Claims Forms, Recipient will file the Sexual Abuse Proof of Claim Forms under seal or in accordance with any subsequent order entered by the Bankruptcy Court in the Case regarding such disclosure after request by Recipient and/or other parties in interest in the Case.

5. Except as provided herein, Recipient agrees that only the natural person who executes this Agreement, will have access to the Sexual Abuse Proof of Claim Forms unless a Permitted Party pursuant to paragraph 12.d. of the Order.

6. Except as provided herein, Recipient will only communicate information from the confidential Sexual Abuse Proof of Claim Forms with other Permitted Parties who have executed a confidentiality agreement pursuant to the Order.

7. Recipient consents to the jurisdiction of the Court to adjudicate any violation of this Agreement or the Order.

8. Recipient shall promptly report any disclosure of information from a confidential Sexual Abuse Claim to the Debtor and the Committee, and shall cooperate with efforts to recover the information and/or mitigate the effects of the disclosure.

//

//

//

2

1

2   9. Nothing in this Agreement imposes any restrictions on the use or disclosure of any

3    information that is obtained from a source other than the Sexual Abuse Proof of Claim of Forms, nor precludes Recipient from petitioning the Court in the Case regarding modification of the Order and this Agreement as to disclosure of the information

4    contained in the Sexual Abuse Proof of Claim Forms.

5

6 Dated this ____ day of _____, 2019

7

8         By:  _____

9              Signature

10             _____

11              Print Name

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel:     (208) 667-2900
Fax:     (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>             Debtor. | Chapter 11 Bankruptcy<br><br>Case No. 19-00010 |

**NOTICE OF DEADLINE FOR FILING CLAIMS**
**RELATING TO OR ARISING FROM SEXUAL ABUSE**

**TO ALL PERSONS WITH CLAIMS ARISING FROM SEXUAL ABUSE FOR WHICH THE ARCHBISHOP OF AGAÑA MAY BE LIABLE.**

**AUGUST 15, 2019 AT 5:00 P.M. (PREVAILING CHST-CHAMORRO STANDARD TIME) IS THE LAST DATE TO FILE PROOFS OF CLAIM FOR SEXUAL ABUSE**

      On January 16, 2019 (the "Petition Date") The Archbishop of Agana ("Debtor") Debtor and Debtor-in-possession in the above-captioned case filed voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the District Court of Guam, Bankruptcy

1

Division (the "Court"). The Debtor, its address, case number, proof of claim forms and other relevant information related to this Chapter 11 case may be obtained at: **https://aganaarch.org** Individuals may assert a Sexual Abuse Claim (as defined in the next paragraph) against the Debtor. Any person who believes that he or she has, or may have, a Sexual Abuse Claim should carefully read this notice.

For the purposes of filing a Sexual Abuse Proof of Claim, a **Sexual Abuse Claim** is defined as any Claim (as defined in section 101(5) of the Bankruptcy Code) against the Archbishop resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other sexual misconduct, and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Archbishop or any other person or entity for whose acts or failures to act the Archbishop is or was allegedly responsible.

Any individual asserting a Sexual Abuse Claim is referred to in this form as a **Sexual Abuse Claimant**.

> **A SEXUAL ABUSE CLAIMANT REPRESENTED BY COUNSEL SHOULD CONSULT HIS OR HER OWN ATTORNEY IF THE SEXUAL ABUSE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH SEXUAL ABUSE CLAIMANT MUST FILE A PROOF OF CLAIM. A SEXUAL ABUSE CLAIMANT MAY ALSO OBTAIN INFORMATION (BUT NOT LEGAL ADVICE) FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING [_____].**

> **YOU MAY WANT TO CONSULT WITH AN ATTORNEY BEFORE FILING A SEXUAL ABUSE PROOF OF CLAIM AGAINST THE DEBTOR.**

> ### FILING DEADLINE

The District Court of Guam, Bankruptcy Division entered an order (the "Bar Date Order") establishing **August 15, 2019 at 5:00 p.m. (prevailing ChST-Chamorro Standard Time)**, as the last date and time (the "Sexual Abuse Bar Date") for each Sexual Abuse Claimant to file a proof of claim form (the "Sexual Abuse Proof of Claim Form"). The Sexual Abuse Bar Date and the procedures set forth below for filing proofs of claim apply to all Sexual Abuse Claims against the Debtor, based upon acts of sexual abuse occurring prior to January 16, 2019.

2

## WHO MUST FILE

If you believe that you have a Sexual Abuse Claim, you must file a Sexual Abuse Proof of Claim Form to maintain and/or preserve any claims that you have against the Debtor. Even if you have already filed a lawsuit against the Debtor alleging sexual abuse prior to January 16, 2019 you must still file a Sexual Abuse Proof of Claim Form to maintain and/or preserve your rights in the Debtor's Chapter 11 case.

## WHO SHOULD NOT FILE

You should not file a Sexual Abuse Proof of Claim Form if:

- Your Sexual Abuse Claim has already been paid in full;
- You hold a claim that has been allowed by an order of the District Court, Bankruptcy Division, on or before the Sexual Abuse Bar Date;
- You do not have a claim against the Debtor.

## WHAT TO FILE

**YOU MUST FILE A SEXUAL ABUSE PROOF OF CLAIM FORM, A COPY OF WHICH IS ENCLOSED. YOU MAY ALSO OBTAIN A COPY OF THE SEXUAL ABUSE PROOF OF CLAIM FORM BY FOLLOWING THE INSTRUCTIONS BELOW.**

**PROCEDURES FOR FILING A SEXUAL ABUSE PROOF OF CLAIM FORM**

To file a Sexual Abuse Proof of Claim Form, you must take the following steps:

- Fill out the Sexual Abuse Proof of Claim Form.

- For additional copies of the Sexual Abuse Proof of Claim Form: (a) photocopy the Sexual Abuse Proof of Claim Form; (b) contact the Debtor between the hours of 9:00 a.m. and 5:00 p.m. (prevailing ChST-Chamorro Standard Time), Monday through Friday, at _____, or (c) visit the Debtor's website at: **https://aganaarch.org.**

- **Please note that the Debtor's staff is not permitted to give you legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.**

- Return the completed Sexual Abuse Proof of Claim Form, together with one (1) copy, to the Clerk's Office-ATTN SEALED DOCUMENTS, District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, 4th Floor, Hagåtña, 96910, Guam, no later than **August 15, 2019 at 5:00 p.m. (prevailing ChST-Chamorro Standard Time)**. Sexual Abuse Proof of Claim Forms will be deemed timely filed only when they are **actually received** by the Clerk of the Court by **August 15, 2019 at 5:00 p.m. (prevailing ChST-Chamorro Standard Time).**

3

- **Please note that a Sexual Abuse Proof of Claim Form submitted by facsimile, telecopy or electronic mail transmission will not be accepted and may not be deemed filed.** If you are returning a Sexual Abuse Proof of Claim Form by mail, allow sufficient mailing time so that the Sexual Abuse Proof of Claim Form is received on or before **August 15, 2019 at 5:00 p.m. (prevailing ChST-Chamorro Standard Time)**. Sexual Abuse Proof of Claim Forms that are postmarked before the Sexual Abuse Bar Date, but which are received by the Clerk of the Court after the Sexual Abuse Bar Date, will be considered late.

- If a Sexual Abuse Claimant returns a Sexual Abuse Proof of Claim Form in person, by overnight mail or by courier service, or by mail the Sexual Abuse Proof of Claim Form should be delivered to the following address, between the hours of 9:00 a.m. and 5:00 p.m. (prevailing ChST-Chamorro Standard Time), Monday through Friday:

Clerk's Office - ATTN SEALED DOCUMENTS
District Court of Guam
U.S. Courthouse
520 W Soledad Avenue, 4th Floor
Hagåtña, 96910, Guam

## CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM

The deadline for filing a Sexual Abuse Proof of Claim Form is **August 15, 2019 at 5:00 p.m.** (prevailing ChST-Chamorro Standard Time). Any person who has a Sexual Abuse Claim and does not file a Sexual Abuse Claim by that date may **not** be treated as a creditor for voting or distribution purposes under any plan of reorganization and such claim may be subject to discharge. Failure to file a Sexual Abuse Claim may prevent such person from voting on any plan of reorganization in this case. Further, if such Sexual Abuse Claim is discharged, the Sexual Abuse Claimant may be forever barred and prevented from asserting his or her Sexual Abuse Claim against the Debtor or its property, and may not receive any payment or distribution in connection with such Sexual Abuse Claim.

## CONFIDENTIALITY

Pursuant to the Bar Date Order, filed Sexual Abuse Proofs of Claim Forms will remain confidential in this bankruptcy case, unless you elect otherwise in Part 1 of the Sexual Abuse Proof of Claim Form. Therefore, the Sexual Abuse Proof of Claim Form that you file will not be available to the general public, but will be kept confidential, except that information will be provided to the Debtor, the Debtor's attorneys, the United States Trustee's Office, the Debtor's insurers, attorneys for the official committee of unsecured creditors and its members, any unknown claims representative appointed under a plan of reorganization, any settlement trustee appointed to administer payments to Sexual Abuse Claimants, prison authorities for incarcerated Sexual Abuse Claimants and such other persons as the Court determines should have the information in order to evaluate the Sexual Abuse Claim, all of whom will agree to keep the information provided by you confidential.

4

Dated: _____, 2019

BY ORDER OF THE HONORABLE FRANCES M. TYDINGCO-GATEWOOD
UNITED STATES BANKRUPTCY JUDGE

5

**DISTRICT COURT OF GUAM, TERRITORY OF GUAM, BANKRUPTCY DIVISION**

**In re: The Archbishop of Agaña, a Corporation Sole (Archbishop of Agaña)**
**Case No. 19-00010**

**YOU MAY HAVE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE ARCHBISHOP OF AGAÑA**

On January 16, 2019, The Archbishop of Agaña ("Debtor") filed for protection under Chapter 11 of Title 11 of the United States Code.

**THE LAST DAY TO FILE A SEXUAL ABUSE CLAIM OR GENERAL CLAIM AGAINST THE DEBTOR IS August 15, 2019 AT 5:00 P.M. (PREVAILING CHST-CHAMORRO STANDARD TIME).**

**IF YOU WERE SEXUALLY ABUSED BY ANY PERSON CONNECTED WITH THE DEBTOR OR HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR, YOU MUST FILE A CLAIM BY AUGUST 15, 2019 AT 5:00 P.M. (PREVAILING CHST-CHAMORRO STANDARD TIME).**

For more information on how to obtain and file a proof of claim for and associated documents please (a) visit the Debtor's website at **https://aganaarch.org;** (b) call the Debtor's hotline at _____; or (c) call the Official Committee of Unsecured Creditors appointed in this case at [_____].

EXHIBIT E