Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LEONARD STREET LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com

And

William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
101 Salisbury Street
Dededo, Guam 96929
Tel.: 632-4357

*Counsel for the Official Committee of Unsecured Creditors*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>        Debtor. | Bankruptcy Case No. 19-00010<br>(Chapter 11) |

The Official Committee for Unsecured Creditors' Motion for Rule 2004 Examination (ECF

No. 138), having been considered by the court, is hereby **GRANTED**.

      **SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: May 01, 2019**