MICHAEL J. BERMAN
BERMAN O'CONNOR & MANN
111 W Chalan Santo Papa Ste 503
Hagåtña, Guam 96910
Telephone No.: (671) 477-2778
Facsimile No.: (671) 477-4366

*Attorneys for Certain Tort Claimant Creditors*

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>A Corporate Sole,<br><br>　　　　　　　Debtor. | Bankruptcy Case No. 19-00010<br>Chapter 11<br><br>**JOINDER IN BANK OF GUAM'S OBJECTION TO DEBTOR'S NOTICE OF INTENT TO PRESENT TESTIMONY RE: DEBTOR'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (ACCION HOTEL PROPERTY)** |

　　　　Berman O'Connor & Mann, attorneys for certain Tort Claimant Creditors, by and through their counsel undersigned, hereby joins in the Objection filed by Bank of Guam as Document No. 155, and adopts the same as if fully set forth herein. In addition, Tort Claimants Creditors further object to Debtor's reservation to call unnamed Witnesses and to present additional documentary evidence which would be tantamount to trial by ambush by Debtor, and extremely prejudicial and unfair.

　　　　In conclusion, the Court should order Debtor to give notice of its witnesses and testimony to be presented, and to serve its documentary evidence in advance of a hearing.

　　　　Respectfully submitted this 2nd day of May, 2019.

　　　　　　　　　　　　　　　　　　　　**BERMAN O'CONNOR & MANN**

　　　　　　　　　　　　　　　　By:　/s/ Michael J. Berman
　　　　　　　　　　　　　　　　　　　**MICHAEL J. BERMAN**
　　　　　　　　　　　　　　　　　　　*Attorneys for Certain Tort Claimant Creditors*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2019, in accordance with Federal Rule of Civil Procedure 5(b)(3), a true copy of the foregoing **JOINDER IN BANK OF GUAN'S OBJECTION TO DEBTOR'S NOTICE OF INTENT TO PRESENT TESTIMONY RE: DEBTOR'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (ACCION HOTEL PROPERTY)** was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

**BERMAN O'CONNOR & MANN**

By: /s/ Michael J. Berman
**MICHAEL J. BERMAN**
*Attorneys for Certain Tort Claimant Creditors*

\\SHARESERVER\share\wpdocs2\MJB\Church Abuse Cases\Bankruptcy - Church\PLDS\2019-05 MAY PLDS\Notice of Joinder - BOG's Objection.docx

2

Case 19-00010   Document 170   Filed 05/02/19   Page 2 of 2