FOR - ARCHDIOCESE OF AGANA

| ACCOUNT NUMBER | NAME | TODAY'S BALANCE | THIS YEAR AVERAGE |
|---|---|---:|---:|
| 7567 | ARCHBISHOP OF AGA | 4,939.36 | 4,939.36 |
| 0156 | SAN VICENTE SCHOOL | 10,632.82 | 8,448.15 |
| 0810 | CATHOLIC CHURCH | 38,608.96 | 40,378.48 |
| 3278 | SAN VICENTE CHURCH | 9,212.66 | 12,378.15 |
| 6055 | SAN VICENTE SCHOOL | 2,761.28 | 2,761.28 |
| 7991 | ARCHBISHOP OF AGA | 44,666.53 | 41,522.86 |
| 5562 | TALOFOFO CHRISTIAN | 545.08 | 545.08 |
| 7940 | SAN VICENTE SCHOOL | 94,983.21 | 88,100.30 |
| 4920 | ARCHBISHOP OF AGA | 6,840.93 | 7,630.90 |
| 9964 | ARCHBISHOP OF AGA | 3,086.08 | 3,086.08 |
| 2705 | ARCHBISHOP OF AGA | 89,489.36 | 91,894.50 |
| 7082 | ARCHBISHOP OF AGA | 54,911.83 | 50,231.22 |
| 8681 | ARCHBISHOP OF AGA | 15,323.99 | 15,222.29 |
| 9073 | ARCHBISHOP OF AGA | 45,070.51 | 44,813.77 |
| 9808 | SANTA BARBARA CHUR | .00 | .00 |
| 0905 | ARCHBISHOP OF AGA | 8,960.28 | 11,898.74 |
| 0676 | ACADEMY OF OUR LAD | 66,548.74 | 80,481.77 |
| 0551 | SANTA BARBARA CHUR | 2,983.04 | 3,008.37 |
| 9834 | SANTA BARBARA CHUR | 1,629.00 | 2,752.00 |
| 9843 | SANTA BARBARA CHUR | 4,117.10 | 4,060.96 |
| 9852 | SANTA BARBARA CHUR | 162,661.58 | 178,696.34 |
| 8587 | SANTA BARBARA CHUR | 5,116.27 | 5,116.27 |
| 5486 | BLESSED DIEGO | 310.14 | 310.14 |
| 9682 | BLESSED DIEGO | 212,794.92 | 211,394.92 |
| 0830 | BLESSED DIEGO | 358.90 | 375.23 |
| 9897 | ARCHBISHOP OF AGAN | 2,597.65 | 2,615.35 |
| 2415 | ARCHBISHOP OF AGA | 8,540.63 | 8,985.23 |
| 0774 | CATHOLIC CHURCH CP | 23,166.37 | 19,703.42 |
| 0763 | FATHER DUENAS MEMO | 368,386.56 | 366,277.88 |
| 0772 | FATHER DUENAS MEMO | 81,387.01 | 20,527.17 |
| 0781 | FATHER DUENAS MEMO | 177,915.74 | 195,790.48 |
| 5636 | SANTA TERESITA | 64,004.55 | 59,982.22 |
| 6232 | CATHOLIC CHURCH | 3,629.84 | 3,629.84 |
| 1917 | OUR LADY OF PEACE | .00 | .00 |
| 1359 | FATHER DUENAS MEMO | 198,606.02 | 198,584.42 |
| 0469 | FATHER DUENAS MEMO | 2,169.00 | 2,169.00 |
| 8676 | AOA OUR LADY OF | 5,917.00 | 5,364.33 |
| 0324 | AOA OUR LADY OF | 63,800.27 | 62,025.87 |
| 6585 | SANTA BERNADITA | 19,646.50 | 18,612.29 |
| 0182 | SANTA BERNADITA | 1,458.00 | 1,734.66 |
| 5502 | ARCHBISHOP OF AGA | 54,065.76 | 52,494.81 |
| 0632 | CATHOLIC CHURCH SI | 38,881.80 | 38,881.80 |
| 5629 | SAN VICENTE CHURCH | 34,456.42 | 37,029.22 |
| 1123 | SANTA TERESITA | 330,679.13 | 325,353.62 |
| 4115 | CATHOLIC CHURCH | 6,504.51 | 6,504.51 |
| 1939 | BISHOP BAUMGARTNER | 70,280.87 | 80,282.20 |
| 8151 | ARCHBISHOP OF AGA | 52,692.07 | 52,692.07 |
| 8554 | SAN VICENTE CHURCH | 196,647.46 | 196,647.46 |
| 0081 | ARCHBISHOP OF AGA | 30,009.23 | 30,009.23 |
| 9710 | ARCHBISHOP OF AGA | 9,885.03 | 9,561.50 |
| 2441 | SANTA BARBARA SCHO | 138,154.38 | 119,487.71 |
| 8293 | SANTA BARBARA CHUR | 245.76 | 245.76 |
| 6196 | SANTA BARBARA CHUR | 5,919.91 | 5,919.91 |
| 5782 | MAINA CHURCH CHOIR | 10,249.19 | 10,249.19 |
| 2406 | BLESSED DIEGO | 2,454.14 | 2,624.57 |
| 7003 | ARCHBISHOP OF AGA | 11,469.92 | 11,469.92 |
| 2884 | SAN DIMAS | 14,600.94 | 15,493.01 |
| 0761 | FATHER DUENAS MEMO | 40,871.15 | 40,871.15 |
| 0996 | AOA OUR LADY OF | 113,339.69 | 112,544.17 |
| 9591 | SANTA BARBARA CHUR | 10,002.45 | 10,002.45 |
| 5300 | SAN DIMAS | 654.02 | 654.02 |
| 6273 | SAN DIONISIO | 16,246.37 | 16,089.37 |
| 3206 | ARCHBISHOP OF AGA | 63,615.99 | .00 |
| 0707 | ARCHBISHOP OF AGA | 30,000.00 | .00 |
| 4727 | ST ANTHONYS CHU GU | 54,101.67 | .00 |
| 8386 | BLESSED DIEGO | 106,718.79 | .00 |
| 8554 | BLESSED DIEGO | 52,104.53 | .00 |
| 8853 | BLESSED DIEGO | 50,829.75 | .00 |
| 8917 | BLESSED DIEGO | 71,031.94 | .00 |
| 8933 | BLESSED DIEGO | 50,531.92 | .00 |
| 9049 | BLESSED DIEGO | 100,474.41 | .00 |

FOR  -  ARCHDIOCESE OF AGANA

| ACCOUNT NUMBER | NAME | TODAY'S BALANCE | THIS YEAR AVERAGE |
|---|---|---:|---:|
| 9081 | BLESSED DIEGO | 100,236.92 | .00 |
| 5938 | SAN VICENTE CHURCH | 55,812.22 | .00 |
| 6355 | SAN VICENTE CHURCH | 31,711.16 | .00 |
| 0316 | CATHOLIC CHURCH AG | 63,344.94 | 98,420.41 |
| 2245 | CATHOLIC CHURCH SI | 27,125.70 | 27,736.34 |
| 1076 | ACADEMY OF OUR LAD | 47,000.07 | 100,347.78 |
| 1165 | ACADEMY OF OUR LAD | 264,798.97 | 246,436.44 |
| 1180 | ACADEMY OF OUR LAD | 132,108.27 | 132,108.27 |
| 6042 | BISHOP BAUMGARTNER | 64,025.24 | 86,364.62 |
| 6055 | BISHOP BAUMGARTNER | 20,977.76 | 20,977.76 |
| 6992 | ARCHBISHOP OF AGAN | 81,005.16 | 69,952.11 |
| 7316 | ARCHBISHOP OF AGA | 83,941.80 | 84,005.80 |
| 0216 | SANTA BARBARA SCHO | 95,495.40 | 80,808.59 |
| 4573 | ST FRANCIS SCHOOL | 218,323.71 | 193,943.28 |
| 0451 | BLESSED DIEGO | 197,625.84 | 194,510.55 |
| 1870 | BLESSED DIEGO | 3,127.63 | 3,127.63 |
| 2604 | ARCHBISHOP OF AGAN | 3,605.45 | 3,355.31 |
| 3743 | BLESSED DIEGO | 931.25 | 1,131.25 |
| 0244 | ARCHBISHOP OF AGA | 18,280.16 | 18,279.38 |
| 0257 | SAINT JOSEPH | 7,482.51 | 9,446.79 |
| 1501 | SAN DIMAS | 11,426.30 | 10,676.65 |
| 0012 | SAN DIMAS | 51.30 | 51.30 |
| 0081 | SAN DIONISIO | 4,820.04 | 4,364.05 |
| 0022 | FATHER DUENAS MEMO | 29,285.56 | 29,285.56 |

CUSTOMER TOTALS                    95    5,238,040.27    4,466,486.84