ARCHDIOCESE OF AGANA
Cash Forecast-Chancery
FY2018-2023 (5 Year Forecast)

| | 31-Jan-19 FHB/BOG General Fund | 28-Feb-19 FHB/BOG General Fund | 31-Mar-19 FHB/BOG General Fund | 30-Apr-19 FHB/BOG General Fund | 31-May-19 FHB/BOG General Fund | 30-Jun-19 FHB/BOG General Fund |
|---|---:|---:|---:|---:|---:|---:|
| **CASH BALANCE, BEGINNING** | 493,472 | 1,576,865 | 1,205,002 | 833,972 | 562,942 | 291,912 |
| **OPERATING ACTIVITIES** | | | | | | |
| **Add: Inflows** | | | | | | |
| 42100 · Parish Assessment | 89,252 | 89,252 | 89,252 | 89,252 | 89,252 | 89,252 |
| Allowance for Uncollectible 6% | (5,355) | (5,355) | (5,355) | (5,355) | (5,355) | (5,355) |
| Administration & Infrastructure fees | 53,088 | 53,088 | 53,088 | 53,088 | 53,088 | 53,088 |
| Infant of Prague | (2,220) | (2,220) | (2,220) | (2,220) | (2,220) | (2,220) |
| Merch Heights | (2,280) | (2,280) | (2,280) | (2,280) | (2,280) | (2,280) |
| Notre Dame | (3,288) | (3,288) | (3,288) | (3,288) | (3,288) | (3,288) |
| Our Lady of Mount Carmel | (4,896) | (4,896) | (4,896) | (4,896) | (4,896) | (4,896) |
| Allowance for Uncollectible 8% | (4,247) | (4,247) | (4,247) | (4,247) | (4,247) | (4,247) |
| CSO Operation Student Assessment | 9,217 | 9,217 | 9,217 | 9,217 | 9,217 | 9,217 |
| Our Lady of Mount Carmel | (850) | (850) | (850) | (850) | (850) | (850) |
| Allowance for Uncoll. Enrol. Adj. 8% | (737) | (737) | (737) | (737) | (737) | (737) |
| 43000 · Rental Income | - | - | - | - | - | - |
| Guam Reef Hotel | - | 12,100 | 12,100 | 12,100 | 12,100 | 12,100 |
| R & D Sublease Rents | - | - | - | - | - | - |
| R & D Lease Payments - Main | - | - | - | - | - | - |
| Take Care Insurance | - | 23,799 | 23,799 | 23,799 | 23,799 | 23,799 |
| Judciary Court of Guam | - | - | - | - | - | - |
| 43500 · Sunday Collections | 1,250 | 417 | 1,250 | 1,250 | 1,250 | 1,250 |
| 44000 · Donations & Contributions - Re | - | - | - | - | - | - |
| 45100 · Program Revenue - CSW/Umatuna | 20,750 | 20,750 | 20,750 | 20,750 | 20,750 | 20,750 |
| 46100 · Grants - Various | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 49990 · Miscellaneous Income | 5,711 | 5,711 | 5,711 | 5,711 | 5,711 | 5,711 |
| **Total** | 134,932 | 170,998 | 171,832 | 171,832 | 171,832 | 171,832 |
| **Less: Outflows** | | | | | | |
| Salaries & wages | 40,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Professional & Legal fees | 20,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Program Expense | 5,734 | 5,734 | 5,734 | 5,734 | 5,734 | 5,734 |
| Subsidy-Archdiocesan Seminary | 12,333 | 12,333 | 12,333 | 12,333 | 12,333 | 12,333 |
| Employee Benefits | 4,759 | 9,517 | 9,517 | 9,517 | 9,517 | 9,517 |
| Clergy Related Expense | 2,566 | 3,962 | 3,962 | 3,962 | 3,962 | 3,962 |
| Contracted Services-graphic & Others | 2,622 | 5,244 | 5,244 | 5,244 | 5,244 | 5,244 |
| Payroll Taxes | 3,650 | 7,300 | 7,300 | 7,300 | 7,300 | 7,300 |
| Printing Cost and other programs | 2,260 | 4,463 | 4,463 | 4,463 | 4,463 | 4,463 |
| Clergy Housing & Allowances | 2,554 | 2,792 | 2,792 | 2,792 | 2,792 | 2,792 |
| Utilities | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Membership Dues & Subscriptions | 1,218 | 4,258 | 4,258 | 4,258 | 4,258 | 4,258 |
| Insurance Expense - Health Insurance | - | 4,955 | 4,955 | 4,955 | 4,955 | 4,955 |
| Insurance Expense - Commercial | 3,253 | 3,253 | 3,253 | 3,253 | 3,253 | 3,253 |
| Rent & Lease of Equipment | - | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 |
| Stipend & Honorarium | 500 | 3,308 | 3,308 | 3,308 | 3,308 | 3,308 |
| Office & Resource Supplies | 2,476 | 2,476 | 2,476 | 2,476 | 2,476 | 2,476 |
| Communication Expense | - | 2,509 | 2,509 | 2,509 | 2,509 | 2,509 |
| Repairs & Maintenance | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 |
| Donation Expense | 417 | 417 | 417 | 417 | 417 | 417 |
| Seminar, Training & Conferences | - | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 |
| Taxes | - | 320 | 320 | 320 | 320 | 320 |
| Hospitality & Appreciation Expense | 833 | 833 | 833 | 833 | 833 | 833 |
| Travel | - | 2,008 | 2,008 | 2,008 | 2,008 | 2,008 |
| **Total** | 120,341 | 252,132 | 252,132 | 252,132 | 252,132 | 252,132 |
| **Net cash provided/(used) by Operating Activities** | 14,592 | (81,134) | (80,300) | (80,300) | (80,300) | (80,300) |

**ARCHDIOCESE OF AGANA**
Cash Forecast-Chancery
FY2018-2023 (5 Year Forecast)

| | 31-Jan-19 FHB/BOG General Fund | 28-Feb-19 FHB/BOG General Fund | 31-Mar-19 FHB/BOG General Fund | 30-Apr-19 FHB/BOG General Fund | 31-May-19 FHB/BOG General Fund | 30-Jun-19 FHB/BOG General Fund |
|---|---:|---:|---:|---:|---:|---:|
| **INVESTING ACTIVITIES** | | | | | | |
| Add: Inflows | | | | | | |
| FHB Bank Account - Epicure Building Loan Proceeds | 1,175,562 | | | | | |
| Total | 1,175,562 | - | - | - | - | - |
| Less: Outflows | | | | | | |
| Total | - | - | - | - | - | - |
| Net cash provided/(used) by Investing Activities | 1,175,562 | - | - | - | - | - |
| **FINANCING ACTIVITIES** | | | | | | |
| Add: Inflows | | | | | | |
| Total | - | - | - | - | - | - |
| Less: Outflows | | | | | | |
| BOG - Agana Cathedral-Chapel fo Saint Teresa | 4,605 | 4,605 | 4,605 | 4,605 | 4,605 | 4,605 |
| BOG - Agana Cathedral-renovation | 13,084 | 13,084 | 13,084 | 13,084 | 13,084 | 13,084 |
| BOG - Agana Cathedral-Museum | 3,972 | 3,972 | 3,972 | 3,972 | 3,972 | 3,972 |
| FHB - Saint Thomas Acquinas Loan | 12,599 | 11,568 | 11,568 | 11,568 | 11,568 | 11,568 |
| Paymet of Catholic Cemeteries Debt Services | | | | | | |
| Total | 34,261 | 33,230 | 33,230 | 33,230 | 33,230 | 33,230 |
| Net cash provided/(used) by Financing Activities | (34,261) | (33,230) | (33,230) | (33,230) | (33,230) | (33,230) |
| **EXTRAORIDNARY ACTIVITIES & OTHER ADJUSTMENTS** | | | | | | |
| Add: Inflows | | | | | | |
| Accounts Receivable Aging Report - Assessment | 25,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Total | 25,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Less: Outflows | | | | | | |
| Accounts Payable Aging Report - Calvo's Insurance | - | - | - | - | - | - |
| Accounts Payable Aging Report - St. Patricks | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Other AP Aging | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Other Legal Fees / Filing | 75,000 | 250,000 | 250,000 | 150,000 | 150,000 | 150,000 |
| | - | - | - | - | - | - |
| Total | 97,500 | 272,500 | 272,500 | 172,500 | 172,500 | 172,500 |
| Net cash provided/(used) by Extraordianary Activities | (72,500) | (257,500) | (257,500) | (157,500) | (157,500) | (157,500) |
| **CASH BALANCE, ENDING** | 1,576,865 | 1,205,002 | 833,972 | 562,942 | 291,912 | 20,882 |

# ARCHDIOCESE OF AGANA
## BANK OF GUAM ACCOUNT BALANCE & LOAN BALANCES
### As of December 19, 2018

| ENTITY NAME | 30-Sep-18 General Fund | 30-Sep-18 BOG | 31-Oct-18 General Fund | 31-Oct-18 BOG | 30-Nov-18 General Fund | 30-Nov-18 BOG | 31-Dec-18 General Fund | 31-Dec-18 BOG | 31-Jan-19 General Fund | 31-Jan-19 BOG | 28-Feb-19 General Fund | 28-Feb-19 BOG | 31-Mar-19 General Fund | 31-Mar-19 BOG | 30-Apr-19 General Fund | 30-Apr-19 BOG | 31-May-19 General Fund | 31-May-19 BOG | 30-Jun-19 General Fund | 30-Jun-19 BOG | FY2019-2020 General Fund | FY2019-2020 BOG | FY2020-2021 General Fund | FY2020-2021 BOG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Academy of Our Lady of Guam** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 87,909 | | 87,909 | | 87,909 | | 87,909 | | 87,909 | | 87,909 | | 87,909 | | | | | | 1,054,903 | | | |
| Cash Outflows : Operations | - | | 58,668 | | 58,668 | | 58,668 | | 58,668 | | 58,668 | | 58,668 | | 58,668 | | 32,974 | | 32,974 | | 704,016 | | | |
| Net Cashflow Provided/(Used) by Operation | - | | 29,241 | | 29,241 | | 29,241 | | 29,241 | | 29,241 | | 29,241 | | 29,241 | | (32,974) | | (32,974) | | 350,886 | | 350,886 | |
| Cash Provided (Used) By Operations, Ending | 598,248 | | 627,489 | | 656,729 | | 550,273 | | 443,816 | | 473,057 | | 502,297 | | 531,538 | | 498,564 | | 465,591 | | 350,886 | | 350,886 | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | | 630,429 | |
| 80% Threshold | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | | 504,343 | |
| **Agana Cathedral** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 42,700 | | 42,209 | | 42,209 | | 42,209 | | 42,209 | | 42,209 | | 42,209 | | 42,209 | | 42,209 | | 506,503 | | 506,503 | |
| Cash Outflows : Operations | - | | 29,335 | | 29,335 | | 29,335 | | 29,335 | | 29,335 | | 29,335 | | 29,335 | | 29,335 | | 29,335 | | 352,025 | | 352,025 | |
| Net Cashflow Provided/(Used) by Operation | - | | 13,364 | | 12,873 | | 12,873 | | 12,873 | | 12,873 | | 12,873 | | 12,873 | | 12,873 | | 12,873 | | 154,478 | | 154,478 | |
| Cash Provided (Used) By Operations, Ending | 8,714 | | 417 | | (8,372) | | (17,160) | | (25,949) | | (34,737) | | (43,526) | | (52,314) | | (61,103) | | (69,891) | | (105,462) | | (105,462) | |
| Monthly Debt Services | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | | 21,662 | |
| Loan Balances | 3,764,704 | | 3,743,042 | | 3,721,380 | | 3,699,719 | | 3,678,057 | | 3,656,395 | | 3,634,734 | | 3,613,072 | | 3,591,410 | | 3,569,748 | | 3,548,087 | | 3,526,425 | |
| Bank Balance | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | | 7,285 | |
| 80% Threshold | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | | 5,828 | |
| **Agana Heights Parish** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 19,299 | | 19,299 | | 19,299 | | 19,299 | | 19,299 | | 19,299 | | 19,299 | | 19,299 | | 19,299 | | 231,591 | | 231,591 | |
| Cash Outflows : Operations | - | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 295,259 | | 295,259 | |
| Net Cashflow Provided/(Used) by Operation | - | | 4,673 | | 4,673 | | 4,673 | | 4,673 | | 4,673 | | 4,673 | | 4,673 | | 4,673 | | 4,673 | | 175,520 | | 175,520 | |
| Cash Provided (Used) By Operations, Ending | 180,332 | | 185,004 | | 189,677 | | 194,349 | | 199,022 | | 203,695 | | 208,367 | | 213,040 | | 217,712 | | 222,385 | | 56,071 | | 56,071 | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | | 132,305 | |
| 80% Threshold | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | | 105,844 | |
| **Barrigada Parish** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 26,183 | | 19,196 | | 19,196 | | 19,196 | | 19,196 | | 19,196 | | 19,196 | | 19,196 | | 19,196 | | 230,352 | | 230,352 | |
| Cash Outflows : Operations | - | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 24,605 | | 295,259 | | 295,259 | |
| Net Cashflow Provided/(Used) by Operation | - | | 1,578 | | (5,409) | | (5,409) | | (5,409) | | (5,409) | | (5,409) | | (5,409) | | (5,409) | | (5,409) | | (64,908) | | (64,908) | |
| Cash Provided (Used) By Operations, Ending | 242,787 | | 244,365 | | 238,956 | | 233,547 | | 228,139 | | 222,730 | | 217,321 | | 211,912 | | 206,503 | | 201,094 | | (64,908) | | (64,908) | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | | 335,636 | |
| 80% Threshold | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | | 268,509 | |
| **Bishop Baumgartner Memorial Catholic School** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 297,803 | | 297,803 | | 297,803 | | 297,803 | | 297,803 | | 297,803 | | 297,803 | | | | | | 3,573,640 | | 3,573,640 | |
| Cash Outflows : Operations | - | | 202,947 | | 202,947 | | 202,947 | | 202,947 | | 202,947 | | 202,947 | | 202,947 | | 119,892 | | 119,892 | | 2,435,361 | | 2,435,361 | |
| Net Cashflow Provided/(Used) by Operation | - | | 94,857 | | 94,857 | | 94,857 | | 94,857 | | 94,857 | | 94,857 | | 94,857 | | (119,892) | | (119,892) | | 1,138,279 | | 1,138,279 | |
| Cash Provided (Used) By Operations, Ending | 279,982 | | 348,242 | | 416,502 | | 484,762 | | 553,022 | | 621,282 | | 689,542 | | 757,803 | | 611,314 | | 464,825 | | 819,120 | | 819,120 | |
| Monthly Debt Services | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | | 26,597 | |
| Loan Balances | 2,708,295 | | 2,681,699 | | 2,655,102 | | 2,628,505 | | 2,601,909 | | 2,575,312 | | 2,548,716 | | 2,522,119 | | 2,495,523 | | 2,468,926 | | 2,442,329 | | 2,415,733 | |
| Bank Balance | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | | 231,575 | |
| 80% Threshold | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | | 185,260 | |
| **Chalan Pago Parish** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 12,185 | | 12,185 | | 12,185 | | 12,185 | | 12,185 | | 12,185 | | 12,185 | | 12,185 | | 12,185 | | 146,222 | | 146,222 | |
| Cash Outflows : Operations | - | | 11,475 | | 11,475 | | 11,475 | | 11,475 | | 11,475 | | 11,475 | | 11,475 | | 11,475 | | 11,475 | | 137,698 | | 137,698 | |
| Net Cashflow Provided/(Used) by Operation | - | | 710 | | 710 | | 710 | | 710 | | 710 | | 710 | | 710 | | 710 | | 710 | | 8,523 | | 8,523 | |
| Cash Provided (Used) By Operations, Ending | 7,839 | | 8,549 | | 9,260 | | 9,970 | | 10,680 | | 11,390 | | 12,101 | | 12,811 | | 13,521 | | 14,232 | | 8,523 | | 8,523 | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | |

Case 1:19-cv-00010 Document 125-3 Filed 05/16/19 Page 3 of 8

ARCHDIOCESE OF AGANA
BANK OF GUAM ACCOUNT BALANCE & LOAN BALANCES
As of December 19, 2018

| | 30-Sep-18 BOG | 30-Sep-18 General Fund | 31-Oct-18 BOG | 31-Oct-18 General Fund | 30-Nov-18 BOG | 30-Nov-18 General Fund | 31-Dec-18 BOG | 31-Dec-18 General Fund | 31-Jan-19 BOG | 31-Jan-19 General Fund | 28-Feb-19 BOG | 28-Feb-19 General Fund | 31-Mar-19 BOG | 31-Mar-19 General Fund | 30-Apr-19 BOG | 30-Apr-19 General Fund | 31-May-19 BOG | 31-May-19 General Fund | 30-Jun-19 BOG | 30-Jun-19 General Fund | FY2019-2020 BOG | FY2019-2020 General Fund | FY2020-2021 BOG | FY2020-2021 General Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chancery | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | | 18,356 | |
| 80% Threshold | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | | 14,685 | |
| Cash Inflows : Operations | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Outflows : Operations | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Provided (Used) By Operations, Ending | | | | | | | | | | | | | | | | | | | | | | | | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | | | | | | | | | | | | | | | | | | | | | | | | |
| 80% Threshold | | | | | | | | | | | | | | | | | | | | | | | | |
| Dededo Parish | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | | - | | 66,427 | | 66,031 | | 66,031 | | 66,031 | | 66,031 | | 66,031 | | 66,031 | | 66,031 | | 66,031 | | 792,369 | | 792,369 |
| Cash Outflows : Operations | | 55,565 | | 55,565 | | 55,565 | | 55,565 | | 55,565 | | 55,565 | | 55,565 | | 55,565 | | 55,565 | | 55,565 | | 666,784 | | 666,784 |
| Net Cashflow Provided/(Used) by Operation | | - | | 10,862 | | 10,465 | | 10,465 | | 10,465 | | 10,465 | | 10,465 | | 10,465 | | 10,465 | | 10,465 | | 125,585 | | 125,585 |
| Cash Provided (Used) By Operations, Ending | | 269,804 | | 274,850 | | 279,500 | | 284,150 | | 288,799 | | 293,449 | | 298,098 | | 302,748 | | 307,398 | | 312,047 | | 1,455,937 | | 1,455,937 |
| Monthly Debt Services | | 5,816 | | 5,816 | | 5,816 | | 5,816 | | 5,816 | | 5,816 | | 5,816 | | 5,816 | | 5,816 | | 5,816 | | 55,795 | | 55,795 |
| Loan Balances | | 367,644 | | 361,828 | | 356,013 | | 350,197 | | 344,381 | | 338,565 | | 332,749 | | 326,933 | | 321,117 | | 315,302 | | 309,486 | | 303,670 |
| Bank Balance | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 | | 188,293 |
| 80% Threshold | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 | | 150,635 |
| Father Duenas Memorial School | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | | - | | 328,425 | | 328,425 | | 328,425 | | 328,425 | | 328,425 | | 328,425 | | 328,425 | | 328,425 | | - | | 3,941,102 | | 3,941,102 |
| Cash Outflows : Operations | | - | | 207,097 | | 207,097 | | 207,097 | | 207,097 | | 207,097 | | 207,097 | | 207,097 | | 110,652 | | - | | 2,485,164 | | 2,485,164 |
| Net Cashflow Provided/(Used) by Operation | | - | | 121,328 | | 121,328 | | 121,328 | | 121,328 | | 121,328 | | 121,328 | | 121,328 | | (110,652) | | 110,652 | | 121,793 | | 121,793 |
| Cash Provided (Used) By Operations, Ending | | 826,260 | | 934,482 | | 1,042,704 | | 1,150,926 | | 1,259,149 | | 1,367,371 | | 1,475,593 | | 1,583,815 | | 1,460,057 | | 1,336,298 | | 1,298,666 | | 1,298,666 |
| Monthly Debt Services | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 | | 13,106 |
| Loan Balances | | 1,451,553 | | 1,438,447 | | 1,425,342 | | 1,412,236 | | 1,399,130 | | 1,386,024 | | 1,372,918 | | 1,359,812 | | 1,346,706 | | 1,333,600 | | 1,320,494 | | 1,307,388 |
| Bank Balance | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 | | 923,594 |
| 80% Threshold | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 | | 738,875 |
| Inarajan Parish | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | | - | | 7,788 | | 7,788 | | 7,788 | | 7,788 | | 7,788 | | 7,788 | | 7,788 | | 7,788 | | 7,788 | | 93,462 | | 93,462 |
| Cash Outflows : Operations | | - | | 10,149 | | 10,149 | | 10,149 | | 10,149 | | 10,149 | | 10,149 | | 10,149 | | 10,149 | | 10,149 | | 121,793 | | 121,793 |
| Net Cashflow Provided/(Used) by Operation | | - | | (2,361) | | (2,361) | | (2,361) | | (2,361) | | (2,361) | | (2,361) | | (2,361) | | (2,361) | | (2,361) | | (28,331) | | (28,331) |
| Cash Provided (Used) By Operations, Ending | | 114,243 | | 111,882 | | 109,521 | | 107,160 | | 104,799 | | 102,438 | | 100,078 | | 97,717 | | 95,356 | | 92,995 | | (28,331) | | (28,331) |
| Monthly Debt Services | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Loan Balances | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Bank Balance | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 | | 115,030 |
| 80% Threshold | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 | | 92,024 |
| Maina Parish | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | | - | | 8,168 | | 8,168 | | 8,168 | | 8,168 | | 8,168 | | 8,168 | | 8,168 | | 8,168 | | 8,168 | | 98,021 | | 98,021 |
| Cash Outflows : Operations | | - | | 5,811 | | 5,811 | | 5,811 | | 5,811 | | 5,811 | | 5,811 | | 5,811 | | 5,811 | | 5,811 | | 69,729 | | 69,729 |
| Net Cashflow Provided/(Used) by Operation | | - | | 2,358 | | 2,358 | | 2,358 | | 2,358 | | 2,358 | | 2,358 | | 2,358 | | 2,358 | | 2,358 | | 28,291 | | 28,291 |
| Cash Provided (Used) By Operations, Ending | | 177,879 | | 180,237 | | 182,594 | | 184,952 | | 187,309 | | 189,667 | | 192,025 | | 194,382 | | 196,740 | | 199,098 | | 28,291 | | 28,291 |
| Monthly Debt Services | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Loan Balances | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Bank Balance | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 | | 99,579 |
| 80% Threshold | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 | | 79,663 |
| Malojloj Parish | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | | - | | 7,594 | | 7,560 | | 7,560 | | 7,560 | | 7,560 | | 7,560 | | 7,560 | | 7,560 | | 7,560 | | 90,725 | | 90,725 |
| Cash Outflows : Operations | | - | | 9,098 | | 9,098 | | 9,098 | | 9,098 | | 9,098 | | 9,098 | | 9,098 | | 9,098 | | 9,098 | | 109,179 | | 109,179 |
| Net Cashflow Provided/(Used) by Operation | | - | | (1,505) | | (1,538) | | (1,538) | | (1,538) | | (1,538) | | (1,538) | | (1,538) | | (1,538) | | (1,538) | | (18,455) | | (18,455) |
| Cash Provided (Used) By Operations, Ending | | 32,224 | | 30,720 | | 29,182 | | 27,644 | | 26,106 | | 24,568 | | 23,030 | | 21,492 | | 19,954 | | 18,417 | | (18,455) | | (18,455) |
| Monthly Debt Services | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Loan Balances | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| Bank Balance | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | | 46,382 | |

| | 30-Sep-18 | | 31-Oct-18 | | 30-Nov-18 | | 31-Dec-18 | | 31-Jan-19 | | 28-Feb-19 | | 31-Mar-19 | | 30-Apr-19 | | 31-May-19 | | 30-Jun-19 | | FY2019-2020 | | FY2020-2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund | BOG | General Fund |
| **Mangilao Parish** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 61,000 | | 58,298 | | 58,298 | | 58,298 | | 58,298 | | 58,298 | | 58,298 | | 58,298 | | 58,298 | | 699,577 | | 699,577 | |
| Cash Outflows : Operations | - | | 48,157 | | 48,157 | | 48,157 | | 48,157 | | 48,157 | | 48,157 | | 48,157 | | 48,157 | | 48,157 | | 577,886 | | 577,886 | |
| Net Cashflow Provided/(Used) by Operation | - | | 12,843 | | 10,141 | | 10,141 | | 10,141 | | 10,141 | | 10,141 | | 10,141 | | 10,141 | | 10,141 | | 121,691 | | 121,691 | |
| Cash Provided (Used) By Operations, Ending | 433,772 | | 446,616 | | 456,756 | | 466,897 | | 477,038 | | 487,179 | | 497,320 | | 507,461 | | 517,602 | | 527,743 | | 121,691 | | 121,691 | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | | 367,096 | |
| 80% Threshold | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | | 293,676 | |
| **Merizo Parish** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 8,592 | | 7,052 | | 7,052 | | 7,052 | | 7,052 | | 7,052 | | 7,052 | | 7,052 | | 7,052 | | 84,620 | | 84,620 | |
| Cash Outflows : Operations | - | | 5,892 | | 5,892 | | 5,892 | | 5,892 | | 5,892 | | 5,892 | | 5,892 | | 5,892 | | 5,892 | | 70,710 | | 70,710 | |
| Net Cashflow Provided/(Used) by Operation | - | | 2,699 | | 1,159 | | 1,159 | | 1,159 | | 1,159 | | 1,159 | | 1,159 | | 1,159 | | 1,159 | | 13,910 | | 13,910 | |
| Cash Provided (Used) By Operations, Ending | 18,242 | | 17,745 | | 15,709 | | 13,673 | | 11,637 | | 9,601 | | 7,565 | | 5,529 | | 3,493 | | 1,457 | | (24,433) | | (24,433) | |
| Monthly Debt Services | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | | 3,195 | |
| Loan Balances | 420,048 | | 416,853 | | 413,658 | | 410,462 | | 407,267 | | 404,072 | | 400,877 | | 397,681 | | 394,486 | | 391,291 | | 388,096 | | 384,900 | |
| Bank Balance | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | | 23,134 | |
| 80% Threshold | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | | 18,507 | |
| **Ordot Parish** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 20,598 | | 20,598 | | 20,598 | | 20,598 | | 20,598 | | 20,598 | | 20,598 | | 20,598 | | 20,598 | | 247,172 | | 247,172 | |
| Cash Outflows : Operations | - | | 12,716 | | 12,716 | | 12,716 | | 12,716 | | 12,716 | | 12,716 | | 12,716 | | 12,716 | | 12,716 | | 152,596 | | 152,596 | |
| Net Cashflow Provided/(Used) by Operation | - | | 7,881 | | 7,881 | | 7,881 | | 7,881 | | 7,881 | | 7,881 | | 7,881 | | 7,881 | | 7,881 | | 94,576 | | 94,576 | |
| Cash Provided (Used) By Operations, Ending | 17,279 | | 21,643 | | 26,006 | | 30,370 | | 34,734 | | 39,098 | | 43,462 | | 47,826 | | 52,190 | | 57,086 | | 94,576 | | 94,576 | |
| Monthly Debt Services | 3,517 | | 3,517 | | 3,517 | | 3,517 | | 3,517 | | 3,517 | | 3,517 | | 3,517 | | 3,517 | | 3,517 | | | | | |
| Loan Balances | 31,124 | | 27,607 | | 24,090 | | 20,572 | | 17,055 | | 13,537 | | 10,020 | | 6,503 | | 2,986 | | (0) | | | | | |
| Bank Balance | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | | 37,423 | |
| 80% Threshold | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | | 29,939 | |
| **Piti Parish** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 9,598 | | 9,598 | | 9,598 | | 9,598 | | 9,598 | | 9,598 | | 9,598 | | 9,598 | | 9,598 | | 115,182 | | 115,182 | |
| Cash Outflows : Operations | - | | 9,629 | | 9,629 | | 9,629 | | 9,629 | | 9,629 | | 9,629 | | 9,629 | | 9,629 | | 9,629 | | 115,548 | | 115,548 | |
| Net Cashflow Provided/(Used) by Operation | - | | (31) | | (31) | | (31) | | (31) | | (31) | | (31) | | (31) | | (31) | | (31) | | (366) | | (366) | |
| Cash Provided (Used) By Operations, Ending | 44,268 | | 44,238 | | 44,207 | | 44,177 | | 44,146 | | 44,116 | | 44,085 | | 44,055 | | 44,024 | | 43,994 | | (366) | | (366) | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | | 21,870 | |
| 80% Threshold | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | | 17,496 | |
| **Saint Francis Catholic School** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 90,460 | | 90,460 | | 90,460 | | 90,460 | | 90,460 | | 90,460 | | 90,460 | | | | | | 1,085,515 | | 1,085,515 | |
| Cash Outflows : Operations | - | | 82,065 | | 82,065 | | 82,065 | | 82,065 | | 82,065 | | 82,065 | | 82,065 | | 50,185 | | 50,185 | | 984,776 | | 984,776 | |
| Net Cashflow Provided/(Used) by Operation | - | | 8,395 | | 8,395 | | 8,395 | | 8,395 | | 8,395 | | 8,395 | | 8,395 | | (50,185) | | (50,185) | | 100,739 | | 100,739 | |
| Cash Provided (Used) By Operations, Ending | 225,784 | | 230,179 | | 234,574 | | 238,969 | | 243,364 | | 247,759 | | 252,154 | | 256,549 | | 202,364 | | 148,179 | | 52,739 | | 52,739 | |
| Monthly Debt Services | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | | 4,000 | |
| Loan Balances | 201,415 | | 197,415 | | 193,415 | | 189,415 | | 185,415 | | 181,415 | | 177,415 | | 173,415 | | 169,415 | | 165,415 | | 161,415 | | 157,415 | |
| Bank Balance | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | | 199,909 | |
| 80% Threshold | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | | 159,927 | |
| **San Vicente Catholic School** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Inflows : Operations | - | | 96,052 | | 96,052 | | 96,052 | | 96,052 | | 96,052 | | 96,052 | | 96,052 | | | | | | 1,152,620 | | 1,152,620 | |
| Cash Outflows : Operations | - | | 54,996 | | 54,996 | | 54,996 | | 54,996 | | 54,996 | | 54,996 | | 54,996 | | 32,366 | | 32,366 | | 659,958 | | 659,958 | |
| Net Cashflow Provided/(Used) by Operation | - | | 41,055 | | 41,055 | | 41,055 | | 41,055 | | 41,055 | | 41,055 | | 41,055 | | (32,366) | | (32,366) | | 492,662 | | 492,662 | |
| Cash Provided (Used) By Operations, Ending | 116,778 | | 157,833 | | 198,888 | | 239,943 | | 280,998 | | 322,054 | | 363,109 | | 404,164 | | 371,798 | | 339,432 | | 492,662 | | 492,662 | |
| Monthly Debt Services | | | | | | | | | | | | | | | | | | | | | | | | |
| Loan Balances | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Balance | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | | 93,090 | |

# ARCHDIOCESE OF AGANA
## BANK OF GUAM ACCOUNT BALANCE & LOAN BALANCES
### As of December 19, 2018

| | 30-Sep-18 BOG General Fund | 31-Oct-18 BOG General Fund | 30-Nov-18 BOG General Fund | 31-Dec-18 BOG General Fund | 31-Jan-19 BOG General Fund | 28-Feb-19 BOG General Fund | 31-Mar-19 BOG General Fund | 30-Apr-19 BOG General Fund | 31-May-19 BOG General Fund | 30-Jun-19 BOG General Fund | FY2019-2020 BOG General Fund | FY2020-2021 BOG General Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Santa Barbara School** | | | | | | | | | | | | |
| 80% Threshold | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 | 74,472 |
| Cash Inflows : Operations | - | 244,490 | 244,490 | 244,490 | 244,490 | 244,490 | 244,490 | 244,490 | - | - | 2,933,876 | 2,933,876 |
| Cash Outflows : Operations | - | 155,206 | 155,206 | 155,206 | 155,206 | 155,206 | 155,206 | 155,206 | 87,964 | 87,964 | 1,862,469 | 1,862,469 |
| Net Cashflow Provided/(Used) by Operation | - | 89,284 | 89,284 | 89,284 | 89,284 | 89,284 | 89,284 | 89,284 | (87,964) | (87,964) | 1,071,407 | 1,071,407 |
| Cash Provided (Used) By Operations, Ending | 326,758 | 401,732 | 476,707 | 551,681 | 626,655 | 701,630 | 776,604 | 851,578 | 749,304 | 647,031 | 899,692 | 899,692 |
| Monthly Debt Services | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 | 14,310 |
| Loan Balances | 1,236,288 | 1,221,978 | 1,207,669 | 1,193,359 | 1,179,050 | 1,164,740 | 1,150,431 | 1,136,121 | 1,121,812 | 1,107,502 | 1,093,192 | 1,078,883 |
| Bank Balance | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 | 221,648 |
| 80% Threshold | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 | 177,318 |
| **Sinajana Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 17,597 | 17,224 | 17,224 | 17,224 | 17,224 | 17,224 | 17,224 | 17,224 | 17,224 | 206,683 | 206,683 |
| Cash Outflows : Operations | - | 18,498 | 18,498 | 18,498 | 18,498 | 18,498 | 18,498 | 18,498 | 18,498 | 18,498 | 221,977 | 221,977 |
| Net Cashflow Provided/(Used) by Operation | - | (901) | (1,274) | (1,274) | (1,274) | (1,274) | (1,274) | (1,274) | (1,274) | (1,274) | (15,294) | (15,294) |
| Cash Provided (Used) By Operations, Ending | 44,919 | 44,017 | 42,743 | 41,468 | 40,194 | 38,919 | 37,645 | 36,370 | 35,096 | 33,821 | (15,294) | (15,294) |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 | 55,348 |
| 80% Threshold | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 | 44,279 |
| **Sta. Bernadita Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 6,190 | 6,190 | 6,190 | 6,190 | 6,190 | 6,190 | 6,190 | 6,190 | 6,190 | 74,284 | 74,284 |
| Cash Outflows : Operations | - | 6,569 | 6,569 | 6,569 | 6,569 | 6,569 | 6,569 | 6,569 | 6,569 | 6,569 | 78,825 | 78,825 |
| Net Cashflow Provided/(Used) by Operation | - | (378) | (378) | (378) | (378) | (378) | (378) | (378) | (378) | (378) | (4,541) | (4,541) |
| Cash Provided (Used) By Operations, Ending | 21,140 | 19,679 | 18,218 | 16,758 | 15,297 | 13,836 | 12,376 | 10,915 | 9,454 | 7,994 | (17,528) | (4,541) |
| Monthly Debt Services | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 | 1,082 |
| Loan Balances | 13,963 | 12,881 | 11,799 | 10,717 | 9,634 | 8,552 | 7,470 | 6,388 | 5,305 | 4,223 | 3,141 | 2,059 |
| Bank Balance | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 | 27,354 |
| 80% Threshold | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 | 21,883 |
| **Talafofo Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 13,769 | 13,769 | 13,769 | 13,769 | 13,769 | 13,769 | 13,769 | 13,769 | 13,769 | 165,230 | 165,230 |
| Cash Outflows : Operations | - | 11,460 | 11,460 | 11,460 | 11,460 | 11,460 | 11,460 | 11,460 | 11,460 | 11,460 | 137,523 | 137,523 |
| Net Cashflow Provided/(Used) by Operation | - | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 27,707 | 27,707 |
| Cash Provided (Used) By Operations, Ending | 89,027 | 91,336 | 93,645 | 95,954 | 98,263 | 100,572 | 102,881 | 105,189 | 107,498 | 109,807 | 27,707 | 27,707 |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 | 93,831 |
| 80% Threshold | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 | 75,065 |
| **Tamuning Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 51,664 | 50,631 | 50,631 | 50,631 | 50,631 | 50,631 | 50,631 | 50,631 | 50,631 | 607,569 | 607,569 |
| Cash Outflows : Operations | - | 40,865 | 40,865 | 40,865 | 40,865 | 40,865 | 40,865 | 40,865 | 40,865 | 40,865 | 490,374 | 490,374 |
| Net Cashflow Provided/(Used) by Operation | - | 10,800 | 9,766 | 9,766 | 9,766 | 9,766 | 9,766 | 9,766 | 9,766 | 9,766 | 117,195 | 117,195 |
| Cash Provided (Used) By Operations, Ending | 74,080 | 84,879 | 94,646 | 104,412 | 114,178 | 123,944 | 133,711 | 143,477 | 153,243 | 163,009 | 117,195 | 117,195 |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 | 54,102 |
| 80% Threshold | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 | 43,281 |
| **Toto Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 12,506 | 12,506 | 12,506 | 12,506 | 12,506 | 12,506 | 12,506 | 12,506 | 12,506 | 150,068 | 150,068 |
| Cash Outflows : Operations | - | 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 157,198 | 157,198 |
| Net Cashflow Provided/(Used) by Operation | - | (594) | (594) | (594) | (594) | (594) | (594) | (594) | (594) | (594) | (7,130) | (7,130) |
| Cash Provided (Used) By Operations, Ending | 53,698 | 53,104 | 52,510 | 51,915 | 51,321 | 50,727 | 50,133 | 49,539 | 48,944 | 48,350 | (7,130) | (7,130) |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 | 55,612 |

Case 19-00010 Document 125-3 Filed 05/06/19 Page 6 of 8

ARCHDIOCESE OF AGANA
BANK OF GUAM ACCOUNT BALANCE & LOAN BALANCES
As of December 19, 2018

| | 30-Sep-18 BOG General Fund | 31-Oct-18 BOG General Fund | 30-Nov-18 BOG General Fund | 31-Dec-18 BOG General Fund | 31-Jan-19 BOG General Fund | 28-Feb-19 BOG General Fund | 31-Mar-19 BOG General Fund | 30-Apr-19 BOG General Fund | 31-May-19 BOG General Fund | 30-Jun-19 BOG General Fund | FY2019-2020 BOG General Fund | FY2020-2021 BOG General Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tumon Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 12,096 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 | 143,150 | 143,150 |
| Cash Outflows : Operations | - | 11,924 | 11,924 | 11,924 | 11,924 | 11,924 | 11,924 | 11,924 | 11,924 | 11,924 | 143,082 | 143,082 |
| Net Cashflow Provided/(Used) by Operation | - | 172 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 68 | 68 |
| Cash Provided (Used) By Operations, Ending | 405,279 | 405,451 | 405,457 | 405,462 | 405,468 | 405,474 | 405,479 | 405,485 | 405,491 | 405,496 | 68 | 68 |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 | 932,104 |
| 80% Threshold | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 | 745,684 |
| **Umatac Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 3,109 | 2,687 | 2,687 | 2,687 | 2,687 | 2,687 | 2,687 | 2,687 | 2,687 | 32,248 | 32,248 |
| Cash Outflows : Operations | - | 2,962 | 2,962 | 2,962 | 2,962 | 2,962 | 2,962 | 2,962 | 2,962 | 2,962 | 35,543 | 35,543 |
| Net Cashflow Provided/(Used) by Operation | - | 147 | (275) | (275) | (275) | (275) | (275) | (275) | (275) | (275) | (3,295) | (3,295) |
| Cash Provided (Used) By Operations, Ending | 25,187 | 25,334 | 25,059 | 24,784 | 24,510 | 24,235 | 23,961 | 23,686 | 23,412 | 23,137 | (3,295) | (3,295) |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 | 19,593 |
| 80% Threshold | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 | 15,674 |
| **Yigo Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 39,721 | 42,233 | 42,233 | 42,233 | 42,233 | 42,233 | 42,233 | 42,233 | 42,233 | 506,798 | 506,798 |
| Cash Outflows : Operations | - | 33,403 | 33,403 | 33,403 | 33,403 | 33,403 | 33,403 | 33,403 | 33,403 | 33,403 | 400,834 | 400,834 |
| Net Cashflow Provided/(Used) by Operation | - | 6,318 | 8,830 | 8,830 | 8,830 | 8,830 | 8,830 | 8,830 | 8,830 | 8,830 | 105,964 | 105,964 |
| Cash Provided (Used) By Operations, Ending | 176,355 | 182,672 | 191,503 | 200,333 | 209,163 | 217,994 | 226,824 | 235,654 | 244,485 | 253,315 | 105,964 | 105,964 |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 | 147,575 |
| 80% Threshold | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 | 118,060 |
| **Yona Parish** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 21,529 | 21,492 | 21,492 | 21,492 | 21,492 | 21,492 | 21,492 | 21,492 | 21,492 | 257,902 | 257,902 |
| Cash Outflows : Operations | - | 25,303 | 25,303 | 25,303 | 25,303 | 25,303 | 25,303 | 25,303 | 25,303 | 25,303 | 303,633 | 303,633 |
| Net Cashflow Provided/(Used) by Operation | - | (3,774) | (3,811) | (3,811) | (3,811) | (3,811) | (3,811) | (3,811) | (3,811) | (3,811) | (45,730) | (45,730) |
| Cash Provided (Used) By Operations, Ending | 33,738 | 29,964 | 26,153 | 22,342 | 18,531 | 14,721 | 10,910 | 7,099 | 3,288 | (523) | (45,730) | (45,730) |
| Monthly Debt Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Balances | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Balance | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 | 50,766 |
| 80% Threshold | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 | 40,613 |
| **TOTAL** | | | | | | | | | | | | |
| Cash Inflows : Operations | - | 1,613,452 | 1,601,782 | 1,601,782 | 1,601,782 | 1,601,782 | 1,601,782 | 1,601,782 | 456,644 | 456,644 | 19,221,383 | 19,221,383 |
| Cash Outflows : Operations | - | 1,162,122 | 1,162,122 | 1,162,122 | 1,162,122 | 1,162,122 | 1,162,122 | 1,162,122 | 835,177 | 835,177 | 13,945,460 | 13,945,460 |
| Net Cashflow Provided/(Used) by Operation | - | 451,330 | 439,660 | 439,660 | 439,660 | 439,660 | 439,660 | 439,660 | (378,533) | (378,533) | 5,275,922 | 5,275,922 |
| Cash Provided (Used) By Operations, Ending | 4,844,615 | 5,202,660 | 5,549,036 | 5,759,714 | 5,970,393 | 6,316,769 | 6,663,144 | 7,009,520 | 6,537,703 | 6,066,417 | 4,198,717 | 4,211,703 |
| Monthly Debt Services | 93,285 | 93,285 | 93,285 | 93,285 | 93,285 | 93,285 | 93,285 | 93,285 | 93,284 | 92,753 | 89,767 | 89,767 |
| Loan Balances | 10,195,035 | 10,101,751 | 10,008,466 | 9,915,182 | 9,821,897 | 9,728,613 | 9,635,328 | 9,542,043 | 9,448,759 | 9,356,006 | 9,266,239 | 9,176,472 |
| Bank Balance | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 | 5,128,918 |
| 80% Threshold | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 | 4,103,134 |

| | 30-Sep-18 BOG General Fund | 31-Oct-18 BOG General Fund | 30-Nov-18 BOG General Fund | 31-Dec-18 BOG General Fund | 31-Jan-19 BOG General Fund | 28-Feb-19 BOG General Fund | 31-Mar-19 BOG General Fund | 30-Apr-19 BOG General Fund | 31-May-19 BOG General Fund | 30-Jun-19 BOG General Fund | FY2019-2020 BOG General Fund | FY2020-2021 BOG General Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOG+ Other Bank | BOG Balance | Difference | | | | | | | | | |
| Academy of Our Lady of Guam | 598,248.00 | 630,429 | 32,181 | | | | | | | | | |
| Agana Cathedral | 30,375.88 | 7,285 | (23,091) | | | | | | | | | |
| Agana Heights Parish | 180,331.62 | 132,305 | (48,026) | | | | | | | | | |
| Barrigada Parish | 242,787.47 | 335,636 | 92,848 | | | | | | | | | |
| Bishop Baumgartner Memorial Catholic School | 279,982.30 | 231,575 | (48,408) | | | | | | | | | |
| Chalan Pago Parish | 7,839.14 | 18,356 | 10,517 | | | | | | | | | |
| Chancery | - | 0 | - | | | | | | | | | |
| Dededo Parish | 275,619.94 | 188,293 | (87,327) | | | | | | | | | |
| Father Duenas Memorial School | 826,259.97 | 923,594 | 97,334 | Note: $500,000+/- are custodial fund | | | | | | | | |
| Inarajan Parish | 114,243.08 | 115,030 | 787 | | | | | | | | | |
| Maina Parish | 177,878.95 | 99,579 | (78,300) | | | | | | | | | |
| Malojloj Parish | 32,224.40 | 46,382 | 14,157 | | | | | | | | | |
| Mangilao Parish | 433,772.39 | 367,096 | (66,677) | | | | | | | | | |
| Merizo Parish | 21,436.74 | 23,134 | 1,698 | | | | | | | | | |
| Ordot Parish | 20,795.98 | 37,423 | 16,627 | | | | | | | | | |
| Piti Parish | 44,268.21 | 21,870 | (22,399) | | | | | | | | | |
| Saint Francis Catholic School | 225,784.44 | 199,909 | (25,875) | | | | | | | | | |
| San Vicente Catholic School | 116,777.70 | 93,090 | (23,688) | | | | | | | | | |
| Santa Barbara School | 326,758.05 | 221,648 | (105,111) | | | | | | | | | |
| Sinajana Parish | 44,918.64 | 55,348 | 10,430 | | | | | | | | | |
| Sta. Bernadita Parish | 22,221.87 | 27,354 | 5,132 | | | | | | | | | |
| Talafofo Parish | 89,026.92 | 93,831 | 4,804 | | | | | | | | | |
| Tamuning Parish | 74,079.69 | 54,102 | (19,978) | | | | | | | | | |
| Toto Parish | 53,697.92 | 55,612 | 1,914 | | | | | | | | | |
| Tumon Parish | 405,278.72 | 932,104 | 526,826 | Note: $500,000+/- are restricted CAPEX w/ docs | | | | | | | | |
| Umatac Parish | 25,186.56 | 19,593 | (5,594) | | | | | | | | | |
| Yigo Parish | 176,354.73 | 147,575 | (28,780) | | | | | | | | | |
| Yona Parish | 33,737.87 | 50,766 | 17,028 | | | | | | | | | |
| TOTAL | 4,879,887 | 5,128,918 | (249,030) | | | | | | | | | |

(500,000.00) FDMS & Tumon
(749,030) Adjusted restrictions/CAPEX

Cash Provided (Used) By Operations, Ending  6,066,417
Adjustment related to FDMS and Tumon  (749,030)
Forcasted Balance as of 06/2019  5,317,386