Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LEONARD STREET LLP
50 S. 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com
and
William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
101 Salisbury Street
Dededo, Guam 96929
Tel.: 632-4357
*Proposed Counsel for the Official Committee of Unsecured Creditors*

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| ARCHBISHOP OF AGAÑA, | Case No. 19-00010 |
| a Corporation Sole, | WITHDRAWAL OF LIMITED OBJECTION |
| Debtor. | |

Based on the amended stipulation filed by the Debtor and the Bank of Guam, [Doc. 172], the Official Committee of Unsecured Creditors (the "Committee") hereby withdraws its Limited Objection [Doc. 124].

RESPECTFULLY SUBMITTED this 2nd day of May, 2019, Minneapolis, Minnesota.

STINSON LEONARD STREET LLP

*/s/ Robert T Kugler*
Robert T. Kugler

## CERTIFICATE OF SERVICE

I hereby certify that, on May 2, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing Objection, was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

*/s/ Robert T Kugler*
Robert T. Kugler

WITHDRAWAL OF OBJECTION 2

Case 19-00010   Document 173   Filed 05/03/19   Page 2 of 2

CORE/3515288.0002/152261132.1