Robert T. Kugler (MN #0194116)

Edwin H. Caldie (MN #0388930)

STINSON LEONARD STREET LLP

50 S. 6th Street, Suite 2600

Minneapolis, MN 55402

Tel: (612) 335- 1500

Robert.Kugler@stinson.com

Ed.Caldie@stinson.com

and

William L. Gavras, Esq.

LAW OFFICES OF WILLIAM L. GAVRAS

101 Salisbury Street

Dededo, Guam 96929

Tel.: 632-4357

*Proposed Counsel for the Official Committee of Unsecured Creditors*

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| ARCHBISHOP OF AGAÑA, | Case No. 19-00010 |
| a Corporation Sole, | WITHDRAWAL OF LIMITED OBJECTION |
| Debtor. | |

Based on the revised proposed order filed by the Debtor and the Bank of Hawaii, [Doc.171], the Official Committee of Unsecured Creditors (the "Committee") hereby withdraws its Limited Objection [Doc. 125].

RESPECTFULLY SUBMITTED this 2nd day of May, Minneapolis, Minnesota.

STINSON LEONARD STREET LLP

*/s/ Robert T Kugler*
Robert T. Kugler

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 2, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing Objection, was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

*/s/ Robert T Kugler*
Robert T. Kugler