# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY MINUTES
# GENERAL

CASE NO.: 1:19-bk-00010  DATE: May 03, 2019
IN RE: Archdiocese of Agana, a Corporation sole

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Karen Quitlong  Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos  Hearing Times: 8:55 - 9:51
CSO: P. Tydingco

**APPEARANCES:**

Trustee:
Curtis Ching (vtc)

Attorneys for Debtor:
Ford Elsaesser
John Terlaje
Bruce Anderson
Keith Talbot (tc)

Counsel for Ô¦^åḁ̃¦•:
Mark Cowan, Iain McDonald (tc), Matthew Olson (tc) for Bank of Guam
Richard Johnson, Johnathan Bolton (tc) for First Hawaiian Bank
Zach Damian, Seth Buckley (tc) for Bank of Hawaii
William Gavras, Robert Kugler and Paul Richler (tc) for Creditor Committee
Delia Lujan-Wolff and David Lujan for Plaintiffs in civil actions
Kevin Fowler for Plaintiffs in civil actions
Duncan McCully for Sisters of Mercy

**PROCEEDINGS: HEARING ON MOTIONS**

- Third Stipulation and Order Between Debtor and First Hawaiian Bank Authorizing Debtor's Use of Cash Collateral and Granting Adequate Protection Pursuant to 11 USC §§ 361 and 363 (ECF No. 114) - Moot

- Motion to Use Cash Collateral, Granting Adequate Protection and Setting Final Hearing (First Hawaiian Bank) (ECF No. 22) - Granted

- Motion to Use Cash Collateral, Granting Adequate Protection and Setting Final Hearing (Bank of Hawaii) (ECF No. 21); and Amended Stipulation (ECF No. 171) - Granted

- Stipulation for Use of Cash Collateral (Bank of Guam) (ECF No. 25); and Amended Stipulation (ECF No. 172) - Granted

- Application to Employ the Law Offices of Paul A. Richler as Special Insurance Counsel to the Official Committee of Unsecured Creditors (ECF No. 119) - Granted

- Application to Employ Chief Appraisals as Appraiser for Debtor (ECF No. 126) - Debtor to file amended application for court's review and approval.

- Motion for Authorization to Sell Real Property (Accion Hotel Property) (ECF No. 127) - continued to May 31, 2019, at 8:30 a.m.

- Movant shall submit the proposed orders to the court by email, if movant has not done so.

NOTES: