Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:     (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY DIVISION

| In re: | Chapter 11 |
|---|---|
| ARCHBISHOP OF AGAÑA, a Corporation Sole | Case No. 19-00010 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that on May 3, 2019, by regular first class mail, I mailed a copy of Notice of Bar Dates for Filing of General Proofs of Claim [Docket No. 168-1, Exhibit B] , with the Official Form 410 Proof of Claim form, to the non-ECF parties on the attached MML.

|     |                                                                                                                            |
| --- | -------------------------------------------------------------------------------------------------------------------------- |
| 1   | I further certify that on May 3, 2019, the same was served by regular first class mail,                                   |
| 2   | postage prepaid, to the following parties as follows:                                                                      |

| Internal Revenue Service | Guam Department of Revenue and Taxation |
| --- | --- |
| Centralized Insolvency Operation | Real Estate Tax Department |
| Post Office Box 7346 | P.O. Box 23607 |
| Philadelphia, PA 19101-7346 | Barrigada, Guam 96921 |
| | |
| Rosenberg & McKay, | Blank Rome, LLP, James Murray, |
| Randall Rosenberg | 1825 Eye Street NW |
| 737 Bishop Street, Suite 2350, | Washington, DC 20006 |
| Mauka Tower | |
| Honolulu, HI 96813 | |
| | James, Vernon & Weeks, P.A., |
| | Leander James, Craig Vernon |
| | 1626 Lincoln Way |
| | Coeur d'Alene, ID 83814 |

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 3, 2019

/s/ *Bruce A. Anderson*
Bruce A. Anderson

```
Label Matrix for local noticing          Archbishop of Agana, a Corporation Sole, Mos    Bank Of Guam
0993-1                                    196 Cuesta San Ramon Ste B,                     C/O Arriola Cowan & Arriola
Case 19-00010                             Hagatna, GU 96910-4334                          P.O. X
District Court of Guam                                                                    Agana, GU 96932-7540
Hagatna
Thu May  2 02:47:56 ChST 2019

Bank of Hawaii                            Boy Scouts of America                           Boy Scouts of America Aloha Council Chamorro
c/o Camacho Calvo Law Group LLC           Civille & Tang, PLLC                            Civille & Tang, PLLC        DUP
134 W Soledad Ave, Suite 401              330 Hernan Cortez Avenue, Suite 200             330 Hernan Cortez Avenue, Suite 200
Hagatna, GU 96910-5079                    Hagatna, GU 96910-5081                          Hagatna, GU 96910-5081

First Hawaiian Bank                       Numerous Victims of Clergy Abuse (DRF Client    Numerous Victims of Clergy Abuse (Lujan clie
c/o Blair Sterling Johnson & Martinez     CO Dooley Roberts & Fowler LLP                  CO Lujan and Wolff, LLP
238 Archbishop Flores St. Ste. 1008       865 S Marine Corps Dr Ste 201                   238 Archbishop Flores Street, Suite 300
Hagatna, GU 96910-5205                    Tamuning, Gu 96913-3440                         DNA Building                DUP
                                                                                          Hagatna, GU 96910-5206

Sisters of Mercy Entities                 Office of the Clerk                             Academy of Our Lady of Guam
co The Law Offices of Duncan G. McCully   520 W. Soledad Ave.                             233 W Archbishop F Flores Street
139 Murray Boulevard, Suite 200           4th Floor, U.S. Courthouse                      Hagatna, GU 96910-5102
Hagatna, Gu 96910-5153                    Hagatna, GU 96910-4916

Agafa Gumas                               Anthony Sablan Apuron                           Assumption of Our Lady
PO Box 11496                              c/o Jacqueline T. Terlaje                       314 Assumption Drive
Yigo, GU 96929-0496                       284 W. Chalan Santo Papa                        Piti, GU 96915-5563
                                          Hagatna, GU 96910-5154

Bank of Guam                              Bishop Baumgartner Memorial School              Blessed Diego de San Vitores
P.O. Box BW                               281 Calle Angel Flores Street                   884 Pale' San Vitores Road
Hagatna, GU 96932-7597                    Sinajana, GU 96910-3714                         Tumon, GU 96913-4013

Boy Scouts of America                     Boy Scouts of America Aloha Council             Capuchin Franciscans
PO Box 152079                             280 N Marine Corps Dr.                          Province of St. Mary
Irving, TX 75015-2079                     Tamuning, GU 96913-4105                         30 Gedney Park Drive
                                                                                          White Plains, NY 10605-3534

Capuchin Franciscans Custody of           CathoNet LLC                                    Claimant B.D., et al.       DUP
Star of the Sea                           14 Hampshire Drive                              c/o David Lujan, Lujan and Wolff
30 Gedney Park Drive                      Hudson, NH 03051-4921                           238 Archbishop Flores St., #300
White Plains, NY 10605-3534                                                               Hagatna, GU 96910-5206

Claimant D.M.                             Claimant Estate of G.C., et al.                 Claimant John Doe, et al.
c/o Charles H. McDonald II                c/o Michael Berman                              c/o Kevin Fowler
238 Archbishop Flores St., #1002          111 Chalan Santo Papa, Ste. 503                 865 S Marine Corps Dr., #201
Hagatna, GU 96910-5205                    Hagatna, GU 96910-5176                          Barrigada, GU 96913-3440

Claimant M.B., et al.                     Congregation of Holy Cross                      Delia Lujan Wolff
c/o Anthony Perez                         PO BOX 1064                                     Lujan and Wolff LLP
238 Archbishop Flores Street, #802        Notre Dame, IN 46556-1064                       Suite 300 DNA Building
Hagatna, GU 96910-5205                                                                    238 Archbishop Flores Street
                                                                                          Hagatna, Guam 96910-5113
```

| | | |
|---|---|---|
| Docomo Pacific<br>890 S Marine Corps Drive<br>Tamuning, GU 96913-3458 | Dulce Nobre de Maria Cathedral<br>207 Archbishop Flores Street<br>Hagatna, GU 96910-5102 | Father Duenas Memorial School<br>PO Box FD<br>Hagatna, GU 96932-7654 |
| First Hawaiian Bank<br>Attn: Loan Recovery Dept<br>PO Box 4070<br>Honolulu, HI 96812-4070 | First Hawaiian Bank<br>Ed Untalan<br>400 Rout 8, Suite 101<br>Maite, GU 96910-2026 | Guam Capital Investment Corp. Bldg.<br>414 W. Soledad Ave., Suite 500<br>Hagatna, GU 96910-5066 |
| Guam Reef Hotel, Inc.<br>1317 Pale San Vitores Road<br>Barrigada, GU 96913-4298 | Guam Telephone Authority<br>624 N. Marine Corps Drive<br>Barrigada, GU 96913-4401 | Iain A. Macdonald<br>221 Sansome Street, # 3<br>San Francisco, CA 94104-2331 |
| Immaculate Heart of Mary<br>225 Aragon Street<br>Toto, GU 96910-3000 | Leonilo Alger<br>231 Hesler Place, Suite 101<br>Hagatna, GU 96910-5082 | Louis Brouillard<br>c/o Meier, Kennedy and Quinn<br>445 Minnesota Street, #2200<br>Saint Paul, MN 55101-2137 |
| Marist Brothers of the Schools<br>70-20 Juno Street<br>Forest Hills, NY 11375-5840 | Mary Quinata<br>Camacho Calvo Law Group, LLC<br>134 W Soleded Ave., Ste. 401<br>Hagatna, GU 96910-5079 | Nino Perdido y Sagrada Familia<br>PO Box 45<br>Hagatna, GU 96932-0045 |
| Nuestra Senora De La Paz y Buen<br>PO Box EC<br>Hagatna, GU 96932-7565 | Nuestra Senora de las Aguas<br>PO Box 163<br>Hagatna, GU 96932-0163 | Office Of The U.S. Trustee<br>1132 Bishop St., Suite 602<br>Honolulu, HI 96813-2830 |
| Our Lady of Guadalupe<br>PO Box 7355<br>Agat, GU 96928-0355 | Our Lady of Lourdes<br>153 Chalan Pale Ramon Lagu<br>Unit A<br>Yigo, GU 96929-2729 | Our Lady of Mt Carmel School<br>PO Box 7830<br>Agat, GU 96928-0830 |
| Our Lady of Mt. Carmel<br>PO Box 8353<br>Agat, GU 96928-1353 | Our Lady of Purification<br>198 Cuesta San Ramon<br>Ste B<br>Hagatna, GU 96910 | Our Lady of the Blessed Sacrament<br>135 Chalan Kapuchino<br>Agana Heights, GU 96910-6128 |
| Pacific Solar and Photovoltaics<br>PO Box 6754<br>Tamuning, GU 96931-6754 | Risk Partner Tools and Mngmt Risk<br>5100 E Skelly Drive, Suite 900<br>Tulsa, OK 74135-6541 | SBA<br>2 North 20th Street<br>Suite 320<br>Birmingham, AL 35203-4002 |
| Saint Anthony Catholic School<br>529 Chalan San Antonio<br>Tamuning, GU 96913-3600 | Saint Francis Catholic School<br>PO Box 22199<br>Yona, GU 96921-2199 | Saint Jude Thaddeus<br>122 Bien Avenida Avenue<br>Sinajana, GU 96910-3664 |

San Dimas and
Our Lady of the Rosary
PO Box 6099
Merizo, GU 96916-0399

San Dionisio
PO Box 6099
Merizo, GU 96916-0399

San Francisco de Asis
1404 N Canton Tasi
Yona, GU 96915-4665

San Isidro
HC 1 Box 17083
Inarajan, GU 96915-7806

San Juan Bautista
PO Box 49
Hagatna, GU 96932-0049

San Miguel
138 San Miguel Street
Talofofo, GU 96915-3644

San Vincente Catholic School
196 Bejong Street
Barrigada, GU 96913-1182

Santa Barbara
330 Iglesia Circle
Dededo, GU 96929-5327

Santa Barbara Catholic School
274 West Santa Barbara Avenue
Suite A
Dededo, GU 96929-5378

Santa Bernadita Church
PO Box 11496
Yigo, GU 96929-0496

Santa Teresita
192 Vietnam Veterans Hwy
Mangilao, GU 96913-6301

School Sisters of Norte Dame
Greensfelder, Bernard Huger
10 S. Broadway, Ste. 2000
Saint Louis, MO 63102-1747

Securitech
PO Box 7779
Tamuning, GU 96931-7779

Sisters of Mercy Entities
co The Law Offices of Duncan G. McCully
139 Murray Boulevard, Suite 200
Hagatna, Guam 96910-5153

Sisters of Mercy of NC on Guam
101 Mercy Drive
Belmont, NC 28012-2898

Sisters of Mercy of North Carolina
100 McAuley Circle
Belmont, NC 28012

St. Andrew Kim
PO Box 1555
Hagatna, GU 96932-1555

St. Anthony and St. Victor
PO Box 7707
Tamuning, GU 96931-7707

St. Joseph
PO Box 170022
Inarajan, GU 96917-0022

St. Vincente Ferrer and San Roke
229 San Roque Drive
Barrigada, GU 96913-1131

Takecare Insurance Co.
PO Box 6578
Tamuning, GU 96931-6578

Bruce A. Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007

J. Ford Elsaesser
Elsaesser Anderson, CHTD
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007

John C. Terlaje
Attorney at Law
Suite 216, Former Union Bank Bldg.
194 Hernan Cortes Ave.
Hagatna, GU 96910-5036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blank Rome LLP

(u)Committee of Unsecured Creditors

(u)Numerous Victims of Clergy Abuse (BOM Clie