Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHBISHOP OF AGAÑA, a Corporation Sole | Case No. 19-00010 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that on May 3, 2011, I served the Notice of Deadline for Filing Claims Relating to or Arising from Sexual Abuse [Docket No. 168-1, Exhibit D] and Sexual Abuse Proof of Claim Form [Docket No. 168-1, Exhibit A], by regular first class mail, postage prepaid, on the parties listed on the attached MML.

DATED this 3rd day of May, 2019.

/s/ *Bruce A. Anderson*
Bruce A. Anderson
Attorneys for Debtor-In-Possession

I further certify that on May 3, 2019, the same was served by regular first class mail, postage prepaid, to the following parties as follows:

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Guam Department of Revenue and Taxation<br>Real Estate Tax Department<br>P.O. Box 23607<br>Barrigada, Guam 96921 |
| Rosenberg & McKay,<br>Randall Rosenberg<br>737 Bishop Street, Suite 2350,<br>Mauka Tower<br>Honolulu, HI 96813 | Blank Rome, LLP, James Murray,<br>1825 Eye Street NW<br>Washington, DC 20006 |
| | James, Vernon & Weeks, P.A.,<br>Leander James, Craig Vernon<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814 |

I further certify that on May 3, 2019, the same was served by regular first class mail, postage prepaid, to the following parties (names and addresses omitted to protect the privacy of the parties):

F.A.C., J. P., H.B., M.D.Q., J.P., and D.C.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 3, 2019

/s/ Bruce A. Anderson
Bruce A. Anderson

```
Label Matrix for local noticing          Archbishop of Agana, a Corporation Sole, Mos    Bank Of Guam
0993-1                                   196 Cuesta San Ramon Ste B,                     C/O Arriola Cowan & Arriola
Case 19-00010                            Hagatna, GU 96910-4334                          P.O. X
District Court of Guam                                                                   Agana, GU 96932-7540
Hagatna
Thu May  2 02:47:56 ChST 2019

Bank of Hawaii                           Boy Scouts of America                           Boy Scouts of America Aloha Council Chamorro
c/o Camacho Calvo Law Group LLC          Civille & Tang, PLLC                            Civille & Tang, PLLC            DUP
134 W Soledad Ave, Suite 401             330 Hernan Cortez Avenue, Suite 200             330 Hernan Cortez Avenue, Suite 200
Hagatna, GU 96910-5079                   Hagatna, GU 96910-5081                          Hagatna, GU 96910-5081


First Hawaiian Bank                      Numerous Victims of Clergy Abuse (DRF Client    Numerous Victims of Clergy Abuse (Lujan clie
c/o Blair Sterling Johnson & Martinez    CO Dooley Roberts & Fowler LLP                  CO Lujan and Wolff, LLP
238 Archbishop Flores St. Ste. 1008      865 S Marine Corps Dr Ste 201                   238 Archbishop Flores Street, Suite 300
Hagatna, GU 96910-5205                   Tamuning, Gu 96913-3440                         DNA Building                    DUP
                                                                                         Hagatna, GU 96910-5206


Sisters of Mercy Entities                Office of the Clerk                             Academy of Our Lady of Guam
co The Law Offices of Duncan G. McCully  520 W. Soledad Ave.                             233 W Archbishop F Flores Street
139 Murray Boulevard, Suite 200          4th Floor, U.S. Courthouse                      Hagatna, GU 96910-5102
Hagatna, Gu 96910-5153                   Hagatna, GU 96910-4916


Agafa Gumas                              Anthony Sablan Apuron                           Assumption of Our Lady
PO Box 11496                             c/o Jacqueline T. Terlaje                       314 Assumption Drive
Yigo, GU 96929-0496                      284 W. Chalan Santo Papa                        Piti, GU 96915-5563
                                         Hagatna, GU 96910-5154


Bank of Guam                             Bishop Baumgartner Memorial School              Blessed Diego de San Vitores
P.O. Box BW                              281 Calle Angel Flores Street                   884 Pale' San Vitores Road
Hagatna, GU 96932-7597                   Sinajana, GU 96910-3714                         Tumon, GU 96913-4013


Boy Scouts of America                    Boy Scouts of America Aloha Council             Capuchin Franciscans
PO Box 152079                            280 N Marine Corps Dr.                          Province of St. Mary
Irving, TX 75015-2079                    Tamuning, GU 96913-4105                         30 Gedney Park Drive
                                                                                         White Plains, NY 10605-3534


Capuchin Franciscans Custody of          CathoNet LLC                                    Claimant B.D., et al.           DUP
Star of the Sea                          14 Hampshire Drive                              c/o David Lujan, Lujan and Wolff
30 Gedney Park Drive                     Hudson, NH 03051-4921                           238 Archbishop Flores St., #300
White Plains, NY 10605-3534                                                              Hagatna, GU 96910-5206


Claimant D.M.                            Claimant Estate of G.C., et al.                 Claimant John Doe, et al.
c/o Charles H. McDonald II               c/o Michael Berman                              c/o Kevin Fowler
238 Archbishop Flores St., #1002         111 Chalan Santo Papa, Ste. 503                 865 S Marine Corps Dr., #201
Hagatna, GU 96910-5205                   Hagatna, GU 96910-5176                          Barrigada, GU 96913-3440


Claimant M.B., et al.                    Congregation of Holy Cross                      Delia Lujan Wolff
c/o Anthony Perez                        PO BOX 1064                                     Lujan and Wolff LLP
238 Archbishop Flores Street, #802       Notre Dame, IN 46556-1064                       Suite 300 DNA Building
Hagatna, GU 96910-5205                                                                   238 Archbishop Flores Street
                                                                                         Hagatna, Guam 96910-5113
```

Docomo Pacific
890 S Marine Corps Drive
Tamuning, GU 96913-3458

Dulce Nobre de Maria Cathedral
207 Archbishop Flores Street
Hagatna, GU 96910-5102

Father Duenas Memorial School
PO Box FD
Hagatna, GU 96932-7654

First Hawaiian Bank
Attn: Loan Recovery Dept
PO Box 4070
Honolulu, HI 96812-4070

First Hawaiian Bank
Ed Untalan
400 Rout 8, Suite 101
Maite, GU 96910-2026

Guam Capital Investment Corp. Bldg.
414 W. Soledad Ave., Suite 500
Hagatna, GU 96910-5066

Guam Reef Hotel, Inc.
1317 Pale San Vitores Road
Barrigada, GU 96913-4298

Guam Telephone Authority
624 N. Marine Corps Drive
Barrigada, GU 96913-4401

Iain A. Macdonald
221 Sansome Street, # 3
San Francisco, CA 94104-2331

Immaculate Heart of Mary
225 Aragon Street
Toto, GU 96910-3000

Leonilo Alger
231 Hesler Place, Suite 101
Hagatna, GU 96910-5082

Louis Brouillard
c/o Meier, Kennedy and Quinn
445 Minnesota Street, #2200
Saint Paul, MN 55101-2137

Marist Brothers of the Schools
70-20 Juno Street
Forest Hills, NY 11375-5840

Mary Quinata
Camacho Calvo Law Group, LLC
134 W Soleded Ave., Ste. 401
Hagatna, GU 96910-5079

Nino Perdido y Sagrada Familia
PO Box 45
Hagatna, GU 96932-0045

Nuestra Senora De La Paz y Buen
PO Box EC
Hagatna, GU 96932-7565

Nuestra Senora de las Aguas
PO Box 163
Hagatna, GU 96932-0163

Office Of The U.S. Trustee
1132 Bishop St., Suite 602
Honolulu, HI 96813-2830

Our Lady of Guadalupe
PO Box 7355
Agat, GU 96928-0355

Our Lady of Lourdes
153 Chalan Pale Ramon Lagu
Unit A
Yigo, GU 96929-2729

Our Lady of Mt Carmel School
PO Box 7830
Agat, GU 96928-0830

Our Lady of Mt. Carmel
PO Box 8353
Agat, GU 96928-1353

Our Lady of Purification
198 Cuesta San Ramon
Ste B
Hagatna, GU 96910

Our Lady of the Blessed Sacrament
135 Chalan Kapuchino
Agana Heights, GU 96910-6128

Pacific Solar and Photovoltaics
PO Box 6754
Tamuning, GU 96931-6754

Risk Partner Tools and Mngmt Risk
5100 E Skelly Drive, Suite 900
Tulsa, OK 74135-6541

SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203-4002

Saint Anthony Catholic School
529 Chalan San Antonio
Tamuning, GU 96913-3600

Saint Francis Catholic School
PO Box 22199
Yona, GU 96921-2199

Saint Jude Thaddeus
122 Bien Avenida Avenue
Sinajana, GU 96910-3664

| | | |
|---|---|---|
| San Dimas and<br>Our Lady of the Rosary<br>PO Box 6099<br>Merizo, GU 96916-0399 | San Dionisio<br>PO Box 6099<br>Merizo, GU 96916-0399 | San Francisco de Asis<br>1404 N Canton Tasi<br>Yona, GU 96915-4665 |
| San Isidro<br>HC 1 Box 17083<br>Inarajan, GU 96915-7806 | San Juan Bautista<br>PO Box 49<br>Hagatna, GU 96932-0049 | San Miguel<br>138 San Miguel Street<br>Talofofo, GU 96915-3644 |
| San Vincente Catholic School<br>196 Bejong Street<br>Barrigada, GU 96913-1182 | Santa Barbara<br>330 Iglesia Circle<br>Dededo, GU 96929-5327 | Santa Barbara Catholic School<br>274 West Santa Barbara Avenue<br>Suite A<br>Dededo, GU 96929-5378 |
| Santa Bernadita Church<br>PO Box 11496<br>Yigo, GU 96929-0496 | Santa Teresita<br>192 Vietnam Veterans Hwy<br>Mangilao, GU 96913-6301 | School Sisters of Norte Dame<br>Greensfelder, Bernard Huger<br>10 S. Broadway, Ste. 2000<br>Saint Louis, MO 63102-1747 |
| Securitech<br>PO Box 7779<br>Tamuning, GU 96931-7779 | Sisters of Mercy Entities<br>co The Law Offices of Duncan G. McCully<br>139 Murray Boulevard, Suite 200<br>Hagatna, Guam 96910-5153 | Sisters of Mercy of NC on Guam<br>101 Mercy Drive<br>Belmont, NC 28012-2898 |
| Sisters of Mercy of North Carolina<br>100 McAuley Circle<br>Belmont, NC 28012 | St. Andrew Kim<br>PO Box 1555<br>Hagatna, GU 96932-1555 | St. Anthony and St. Victor<br>PO Box 7707<br>Tamuning, GU 96931-7707 |
| St. Joseph<br>PO Box 170022<br>Inarajan, GU 96917-0022 | St. Vincente Ferrer and San Roke<br>229 San Roque Drive<br>Barrigada, GU 96913-1131 | Takecare Insurance Co.<br>PO Box 6578<br>Tamuning, GU 96931-6578 |
| Bruce A. Anderson<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue, Suite 102<br>Coeur d'Alene, ID 83815-6007 | J. Ford Elsaesser<br>Elsaesser Anderson, CHTD<br>320 East Neider Avenue, Suite 102<br>Coeur d'Alene, ID 83815-6007 | John C. Terlaje<br>Attorney at Law<br>Suite 216, Former Union Bank Bldg.<br>194 Hernan Cortes Ave.<br>Hagatna, GU 96910-5036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Blank Rome LLP | (u)Committee of Unsecured Creditors | (u)Numerous Victims of Clergy Abuse (BOM Clie |