1  Ford Elsaesser, ISB #2205
   Bruce A. Anderson, ISB #3392
2  ELSAESSER ANDERSON, CHTD.
   320 East Neider Avenue, Suite 102
3  Coeur d'Alene, ID  83815
4  Tel:     (208) 667-2900
   Fax:     (208) 667-2150
5  ford@eaidaho.com
   brucea@eaidaho.com
6
7  John C. Terlaje
   LAW OFFICE OF JOHN C. TERLAJE
8  Terlaje Professional Bldg., Suite 216
   194 Hernan Cortez Ave.
9  Hagåtña, Guam 96910
10 Telephone: (671) 477-8894/5
   john@terlaje.net
11
12 *Counsel for Debtor-in-Possession*
13
14          **IN THE DISTRICT COURT OF GUAM**
                   **TERRITORY OF GUAM**
15             **BANKRUPTCY DIVISION**
16

17 In re:                                    | Chapter 11

18 ARCHBISHOP OF AGAÑA, a Corporation Sole,  | Case No. 19-00010

19 Debtor.

20

21              **NOTICE OF CHANGE OF ADDRESS**

22

23       COMES NOW, the Archbishop of Agaña, by and through its attorney Bruce A.

24 Anderson of Elsaesser Anderson Chtd., and makes the following change of address to the

25 creditor listed in the Mailing Matrix:

26

27

28

NOTICE OF CHANGE OF ADDRESS - 1

| | |
|---|---|
| From: | To: |
| Saint Francis Catholic School<br>PO Box 22199<br>Yona, GU  96921-2199 | Saint Francis Catholic School<br>PO Box 21297<br>Barrigada, GU  96921 |

DATED this 6th day of May, 2019.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Ford Elsaesser
Bruce A. Anderson

-and-

THE LAW OFFICE OF JOHN C. TERLAJE

*/s/ John C. Terlaje*
John C. Terlaje

## CERTIFICATE OF SERVICE

I hereby certify that, on May 6, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  May 6, 2019        */s/ Bruce A. Anderson*
                            Bruce A. Anderson

NOTICE OF CHANGE OF ADDRESS - 2