Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LEONARD STREET LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com

And

William L. Gavras, Esq.

LAW OFFICES OF WILLIAM L. GAVRAS

101 Salisbury Street

Dededo, Guam 96929

Tel.: 632-4357

*Counsel for the Official Committee of Unsecured Creditors*

# THE DISTRICT COURT OF GUAM

| In re: | Bankruptcy Case No. 19-00010<br>Chapter 11 |
|---|---|
| ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>Debtor. | ORDER GRANTING THE APPLICATION TO EMPLOY THE LAW OFFICE OF PAUL A. RICHLER AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Before the court is the Application to Employ the Law Office of Paul A. Richler as Special Insurance Counsel to the Official Committee of Unsecured Creditors ("Application"). *See* ECF No. 119. There having been no timely objection filed, and the court having been satisfied that the attorneys of the law firm are disinterested persons who do not hold or represent an interest adverse to the Debtor's estate in the matters upon which they are to be engaged, and that employment of

the law firm is necessary and would be in the best interest of the estate; and good cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Official Committee of Unsecured Creditors is authorized to employ the Law Office of Paul A. Richler, as its special insurance counsel, *nunc pro tunc* to March 26, 2019; and it is further

ORDERED that the compensation shall be under the terms specified in the Application and shall be governed by the applicable bankruptcy rules and codes, and such other procedures as may be fixed by order of this court.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 08, 2019**