William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
101 Salisbury Street
Dededo, Guam 96929
Tel.: 632-4357

*Counsel for the Official Committee of Unsecured Creditors*

THE DISTRICT COURT OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| ARCHBISHOP OF AGAÑA, | Case No. 19-00010 |
| a Corporation Sole, | MOTION TO BE EXCUSED FROM TODAY'S DEPOSITION |
| Debtor. | |

COMES NOW the undersigned local counsel for the Official Committee of Unsecured Creditors and requests that he be excused from today's deposition for family reasons. Chief Justice Gatewood has been approached on this matter and has approved this request.

Respectfully Submitted,

LAW OFFICE OF WILLIAM L. GAVRAS

Dated; _____.     By: _____
                                        WILLIAM L. GAVRAS, ESQ.
                                        *Counsel for the Official Committee of*
                                        *Unsecured Creditors*

CORE/3515288.0002/152266179.2