# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br><br>a Corporation Sole,<br><br>Debtor. | Bankruptcy Case No. 19-00010<br>Chapter 11<br><br>**ORDER** |

On May 22, 2019, Mr. William L. Gavras, local counsel for the Official Committee of Unsecured Creditors, approached the court after a criminal proceeding and asked for permission to be excused from a May 22, 2019 deposition relating to the above-captioned matter. The court advised counsel to file the appropriate motion and upon filing, the court will review said motion.[1]

Upon review of the motion, the court denies the motion as **MOOT**. Pursuant to GNLR 17.1(e), "[l]ocal counsel shall attend all proceedings related to the case before this Court for which counsel is associated unless excused by this court." The deposition is not before this court.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 22, 2019**

---

[1] Although the motion states that counsel approached the court and the court approved the motion, the court clarifies that it did not specifically "approve" the motion. Rather, the court expressed that it "does not think it would be a problem" and advised counsel to file the paperwork.