Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

*Counsel for Debtor-in-Possession*

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| In re: | Chapter 11 |
|---|---|
| ARCHBISHOP OF AGAÑA, a Corporation Sole, | Case No. 19-00010 |
| Debtor. | |

## **REQUEST FOR TELEPHONIC APPEARANCE**

Pursuant to CVLR7(1) Debtor requests this Court permit undersigned counsel, Bruce A. Anderson, to appear via telephone conference on May 31, 2019 at 8:30 a.m., the date and time scheduled for the Motion for Authorization to Sell Real Property (Accion Hotel Property). Undersigned counsel is off-island and appreciates the Court's consideration.

DATED this 29th day of May, 2019.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Ford Elsaesser
Bruce A. Anderson

REQUEST FOR TELEPHONIC APPEARANCE - 1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 29, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 29, 2019

*/s/ Bruce A. Anderson*
Bruce A. Anderson

REQUEST FOR TELEPHONIC APPEARANCE - 2