Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHBISHOP OF AGAÑA, a Corporation Sole, | Case No. 19-00010 |
| Debtor. | |

## NOTICE OF INTENT TO PRESENT TESTIMONY AND OFFER EVIDENCE

COMES NOW, The Archbishop of Agãna, a Corporate Sole ("Archbishop"), Debtor-in-Possession herein, by and through its attorney Bruce A. Anderson of Elsaesser Anderson, Chtd., and gives notice that it intends to present argument, testimony evidence on the following matter scheduled for May 31, 2019, at the hearing regarding:

Debtor's Motion for Authorization to Sell Real Property (Docket No. 127).

NOTICE OF INTENT TO PRESENT
TESTIMONY AND OFFER EVIDENCE- 1

## WITNESSES

Georgina "Gina" P. Campos will testify regarding actions taken as listing agent for real property, known as the Accion Hotel, or the Accion Property, her declaration on file, and any pending offers for the Accion Property.

Gabriel Lombardi of Chief Appraisals will testify regarding his appraisal of the real property known as the Accion Hotel, also known as the Chalan Seminario and or the Redemptorous Mater Seminary.

Debtor reserves the right to call additional witnesses, any witness presented by any other parties in interest, and to call other witnesses or admit further evidence for rebuttal or impeachment purposes.

## EVIDENTIARY DOCUMENTS

Exhibits that might be presented are:

1.     Motion for Authorization to Sell Real Property (Accion Hotel Property) (Docket No. 127).

2.     Notice of Modification to Motion for Authorization to Sell Real Property (Accion Hotel Property, Docket No. 127), Docket No. 185.

3.     Chief Appraisals Report.

4.     Notice of Second Offer to Purchase Real Property (will be produced at hearing).

Debtor reserves the right to present additional documentary evidence, as needed at the hearing set for May 31, 2019.

NOTICE OF INTENT TO PRESENT
TESTIMONY AND OFFER EVIDENCE- 2

1

2      RESPECTFULLY SUBMITTED this 29th day of May, 2019.

3                                          ELSAESSER ANDERSON, CHTD.

4
                                           /s/ Bruce A. Anderson
5                                          Ford Elsaesser
                                           Bruce A. Anderson
6
                                           -and-
7

8                                          THE LAW OFFICE OF JOHN C. TERLAJE

9                                          /s/ John C. Terlaje
                                           John C. Terlaje
10

11

12                          **CERTIFICATE OF SERVICE**

13          I hereby certify that, on May 29, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a
14   true copy of the foregoing was served via the Court's CM/ECF notification facilities to
     those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.
15
            I swear under penalty of perjury that the foregoing is true and correct to the best of
16   my knowledge, information and belief.

17

18      Dated:  May 29, 2019        /s/ Bruce A. Anderson
                                          Bruce A. Anderson
19

20

21

22

23

24

25

26

27

28

NOTICE OF INTENT TO PRESENT
TESTIMONY AND OFFER EVIDENCE- 3