**THE DISTRICT COURT OF GUAM**

In re:

ARCHBISHOP OF AGAÑA,
a Corporation Sole,

          Debtor.

Bankruptcy Case No. 19-00010
Chapter 11

**ORDER AUTHORIZING DEBTOR TO EMPLOY
CHIEF APPRAISALS AS APPRAISER FOR DEBTOR**

On April 3, 2019, Debtor filed the Application to Employ Chief Appraisals as Appraiser for Debtor and the attached Verified Disclosure of Gabriel Lombardi (ECF Nos. 126 and 126-1), and on May 24, 2019, Debtor additionally filed the Corrected Fee Schedule to Application to Employ Chief Appraisals as Appraiser for Debtor (ECF No. 189). Based upon the Application, Verified Disclosure of Gabriel Lombardi, and the Corrected Fee Schedule filed in support thereof, no objection by the U.S. Trustee, and for good cause showing;

**IT IS HEREBY ORDERED** that:

1. The Application is **APPROVED**, and the Debtor is authorized to employ Gabriel Lombardi and Chief Appraisals as its Appraiser effective April 3, 2019.

2. The compensation of Chief Appraisals for services rendered to the Debtor shall be

paid in accordance with the procedures set forth in 11 U.S.C. §§330 and 331, applicable federal and local Bankruptcy Rules, and such other procedures as may be fixed by this Court.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jun 20, 2019**

Submitted by:

*/s/ Bruce A. Anderson*                 */s/ John C. Terlaje*
Bruce A. Anderson                    John C. Terlaje
Ford Elsaesser                        THE LAW OFFICE OF JOHN C. TERLAJE
ELSAESSER ANDERSON CHTD.       Terlaje Professional Building
320 East Neider Avenue, Suite 102      194 Hernan Cortez Ave., Suite 216
Coeur d'Alene, ID  83815              Hagåtña, Guam 96910
(208) 667-2900                       Telephone: (671) 477-8894
Fax: (208) 667-2150                  Email: john@terlaje.net
ford@eaidaho.com
brucea@eaidaho.com

*Counsel for Debtor*

**Approved as to form:**

*/s/ Curtis Ching*
Curtis Ching
Assistant United States Trustee
Office of the United States Trustee