Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com

And

William L. Gavras, Esq.

LAW OFFICES OF WILLIAM L. GAVRAS

101 Salisbury Street

Dededo, Guam 96929

Tel.: 632-4357
*Counsel for the Official Committee of Unsecured Creditors*

## THE DISTRICT COURT OF GUAM

| In re: | Bankruptcy Case No. 19-00010<br>Chapter 11 |
|---|---|
| ARCHBISHOP OF AGAÑA, | |
| a Corporation Sole, | ORDER GRANTING THE APPLICATION TO EMPLOY CORNERSTONE VALUATION GUAM, INC. AND SISKA HUTAPEA AS APPRAISER AND REAL ESTATE CONSULTANT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| Debtor. | |

      Before the court is the Application to Employ Cornerstone Valuation Guam, Inc. and Siska Hutapea as Appraiser and Real Estate Consultant for the Official Committee of Unsecured Creditors ("Application"). *See* ECF No. 195. There having been no timely objection filed, and the Court having been satisfied that Cornerstone Valuation Guam, Inc. and Siska Hutapea are disinterested persons who do not hold or represent an interest adverse to the Debtor's estate in the matters upon which they are to be engaged and that the employment of Cornerstone Valuation Guam, Inc. and Siska Hutapea is necessary and would be in the best interest of the estate; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. The Application is **APPROVED** and the Committee is authorized to employ Cornerstone Valuation Guam, Inc. and Siska Hutapea as its real estate appraiser and consultant effective as of May 28, 2019.

2. The compensation for services rendered shall be paid in accordance with the procedures set forth in 11 U.S.C. §§ 330, 331, applicable federal law, the local Bankruptcy Rules, and such other procedures as may be fixed by this Court

   **SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 24, 2019**

Submitted by:

*/s/ Robert T. Kugler*

Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
STINSON LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com