Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-00010 |

## **NOTICE OF CHANGE OF ADDRESS**

COMES NOW, the Archbishop of Agaña, by and through its attorney Bruce A. Anderson of Elsaesser Anderson Chtd., and makes the following change of address to the creditor listed in the Mailing Matrix:

NOTICE OF CHANGE OF ADDRESS - 1

| From: | To: |
|---|---|
| Marist Brothers of the Schools<br>70-20 Juno St.<br>Forest Hills, NY  11375-5840 | Marist Province Center<br>NDDU-IBED Lagao Campus<br>PO Box 42<br>9500 General Santos City, Philippines |

DATED this 26th day of June, 2019.

                                          ELSAESSER ANDERSON, CHTD.

                                        */s/ Bruce A. Anderson*
                                        Ford Elsaesser
                                        Bruce A. Anderson

                                        -and-

                                        THE LAW OFFICE OF JOHN C. TERLAJE

                                        */s/ John C. Terlaje*
                                        John C. Terlaje

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 26, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  June 26, 2019      */s/ Bruce A. Anderson*
                                      Bruce A. Anderson