# THE DISTRICT COURT OF GUAM

In re:

ARCHBISHOP OF AGAÑA,
 a Corporation Sole,

Debtor.

Bankruptcy Case No. 19-00010
Chapter 11

**ORDER**

Before the court is the Application to Employ Keen-Summit Capital Partners LLC as Supplemental Real Estate Agent for the Official Committee of Unsecured Creditors. *See* ECF No. 203. Opposition to the Application, if any, shall be filed no later than July 12, 2019, at 5:00 p.m. Reply to the Opposition shall be filed no later than July 16, 2019, at noon. Hearing on the Application is hereby set for July 18, 2019, at 8:15 a.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jul 08, 2019**