Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
Andrew J. Glasnovich (MN #0398366)
Stinson LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com
Drew.Glasnovich@stinson.com

*Counsel for the Official Committee of Unsecured Creditors*

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| ARCHBISHOP OF AGAÑA, | Case No. 19-00010 |
| a Corporation Sole, | DECLARATION OF ANDREW J. GLASNOVICH |
| Debtor. | |

**STATE OF MINNESOTA  )**

**COUNTY OF HENNEPIN  )**

I, Andrew J. Glasnovich, declare as follows:

1. I am an attorney with Stinson, LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee").

2. I make this declaration (this "Declaration") in support of the Application to Employ Keen Summit Capital Partners LLC as Supplemental Real Estate Agent for the Official Committee of Unsecured Creditors (the "Application"). [Doc. 203].

3. Attached to this Declaration as **Exhibit 1** is a revised version of the retention agreement (the "Revised Agreement") between the Committee and Keen Summit Capital Partners, LLC.

4. The Revised Agreement replaces the version of the retention agreement originally attached to the Application as Exhibit B.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  information, knowledge, and belief.

RESPECTFULLY SUBMITTED this 14th day of July, 2019.

*/s/ Andrew J. Glasnovich*
Andrew J. Glasnovich

Declaration of Glasnovich- 2

CORE/3515288.0002/153677252.1