Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel: (208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY DIVISION

| In re: | Chapter 11 |
|---|---|
| ARCHBISHOP OF AGAÑA, a Corporation Sole, | Case No. 19-00010 |
| Debtor. | |

## STIPULATED MOTION FOR ORDER DIRECTING MEDIATION AND APPOINTING THE HONORABLE ROBERT J. FARIS TO SERVE AS MEDIATOR

COMES NOW, the Archbishop of Agaña, a Corporation Sole ("Debtor"), and the Official Committee of Unsecured Creditors, by and through their undersigned counsel, and hereby move this Court for an Order directing certain parties in interest to mediate and appointing Judge Robert J. Faris as mediator.

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Fed. R. Bankr. P. 5005. This is a core proceeding.

2. The petition commencing this chapter 11 case was filed on January 16, 2019 ("Petition Date"). The case is currently pending before this Court.

3. The motion arises under § 105 of the Bankruptcy Code. Notice and Right to Object on this motion is provided pursuant to Local Rule 9013-1.

## RELIEF REQUESTED

4. The Archbishop of Agaña and the Official Committee of Unsecured Creditors respectfully request the appointment of the Honorable Robert J. Faris, Bankruptcy Judge from the District of Hawaii, to serve as mediator, with mediation commencing on October 30 and 31, 2019 at the District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, Hagåtña, 96910, Guam. The subject of the mediation would be the treatment of the claims of the sexual abuse survivors and the parties in interest attending the mediation would be the Official Committee of Unsecured Creditors, sexual abuse claimants through counsel, sexual abuse claimants identified after the commencement of the case, whether or not represented, and Debtor's insurance carriers AIG/National Union and CAN, as well as ACE Group and counsel and other parties admitted to the mediation (the "Parties"). The mediation is intended only for Parties and their respective counsel.

## BACKGROUND

5. On January 16, 2019, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code. The Debtor continues to operate as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

6. General background information about the Debtor and this case and facts related to this motion are set forth in the *Declaration of Josie Villanueva,* [ECF Docket No. 27] regarding the structure and pre-filing history of the Debtor. The Official Unsecured Creditors Committee may not stipulate to certain assertions and facts stated in the affidavit.

7. Through this bankruptcy proceeding, the goal of the Debtor is to successfully reorganize its financial affairs and fairly and equitably compensate tort claimants and other creditors, and to present this in a Chapter 11 Plan of Reorganization.

8. The Debtor has been and will continue to voluntarily negotiate and work with counsel for the Official Unsecured Creditors Committee tort claimants counsel, and insurance carriers, as appropriate. The Parties believe that it is in the best interest of the estate to continue these negotiations, and others, in a structured mediation setting.

## PROPOSAL REGARDING MEDIATION

9. The Debtor and the Official Committee of Unsecured Creditors request that the Honorable Robert J. Faris serve as the mediator, who has accepted the role subject to the approval of this Court.

10. In an effort to aid the Court and all Parties, the Parties provide the following proposals regarding mediation:

    a) The Parties to the mediation shall include: (1) the Debtor; (2) the Official Committee of Unsecured Creditors and its counsel; (3) counsel for tort claimants, whether now identified or in the future; (4) subject to Judge Faris' consent, any additional entities or persons choosing to participate in the mediation; (5) Debtor's insurance carriers AIG/National Union, CNA and ACE Group and counsel; and

(6) any entities or persons that have deemed necessary by Debtor and the Committee to participate, subject to Judge Faris' consent.

b) The mediation proceedings are confidential and the mediator's files and records, with the exceptions of signed, written, agreements, will be closed to all persons unless the Parties and the mediator mutually agree otherwise.

c) The mediation shall be held in Guam, or at such other place as determined by Judge Faris. Judge Faris will establish the schedules and procedures for the mediations sessions. All Parties and their respective counsel must comply with all directions issued by Judge Faris in this case unless otherwise ordered by the court.

d) The mediation shall commence on or before October 30 and 31, 2019 or at any other time as ordered by Judge Faris.

e) The mediation shall be conducted by Judge Faris without cost to the estate or any other Party, with the exception of the administrative claims of the Debtor's and the Committee's professionals and reimbursement of out of pocket costs, if any, of the Debtor and the Committee and its members.

f) Any Party intending to terminate their participation in the mediation shall provide ten (10) days written notice to each Party in the mediation and to the mediator.

//

//

//

//

//

WHEREFORE, the Archbishop of Agaña and the Official Unsecured Creditors Committee respectfully request that this court enter an order directing mediation and appointing Judge Faris to serve as mediator.

SO STIPULATED this 5th day of August, 2019.

ELSAESSER ANDERSON, CHTD.

/s/ *Bruce A. Anderson*
Ford Elsaesser
Bruce A. Anderson

-and-

LAW OFFICE OF JOHN C. TERLAJE

/s/ *John C. Terlaje*
John C. Terlaje

STINSON LEONARD STREET LLP

/s/ *Robert T. Kugler*
By: Robert T. Kugler
 Edwin H. Caldie

Counsel for Official Committee of Unsecured Creditors

# CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the parties on the attached MML and the following non-ECF parties:

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Rosenberg & McKay,
Randall Rosenberg
737 Bishop Street, Suite 2350,
Mauka Tower
Honolulu, HI 96813

Judge Robert J. Faris
1132 Bishop St. # 250L
Honolulu, HI 96813

Guam Department of Revenue and Taxation
Real Estate Tax Department
P.O. Box 23607
Barrigada, Guam 96921

Blank Rome, LLP, James Murray,
1825 Eye Street NW
Washington, DC 20006

James, Vernon & Weeks, P.A.,
Leander James, Craig Vernon
1626 Lincoln Way
Coeur d'Alene, ID 83814

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the following Non-ECF parties (names and addresses omitted to protect privacy):

    F.A.C., H.B., M.D.Q., J.P., D.C.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 5, 2019                                           */s/ Bruce A. Anderson*
                                                                          Bruce A. Anderson

```
Label Matrix for local noticing          Archbishop of Agana, a Corporation Sole, Mos    Bank Of Guam     ECF
0993-1                                   196 Cuesta San Ramon Ste B,                     C/O Arriola Cowan & Arriola
Case 19-00010                            Hagatna, GU 96910-4334                          P.O. X
District Court of Guam                                                                   Agana, GU 96932-7540
Hagatna
Tue Aug  6 05:53:46 ChST 2019
Bank of Hawaii    ECF                    Boy Scouts of America                           Boy Scouts of America Aloha Council Chamorro
c/o Camacho Calvo Law Group LLC          Civille & Tang, PLLC   ECF                      Civille & Tang, PLLC    ECF
134 W Soledad Ave, Suite 401             330 Hernan Cortez Avenue, Suite 200             330 Hernan Cortez Avenue, Suite 200
Hagatna, GU 96910-5079                   Hagatna, GU 96910-5081                          Hagatna, GU 96910-5081

First Hawaiian Bank  ECF                 National Union Fire Insurance Company of Pit    Numerous Victims of Clergy Abuse (DRF Client
c/o Blair Sterling Johnson & Martinez    c/o Thompson Thompson & Alcantara, PC           CO Dooley Roberts & Fowler LLP   ECF
238 Archbishop Flores St. Ste. 1008      238 Archbishop Flores St., Ste 801              865 S Marine Corps Dr Ste 201
Hagatna, GU 96910-5205                   Hagatna, GU 96910-5205                          Tamuning, Gu 96913-3440

Numerous Victims of Clergy Abuse (Lujan clie    Sisters of Mercy Entities   ECF          Office of the Clerk
CO Lujan and Wolff, LLP                  co The Law Offices of Duncan G. McCully         520 W. Soledad Ave.
238 Archbishop Flores Street, Suite 300  139 Murray Boulevard, Suite 200                 4th Floor, U.S. Courthouse
DNA Building                             Hagatna, Gu 96910-5153                          Hagatna, GU 96910-4916
Hagatna, GU 96910-5206

A.A.C.    ECF                            A.B.V.    ECF                                   A.C.D.B.R
c/o Lujan & Wolff LLP                    CO Berman OConnor and Mann                      CO Lujan and Wolff LLP
Delia L Wolff                            111 W. Chalan Santo Papa, Suite 503             238 Archbishop Flores Street
238 Archbishop Flores St, Ste 300        Hagatna, Guam 96910-5176                        Suite 300
Hagatna, GU 96910-5206                                                                   Hagatna, Guam 96910-5206

A.C.V.                                   A.E.P.                                          A.J.V
Lujan and Wolff LLP                      CO Berman OConnor and Mann                      CO Lujan and Wolff LLP
Delia L. Wolff                           111 W. Chalan Santo Papa, Suite 503             238 Archbishop Flores Street
238 Archbishop Flores St., Ste. 300      Hagatna, Guam 96910-5176                        Suite 300
Hagatna, GU 96910-5206                                                                   Hagatna, Guam 96910-5206

A.M.                                     A.M.F.    ECF                                   A.N.M.
CO Berman OConnor and Mann               Law Office of Anthony C. Perez                  CO Lujan and Wolff LLP
111 W. Chalan Santo Papa, Suite 503      Anthony C. Perez                                238 Archbishop Flores Street
Hagatna, Guam 96910-5176                 Ste 802, 238 Archbishop Flores St               Suite 300
                                         Hagatna, GU 96910-5205                          Hagatna, Guam 96910-5206

A.P.I.                                   A.R.C.M.                                        Academy of Our Lady of Guam
CO Berman OConnor and Mann               CO Law Office of Anthony C. Perez               233 W Archbishop F Flores Street
111 W. Chalan Santo Papa                 Suite 802, DNA Bldg.                            Hagatna, GU 96910-5102
Suite 503                                238 Archbishop Flores St.
Hagatna, Guam 96910-5176                 Hagatna, Guam 96910-5205

Agafa Gumas                              Anthony Sablan Apuron                           Assumption of Our Lady
PO Box 11496                             c/o Jacqueline T. Terlaje                       314 Assumption Drive
Yigo, GU 96929-0496                      284 W. Chalan Santo Papa                        Piti, GU 96915-5563
                                         Hagatna, GU 96910-5154

B.A.                                     B.T.M.                                          Bank of Guam
Berman O'Connor & Mann                   Lujan and Wolff LLP                             P.O. Box BW
Michael J. Berman                        Delia L. Wolff                                  Hagatna, GU 96932-7597
111 W. Chalan Santo Papa, Ste 503        238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5176                   Hagatna, GU 96910-5206
```

Bank of Hawaii
134 West Soledad Avenue
Hagatna, GU 96910-5057

Bishop Baumgartner Memorial School
281 Calle Angel Flores Street
Sinajana, GU 96910-3714

Blessed Diego de San Vitores
884 Pale' San Vitores Road
Tumon, GU 96913-4013

Boy Scouts of America
PO Box 152079
Irving, TX 75015-2079

Boy Scouts of America Aloha Council
280 N Marine Corps Dr.
Tamuning, GU 96913-4105

C.B.B.C.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

C.O.
c/o Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

Capuchin Franciscans
Province of St. Mary
30 Gedney Park Drive
White Plains, NY 10605-3534

Capuchin Franciscans Custody of
Star of the Sea
30 Gedney Park Drive
White Plains, NY 10605-3534

CathoNet LLC
14 Hampshire Drive
Hudson, NH 03051-4921

Claimant B.D., et al.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910-5206

Claimant D.M.
c/o Charles H. McDonald II
238 Archbishop Flores St., Ste 404
Hagatna, GU 96910-5206

Claimant Estate of G.C., et al.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

Claimant John Doe, et al.
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913-3440

Claimant M.B., et al.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910-5205

Congregation of Holy Cross
PO BOX 1064
Notre Dame, IN 46556-1064

D.A.N.
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

D.E.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

D.E.Y.C.
c/o Lujan and Wolff LLP
David J Lujan
Ste 300, 238 Archbishop Flores St
Hagatna, GU 96910-5206

D.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

D.N.
CO Berman/OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

D.S.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

D.T.S.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910-5205

D.U.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

D.V.C.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

D.V.S.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

Delia Lujan Wolff
Lujan and Wolff LLP
Suite 300 DNA Building
238 Archbishop Flores Street
Hagatna, Guam 96910-5206

Docomo Pacific
890 S Marine Corps Drive
Tamuning, GU 96913-3458

Dulce Nobre de Maria Cathedral
207 Archbishop Flores Street
Hagatna, GU 96910-5102

E.B.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

```
E.M.M.                              E.M.V.J.                            E.T.
CO Law Office of Anthony C. Perez   c/o Lujan & Wolff LLP               CO Berman OConnor and Mann
Suite 802, DNA Bldg.                Delia L. Wolff                      111 W. Chalan Santo Papa, Suite 503
238 Archbishop Flores St.           238 Archbishop Flores St, Ste 300   Hagatna, Guam 96910-5176
Hagatna, Guam 96910-5205            Hagatna, GU 96910-5206

E.T.W.                              F.A.C. Jr.                          F.A.D
CO Lujan and Wolff LLP              Pro Se                              CO Berman OConnor and Mann
238 Archbishop Flores Street        P.O. Box 25706                      111 W. Chalan Santo Papa, Suite 503
Suite 300                           Barrigada, Guam 96921-5706          Hagatna, Guam 96910-5176
Hagatna, Guam 96910-5206

F.G.S.                              F.M.                                F.P.
c/o Lujan & Wolff LLP               CO Berman OConnor and Mann          CO Berman OConnor and Mann
Delia L. Wolff                      111 W. Chalan Santo Papa, Suite 503 111 West Chalan Santo Papa, Suite 503
238 Archbishop Flores St, Ste 300   Hagatna, Guam 96910-5176            Hagatna, Guam 96910-5176
Hagatna, GU 96910-5206

F.S.B.S.                            F.S.L.                              F.T.M.
c/o Lujan & Wolff LLP               CO Berman OConnor and Mann          CO Lujan and Wolff LLP
Delia L. Wolff                      111 W. Chalan Santo Papa, Suite 503 238 Archbishop Flores Street
238 Archbishop Flores St., Ste 300  Hagatna, Guam 96910-5176            Suite 300
Hagatna, GU 96910-5206                                                  Hagatna, Guam 96910-5206

F.T.S.                              Father Duenas Memorial School       First Hawaiian Bank
c/o Lujan & Wolff LLP               PO Box FD                           Attn: Loan Recovery Dept
Delia L. Wolff                      Hagatna, GU 96932-7654              PO Box 4070
238 Archbishop Flores St., Ste 300                                      Honolulu, HI 96812-4070
Hagatna, GU 96910-5206

First Hawaiian Bank                 G.A.C.                              G.C.
Ed Untalan                          CO Lujan and Wolff LLP              c/o Berman O'Connor and Mann
400 Rout 8, Suite 101               238 Archbishop Flores Street        Michael J. Berman
Maite, GU 96910-2026                Suite 300                           111 W. Chalan Santo Papa, Suite 503
                                    Hagatna, Guam 96910-5206            Hagatna, Guam 96910-5176

G.C.G.                              G.E.                                G.G.E.
CO Law Office of Anthony C. Perez   c/o Berman O'Connor & Mann          c/o Law Office of Anthony C. Perez
Suite 802 DNA Bldg                  Michael J. Berman                   Anthony C. Perez
238 Archbishop Flores St.           111 W. Chalan Santo Papa, Ste. 503  Ste 802, 238 Archbishop Flores St
Hagatna, Guam 96910-5205            Hagatna, GU 96910-5176              Hagatna, GU 96910-5205

G.H.                                G.T.P.                              G.T.Y.
Berman O'Connor & Mann              c/o Lujan & Wolff LLP               c/o Law Office of Anthony C. Perez
Michael J. Berman                   Delia L. Wolff                      Anthony C. Perez
111 W. Chalan Santo Pap, Ste. 503   238 Archbishop Flores St., Ste 300  Ste 802, 238 Archbishop Flores St
Hagatna, GU 96910-5176              Hagatna, GU 96910-5206              Hagatna, GU 96910-5205

Guam Capital Investment Corp. Bldg. Guam Reef Hotel, Inc.               Guam Telephone Authority
414 W. Soledad Ave., Suite 500      1317 Pale San Vitores Road          624 N. Marine Corps Drive
Hagatna, GU 96910-5066              Barrigada, GU 96913-4298            Barrigada, GU 96913-4401


H.A.W.                              H.J.C.                              I.V.
Lujan & Wolff LLP                   CO Lujan and Wolff LLP              Berman O'Connor & Mann
Delia L Wolff                       238 Archbishop Flores Street        Michael J. Berman
238 Archbishop Flores St, Ste 300   Suite 300                           111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5206              Hagatna, Guam 96910-5206            Hagatna, GU 96910-5176
```

Iain A. Macdonald ECF
221 Sansome Street, # 3
San Francisco, CA 94104-2331

Immaculate Heart of Mary
225 Aragon Street
Toto, GU 96910-3000

J.A.B.
c/o Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

J.A.B.D.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

J.A.B.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.B.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.B.P.
Pro Se
PO Box 313
Hagatna, Guam 96932-0313

J.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

J.C.G.
c/o Lujan & Wolff LLP
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.C.S.S.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.T.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

J.E.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

J.H.C.
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.I.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.I.I.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.J.I.C.
c/o Lujan & Wolff LLP
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.L.K.
CO Lujan and Wolff LLP
238 Archbishop Flores St., Suite 300
Hagatna, Guam 96910-5206

J.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.M.I.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.R.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.R.A.
Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

J.T.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.V.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.W.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

K.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

L.C.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

L.J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

Louis Brouillard
c/o Meier, Kennedy and Quinn
445 Minnesota Street, #2200
Saint Paul, MN 55101-2137

M.D.M.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.L.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

M.Q.G.
CO Lujan and Wolff, LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.S.Q.
CO Lujan and Wolff LLP
Suite 238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910

M.W.P.
Lujan and Wolff LLP
Delia Lujan Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

Mary Quinata
Camacho Calvo Law Group, LLC
134 W Soledad Ave., Ste. 401
Hagatna, GU 96910-5079

Nino Perdido y Sagrada Familia
PO Box 45
Hagatna, GU 96932-0045

L.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

M.A.C.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

M.F.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

M.J.D.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

M.R.W.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.T.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.W.R.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910-5205

Mc.F.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

Nuestra Senora De La Paz y Buen
PO Box EC
Hagatna, GU 96932-7565

Leonilo Alger
231 Hesler Place, Suite 101
Hagatna, GU 96910-5082

M.A.C.
P.O. Box 12064
Tamuning, Guam 96931-2064

M.I.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.J.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.P.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

M.S.B.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

M.W.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Marist Province Center
NDDU-IBED Lagao Campus
PO Box 42
9500 General Santos City, Philippines

National Union Fire Ins. Co. of Pittsburgh,
c/o Thompson Thompson & Alcantara, PC
238 Archbishop Flores St., Ste. 801
Hagatna, Guam 96910-5205

Nuestra Senora de las Aguas
PO Box 163
Hagatna, GU 96932-0163

Office Of The U.S. Trustee
1132 Bishop St., Suite 602
Honolulu, HI 96813-2830

Our Lady of Guadalupe
PO Box 7355
Agat, GU 96928-0355

Our Lady of Lourdes
153 Chalan Pale Ramon Lagu
Unit A
Yigo, GU 96929-2729

Our Lady of Mt Carmel School
PO Box 7830
Agat, GU 96928-0830

Our Lady of Mt. Carmel
PO Box 8353
Agat, GU 96928-1353

Our Lady of Purification
198 Cuesta San Ramon
Ste B
Hagatna, GU 96910

Our Lady of the Blessed Sacrament
135 Chalan Kapuchino
Agana Heights, GU 96910-6128

P.B.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.H.V.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.J.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

P.J.M.S.
CO Lujan and Wolff LLP
238 Archbishop Flores St., Suite 300
Hagatna, Guam 96910-5206

P.M.D.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

P.P.
CO Berman OConnor and Mann
111 West Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

P.R.W.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

P.S.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

P.S.A.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

P.U.Q.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.W.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

PBBJR
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

Pacific Solar and Photovoltaics
PO Box 6754
Tamuning, GU 96931-6754

R.A.D.
Lujan and Wolff LLP
Delia L Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.A.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.A.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.B.C.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.B.C.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatha, GU 96910-5176

R.B.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.B.D.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.B.R.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.C.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.C.F.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

R.D.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

R.F.M.
CO Berman Oconnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

R.I.C.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.J.M.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.J.W.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.L.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.M.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.P.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.R.C.C.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Barrigada, GU 96910-5206

R.R.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.S.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, GU 96910-5206

R.Y.Y.
c/o Anthony C. Perez
Law Office of Anthony C. Perez
Ste. 802, 238 Archbishop Flores Street
Hagatna, GU 96910-5205

Risk Partner Tools and Mngmt Risk
5100 E Skelly Drive, Suite 900
Tulsa, OK 74135-6541

S.H.L.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

S.H.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

S.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203-4002

Saint Anthony Catholic School
529 Chalan San Antonio
Tamuning, GU 96913-3600

Saint Francis Catholic School
PO Box 21297
Barrigada, Guam 96921-1297

Saint Jude Thaddeus
122 Bien Avenida Avenue
Sinajana, GU 96910-3664

San Dimas and
Our Lady of the Rosary
PO Box 6099
Merizo, GU 96916-0399

San Dionisio
PO Box 6099
Merizo, GU 96916-0399

San Francisco de Asis
1404 N Canton Tasi
Yona, GU 96915-4665

San Isidro
HC 1 Box 17083
Inarajan, GU 96915-7806

San Juan Bautista
PO Box 49
Hagatna, GU 96932-0049

San Miguel
138 San Miguel Street
Talofofo, GU 96915-3644

San Vincente Catholic School
196 Bejong Street
Barrigada, GU 96913-1182

Santa Barbara
330 Iglesia Circle
Dededo, GU 96929-5327

Santa Barbara Catholic School
274 West Santa Barbara Avenue
Suite A
Dededo, GU 96929-5378

Santa Bernadita Church
PO Box 11496
Yigo, GU 96929-0496

Santa Teresita
192 Vietnam Veterans Hwy
Mangilao, GU 96913-6301

School Sisters of Norte Dame
Greensfelder, Bernard Huger
10 S. Broadway, Ste. 2000
Saint Louis, MO 63102-1747

Securitech
PO Box 7779
Tamuning, GU 96931-7779

Sisters of Mercy Entities
co The Law Offices of Duncan G. McCully
139 Murray Boulevard, Suite 200
Hagatna, Guam 96910-5153

Sisters of Mercy of NC on Guam
101 Mercy Drive
Belmont, NC 28012-2898

Sisters of Mercy of North Carolina
100 McAuley Circle
Belmont, NC 28012

St. Andrew Kim
PO Box 1555
Hagatna, GU 96932-1555

St. Anthony and St. Victor
PO Box 7707
Tamuning, GU 96931-7707

St. Joseph
PO Box 170022
Inarajan, GU 96917-0022

St. Vincente Ferrer and San Roke
229 San Roque Drive
Barrigada, GU 96913-1131

T.A.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

T.H.Q.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Takecare Insurance Co.
PO Box 6578
Tamuning, GU 96931-6578

V.G.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

V.M.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

V.M.C.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

V.S.F.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

V.T.S.N.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

V.U.Q.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

W.A.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

W.A.P.J.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

W.C.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

W.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

W.Y.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

Bruce A. Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007

J. Ford Elsaesser
Elsaesser Anderson, CHTD
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007