# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHBISHOP OF AGAÑA, a Corporation Sole, | Case No. 19-00010 |
| Debtor. | |

**ORDER GRANTING MOTION DIRECTING MEDIATION AND APPOINTING THE HONORABLE ROBERT J. FARIS TO SERVE AS MEDIATOR**

The Court having considered the stipulated motion to appoint a mediator, and it appearing that the relief requested is in the best interest of the Debtor's estate, its creditors, and other parties in interest,

**IT IS ORDERED:**

1. The motion is granted.

2. United States Bankruptcy Judge Robert J. Faris is appointed to serve as mediator.

3. The parties to the mediation shall include: (1) the Debtor and its counsel; (2) the Official Committee of Unsecured Creditors and its counsel; (3) counsel for tort claimants, whether now identified or in the future; (4) subject to Judge Faris' consent, any additional entities or persons choosing to participate in the mediation, (5) Debtor's insurance carriers AIG/National Union, CNA and ACE Group and counsel and (6) any

entities or persons that are determined by the Debtor and Committee as necessary to participate, subject to the consent of Judge Faris, (collectively, the "Parties").

4. The mediation proceedings are confidential and the mediator's files and records, with the exceptions of signed, written, agreements, are closed to all persons unless the Parties and the mediator mutually agree otherwise. All mediation-related communications, verbal or written, between the Parties or from the Parties to the mediator and any information and evidence presented to the mediator during the proceedings are confidential.

5. The mediation shall be held in Guam, or at such other place as determined by Judge Faris. Judge Faris will establish the schedules and procedures for the mediations sessions. All Parties and their respective counsel must comply with all directions issued by Judge Faris in this case unless otherwise ordered by the court.

6. The mediation shall commence on or before October 30 and 31, 2019 or at any other time as ordered by Judge Faris at the District Court of Guam, U.S. Courthouse, 520 W Soledad Avenue, Hagåtña, 96910, Guam.

7. The mediation shall be conducted by Judge Faris without cost to the estate or any other Party, with the exception of the administrative claims of the Debtor's and the Committee's professionals and reimbursement of out of pocket costs, if any, of the Debtor and the Committee and its members.

8. Any Party intending to terminate their participation in the mediation shall provide ten (10) days written notice to each Party in the mediation and to the mediator.

XX END OF ORDER XX