Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel:     (208) 667-2900
Fax:     (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>             Debtor. | Chapter 11<br><br>Case No. 19-00010 |

### MEMORANDUM IN SUPPORT OF STIPULATED MOTION FOR ORDER DIRECTING MEDIATION AND APPOINTING THE HONORABLE ROBERT J. FARIS TO SERVE AS MEDIATOR

COMES NOW, the Archbishop of Agaña, a Corporation Sole ("Debtor"), by and through its undersigned counsel, and hereby submits its memorandum in support of Stipulated Motion for Order Mediation and Appointing the Honorable Robert J. Faris as Mediator.

**FACTS**

The facts relevant to this memorandum are set forth in detail in the motion.

**DISCUSSION**

It has become commonplace for bankruptcy courts to refer parties to mediation to resolve multi-party disputes in the context of negotiating a plan of reorganization. In a number of recent diocesan cases, courts have appointed a mediator pursuant to various local rules and 11 U.S.C. § 105. *See , In re Diocese of Duluth,* Case No. 15-50792, (Bankr. D.Minn Mar. 10, 2016) [Docket No. 70]; *In re Archdiocese of Milwaukee*, Case No. 11-20059 (SVK) (Bankr. E.D. Wis. Jan. 4, 2011) [Docket No. 2771]; *In re Archdiocese of Saint Paul and Minneapolis* (RJK) (Bankr. D. Minn. Jan. 16, 2015) [Docket No. 54]; *In re Catholic Bishop of Northern Alaska* (DMD) (Bankr. D. Ala. March 1, 2008) [Docket No. 522]; *In re the Catholic Bishop of Spokane, a/k/a The Catholic Diocese of Spokane* (PCW) (Bankr. E.D. Wash. Dec. 6. 2004) [Docket No. 543].

The Debtor and counsel for the Official Committee of Unsecured Creditors have agreed that this case is ripe for mediation and that the Honorable Judge Robert J. Faris should serve as the mediator.

//

//

//

//

//

//

//

//

MEMORANDUM IN SUPPORT OF MOTION
FOR ORDER DIRECTING MEDIATION AND
APPOINTING THE HONORABLE
ROBERT J. FARIS AS MEDIATOR

# CONCLUSION

For the foregoing reasons, this court should grant the stipulated motion and enter an order directing mediation and appointing Judge Faris to serve as mediator.

DATED this 5th day of August, 2019.


ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Ford Elsaesser
Bruce A. Anderson

-and-

LAW OFFICE OF JOHN C. TERLAJE

*/s/ John C. Terlaje*
John C. Terlaje

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR ORDER DIRECTING MEDIATION AND**
**APPOINTING THE HONORABLE**
**ROBERT FARIS TO SERVE AS MEDIATOR**

Case 19-00130   Document 216   Filed 08/06/19   Page 3 of 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on August 5, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the parties on the attached MML* and the following non-ECF parties:

Internal Revenue Service                         Guam Department of Revenue and Taxation
Centralized Insolvency Operation          Real Estate Tax Department
Post Office Box 7346                            P.O. Box 23607
Philadelphia, PA 19101-7346             Barrigada, Guam 96921

Rosenberg & McKay,                            Blank Rome, LLP, James Murray,
Randall Rosenberg                              1825 Eye Street NW
737 Bishop Street, Suite 2350,          Washington, DC 20006
Mauka Tower
Honolulu, HI 96813
                                                             James, Vernon & Weeks, P.A.,
Judge Robert J. Faris                          Leander James, Craig Vernon
1132 Bishop St. # 250L                      1626 Lincoln Way
Honolulu, HI 96813                            Coeur d'Alene, ID 83814

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the following Non-ECF parties (names and addresses omitted to protect privacy):

     F.A.C., H.B., M.D.Q., J.P., D.C.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


    Dated: August 5, 2019          */s/ Bruce A. Anderson*
                                Bruce A. Anderson

\*  The attached list will not be mailed out to creditors, but will be on file with the Bankruptcy Court.  A copy will be provided upon request.