Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHBISHOP OF AGAÑA, a Corporation Sole, | Case No. 19-00010 |
| Debtor. | |

## NOTICE OF OBJECTION DEADLINE FOR MOTION FOR ORDER DIRECTING MEDIATION AND APPOINTING THE HONORABLE ROBERT J. FARIS TO SERVE AS MEDIATOR

On August 5, 2019, the Archbishop of Agaña, a Corporation Sole, the debtor and debtor-in-possession ("Debtor"), in the above Chapter 11 case, having filed its Stipulated Motion for Order Directing Mediation and Appointing the Honorable Robert J. Faris to Serve as Mediator [Doc. #218] in which Debtor requests Court's appointment of Judge Robert J. Faris to serve as mediator.

A summary of the relief sought in the Motion is as follows:

NOTICE OF OBJECTION DEADLINE FOR
MOTION FOR ORDER DIRECTING MEDIATION
AND APPOINTING THE HONORABLE ROBERT J. FARIS
TO SERVE AS MEDIATOR

Case 19-00010    Document 220    Filed 08/06/19    Page 1 of 3

The Archbishop of Agaña and the Official Committee of Unsecured Creditors have requested the appointment of the Honorable Robert J. Faris, Bankruptcy Judge from the District of Hawaii, to serve as mediator, with mediation commencing on October 30 and 31, 2019. The subject of the mediation would be the treatment of the claims of the sexual abuse survivors and the parties in interest attending the mediation would be the Official Committee of Unsecured Creditors, sexual abuse claimants through counsel, sexual abuse claimants identified after the commencement of the case, whether or not represented, and insurance carriers AIG/National Union, CNA and ACE Group and counsel and other parties admitted to the mediation as set forth below (the "Parties"). The mediation is intended only for Parties and their respective counsel.

Any party who objects to the Motion must file their objection with the Clerk of the United States Bankruptcy Court for the Territory of Guam **within 14 days of the date of mailing of this notice, plus three days due to service of this Notice by mail, for a total of 17 days**, and serve a copy of the objection on Elsaesser Anderson (Bruce A. Anderson), at the address given above.

If any objections are timely filed, a hearing will be held on notice only to Counsel for Debtor and objecting parties. If no objections are timely filed, an order granting the Motion will be presented for entry without a hearing or further notice.

Date of Mailing: August 5, 2019

RESPECTFULLY SUBMITTED this 16th day of January, 2019.

        ELSAESSER ANDERSON, CHTD.

        */s/ Bruce A. Anderson*
        Ford Elsaesser
        Bruce A. Anderson

        -and-

NOTICE OF OBJECTION DEADLINE FOR
MOTION FOR ORDER DIRECTING MEDIATION
AND APPOINTING THE HONORABLE ROBERT J. FARIS
TO SERVE AS MEDIATOR

LAW OFFICE OF JOHN C. TERLAJE

*/s/ John C. Terlaje*
John C. Terlaje

# CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2019, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the parties on the attached MML* and the following non-ECF parties:

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Guam Department of Revenue and Taxation<br>Real Estate Tax Department<br>P.O. Box 23607<br>Barrigada, Guam 96921 |
| Rosenberg & McKay,<br>Randall Rosenberg<br>737 Bishop Street, Suite 2350,<br>Mauka Tower<br>Honolulu, HI 96813 | Blank Rome, LLP, James Murray,<br>1825 Eye Street NW<br>Washington, DC 20006 |
| Judge Robert J. Faris<br>1132 Bishop St. # 250L<br>Honolulu, HI 96813 | James, Vernon & Weeks, P.A.,<br>Leander James, Craig Vernon<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814 |

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the following Non-ECF parties (names and addresses omitted to protect privacy):

F.A.C., H.B., M.D.Q., J.P., D.C.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 5, 2019      */s/ Bruce A. Anderson*
                          Bruce A. Anderson

* The attached list will not be mailed out to creditors, but will be on file with the Bankruptcy Court. A copy will be provided upon request.

**NOTICE OF OBJECTION DEADLINE FOR
MOTION FOR ORDER DIRECTING MEDIATION
AND APPOINTING THE HONORABLE ROBERT J. FARIS
TO SERVE AS MEDIATOR**