SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
Chief, Civil Division
JESSICA F. WESSLING
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

*Attorneys for Creditor U.S. Small Business Administration*

**IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| In re: | BANKRUPTCY CASE NO. 19-00010 |
| ARCHBISHOP OF AGANA, a Corporation Sole, | **ENTRY OF APPEARANCE** |
| Debtor. | |

COMES NOW, Jessica F. Wessling, Assistant United States Attorney, and hereby enters her appearance on behalf of the U.S Small Business Administration, in the above-entitled case.

RESPECTFULLY SUBMITTED this 12th day of August, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: */s/ Jessica F. Wessling*
JESSICA F. WESSLING
Assistant U.S. Attorneys
*Attorneys for Creditor
U.S. Small Business Administration*