# THE DISTRICT COURT OF GUAM

In re:

ARCHBISHOP OF AGAÑA, a Corporation Sole,

Debtor.

Bankruptcy Case No. 19-00010
(Chapter 11)

## FINAL ORDER AUTHORIZING DEBTOR TO EMPLOY JOHN C. TERLAJE AS SPECIAL COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

On January 17, 2019, the application to employ JOHN C. TERLAJE ("Firm") as special counsel (ECF No. 3), filed by the Archbishop of Agaña, also known as the Roman Catholic Archdiocese of Agaña, debtor and debtor-in-possession in the above-captioned case ("Debtor"), came before this court. The court having been satisfied that the Firm does not hold or represent an interest adverse to the Debtor in the matters upon which this case concerns, that the Firm is disinterested as that term is defined in 11 U.S.C. § 101(14), and that employment of the Firm is necessary and would be in the best interest of the estate; and good cause appearing therefor, the court granted the Application on an interim basis and gave a deadline of February 6, 2019, for any interested parties to object. There having been no timely objection filed, the Application is hereby **APPROVED** on a final basis. Compensation shall be under the terms specified in the Application and shall be governed by the applicable bankruptcy rules and codes, and such other procedures as may be fixed by order of this court.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: February 8, 2019**

Case 19-00010   Document 71   Filed 02/08/19   Page 1 of 1

Case 19-00010   Document 235-2   Filed 09/20/19   Page 1 of 1