Law Offices of John C. Terlaje
194 Hernan Cortez Avenue, Second Floor, Suite 216 Hagatna, Guam 96910

To: Archdiocese of Agana
196 Cuestra San Ramon Ste B, Hagatna Guam
Invoice date May 9, 2019
Services through April 30, 2019

| Date | Service Summary | Hours/Rate | | Amount |
|---|---|---|---|---|
| 1/16 | Meeting with client; re: discuss filing | 2 | $250.00 | $500.00 |
| 1/17 | District court joint hearing | 0.5 | $250.00 | $125.00 |
| 1/25 | Teleconference with Ford/Client re cash collateral motion, 341 meeting | 1 | $250.00 | $250.00 |
| 1/31 | District Court Bankruptcy hearing | 0.5 | $250.00 | $125.00 |
| 2/1 | Teleconference with bankruptcy attorneys re: credit card, EIN, insurance | 1 | $250.00 | $250.00 |
| 2/8 | Debtor meeting with trustee | 1 | $250.00 | $250.00 |
| 2/14 | Meeting with bankruptcy attorneys | 0.5 | $250.00 | $125.00 |
| 2/28 | Meeting with trustee, Ford and client re committee and bankruptcy documentation | 0.5 | $250.00 | $125.00 |
| 3/1 | Meeting with bankruptcy attorneys | 1 | $250.00 | $250.00 |
| 3/7 | Meeting with creditors | 4 | $250.00 | $1,000.00 |
| 3/12 | Teleconference with bankruptcy attorneys re: sale of property | 1 | $250.00 | $250.00 |
| 3/20 | Teleconference with Ford re | 1 | $250.00 | $125.00 |
| 3/20 | Teleconference with bankruptcy attorneys re appraisal and cemetary | 0.5 | $250.00 | $250.00 |
| 3/29 | Bankruptcy committee meeting re: sale of property | 0.5 | $250.00 | $125.00 |
| 3/29 | Meeting with real estate agents re sale | 0.5 | $250.00 | $125.00 |
| 4/2 | Teleconference with bankruptcy attorneys re PTR appraisal | 1 | $250.00 | $250.00 |
| 4/5 | Meeting w bankruptcy attorneys re removal of cases | 1 | $250.00 | $250.00 |
| 4/8 | Removal of cases from superior court to district court | 1 | $250.00 | $250.00 |
| 4/9 | Removal of cases from superior court to district court | 2 | $250.00 | $500.00 |
| 4/10 | Removal of cases from superior court to district court | 4 | $250.00 | $1,000.00 |
| 4/11 | Removal of cases from superior court to district court | 6 | $250.00 | $1,500.00 |
| 4/12 | Removal of cases from superior court to district court | 8 | $250.00 | $2,000.00 |
| 4/13 | Removal of cases from superior court to district court | 6 | $250.00 | $1,500.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/14 | Removal of cases from superior court to district court | 4 | $250.00 | $1,000.00 |
| 4/15 | Removal of cases from superior court to district court | 8 | $250.00 | $2,000.00 |
| 4/16 | Removal of cases from superior court to district court | 6 | $250.00 | $1,500.00 |
| 4/25 | District court hearing joint | 0.5 | $250.00 | $125.00 |
| 4/29 | Meeting with Ford/Keith T./ clients re upcoming hearing | 1 | $250.00 | $250.00 |
| 4/30 | Review of Bank of Guam opposition | 0.5 | $250.00 | $125.00 |
| | **TOTAL:** | **64.5** | | **$16,125.00** |
| February 2019 | Retainer fee for all other matters outside of sexual abuse cases and bankrutptcy | 1 | $2,500.00 | **$2,500.00** |
| March 2019 | Retainer fee for all other matters outside of sexual abuse cases and bankrutptcy | 1 | $2,500.00 | **$2,500.00** |
| April 2019 | Retainer fee for all other matters outside of sexual abuse cases and bankrutptcy | 1 | $2,500.00 | **$2,500.00** |
| May 2019 | Retainer fee for all other matters outside of sexual abuse cases and bankrutptcy | 1 | $2,500.00 | **$2,500.00** |
| 4/13 | Filing of notice of removal cases in district court (83 cases) Please see attached cases | 83 | $400.00 | **$33,200.00** |
| 4/12 | Copy expenses from superior court of Guam re Archbishop of Agana cases | | | **$6,632.00** |
| 4/16 | Copy expense for CV 552-16 | | | **$266.00** |
| | **TOTAL** | | | **$66,223.00** |

Law Offices of John C. Terlaje
194 Hernan Cortez Avenue, Second Floor, Suite 216 Hagatna, Guam 96910

**To: Archdiocese of Agana**
**196 Cuestra San Ramon Ste B, Hagatna Guam**
**Invoice date June 10, 2019**
**Services through May 30, 2019**

| Date | Service Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/1 | Prepare for meetings-review 2004, correspondences w/FHB | 3 | $250.00 | $ 750.00 |
| 5/2 | Meeting w/Realtor-Re: Motion Hearing | 1 | $250.00 | $ 250.00 |
| 5/2 | Meeting w/ Appraiser-Re: Motion Hearing | 1 | $250.00 | $ 250.00 |
| 5/2 | Meeting w/Bankruptcy attorneys & Archbishop | 2 | $250.00 | $ 500.00 |
| 5/3 | Motion Hearing | 1 | $250.00 | $ 250.00 |
| 5/3 | Meeting with Attorneys | 2 | $250.00 | $ 500.00 |
| 5/3 | Meeting withFinance Officer | 1 | $250.00 | $ 250.00 |
| 5/6 | Call withKeith, Fr. Jeff-discuss 2004 questions | 1 | $250.00 | $ 250.00 |
| 5/10 | Email from BOG attorneys/Reply/Call w/Gina Campos | 1 | $250.00 | $ 250.00 |
| 5/11 | Read email from Bankruptcy attorneys Re: Depositions/Reply | 1 | $250.00 | $ 250.00 |
| 5/11 | Email and Response for Bankruptcy attorney | 1 | $250.00 | $ 250.00 |
| 5/12 | Work on Creditor's 2004 request | 3 | $250.00 | $ 750.00 |
| 5/13 | Work on Creditor's 2004 request-review records and correspondences | 2 | $250.00 | $ 500.00 |
| 5/13 | Call with Gina Campos & Chief Appraisers Re-Deposition | 1 | $250.00 | $ 250.00 |
| 5/14 | Call with Bankruptcy attorneys Re: Sale and Deposition | 0.5 | $250.00 | $ 125.00 |
| 5/14 | Call with Bankruptcy attorneys Re: Witnesses | 1 | $250.00 | $ 250.00 |
| 5/17 | Call with Bankruptcy attorneys | 0.5 | $250.00 | $ 125.00 |
| 5/17 | Meeting with BOG attorney | 1.5 | $250.00 | $ 375.00 |
| 5/21 | Meeting with Jeff Cook-Depostition | 0.5 | $250.00 | $ 125.00 |
| 5/21 | Research to answer Motion | 3 | $250.00 | $ 750.00 |
| 5/22 | Deposition of Gina Campos | 2.75 | $250.00 | $ 687.50 |
| 5/22 | Review draft and answer to Motion | 2 | $250.00 | $ 500.00 |
| 5/23 | Meeting with Archbishop Re: Mercy response | 1 | $250.00 | $ 250.00 |
| 5/24 | Call with Bankruptcy attorneys, Gina Campos, & Buyer's Rep.-Update of Bidders | 2.5 | $250.00 | $ 625.00 |
| 5/24 | Meeting with Archbishop & Bankruptcy attorneys-Update of Sale | 1 | $250.00 | $ 250.00 |

Case 19-00010   Document 235-3   Filed 09/20/19   Page 3 of 8

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/24 | Meeting with Fr. Jeff and Bankruptcy attorneys | 3.5 | $250.00 | $875.00 |
| 5/25 | Review emails and response for Bankruptcy attorneys | 0.5 | $250.00 | $125.00 |
| 5/28 | Continued Deposition of Gina Campos | 3.5 | $250.00 | $875.00 |
| 5/28 | Deposition of Gabriel Lombardi | 1 | $250.00 | $250.00 |
| 5/29 | Preparation for meeting w/Bankruptcy attorney/ Bidders-review bids appraisal | 1 | $250.00 | $250.00 |
| 5/29 | Meeting with Gina Campos, Buyer, & Bankruptcy attorneys | 1 | $250.00 | $250.00 |
| 5/29 | Meeting with Gina Campos, Buyer 2, & Bankruptcy attorneys | 1 | $250.00 | $250.00 |
| 5/29 | Meeting with Archbishop, Bankruptcy attorneys, & Fr. Ron | 1 | $250.00 | $250.00 |
| 5/29 | Meeting with Bankruptcy attorneys -Prepare for Hearing & discuss morning meeting | 1.5 | $250.00 | $375.00 |
| 5/30 | Motion Hearing | 2 | $250.00 | $500.00 |
| 5/30 | Meeting with Archbishop & Bankruptcy attorneys | 1 | $250.00 | $250.00 |
| 5/30 | Meeting with Finance Officer & Bankrupcty attorneys | 2 | $250.00 | $500.00 |
| 5/30 | Review Motion to Hire | 0.5 | $250.00 | $125.00 |
| | **TOTAL:** | **56.75** | | **$14,187.50** |
| June 2019 | Retainer fee for all other matters outside of sexual abuse cases and bankrutptcy | 1 | $2,500.00 | **$2,500.00** |
| | **TOTAL** | | | **$16,687.50** |

**Law Offices of John C. Terlaje**
194 Hernan Cortez Avenue, Second Floor, Suite 216 Hagatna, Guam 96910

**To: Archdiocese of Agana**
**196 Cuestra San Ramon Ste B, Hagatna Guam**
**Invoice date July 10, 2019**
**Services through June 30, 2019**

| Date | Service Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/4 | (3) Emails and Response to Ford- Sale of Hotel | 0.25 | $250.00 | $ 62.50 |
| 6/5 | (5) Emails and Response to Ford- Bankruptcy | 0.5 | $250.00 | $ 125.00 |
| 6/5 | Review Bankruptcy Stip. | 0.25 | $250.00 | $ 62.50 |
| 6/8 | Meeting with Realtor | 1 | $250.00 | $ 250.00 |
| 6/10 | Review Financial Budget | 1.5 | $250.00 | $ 375.00 |
| 6/11 | Review Realtor Report | 0.5 | $250.00 | $ 125.00 |
| 6/11 | Review Debtor's Statement | 1 | $250.00 | $ 250.00 |
| 6/11 | Call with Bankruptcy Attorneys an-update on Sale and Progress | 1 | $250.00 | $ 250.00 |
| 6/13 | Emails and Response to Ford-Sale | 1 | $250.00 | $ 250.00 |
| 6/14 | Review Bankruptcy Budget | 1 | $250.00 | $ 250.00 |
| 6/14 | Call with Mediator | 0.75 | $250.00 | $ 187.50 |
| 6/18 | Meeting with Realtor | 1 | $250.00 | $ 250.00 |
| 6/19 | Email and Response to Ford and Realtor | 0.25 | $250.00 | $ 62.50 |
| 6/20 | Review Keen Realty and Letter | 1 | $250.00 | $ 250.00 |
| 6/20 | Review 2004 Discovery request | 2 | $250.00 | $ 500.00 |
| 6/20 | Review AOA Budget Report | 1 | $250.00 | $ 250.00 |
| 6/21 | Meeting with Finance Officer | 1 | $250.00 | $ 250.00 |
| 6/24 | Meeting with Realtor | 1 | $250.00 | $ 250.00 |
| 6/25 | Review Cash Collateral Budget | 1 | $250.00 | $ 250.00 |
| 6/27 | Review Order and Stips & DEM Report | 1 | $250.00 | $ 250.00 |
| 6/25 | Meeting with Bankruptcy attorneys | 1 | $250.00 | $ 250.00 |
| 6/25 | Committee Call Meeting | 0.75 | $250.00 | $ 187.50 |
| 6/25 | Call with Bankruptcy Attorneys | 0.5 | $250.00 | $ 125.00 |
| 6/28 | Status Conference Hearing | 1 | $250.00 | $ 250.00 |
| 6/28 | Meeting | 1 | $250.00 | $ 250.00 |

|  |  |  | | |
|---|---|---|---|---|
|  | **TOTAL:** | | **22.25** | | **$5,562.50** |
| July 2019 | Retainer fee for all other matters outside of sexual abuse cases and bankruptcy | 1 | $2,500.00 | **$2,500.00** |
|  | **TOTAL** | | | **$8,062.50** |

**Law Offices of John C. Terlaje**
**194 Hernan Cortez Avenue, Second Floor, Suite 216**
**Hagatna, Guam 96910**

To: Archdiocese of Agana
196 Cuestra San Ramon Ste B, Hagatna Guam
Invoice date September 12, 2019
Services through July 31, 2019

| Date | Service Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/2 | Review and Respond to Memos from Realtor, Kugler and Anderson-Re:Accion | 1 | $250.00 | $ 250.00 |
| 7/3 | Calls and Review Memos from Kugler, Calls to and from Realtor, Review Memos from Committee, review memos to Realtor-Re:hiring Keen Realty, review Motion to employ Keen | 3 | $250.00 | $ 750.00 |
| 7/6 | Review memos from Talbot-Re:abuse claims | 0.5 | $250.00 | $ 125.00 |
| 7/7 | Review memo from Villanueva-Re:business matters | 0.25 | $250.00 | $ 62.50 |
| 7/8 | Review Memo from Wolff-Re:Keen Realty | 0.5 | $250.00 | $ 125.00 |
| 7/9 | Review Report from Realtor, review memos from Talbot & Anderson-Re:Motion & Mediation, Conference Call | 0.75 | $250.00 | $ 187.50 |
| 7/10 | Review and Respond memos to, Diaz(AOA), Realtor, Talbot, Bordwin, Kugler, Keen-Summit and Caldie, review Bankruptcy Budget, Re:Claims & Claimants, Review memo from Kugler & Anderson-re:Keen-Summit, reply to emails, Conference call | 3.5 | $250.00 | $ 875.00 |
| 7/11 | Review Memo from Bordwin and Call Realtor,Review Memo from Diaz(AOA), Realtor,read and respond to emails from Realtor, Kugler,Call w/Team, Review memos Villanueva-Re:Budget & Keen-Summit | 4 | $250.00 | $1,000.00 |
| 7/12 | Review Memo from Realtor-Re:Appraisal Accion,Make revisions to Motion and Order, Review Memo from Kugler, Ching, Caldie | 1.5 | $250.00 | $ 375.00 |
| 7/13 | Review memos from Murray-Re:Confindentiality Agreement | 0.25 | $250.00 | $ 62.50 |
| 7/14 | Review memos to and from Archbishop&Team, reply to emails | 0.75 | $250.00 | $ 187.50 |
| 7/16 | Review Memos from Realtor, Review Activity from Realtor,Review and Revise Stipulated Order | 0.75 | $250.00 | $ 187.50 |
| 7/17 | Review Memo from & to, Caldie, Murray, Anderson, Realtor & reply to emails | 2 | $250.00 | $ 500.00 |
| 7/18 | Teleconference review and respond to Memos, Calls to Realtor, Review Memo from AOA, Talbot, , Review Memo- Re: Site Visit, Hotel Sale, reply to email | 1 | $250.00 | $ 250.00 |
| 7/19 | Teleconference, review and reply Memo from Diaz(FCC), Realtor, Bordwin, Caldie & Kugler, review Motion, draft proposed order,reply to emails, review photos-Re:hotel, review June Financials, review memo-Re:stipulation, Keen-Summit employment, review answer to First Amended Complaint | 4.75 | $250.00 | $1,187.50 |
| 7/20 | Review Memos to Elsaesser, Kugler and Caldie, work on stipulation and order, reply to emails, review memos from Realtor & Anderson-Re:Hotel Offer, review memo from Villanueva- Re:radio station | 1.5 | $250.00 | $ 375.00 |
| 7/21 | Review memo from AOA-Re:FCC approval | 0.25 | $250.00 | $ 62.50 |
| 7/23 | Teleconferencew/proposed buyer, review memo from Realtor-Re:hotel marketing, reply to emails, call realtor & interested purchaser, review memo-Re:Accion Auction | 2.75 | $250.00 | $ 687.50 |
| 7/24 | Review memo from Villanueva-Re:U.S. Trustee | 0.25 | $250.00 | $ 62.50 |
| 7/25 | Memos to Realtor-Re:Keen Order for Sale, Memos to Elsaesser-Re: Sale of Property | 1 | $250.00 | $ 250.00 |
| 7/26 | Memo from & to Realtor and Elsaesser-Re:Purchase & Sale Agreement, review memo to & from Realtor, possible buyer, Caldie, Kugler, Anderson, Ralston, Klee-Re:Hotel Property | 2.25 | $250.00 | $ 562.50 |
| 7/27 | Call w/potential buyer, Teleconference w/Jamieson, Memo from Ralston, potential buyer, Realtor, Elsaesser-Re:Sale of Property & other appraisal, review memos from Realtor, Anderson; various memos from Counsel, set up conference call w/potential buyer | 2 | $250.00 | $ 500.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/29 | Review memos to & from Realtor, reply to emails , review activity report | 1 | $250.00 | $250.00 |
| 7/30 | Review memos to & from Kugler, Caldie-Re:hotel sale, prepare call, call w/Realtor, Caldie,&Kugler, review appraisal report from Kugler, memo to , Realtor, Elsaesser, emails(12), review stipulation Judge's site visit | 2 | $250.00 | $500.00 |
| 7/31 | Teleconfernce w/buyer's counsel-bSide Partners, review memo from Realtor, review memo from Diaz-Re:site visit, review memos to & from Hardy, prepare for call, review memos to & from Realtor,reply to emails,  review memos from Judge's site visit | 3 | $250.00 | $750.00 |
| **TOTAL:** | | **40.5** | | **$10,125.00** |