Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**BANKRUPTCY DIVISION**

| In re: | Chapter 11 |
|---|---|
| ARCHBISHOP OF AGAÑA, a Corporation Sole, | Case No. 19-00010 |
| Debtor. | |

**SUMMARY SHEET**

The application of the Blank Rome LLP, special insurance counsel for the Debtor-in-Possession, respectfully provides the following summary:

1. The Order Authorizing Debtor to Employ Blank Rome LLP as Special Insurance Counsel was entered on March 12, 2019 (ECF No. 103).

2. This is the first interim fee application for the period January 17, 2019 through July 31, 2019.

SUMMARY SHEET - 1

3. There have been no previous amounts received from the Debtor.

4. There have been no previous amounts awarded by the Court.

5. Amounts received from the Debtor are as follows:

| Date Billed | Month Services Rendered | Fees | Costs | Total | Payments | Unpaid Balance |
|---|---|---|---|---|---|---|
| 8/21/19 | 1-7/2019 | $19,527.50 | $0.00 | $19,527.50 | $0.00 | $19,527.50 |

Total Fees received: $0.00
Total Expenses received: $0.00

6. Total compensation and expenses requested:

    Current Application:     $19,527.50
    Previous Application:     $0.00
    $19,527.50

7. Total compensation and expenses previously awarded by the Court:

    Awarded Fees     $0.00
    Awarded Costs     $0.00
    $0.00

8. Name and applicable billing rate for each person who billed time during the period, and date of bar admission for each attorney are as follows:

| Name | Position | Hourly Rate | Date of Bar Admission |
|---|---|---|---|
| James Carter | Of Counsel | $755.00 | 2002 |
| James R. Murray | Senior Partner | $543.00 | 1982 |
| Robyn Michaelson | Associate | $370.00 | 2014 |

9. Total hours billed and total amount of billing for each person who billed time during billing period are as follows:

SUMMARY SHEET - 2

| Name | Position | Hourly Rate | Total Time | Amt. Requested |
|---|---|---|---|---|
| James Carter | Of Counsel | $543.00 | 15.00 | $8,145.00 |
| James R. Murray | Senior Partner | $755.00 | 13.90 | $10,494.50 |
| Robyn Michaelson | Associate | $370.00 | 2.40 | $ 888.00 |
| Total Fees | | | | **$19,527.50** |
| Total Expenses | | | | **$0.00** |
| Total Requested | | | 31.30 | **$19,527.50** |

Total Compensation: $19,527.50

10. Computation of blended hourly rate for persons who billed time during period, excluding paralegal or other paraprofessional time:

$$\$19{,}527.50 / 31.30 \text{ hrs} = \$623.88 / \text{hr}$$

11. Applicant believes that there are sufficient funds to pay this request and all other accrued and anticipated administrative expenses.

BLANK ROME, LLP

*/s/ James R. Murray*
James R. Murray

RESPECTFULLY SUBMITTED this 20th day of September, 2019.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Ford Elsaesser
Bruce A. Anderson

-and-

THE LAW OFFICE OF JOHN C. TERLAJE

*/s/ John C. Terlaje*
John C. Terlaje