# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA, a Corporation Sole,<br><br>Debtor. | Bankruptcy Case No. 19-00010<br>(Chapter 11) |

## ORDER AUTHORIZING DEBTOR TO EMPLOY BLANK ROME LLP AS SPECIAL INSURANCE COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

On January 17, 2019, the application to employ BLANK ROME LLP, ("Firm") as special insurance counsel (ECF No. 39) ("Application"),[1] filed by the Archbishop of Agaña, also known as the Roman Catholic Archdiocese of Agaña, debtor and debtor-in-possession in the above-captioned case ("Debtor"), came before this court. The court took this matter under advisement and heard it further on March 8, 2019. At the hearing, there were no objections raised by any of the parties. The Committee of Unsecured Creditors[2] represented to the court that it was comfortable with the Application. Likewise, the U.S. Trustee's Office does not oppose the Application. Although the court continues to have reservation over the Firm's hourly rate, without

---

[1] A supplemental affidavit of James R. Murray (ECF No. 81) was filed on February 21, 2019.

[2] The Committee consists of creditor Bank of Guam and six other creditors who are alleged survivors of sexual abuse.

| | |
|---|---|
| 1 | a basis to find otherwise, the court is compelled to grant the Application. The court, however, will closely scrutinize the reasonableness of the work attached to fees being submitted to the court. |

a basis to find otherwise, the court is compelled to grant the Application. The court, however, will closely scrutinize the reasonableness of the work attached to fees being submitted to the court.

The court having been satisfied that the Firm does not hold or represent an interest adverse to the Debtor in the matters upon which this case concerns, that the Firm is disinterested as that term is defined in 11 U.S.C. § 101(14), and that employment of the Firm is necessary and would be in the best interest of the Debtor, the Debtor's creditors and the estate; and good cause appearing therefor, the Application is hereby **APPROVED** effective January 17, 2019. Compensation shall be under the terms specified in the Application and Supplemental Affidavit and shall be governed by the applicable bankruptcy rules and codes, and such other procedures as may be fixed by order of this court.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Mar 12, 2019**