

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200 FAX: (202) 420-2201
FEDERAL TAX ID NO. 23-1311874

| | |
|---|---|
| ARCHDIOCESE OF AGAÑA | INVOICE DATE: AUGUST 21, 2019 |
| C/O PATTERSON, BUCHANAN, FORBES & LEITCH, INC., P.S. | MATTER NO. 153078-00101 03348 |
| ATTN: MICHAEL A. PATTERSON | INVOICE NO. 1837293 |
| 2112 THIRD AVENUE, SUITE 500 | |
| SEATTLE, WASHINGTON 98121 | |

**REGARDING:** **ARCHDIOCESE OF AGAÑA**
**INSURANCE ADVICE**

---

FOR LEGAL SERVICES RENDERED THROUGH 07/31/19        $   19,527.50

**CURRENT INVOICE TOTAL**                            $   19,527.50

REMITTANCE

ACH / WIRE                                MAIL

BANK NAME:        Citizens Bank           Blank Rome LLP
ADDRESS:          Philadelphia, PA        Attn: Finance Department
ACCOUNT TITLE:    Blank Rome LLP          One Logan Square
ACCOUNT NUMBER:   6238669326              130 North 18th Street
ABA NUMBER:       036076150 (Domestic)    Philadelphia, PA 19103-6998
SWIFT CODE:       CTZIUS33 (International)

PENNSYLVANIA    NEW YORK    NEW JERSEY    DELAWARE    WASHINGTON, DC    FLORIDA    CALIFORNIA    OHIO    TEXAS    ILLINOIS    SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200 FAX: (202) 420-2201
FEDERAL TAX ID NO. 23-1311874

ARCHDIOCESE OF AGAÑA  
C/O PATTERSON, BUCHANAN, FORBES & LEITCH, INC., P.S.  
ATTN: MICHAEL A. PATTERSON  
2112 THIRD AVENUE, SUITE 500  
SEATTLE, WASHINGTON 98121  

INVOICE DATE: AUGUST 21, 2019  
MATTER NO. 153078-00101 03348  
INVOICE NO. 1837293  

REGARDING: ARCHDIOCESE OF AGAÑA  
INSURANCE ADVICE  

**FOR LEGAL SERVICES RENDERED THROUGH JULY 31, 2019**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/17/19 | REVISE LIMITS ANALYSIS IN CONNECTION WITH NEW CLAIMS (.7); REVISE NOTICE LETTER FOR NEW CLAIMS (.2); SEARCH FOR UNDERLYING COMPLAINTS (.1) | R MICHAELSON | 1.00 | 370.00 |
| 01/18/19 | PREPARE NOTICE LETTER | J CARTER | 0.70 | 380.10 |
| 01/25/19 | PREPARE NOTICE LETTER | J CARTER | 0.30 | 162.90 |
| 01/29/19 | REVIEW NEW CLAIMS AND UPDATE LIMITS ANALYSIS IN CONNECTION WITH THE SAME | R MICHAELSON | 0.90 | 333.00 |
| 02/07/19 | PREPARE NOTICE LETTER | J CARTER | 0.70 | 380.10 |
| 02/22/19 | UPDATE LIMITS ANALYSIS TO INCORPORATE NEW CLAIMS | R MICHAELSON | 0.50 | 185.00 |
| 03/07/19 | ATTEND HEARING (TELEPHONIC) | J MURRAY | 1.30 | 981.50 |
| 03/19/19 | TELECONFERENCE WITH CLIENT AND TEAM REGARDING STATUS AND STRATEGY | J MURRAY | 0.80 | 604.00 |
| 04/03/19 | REVIEW AND ANALYSIS REGARDING REMOVAL ISSUE | J CARTER | 0.40 | 217.20 |
| 04/04/19 | PARTICIPATE IN TELEPHONE CONFERENCES REGARDING REMOVAL OF CASES FROM STATE COURT TO BANKRUPTCY COURT (.5); PARTICIPATE IN TELEPHONE CONFERENCE REGARDING STATUS OF BANKRUPTCY AND COVERAGE MATTERS (.7); EMAIL TO J. MURRAY REGARDING SAME (.3) | J CARTER | 1.50 | 814.50 |
| 04/08/19 | REVIEW ADVERSARY PROCEEDING AS RELATES TO INSURANCE REQUESTS | J MURRAY | 0.60 | 453.00 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/23/19 | TELECONFERENCE WITH P. RICHLER REGARDING INSURANCE STATUS (0.6); TELECONFERENCE WITH AIG COUNSEL REGARDING STATUS (0.5) | J MURRAY | 1.10 | 830.50 |
| 04/24/19 | REVIEW AND ANALYZE EMAIL REGARDING DOCUMENT REQUESTS FROM CREDITORS' COMMITTEE REGARDING INSURANCE | J CARTER | 0.40 | 217.20 |
| 04/25/19 | PREPARE FOR TELEPHONE CONFERENCE WITH K. TALBOT REGARDING 2004 REQUEST AND TELEPHONE CONFERENCE WITH SAME | J CARTER | 1.60 | 868.80 |
| 04/26/19 | EMAIL TO J. MURRAY REGARDING TELEPHONE CONFERENCE WITH K. TALBOT AND APPROACH TO 2004 REQUEST | J CARTER | 0.90 | 488.70 |
| 04/26/19 | REVIEW COMMITTEE REQUESTS AS RELATES TO INSURANCE | J MURRAY | 0.30 | 226.50 |
| 05/02/19 | REVIEW TEAM COMMUNICATION REGARDING MEDIATOR POSSIBILITIES AND RESPOND FROM INSURANCE PERSPECTIVE | J MURRAY | 0.80 | 604.00 |
| 05/06/19 | REVIEW BSA POLICY ISSUES AS RELATES TO ARCHDIOCESE ADDITIONAL INSURED STATUS | J MURRAY | 0.90 | 679.50 |
| 05/10/19 | REVIEW AND COMMENT ON MEDIATOR LIST FROM AND INSURANCE PERSPECTIVE | J MURRAY | 0.40 | 302.00 |
| 05/21/19 | REVIEW AND ANALYZE DOCUMENTS IN RESPONSE TO 2004 REQUEST; TELEPHONE CONFERENCE WITH K. TALBOT | J CARTER | 3.10 | 1,683.30 |
| 05/22/19 | EMAIL J. MURRAY REGARDING PROPOSED DOCUMENTS TO PRODUCE IN RESPONSE TO "2004 DOCUMENT REQUEST" | J CARTER | 1.60 | 868.80 |
| 05/23/19 | COORDINATE COLLECTION AND TRANSFER OF DOCUMENTS TO K. TALBOT FOR "2004" REQUEST | J CARTER | 0.30 | 162.90 |
| 05/28/19 | PREPARE DISCOVERY RESPONSES AND TELECONFERENCE WITH K. TALBOT | J CARTER | 1.70 | 923.10 |
| 05/29/19 | CONFERENCES WITH K. TALBOT REGARDING DOCUMENT PRODUCTION IN RESPONSE TO "2004" REQUEST; REVIEW AND ANALYZE PRIVILEGE ISSUES IN CONNECTION WITH SAME | J CARTER | 1.00 | 543.00 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/19 | TELECONFERENCE WITH F. ELSAESSER REGARDING INSURANCE ISSUE REVIEW STATUS REPORT | J MURRAY | 0.80 | 604.00 |
| 06/10/19 | TELECONFERENCE WITH CLIENT REGARDING STATUS AND STRATEGY | J MURRAY | 1.00 | 755.00 |
| 06/27/19 | REVIEW POLICIES OF SISTERS OF MERCY FOR ADDITIONAL INSURED STATUS | J CARTER | 0.30 | 162.90 |
| 06/28/19 | TELECONFERENCE WITH P. RICHLER REGARDING STATUS OF INSURANCE ISSUES (0.4); FOLLOW UP WITH INSURER ON CLAIMS REVIEW STATUS. (0.3); REVIEW ISSUES RELATING TO BSA POLICIES (0.5) | J MURRAY | 1.20 | 906.00 |
| 07/03/19 | REVIEW ANALYSIS AND SUMMARY OF ISSUES FROM F. ELSAESSER | J MURRAY | 0.70 | 528.50 |
| 07/12/19 | DOWNLOAD CLAIMS RELATED DOCUMENTS | J CARTER | 0.50 | 271.50 |
| 07/15/19 | FOLLOW UP WITH INSURER COUNSEL REGARDING PROOF OF CLAIMS AND REVIEW OUTSTANDING POLICY REQUEST TO CNA | J MURRAY | 1.10 | 830.50 |
| 07/16/19 | COMMUNICATE WITH J. KING (AIG) REGARDING PROOF OF CLAIMS AND STATUS (0.3); REVIEW STATUS OF BSA POLICIES AND POTENTIAL SETTLEMENTS (0.6) | J MURRAY | 0.90 | 679.50 |
| 07/18/19 | TELECONFERENCE WITH F. ELSAESSER REGARDING MEDIATION ISSUES | J MURRAY | 0.50 | 377.50 |
| 07/22/19 | COMMUNICATE WITH CARRIERS REGARDING MEDIATOR AND STATUS (0.8); REVIEW DRAFT LETTER FROM K. TALBOT TO CARRIERS (0.2) | J MURRAY | 1.00 | 755.00 |
| 07/30/19 | FOLLOW UP ON INSURANCE ISSUES WITH F. ELSAESSER | J MURRAY | 0.50 | 377.50 |
| | **TOTAL SERVICES** | | $ | 19,527.50 |

**CURRENT INVOICE TOTAL** $ 19,527.50

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---:|---:|---:|
| JAMES CARTER | 543.00 | 15.00 | 8,145.00 |
| JAMES MURRAY | 755.00 | 13.90 | 10,494.50 |
| ROBYN MICHAELSON | 370.00 | 2.40 | 888.00 |
| **TOTALS** | | **31.30** | $ **19,527.50** |