John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

Keith A. Talbot
Patterson Buchanan Fobes & Leitch, Inc., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121
Telephone: (206) 462-6700
kat@pattersonbuchanan.com

*Attorneys for Debtor and Debtor-in-Possession*

UNITED STATES DISTRICT COURT OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>A Corporation Sole,<br><br>Debtor. | Chapter 11 Bankruptcy<br><br>Case No. 19-00010<br><br>PETITION FOR *PRO HAC VICE* ADMISSION |

COMES NOW, Keith A. Talbot, and moves, pursuant to GNLR 17.1(d) of the Local Rules of the District Court of Guam, for admission to practice *pro hac vice,* in the above-captioned matter before the District Court of Guam, and submits the following information as required by the Court and its Local Rules:

1. I do not reside on Guam.
2. I am not regularly employed in business, professional, or other activities on Guam.
3. My residence is located in Kenmore, Washington.
4. My office address is 2112 Third Avenue, Suite 500, Seattle, Washington 98121.
5. I have been admitted to practice law in the following courts on the following dates:
   State of Washington, 04/29/2002 – Present; State of Oregon, 02/07/2019 – Present
6. I am in good standing and eligible to practice in the above listed courts.

PETITION FOR *PRO HAC VICE* ADMISSION - 1

7. I am not currently suspended or disbarred in any other court.

8. I have been granted permission to appear *pro hac vice* in Civil Action No. 17-00003, but have not within the year preceding this application made any *pro hac vice* applications to the Bankruptcy Court.

9. I designate as local counsel in this matter:
   John C. Terlaje
   LAW OFFICE OF JOHN C. TERLAJE
   Terlaje Professional Bldg., Suite 216
   194 Hernan Cortez Ave.
   Hagåtña, Guam 96910
   Telephone: (671) 477-8894/5
   Email: john@terlaje.net

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of May, 2019.

_____
Keith A. Talbot

**CONSENT OF DESIGNATION OF LOCAL COUNSEL**

I, John C. Terlaje, an attorney and active member in good standing of the Bar of Guam, who resides in and has an office in this District, hereby consent to the foregoing petition of Keith A. Talbot for *pro hac vice* admission, and the designation contained herein, pursuant to GNLR 17.1(e).

DATED this 3rd day of May, 2019.

/s/
_____
John C. Terlaje

PETITION FOR *PRO HAC VICE* ADMISSION - 2