John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

Keith A. Talbot
Patterson Buchanan Fobes & Leitch, Inc., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121
Telephone: (206) 462-6700
kat@pattersonbuchanan.com

*Attorneys for Debtor and Debtor-in-Possession*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>A Corporation Sole,<br><br>Debtor. | Chapter 11 Bankruptcy<br><br>Case No. 19-00010<br><br>ORDER GRANTING PERMISSION FOR *PRO HAC VICE* ADMISSION |

The Petition of KEITH A. TALBOT to appear *pro hac vice* in the District Court of Guam has come regularly before the court for its review, pursuant to GNLR 17.1(d), Local Rules of the District Court of Guam.

Upon consideration of the petition and all supporting documents submitted, it is hereby ORDERED that the Petition is **GRANTED**.

KEITH A. TALBOT may appear and participate in this case on behalf of Debtor and Debtor-in-Possession.

**SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Sep 23, 2019**