**DISTRICT COURT OF GUAM**
**BANKRUPTCY DIVISION**
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam   96910


# CERTIFICATE OF SERVICE


In re:                                                            **BANKRUPTCY CASE NO:   19-00010**


   **ARCHBISHOP OF AGANA, A Corporation Sole**

The following entities were served by first class mail on September 19, 2019:

   See Attached Listing


I, Holly P. Gumataotao, declare under penalty of perjury that on the above-listed dates I served the:


   [ ]      **Discharge Order (GUB B18)**

   [ ]      **341 Meeting Notice (GUB B9)**

   [**X**]      **Other:**        *Settlement Conference Order [ECF  229]*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.


Date:   September 25, 2019                          /s/ Holly P. Gumataotao
                                                                     Deputy Clerk

**Academy of Our Lady of Guam**
233 W Archbishop F Flores Street
Hagatna, GU 96910

**Agafa Gumas**
PO Box 11496
Yigo, GU 96929

**Anthony Sablan Apuron**
c/o Jacqueline T. Terlaje
284 W. Chalan Santo Papa
Hagatna, GU 96910

**Assumption of Our Lady**
314 Assumption Drive
Piti, GU 96915

**Bank of Guam**
P.O. Box BW
Hagatna, GU 96932

**Bank of Hawaii**
134 West Soledad Avenue
Hagatna, GU 96910

**Bishop Baumgartner Memorial School**
281 Calle Angel Flores Street
Sinajana, GU 96910

**Blessed Diego de San Vitores**
884 Pale' San Vitores Road
Tumon, GU 96913-4013

**Boy Scouts of America**
Attn Legal Department
1325 W. Walnut Hill Lane
Irving, Texas 75015-2079

**Boy Scouts of America**
PO Box 152079
Irving, TX 75015-2079

**Boy Scouts of America Aloha Council**
280 N Marine Corps Dr.
Tamuning, GU 96931

**Capuchin Franciscans**
Province of St. Mary
30 Gedney Park Drive
White Plains, NY 10605

**Capuchin Franciscans Custody of Star of the Sea**
30 Gedney Park Drive
White Plains, NY 10605

**CathoNet LLC**
14 Hampshire Drive
Hudson, NH 03051

**Congregation of Holy Cross**
PO BOX 1064
Notre Dame, IN 46556

**Docomo Pacific**
890 S Marine Corps Drive
Tamuning, GU 96910

**Dulce Nobre de Maria Cathedral**
207 Archbishop Flores Street
Hagatna, GU 96910-5102

**Father Duenas Memorial School**
PO Box FD
Hagatna, GU 96932

**Guam Capital Investment Corp. Bldg.**
414 W. Soledad Ave., Suite 500
Hagatna, GU 96910

**Guam Reef Hotel, Inc.**
1317 Pale San Vitores Road
Tumon, GU 96913

**Guam Telephone Authority**
624 N. Marine Corps Drive
Barrigada, GU 96913

**Iain A. Macdonald**
221 Sansome Street, No. 3
San Francisco, CA 94104

**Immaculate Heart of Mary**
225 Aragon Street
Toto, GU 96910

**Leonilo Alger**
231 Hesler Place, Suite 101
Hagatna, GU 96910

**Louis Brouillard**
c/o Meier, Kennedy and Quinn
445 Minnesota Street, #2200
Saint Paul, MN 55101

**Marist Province Center**
NDDU-IBED Lagao Campus
PO Box 42
9500 General Santos City, Philippines

**Mary Quinata**
Camacho Calvo Law Group, LLC
134 W Soleded Ave., Ste. 401
Hagatna, GU 96910

**National Union Fire Ins. Co. of Pittsburgh, PA**
c/o Thompson Thompson & Alcantara, PC
238 Archbishop Flores St., Ste. 801
Hagatna, Guam 96910

**Nino Perdido y Sagrada Familia**
PO Box 45
Hagatna, GU 96932

**Nuestra Senora De La Paz y Buen**
PO Box EC
Hagatna, GU 96932

**Nuestra Senora de las Aguas**
PO Box 163
Hagatna, GU 96932

**Our Lady of Guadalupe**
PO Box 7355
Agat, GU 96928

**Our Lady of Lourdes**
153 Chalan Pale Ramon Lagu
Unit A
Yigo, GU 96929

**Our Lady of Mt Carmel School**
PO Box 7830
Agat, GU 96928

**Our Lady of Mt. Carmel**
PO Box 8353
Agat, GU 96928

**Our Lady of Purification**
198 Cuesta San Ramon
Ste B
Hagatna, GU 96910

**Our Lady of the Blessed Sacrament**
135 Chalan Kapuchino
Agana Heights, GU 96910

**Pacific Solar and Photovoltaics**
PO Box 6754
Tamuning, GU 96931

**Risk Partner Tools and Mngmt Risk**
5100 E Skelly Drive, Suite 900
Tulsa, OK 74135

**Saint Anthony Catholic School**
529 Chalan San Antonio
Tamuning, GU 96913

**Saint Francis Catholic School**
PO Box 21297
Barrigada, Guam 96921

**Saint Jude Thaddeus**
122 Bien Avenida Avenue
Sinajana, GU 96910

**San Dimas and Our Lady of the Rosary**
PO Box 6099
Merizo, GU 96916

**San Dionisio**
PO Box 6099
Merizo, GU 96916

**San Francisco de Asis**
1404 N Canton Tasi
Yona, GU 96915

**San Isidro**
HC 1 Box 17083
Inarajan, GU 96915

**San Juan Bautista**
PO Box 49
Hagatna, GU 96932

**San Miguel**
138 San Miguel Street
Talofofo, GU 96915

**San Vincente Catholic School**
196 Bejong Street
Barrigada, GU 96913

**Santa Barbara**
330 Iglesia Circle
Dededo, GU 96929

**Santa Barbara Catholic School**
274 West Santa Barbara Avenue
Suite A
Dededo, GU 96929

**Santa Bernadita Church**
PO Box 11496
Yigo, GU 96929

**Santa Teresita**
192 Vietnam Veterans Hwy
Mangilao, GU 96913

**SBA**
2 North 20th Street
Suite 320
Birmingham, AL 35203

**School Sisters of Norte Dame**
Greensfelder, Bernard Huger
10 S. Broadway, Ste. 2000
Saint Louis, MO 63102

**School Sisters of Norte Dame Central**
Pacific Province, Inc. (contd.)
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910

**School Sisters of Notre Dame-Region of Guam**
G. Patrick Civille
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910

**Securitech**
PO Box 7779
Tamuning, GU 96931

**St. Andrew Kim**
PO Box 1555
Hagatna, GU 96932

**St. Anthony and St. Victor**
PO Box 7707
Tamuning, GU 96931

**St. Joseph**
PO Box 170022
Inarajan, GU 96917

**St. Vincente Ferrer and San Roke**
229 San Roque Drive
Barrigada, GU 96913

**Takecare Insurance Co.**
PO Box 6578
Tamuning, GU 96931

**U.S. Small Business Administration**
c/o Jayson Pang
2401 Fourth Avenue, Suite 400
Seattle, WA 98121