GUB 9073-1 (08/2013)

| FILER'S NAME, ADDRESS, PHONE, FAX, EMAIL:<br>Robert T. Kugler (MN #0194116)<br>Edwin H. Caldie (MN #0388930)<br>Andrew J. Glasnovich (MN #0398366)<br>Stinson LLP<br>50 S 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 335-1500<br>Robert.Kugler@Stinson.com<br>Ed.Caldie@Stinson.com<br>Drew.Glasnovich@Stinson.com |  | District Court of Guam<br>520 W Soledad Ave FL 4<br>Hagåtña, Guam 96910 |
|---|---|---|
| Debtor: **ARCHBISHOP OF AGAÑA** | | Case No.: **19-0010** |
| Joint Debtor:<br>(if any) | | Chapter: **11** |
| [If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]<br><br>Plaintiff(s):<br>vs.<br>Defendant(s): | | Adversary Proceeding No. (if applicable): |
| | **NOTICE OF HEARING**<br>4th Floor Courtroom,<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Hearing Date: **October 18, 2019 8:30 AM**<br>Time:<br>Objections Due: **October 14, 2019** |
| Matter Being Heard: | First Interim Applicaiton of Cornerstone Valuation Guam,Inc. for Compensation | Related Dkt No.:<br>**248** |
| Moving Party: | **Official Committee of Unsecured Creditors** | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, **including pertinent details**.*]

Cornerstone Valuation Guam,Inc. Real Estate Consultant, will seek compensation of its reasonable and necessary Fees: $17,104.50.

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below

Objection Deadline: 10/14/2019

Statements must be filed with the court at:

> District Court of Guam
> Bankruptcy Division
> 4th Floor, US Courthouse
> 520 West Soledad Avenue
> Hagatna, GU 96910

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

> Responses to be sent to:
> Attn: Rob Kugler
> Stinson, LLP
> 50 South Sixth Street, Ste. 2600
> Minneapolis, MN 55402

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may grant the requested relief AND cancel the hearing (although certain types of motions will remain on the court's calendar).

Dated: 9/25/19      /s/ Robert T. Kugler
                        for Movant        (Print name also if original signature)