Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
Andrew J. Glasnovich (MN #0398366)
Stinson LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@Stinson.com
Ed.Caldie@Stinson.com
Drew.Glasnovich@Stinson.com

And

William L. Gavras, Esq.

LAW OFFICES OF WILLIAM L. GAVRAS

101 Salisbury Street

Dededo, Guam 96929

Tel.: 632-4357
*Counsel for the Official Committee of Unsecured Creditors*

THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ARCHBISHOP OF AGAÑA, | : | |
| a Corporation Sole, | : | Case No. 19-00010 |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Jessica Rehbein, under penalty of perjury, state that on September 25, 2019, I caused the following documents:

- NOTICE OF HEARING; AND FIRST INTERIM APPLICATION OF STINSON LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES;
- NOTICE OF HEARING; AND FIRST INTERIM APPLICATION OF LAW OFFICES OF PAUL A. RICHLER FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS;

- NOTICE OF HEARING; AND FIRST INTERIM APPLICATION OF CORNERSTONE VALUATION GUAM, INC. AND SISKA HUTAPEA AS APPRAISER AND REAL ESTATE CONSULTANT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; and
- NOTICE OF HEARING; AND FINAL FEE APPLICATION OF KEEN-SUMMIT CAPITAL PARTNERS, LLC, EMPLOYED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS THE ESTATE'S SUPPLEMENTAL REAL ESTATE AGENT.

to be filed with the Clerk of Court through CM/ECF, and served upon on all parties who have requested service through ECF, and on all parties by U.S. Mail pursuant to the attached Label Matrix for Local Noticing, and the additional parties listed below:

Craig Vernon
Leander James
James Vernon & Weeks
1626 Lincoln Way
Coeur d'Alene, ID 83814

Charles McDonald
McDonald Law
Suite 404, DNA Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910

Steve Reich
Michael Pfau
Pfau Cochran Vertetis Amala, PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104

Dated: September 25, 2019

*/e/ Jessica Rehbein*
Jessica Rehbein

CORE/3515288.0002/154887610.1
Case 19-00010   Document 256   Filed 09/26/19   Page 2 of 15

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0993-1<br>Case 19-00010<br>District Court of Guam<br>Hagatna<br>Sat Sep 21 04:15:02 ChST 2019 | Archbishop of Agana, a Corporation Sole, Mos<br>196 Cuesta San Ramon Ste B,<br>Hagatna, GU 96910-4334 | Bank Of Guam<br>C/O Arriola Cowan & Arriola<br>P.O. X<br>Agana, GU 96932-7540 |
| Bank of Hawaii<br>c/o Camacho Calvo Law Group LLC<br>134 W Soledad Ave, Suite 401<br>Hagatna, GU 96910-5079 | Boy Scouts of America<br>Civille & Tang, PLLC<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, GU 96910-5081 | Boy Scouts of America Aloha Council Chamorro<br>Civille & Tang, PLLC<br>330 Hernan Cortez Avenue, Suite 200<br>Hagatna, GU 96910-5081 |
| First Hawaiian Bank<br>c/o Blair Sterling Johnson & Martinez<br>238 Archbishop Flores St. Ste. 1008<br>Hagatna, GU 96910-5205 | National Union Fire Insurance Company of Pit<br>c/o Thompson Thompson & Alcantara, PC<br>238 Archbishop Flores St., Ste 801<br>Hagatna, GU 96910-5205 | Numerous Victims of Clergy Abuse (DRF Client<br>CO Dooley Roberts & Fowler LLP<br>865 S Marine Corps Dr Ste 201<br>Tamuning, Gu 96913-3440 |
| Numerous Victims of Clergy Abuse (Lujan clie<br>CO Lujan and Wolff, LLP<br>238 Archbishop Flores Street, Suite 300<br>DNA Building<br>Hagatna, GU 96910-5206 | Sisters of Mercy Entities<br>co The Law Offices of Duncan G. McCully<br>139 Murray Boulevard, Suite 200<br>Hagatna, Gu 96910-5153 | U.S. Small Business Administration<br>2401 Fourth Ave., Ste. 400<br>Seattle, WA 98121-1430 |
| Office of the Clerk<br>520 W. Soledad Ave.<br>4th Floor, U.S. Courthouse<br>Hagatna, GU 96910-4916 | A.A.C.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | A.B.L.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| A.C.D.L.R<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | A.C.F.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | A.C.J.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 |
| A.E.P.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | A.J.B.R.JR.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | A.J.V.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| A.L.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | A.L.A.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | A.M.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| A.M.F.<br>Law Office of Anthony C. Perez<br>Anthony C. Perez<br>Ste 802, 238 Archbishop Flores St<br>Hagatna, GU 96910-5205 | A.M.S.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | A.N.M.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| A.P.I.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa<br>Suite 503<br>Hagatna, Guam 96910-5176 | A.P.R.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | A.P.S.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |

| | | |
|---|---|---|
| A.Q.Q.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | A.R.C.M.<br>CO Law Office of Anthony C. Perez<br>Suite 802, DNA Bldg.<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910-5205 | A.S.A.F.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| A.S.V.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | A.T.A.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | A.T.B.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| Academy of Our Lady of Guam<br>233 W Archbishop F Flores Street<br>Hagatna, GU 96910-5102 | Agafa Gumas<br>PO Box 11496<br>Yigo, GU 96929-0496 | Anthony Sablan Apuron<br>c/o Jacqueline T. Terlaje<br>284 W. Chalan Santo Papa<br>Hagatna, GU 96910-5154 |
| Assumption of Our Lady<br>314 Assumption Drive<br>Piti, GU 96915-5563 | B.A.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste 503<br>Hagatna, GU 96910-5176 | B.A.D.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 |
| B.B.P.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | B.C.B.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | B.C.J.J.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| B.Q.V.<br>c/o Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste 503<br>Hagatna, GU 96910-5176 | B.T.M.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 | B.T.P.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| Bank of Guam<br>P.O. Box BW<br>Hagatna, GU 96932-7597 | Bank of Hawaii<br>134 West Soledad Avenue<br>Hagatna, GU 96910-5057 | Bishop Baumgartner Memorial School<br>281 Calle Angel Flores Street<br>Sinajana, GU 96910-3714 |
| Blessed Diego de San Vitores<br>884 Pale' San Vitores Road<br>Tumon, GU 96913-4013 | Boy Scouts of America<br>Attn Legal Department<br>1325 W. Walnut Hill Lane<br>Irving, Texas 75038-3096 | Boy Scouts of America<br>PO Box 152079<br>Irving, TX 75015-2079 |
| Boy Scouts of America Aloha Council<br>280 N Marine Corps Dr.<br>Tamuning, GU 96913-4105 | C.B.B.C.<br>co Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | C.M.D.<br>c/o Law Office of Anthony C. Perez<br>Anthony C. Perez<br>238 Archbishop Flores Street<br>Hagatna, GU 96910-5205 |
| C.M.M.<br>Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | C.O.<br>c/o Michael J. Berman<br>Berman O'Connor & Mann<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | C.P.D.<br>c/o Law Office of Anthony C. Perez<br>Anthony C. Perez<br>DNA Bldg, 238 Archbishop Flores St<br>Hagatna, GU 96910-5205 |

| | | |
|---|---|---|
| C.W.A.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | Capuchin Franciscans<br>Province of St. Mary<br>30 Gedney Park Drive<br>White Plains, NY 10605-3534 | Capuchin Franciscans Custody of<br>Star of the Sea<br>30 Gedney Park Drive<br>White Plains, NY 10605-3534 |
| CathoNet LLC<br>14 Hampshire Drive<br>Hudson, NH 03051-4921 | Claimant B.D., et al.<br>c/o David Lujan, Lujan and Wolff<br>238 Archbishop Flores St., #300<br>Hagatna, GU 96910-5206 | Claimant D.M.<br>c/o Charles H. McDonald II<br>238 Archbishop Flores St., Ste 404<br>Hagatna, GU 96910-5206 |
| Claimant Estate of G.C., et al.<br>c/o Michael Berman<br>111 Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | Claimant John Doe, et al.<br>c/o Kevin Fowler<br>865 S Marine Corps Dr., #201<br>Barrigada, GU 96913-3440 | Claimant M.B., et al.<br>c/o Anthony Perez<br>238 Archbishop Flores Street, #802<br>Hagatna, GU 96910-5205 |
| Congregation of Holy Cross<br>PO BOX 1064<br>Notre Dame, IN 46556-1064 | D.A.N.<br>CO Lujan and Wolff<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | D.E.S.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| D.E.Y.C.<br>c/o Lujan and Wolff LLP<br>David J Lujan<br>Ste 300, 238 Archbishop Flores St<br>Hagatna, GU 96910-5206 | D.G.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | D.N.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| D.S.<br>Michael J. Berman<br>Berman O'Connor & Mann<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | D.T.S.<br>CO Law Office of Anthony C. Perez<br>Suite 802, DNA Bldg.<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910-5205 | D.U.M.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| D.V.C.<br>CO Law Office of Anthony C. Perez<br>Suite 802, DNA Bldg.<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910-5205 | D.V.R.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | D.V.S.A.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, Guam 96910-5206 |
| Delia Lujan Wolff<br>Lujan and Wolff LLP<br>Suite 300 DNA Building<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910-5113 | Docomo Pacific<br>890 S Marine Corps Drive<br>Tamuning, GU 96913-3458 | Dulce Nobre de Maria Cathedral<br>207 Archbishop Flores Street<br>Hagatna, GU 96910-5102 |
| E.B.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste 503<br>Hagatna, GU 96910-5176 | E.G.W.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | E.J.L.<br>Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| E.M.M.<br>CO Law Office of Anthony C. Perez<br>Suite 802, DNA Bldg.<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910-5205 | E.M.V.J.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | E.R.C.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |

| | | |
|---|---|---|
| E.T.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | E.T.W.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | E.V.K.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| E.W.T.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | Edith Concepcion (Doris)<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | F.A.C. Jr.<br>Pro Se<br>P.O. Box 25706<br>Barrigada, Guam 96921-5706 |
| F.A.D<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | F.F.C.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | F.G.S.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| F.M.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | F.M.S.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | F.P.<br>CO Berman OConnor and Mann<br>111 West Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| F.S.B.S.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste 300<br>Hagatna, GU 96910-5206 | F.S.L.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | F.T.M.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| F.T.S.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste 300<br>Hagatna, GU 96910-5206 | Father Duenas Memorial School<br>PO Box FD<br>Hagatna, GU 96932-7654 | First Hawaiian Bank<br>Attn: Loan Recovery Dept<br>PO Box 4070<br>Honolulu, HI 96812-4070 |
| First Hawaiian Bank<br>Ed Untalan<br>400 Rout 8, Suite 101<br>Maite, GU 96910-2026 | First Hawaiian Bank<br>c/o Blair Sterling Johnson & Martinez<br>238 Archbishop Flores St. Ste. 1008<br>Hagatna, Guam 96910-5205 | G.A.C.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| G.C.<br>c/o Berman O'Connor and Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | G.C.G.<br>CO Law Office of Anthony C. Perez<br>Suite 802 DNA Bldg<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910-5205 | G.C.S.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| G.E.<br>c/o Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | G.G.E.<br>c/o Law Office of Anthony C. Perez<br>Anthony C. Perez<br>Ste 802, 238 Archbishop Flores St<br>Hagatna, GU 96910-5205 | G.H.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Pap, Ste. 503<br>Hagatna, GU 96910-5176 |
| G.J.Q.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | G.J.S.M.B.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | G.M.D.A.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |

G.S.M.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.T.P.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

G.T.Y.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
Ste 802, 238 Archbishop Flores St
Hagatna, GU 96910-5205

G.W.B.J.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.Y.Y.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

Guam Capital Investment Corp. Bldg.
414 W. Soledad Ave., Suite 500
Hagatna, GU 96910-5066

Guam Reef Hotel, Inc.
1317 Pale San Vitores Road
Barrigada, GU 96913-4298

Guam Telephone Authority
624 N. Marine Corps Drive
Barrigada, GU 96913-4401

H.A.W.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

H.B.B.
Pro Se
P.O. Box 1491
Hagatna, GU 96932-1491

H.J.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

H.J.C.SR.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

H.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

I.V.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

Iain A. Macdonald
221 Sansome Street, # 3
San Francisco, CA 94104-2331

Immaculate Heart of Mary
225 Aragon Street
Toto, GU 96910-3000

J.A.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

J.A.B.
c/o Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

J.A.B.D.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

J.A.B.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.B.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.B.P.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.B.P.
Pro Se
PO Box 313
Hagatna, Guam 96932-0313

J.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.C.B.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

J.C.G.
c/o Lujan & Wolff LLP
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

| | | |
|---|---|---|
| J.C.M.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | J.C.N.<br>c/o Lujan & Wolff LLP<br>David J Lujan<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.C.P.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| J.C.S.S.<br>Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.C.T.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste 300<br>Hagatna, GU 96910-5206 | J.E.S.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| J.F.G.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.G.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | J.G.F.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| J.H.C.<br>CO Lujan and Wolff<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | J.I.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste 503<br>Hagatna, GU 96910-5176 | J.I.I.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| J.J.I.C.<br>c/o Lujan & Wolff LLP<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.J.P.<br>Pro Se<br>CO P.O. Box BZ<br>Hagatna, Guam 96932-7617 | J.L.K.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores St., Suite 300<br>Hagatna, Guam 96910-5206 |
| J.M.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | J.M.C.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | J.M.I.Q.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| J.M.M.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | J.M.Q.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.N.P.D.<br>c/o Law Office of Anthony C. Perez<br>Anthony C. Perez<br>DNA Bldg, 238 Archbishop Flores St<br>Hagatna, GU 96910-5205 |
| J.P.A.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.P.G.L.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.P.N.<br>c/o Lujan & Wolff LLP<br>David J Lujan<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| J.P.T.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | J.R.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | J.R.A.<br>Lujan and Wolff LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, Guam 96910-5206 |
| J.R.A.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.T.A.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | J.T.B.SR.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 |

J.T.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.T.S.
c/o Lujan & Wolff LLP
Gloria L Rudolph
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.V.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.V.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

J.W.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Ju.A.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

K.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

K.E.J.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

K.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

K.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

K.S.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

L.B.T.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

L.C.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

L.J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

L.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Leonilo Alger
231 Hesler Place, Suite 101
Hagatna, GU 96910-5082

Louis Brouillard
c/o Meier, Kennedy and Quinn
445 Minnesota Street, #2200
Saint Paul, MN 55101-2137

M.A.C.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

M.A.C.
P.O. Box 12064
Tamuning, Guam 96931-2064

M.A.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

M.C.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

M.D.M.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.F.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

M.F.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.I.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.J.D.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.J.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.L.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

M.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

| | | |
|---|---|---|
| M.M.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 | M.P.<br>CO Law Office of Anthony C. Perez<br>Suite 802, DNA Bldg.<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910-5205 | M.Q.G.<br>CO Lujan and Wolff, LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, Guam 96910-5206 |
| M.Q.G.<br>Dededo Law Office<br>Mark E. Williams<br>166 West Marine Corps Dr, Ste 102<br>Dededo, GU 96929-5911 | M.R.W.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, Guam 96910-5206 | M.S.B.S.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste 300<br>Hagatna, GU 96910-5206 |
| M.S.Q.<br>CO Lujan and Wolff LLP<br>Suite 238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910 | M.T.D.<br>McDonald Law Office, LLC<br>Charles H. McDonald II<br>Ste 404, 238 Archbishop Flores St<br>Hagatna, GU 96910-5206 | M.T.S.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, Guam 96910-5206 |
| M.W.M.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | M.W.P.<br>Lujan and Wolff LLP<br>Delia Lujan Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 | M.W.R.<br>CO Law Office of Anthony C. Perez<br>Suite 802, DNA Bldg.<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910-5205 |
| Marist Province Center<br>NDDU-IBED Lagao Campus<br>PO Box 42<br>9500 General Santos City, Philippines | Mary Quinata<br>Camacho Calvo Law Group, LLC<br>134 W Soleded Ave., Ste. 401<br>Hagatna, GU 96910-5079 | Mc.F.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste 503<br>Hagatna, GU 96910-5176 |
| N.A.Q.<br>c/o Law Office of Anthony C. Perez<br>Anthony C. Perez<br>DNA Bldg, 238 Archbishop Flores St<br>Hagatna, GU 96910-5205 | N.C.A.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | N.J.D.A.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| National Union Fire Ins. Co. of Pittsburgh,<br>c/o Thompson Thompson & Alcantara, PC<br>238 Archbishop Flores St., Ste. 801<br>Hagatna, Guam 96910-5205 | Nino Perdido y Sagrada Familia<br>PO Box 45<br>Hagatna, GU 96932-0045 | Nuestra Senora De La Paz y Buen<br>PO Box EC<br>Hagatna, GU 96932-7565 |
| Nuestra Senora de las Aguas<br>PO Box 163<br>Hagatna, GU 96932-0163 | Office Of The U.S. Trustee<br>1132 Bishop St., Suite 602<br>Honolulu, HI 96813-2830 | Our Lady of Guadalupe<br>PO Box 7355<br>Agat, GU 96928-0355 |
| Our Lady of Lourdes<br>153 Chalan Pale Ramon Lagu<br>Unit A<br>Yigo, GU 96929-2729 | Our Lady of Mt Carmel School<br>PO Box 7830<br>Agat, GU 96928-0830 | Our Lady of Mt. Carmel<br>PO Box 8353<br>Agat, GU 96928-1353 |
| Our Lady of Purification<br>198 Cuesta San Ramon<br>Ste B<br>Hagatna, GU 96910 | Our Lady of the Blessed Sacrament<br>135 Chalan Kapuchino<br>Agana Heights, GU 96910-6128 | P.A.A.<br>c/o Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste 503<br>Hagatna, GU 96910-5176 |

| | | |
|---|---|---|
| P.A.V.M.<br>c/o Lujan & Wolff LLP<br>David John Lujan<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | P.B.M.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | P.H.V.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| P.J.B.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | P.J.C.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, Guam 96910-5206 | P.J.D.N.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| P.J.M.S.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores St., Suite 300<br>Hagatna, Guam 96910-5206 | P.J.P.D.<br>c/o Law Office of Anthony C. Perez<br>Anthony C. Perez<br>DNA Bldg, 238 Archbishop Flores St<br>Hagatna, GU 96910-5205 | P.M.D.<br>CO Law Office of Anthony C. Perez<br>Suite 802, DNA Bldg.<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910-5205 |
| P.P.<br>CO Berman OConnor and Mann<br>111 West Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | P.P.C.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | P.P.R.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| P.R.W.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 | P.S.<br>Michael J. Berman<br>Berman O'Connor & Mann<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | P.S.A.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| P.U.Q.<br>Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | P.W.G.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | PBBJR<br>CO Lujan and Wolff<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| Pacific Solar and Photovoltaics<br>PO Box 6754<br>Tamuning, GU 96931-6754 | R.A.D.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 | R.A.P.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| R.A.P.T.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 | R.A.S.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 | R.B.C.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 |
| R.B.C.<br>c/o Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | R.B.C.<br>c/o Berman O'Connor and Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | R.B.D.A.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| R.B.R.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | R.C.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | R.C.<br>c/o Berman O'Connor and Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |

| | | |
|---|---|---|
| R.C.B.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | R.C.F.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910-5113 | R.D.<br>c/o Roberts Fowler & Visosky LLP<br>Kevin J. Fowler, Esq.<br>Ste 201, 865 Marine Corps Dr<br>Tamuning, GU 96913-3440 |
| R.D.S.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910-5113 | R.E.J.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | R.F.M.<br>CO Berman Oconnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 |
| R.G.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Pap, Ste. 503<br>Hagatna, GU 96910-5176 | R.I.C.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | R.J.M.<br>co Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| R.J.S.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 | R.J.W.<br>co Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | R.L.S.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 |
| R.M.C.<br>Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | R.M.S.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 | R.M.T.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 |
| R.M.V.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | R.P.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | R.P.C.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 |
| R.P.T.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | R.R.C.C.<br>Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Barrigada, GU 96910-5206 | R.R.G.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 |
| R.S.Q.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, GU 96910-5206 | R.S.T.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | R.T.P.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| R.T.Q.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 | R.Y.Y.<br>c/o Anthony C. Perez<br>Law Office of Anthony C. Perez<br>Ste. 802, 238 Archbishop Flores Street<br>Hagatna, GU 96910-5205 | Risk Partner Tools and Mngmt Risk<br>5100 E Skelly Drive, Suite 900<br>Tulsa, OK 74135-6541 |
| Roland Sondia<br>Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | Roy Quintanilla<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | S.H.L.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Pap, Ste. 503<br>Hagatna, GU 96910-5176 |

S.H.L.
C0 Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

S.J.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

S.P.J.V.
C0 Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

S.S.
C0 Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203-4002

Saint Anthony Catholic School
529 Chalan San Antonio
Tamuning, GU 96913-3600

Saint Francis Catholic School
PO Box 21297
Barrigada, Guam 96921-1297

Saint Jude Thaddeus
122 Bien Avenida Avenue
Sinajana, GU 96910-3664

San Dimas and
Our Lady of the Rosary
PO Box 6099
Merizo, GU 96916-0399

San Dionisio
PO Box 6099
Merizo, GU 96916-0399

San Francisco de Asis
1404 N Canton Tasi
Yona, GU 96915-4665

San Isidro
HC 1 Box 17083
Inarajan, GU 96915-7806

San Juan Bautista
PO Box 49
Hagatna, GU 96932-0049

San Miguel
138 San Miguel Street
Talofofo, GU 96915-3644

San Vincente Catholic School
196 Bejong Street
Barrigada, GU 96913-1182

Santa Barbara
330 Iglesia Circle
Dededo, GU 96929-5327

Santa Barbara Catholic School
274 West Santa Barbara Avenue
Suite A
Dededo, GU 96929-5378

Santa Bernadita Church
PO Box 11496
Yigo, GU 96929-0496

Santa Teresita
192 Vietnam Veterans Hwy
Mangilao, GU 96913-6301

School Sisters of Norte Dame
Greensfelder, Bernard Huger
10 S. Broadway, Ste. 2000
Saint Louis, MO 63102-1747

School Sisters of Norte Dame Central
Pacific Province, Inc. (contd.)
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910-5081

School Sisters of Notre Dame-Region of Guam
G. Patrick Civille
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910-5081

Securitech
PO Box 7779
Tamuning, GU 96931-7779

Sisters of Mercy Entities
co The Law Offices of Duncan G. McCully
139 Murray Boulevard, Suite 200
Hagatna, Guam 96910-5153

Sisters of Mercy of NC on Guam
101 Mercy Drive
Belmont, NC 28012-2898

Sisters of Mercy of North Carolina
100 McAuley Circle
Belmont, NC 28012

St. Andrew Kim
PO Box 1555
Hagatna, GU 96932-1555

St. Anthony and St. Victor
PO Box 7707
Tamuning, GU 96931-7707

St. Joseph
PO Box 170022
Inarajan, GU 96917-0022

St. Vincente Ferrer and San Roke
229 San Roque Drive
Barrigada, GU 96913-1131

T.A.C.Sr.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

T.A.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

T.D.N.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

T.H.Q.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

T.M.A.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

T.M.E.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

T.O.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

T.R.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Takecare Insurance Co.
PO Box 6578
Tamuning, GU 96931-6578

U.S. Small Business Administration
c/o Jayson Pang
2401 Fourth Avenue, Suite 400
Seattle, WA 98121-1430

V.C.P.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

V.G.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

V.M.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

V.M.C.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

V.P.A.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

V.S.F.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

V.T.S.N.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

V.U.Q.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

W.A.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

W.A.P.J.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

W.C.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

W.D.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

W.G.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

W.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

W.Y.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

Walter Denton
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Bruce A. Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007

J. Ford Elsaesser
Elsaesser Anderson, CHTD
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007

John C. Terlaje
Attorney at Law
Suite 216, Former Union Bank Bldg.
194 Hernan Cortes Ave.
Hagatna, GU 96910-5036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blank Rome LLP                         (u)Committee of Unsecured Creditors        (u)Cornerstone Valuation Guam, Inc.

(u)Numerous Victims of Clergy Abuse (BOM Clie   (u)Numerous Victims of Clergy Abuse (Perez Cl   (u)Our Lady of the Blessed Sacrament

(u)Pacific Human Resources Services, Inc.   (u)The Continental Insurance Company, as succ   (u)Victim M.T.D.

(du)Numerous Victims of Clergy Abuse (BOM Cli

End of Label Matrix
Mailable recipients   358
Bypassed recipients    10
Total                 368