Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel: (208) 667-2900
Fax: (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-00010 |

## DECLARATION OF KEITH A. TALBOT

1. I am one of the counsel of record for the Defendant, the Roman Catholic Archbishop of Agaña, a corporation sole, (hereinafter "Archdiocese") in various proceedings filed in the Superior Court of Guam and the United States District Court for the District of Guam, including Plaintiffs represented by David Lujan and Delia Lujan Wolff and Michael Berman, as noted in their respective Motion for Relief from Stay and Joinder [Docket Nos. 288 and 305]. I have reviewed the Motion and Joinder and provide the following in response

DECLARATION OF KEITH A. TALBOT - 1

thereto.

2. Our records indicate that David Lujan and Delia Lujan Wolff represent 150 claimants who have filed proofs of claim in this Chapter 11 bankruptcy proceeding. One hundred thirty-six (136) of these claimants have filed individual lawsuits in the United States District Court for the District of Guam and 10 have filed lawsuits in the Superior Court of Guam. Of these 150 claimants, 121 claims are potentially covered by the liability insurance policies provided by National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") or The Continental Insurance Company ("Continental Insurance"), with the remaining 29 claimants asserting claims that are not covered by any available liability insurance.

3. Our records indicate that Michael Berman represents 64 claimants who have filed proofs of claim in this Chapter 11 bankruptcy proceeding. Seventeen (17) of these claimants have filed individual lawsuits in the United States District Court for the District of Guam and 47 have filed lawsuits in the Superior Court of Guam. Of these 64 claimants, 60 claims are potentially covered by liability insurance policies provided by National Union or Continental Insurance, with the remaining 4 claimants asserting claims that are not covered by any available liability insurance.

4. Based on my review of the filed proofs of claim in this Chapter 11 bankruptcy proceeding, the 259 claimants have made allegations of abuse against approximately 43 individuals. Even in claims where the same alleged abuser is implicated, the claims are unique as it relates to the frequency, type and severity of the abuse and the claimed damages resulting from the alleged abuse.

5. All of the lawsuits against the Archdiocese were stayed beginning in July

DECLARATION OF KEITH A. TALBOT -2

2017 to allow the parties to pursue a negotiated settlement. At the time of the stay, the Archdiocese and Defendant Boy Scouts of America had Motions to Dismiss pending in some of the cases. Those motions have yet to be heard, and the Courts have never entered a scheduling order in any of these cases, and at no time has a trial date been set. The parties have engaged in minimal discovery in these lawsuits. Pursuant to an agreed upon Pre-Mediation Protocol, most of the claimants, but not all, provided basic information regarding their claim in response to a general questionnaire and provided a sworn statement limited to two hours. The parties agreed that if a settlement was not reached in mediation, continuation of the sworn statements would be allowed up to the maximum provided by FRCP 30/GRCP 30. To date, the parties have not conducted any continuation sworn statements in these lawsuits. Other than the deposition of one alleged abuser, the parties have not conducted any other depositions or written discovery.

6. The parties will need a substantial amount of time to complete discovery in one of these cases, let alone if the parties try to prepare for multiple claims simultaneously as Plaintiffs' counsel appear to contemplate. In addition, there are additional practical considerations that would likely further delay when an initial trial would actually occur. Specifically, the Court will need to take into account the respective trial schedules of counsel for the Archbishop, any co-defendants and the Plaintiffs. There is also the schedule of the presiding state court Judge Bordallo and federal court Judge Tydingco-Gatewood and their own busy dockets. This being the case, it is questionable if a trial could be set any earlier than late this year or (more likely) in early 2021.

7. Given the discovery that will need to be completed for any claimantt/plaintiff that goes to trial, plus the issues with coordinating trial schedules, it is likely that only one

DECLARATION OF KEITH A. TALBOT -3

trial will be completed in the remainder of 2020 and it is likely that only two, or possibly three trials could be completed in 2021.

8. The Archdiocese's insurers, National Union and Continental Insurance, have participated in all mediations conducted in these matters to date. They had representatives on Guam for the mediation on October 29, 2019, and appeared prepared to negotiate in good faith.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Seattle, Washington on January, 27th, 2020.

_____
Keith A. Talbot
Declarant

DECLARATION OF KEITH A. TALBOT -4

# CERTIFICATE OF SERVICE

I hereby certify that, on January 30, 2020, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the parties on the attached MML* and the following non-ECF parties:

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Guam Department of Revenue and Taxation
Real Estate Tax Department
P.O. Box 23607
Barrigada, Guam 96921

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 30, 2020        /s/ *Bruce A. Anderson*
                               Bruce A. Anderson

\* The attached list will not be mailed out to creditors, but will be on file with the United States Bankruptcy Court. A copy will be provided upon request.

```
Label Matrix for local noticing          Archbishop of Agana, a Corporation Sole, Mos    Bank Of Guam   ecf
0993-1                                    196 Cuesta San Ramon Ste B,                     C/O Arriola Cowan & Arriola
Case 19-00010                             Hagatna, GU 96910-4334                          P.O. X
District Court of Guam                                                                    Agana, GU 96932-7540
Hagatna
Fri Jan 31 02:38:31 ChST 2020

Bank of Hawaii        ecf                 Boy Scouts of America    ecf                    Boy Scouts of America Aloha Council Chamorro
c/o Camacho Calvo Law Group LLC           Civille & Tang, PLLC                            Civille & Tang, PLLC
134 W Soledad Ave, Suite 401              330 Hernan Cortez Avenue, Suite 200             330 Hernan Cortez Avenue, Suite 200
Hagatna, GU 96910-5079                    Hagatna, GU 96910-5081                          Hagatna, GU 96910-5081


First Hawaiian Bank    ecf                National Union Fire Insurance Company of Pit   ecf    Numerous Victims of Clergy Abuse (DRF Client  ECF
c/o Blair Sterling Johnson & Martinez     c/o Thompson Thompson & Alcantara, PC           CO Dooley Roberts & Fowler LLP
238 Archbishop Flores St. Ste. 1008       238 Archbishop Flores St., Ste 801              865 S Marine Corps Dr Ste 201
Hagatna, GU 96910-5205                    Hagatna, GU 96910-5205                          Tamuning, Gu 96913-3440


Numerous Victims of Clergy Abuse (Lujan clie   ecf    Sisters of Mercy Entities    ecf        U.S. Small Business Administration   ecf
CO Lujan and Wolff, LLP                   co The Law Offices of Duncan G. McCully         2401 Fourth Ave., Ste. 400
238 Archbishop Flores Street, Suite 300   139 Murray Boulevard, Suite 200                 Seattle, WA 98121-1430
DNA Building                              Hagatna, Gu 96910-5153
Hagatna, GU 96910-5206


Office of the Clerk                       A.A.C.                                          A.B.L.    ECF
520 W. Soledad Ave.                       c/o Lujan & Wolff LLP                           CO Berman OConnor and Mann
4th Floor, U.S. Courthouse                Delia L Wolff                                   111 W. Chalan Santo Papa, Suite 503
Hagatna, GU 96910-4916                    238 Archbishop Flores St, Ste 300               Hagatna, Guam 96910-5176
                                          Hagatna, GU 96910-5206


A.C.D.L.R                                 A.C.F.    ecf                                   A.C.J.
CO Lujan and Wolff LLP                    CO Roberts Fowler and Visosky LLP               Lujan and Wolff LLP
238 Archbishop Flores Street              Suite 201, Orlean Pacific Plaza                 Delia L Wolff
Suite 300                                 865 South Marine Corps Drive                    238 Archbishop Flores St., Ste. 300
Hagatna, Guam 96910-5206                  Tamuning, Guam 96913-3440                       Hagatna, GU 96910-5206


A.E.P.                                    A.J.B.R.JR.                                     A.J.V.
CO Berman OConnor and Mann                CO Lujan and Wolff LLP                          CO Lujan and Wolff LLP
111 W. Chalan Santo Papa, Suite 503       238 Archbishop Flores Street                    238 Archbishop Flores Street
Hagatna, Guam 96910-5176                  Suite 300                                       Suite 300
                                          Hagatna, Guam 96910-5206                        Hagatna, Guam 96910-5206


A.L.                                      A.L.A.                                          A.M.
c/o Lujan & Wolff LLP                     c/o Lujan & Wolff LLP                           CO Berman OConnor and Mann
Delia L Wolff                             Delia L Wolff                                   111 W. Chalan Santo Papa, Suite 503
238 Archbishop Flores St, Ste 300         238 Archbishop Flores St, Ste 300               Hagatna, Guam 96910-5176
Hagatna, GU 96910-5206                    Hagatna, GU 96910-5206


A.M.F.                                    A.M.S.                                          A.N.M.
Law Office of Anthony C. Perez            CO Roberts Fowler and Visosky LLP               CO Lujan and Wolff LLP
Anthony C. Perez                          Suite 201, Orlean Pacific Plaza                 238 Archbishop Flores Street
Ste 802, 238 Archbishop Flores St         865 South Marine Corps Drive                    Suite 300
Hagatna, GU 96910-5205                    Tamuning, Guam 96913-3440                       Hagatna, Guam 96910-5206


A.P.I.                                    A.P.R.                                          A.P.S.
CO Berman OConnor and Mann                CO Roberts Fowler and Visosky LLP               c/o Lujan & Wolff LLP
111 W. Chalan Santo Papa                  Suite 201, Orlean Pacific Plaza                 Delia L Wolff
Suite 503                                 865 South Marine Corps Drive                    238 Archbishop Flores St, Ste 300
Hagatna, Guam 96910-5176                  Tamuning, Guam 96913-3440                       Hagatna, GU 96910-5206
```

A.Q.Q.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

A.R.C.M.  ECF
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

A.S.A.F.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.S.V.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.T.A.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

A.T.B.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Academy of Our Lady of Guam
233 W Archbishop F Flores Street
Hagatna, GU 96910-5102

Agafa Gumas
PO Box 11496
Yigo, GU 96929-0496

Anthony Sablan Apuron
c/o Jacqueline T. Terlaje
284 W. Chalan Santo Papa
Hagatna, GU 96910-5154

Assumption of Our Lady
314 Assumption Drive
Piti, GU 96915-5563

B.A.
Berman O'Connor & Mann
Michael J. Berman
111 W Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

B.A.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

B.B.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

B.C.B.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

B.C.J.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

B.Q.V.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

B.T.M.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

B.T.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Bank of Guam
P.O. Box BW
Hagatna, GU 96932-7597

Bank of Hawaii
134 West Soledad Avenue
Hagatna, GU 96910-5057

Bishop Baumgartner Memorial School
281 Calle Angel Flores Street
Sinajana, GU 96910-3714

Blessed Diego de San Vitores
884 Pale' San Vitores Road
Tumon, GU 96913-4013

Boy Scouts of America
Attn Legal Department
1325 W. Walnut Hill Lane
Irving, Texas 75038-3096

Boy Scouts of America
PO Box 152079
Irving, TX 75015-2079

Boy Scouts of America Aloha Council
280 N Marine Corps Dr.
Tamuning, GU 96913-4105

C.B.B.C.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

C.M.D.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
238 Archbishop Flores Street
Hagatna, GU 96910-5205

C.M.M.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

C.O.
c/o Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

C.P.D.
c/o Law Office of Anthony C. Perez
Anthony C Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

C.W.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

CathoNet LLC
14 Hampshire Drive
Hudson, NH 03051-4921

Claimant Estate of G.C., et al.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

Congregation of Holy Cross
PO BOX 1064
Notre Dame, IN 46556-1064

D.E.Y.C.
c/o Lujan and Wolff LLP
David J Lujan
Ste 300, 238 Archbishop Flores St
Hagatna, GU 96910-5206

D.S.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

D.V.
Berman, O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

D.V.S.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

Dulce Nobre de Maria Cathedral
207 Archbishop Flores Street
Hagatna, GU 96910-5102

E.J.L.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Capuchin Franciscans
Province of St. Mary
30 Gedney Park Drive
White Plains, NY 10605-3534

Claimant B.D., et al.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910-5206

Claimant John Doe, et al.
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913-3440

D.A.N.
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

D.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

D.T.S.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910-5205

D.V.C.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

Delia Lujan Wolff
Lujan and Wolff LLP
Suite 300 DNA Building
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

E.B.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

E.M.M.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

Capuchin Franciscans Custody of
Star of the Sea
30 Gedney Park Drive
White Plains, NY 10605-3534

Claimant D.M.
c/o Charles H. McDonald II
238 Archbishop Flores St., Ste 404
Hagatna, GU 96910-5206

Claimant M.B., et al.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910-5205

D.E.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

D.N.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

D.U.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

D.V.R.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

Docomo Pacific
890 S Marine Corps Drive
Tamuning, GU 96913-3458

E.G.W.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

E.M.V.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

E.R.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

E.T.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

E.T.W.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

E.V.K.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

E.W.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Edith Concepcion (Doris)
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

F.A.C. Jr.
Pro Se
P.O. Box 25706
Barrigada, Guam 96921-5706

F.A.D
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.F.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

F.G.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

F.J.S.
c/o Anthony C. Perez
Law Office of Anthony C. Perez
Ste 802, DNA Bldg, 238 Archbishop Flores
Hagatna, GU 96910-5205

F.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.M.S.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

F.P.
CO Berman OConnor and Mann
111 West Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.S.B.S.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

F.S.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.T.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

F.T.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

Father Duenas Memorial School
PO Box FD
Hagatna, GU 96932-7654

First Hawaiian Bank
Attn: Loan Recovery Dept
PO Box 4070
Honolulu, HI 96812-4070

First Hawaiian Bank
Ed Untalan
400 Rout 8, Suite 101
Maite, GU 96910-2026

First Hawaiian Bank   LCS
c/o Blair Sterling Johnson & Martinez
238 Archbishop Flores St. Ste. 1008
Hagatna, Guam 96910-5205

G.A.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

G.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

G.C.G.
CO Law Office of Anthony C. Perez
Suite 802 DNA Bldg
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

G.C.S.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.E.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

G.G.E.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
Ste 802, 238 Archbishop Flores St
Hagatna, GU 96910-5205

G.H.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

G.J.Q.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.J.S.M.B.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.M.D.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.S.M.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.T.P.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

G.T.Y.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
Ste 802, 238 Archbishop Flores St
Hagatna, GU 96910-5205

G.W.B.J.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.Y.Y.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

Guam Capital Investment Corp. Bldg.
414 W. Soledad Ave., Suite 500
Hagatna, GU 96910-5066

Guam Reef Hotel, Inc.
1317 Pale San Vitores Road
Barrigada, GU 96913-4298

Guam Telephone Authority
624 N. Marine Corps Drive
Barrigada, GU 96913-4401

H.A.W.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

H.B.B.
Pro Se
P.O. Box 1491
Hagatna, GU 96932-1491

H.J.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

H.J.C.SR.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

H.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

I.V.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

Iain A. Macdonald
221 Sansome Street, # 3
San Francisco, CA 94104-2331

Immaculate Heart of Mary
225 Aragon Street
Toto, GU 96910-3000

J.A.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

J.A.B.
c/o Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

J.A.B.D.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

J.A.B.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.B.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.B.P.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.B.P.
Pro Se
PO Box 313
Hagatna, Guam 96932-0313

J.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.C.B.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

J.C.G.
c/o Lujan & Wolff LLP
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.C.N.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.S.S.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.T.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

J.E.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.F.G.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

J.G.F.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.H.C.
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.I.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.I.I.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.J.I.C.
c/o Lujan & Wolff LLP
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.J.P.
Pro Se
CO P.O. Box BZ
Hagatna, Guam 96932-7617

J.L.K.
CO Lujan and Wolff LLP
238 Archbishop Flores St., Suite 300
Hagatna, GU 96910-5206

J.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.M.C.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

J.M.I.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.M.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

J.M.Q.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.N.P.D.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

J.P.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.P.G.L.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.P.N.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.P.T.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.R.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.R.A.
Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

J.R.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.T.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.T.S.
c/o Lujan & Wolff LLP
Gloria L Rudolph
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.W.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

K.E.J.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

K.S.
Berman O'Connor & Mann
Michael J Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

L.J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

Leonilo Alger
231 Hesler Place, Suite 101
Hagatna, GU 96910-5082

M.A.C.
P.O. Box 12064
Tamuning, Guam 96931-2064

M.D.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

M.F.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.T.B.SR.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

J.V.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Ju.A.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

K.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

L.B.T.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

L.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Louis Brouillard
c/o Meier, Kennedy and Quinn
445 Minnesota Street, #2200
Saint Paul, MN 55101-2137

M.A.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

M.D.M.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.I.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.T.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.V.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

K.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

K.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

L.C.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

LAW OFFICE OF VINCENT LEON GUERRERO
P.O. Box 12457
Tamuning, Guam 96931-2457

M.A.C.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

M.C.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

M.F.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

M.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

```
M.J.D.A.                                M.J.P.                                  M.L.M.
CO Lujan and Wolff LLP                  CO Lujan and Wolff LLP                  CO Berman OConnor and Mann
238 Archbishop Flores Street, Suite 300 238 Archbishop Flores Street            111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5206                Suite 300                               Hagatna, Guam 96910-5176
                                        Hagatna, Guam 96910-5206

M.M.                                    M.M.                                    M.P.
CO Berman OConnor and Mann              CO Lujan and Wolff LLP                  CO Law Office of Anthony C. Perez
111 W. Chalan Santo Papa, Suite 503     238 Archbishop Flores Street            Suite 802, DNA Bldg.
Hagatna, Guam 96910-5176                Suite 300                               238 Archbishop Flores St.
                                        Hagatna, GU 96910-5206                  Hagatna, Guam 96910-5205

M.Q.G.                                  M.Q.G.                                  M.R.W.
CO Lujan and Wolff, LLP                 Dededo Law Office                       CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300 Mark E. Williams                        238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206                166 West Marine Corps Dr, Ste 102       Hagatna, Guam 96910-5206
                                        Dededo, GU 96929-5911

M.S.B.S.                                M.S.Q.                                  M.T.D.
c/o Lujan & Wolff LLP                   CO Lujan and Wolff LLP                  McDonald Law Office, LLC
Delia L. Wolff                          Suite 238 Archbishop Flores Street      Charles H. McDonald II
238 Archbishop Flores St., Ste 300      Suite 300                               Ste 404, 238 Archbishop Flores St
Hagatna, GU 96910-5206                  Hagatna, Guam 96910                     Hagatna, GU 96910-5206

M.T.S.                                  M.W.M.                                  M.W.P.
CO Lujan and Wolff LLP                  CO Berman OConnor and Mann              Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300 111 W. Chalan Santo Papa, Suite 503     Delia Lujan Wolff
Hagatna, Guam 96910-5206                Hagatna, Guam 96910-5176                238 Archbishop Flores St., Ste. 300
                                                                                Hagatna, GU 96910-5206

M.W.R.                                  Marist Province Center                  Mark Williams, Esq.
CO Law Office of Anthony C. Perez       NDDU-IBED Lagao Campus                  LAW OFFICES OF MARK E. WILLIAMS, P.C.
Suite 802, DNA Bldg.                    PO Box 42                               102 BankPacific Building
238 Archbishop Flores Street            9500 General Santos City, Philippines   166 West Marine Corps Drive
Hagatna, Guam 96910-5205                                                        Dededo, Guam 96929-5911

Mary Quinata                            Mc.F.                                   N.A.Q.
Camacho Calvo Law Group, LLC            Berman O'Connor & Mann                  c/o Law Office of Anthony C. Perez
134 W Soleded Ave., Ste. 401            Michael J. Berman                       Anthony C. Perez
Hagatna, GU 96910-5079                  111 W. Chalan Santo Papa, Ste 503       DNA Bldg, 238 Archbishop Flores St
                                        Hagatna, GU 96910-5176                  Hagatna, GU 96910-5205

                                                                                National Union Fire Ins. Co. of Pittsburgh,
N.C.A.                                  N.J.D.A.                                c/o Thompson Thompson & Alcantara, PC
CO Lujan and Wolff LLP                  c/o Lujan & Wolff LLP                   238 Archbishop Flores St., Ste. 801
238 Archbishop Flores Street            Delia L Wolff                           Hagatna, Guam 96910-5205
Suite 300                               238 Archbishop Flores St, Ste 300
Hagatna, Guam 96910-5206                Hagatna, GU 96910-5206

Nino Perdido y Sagrada Familia          Nuestra Senora De La Paz y Buen         Nuestra Senora de las Aguas
PO Box 45                               PO Box EC                               PO Box 163
Hagatna, GU 96932-0045                  Hagatna, GU 96932-7565                  Hagatna, GU 96932-0163


Office Of The U.S. Trustee              Our Lady of Guadalupe                   Our Lady of Lourdes
1132 Bishop St., Suite 602              PO Box 7355                             153 Chalan Pale Ramon Lagu
Honolulu, HI 96813-2830                 Agat, GU 96928-0355                     Unit A
                                                                                Yigo, GU 96929-2729
```

Our Lady of Mt Carmel School
PO Box 7830
Agat, GU 96928-0830

Our Lady of Mt. Carmel
PO Box 8353
Agat, GU 96928-1353

Our Lady of Purification
198 Cuesta San Ramon
Ste B
Hagatna, GU 96910

Our Lady of the Blessed Sacrament
135 Chalan Kapuchino
Agana Heights, GU 96910-6128

P.A.A.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

P.A.V.M.
c/o Lujan & Wolff LLP
David John Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.B.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.H.V.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.J.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

P.J.D.N.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.J.M.S.
CO Lujan and Wolff LLP
238 Archbishop Flores St., Suite 300
Hagatna, Guam 96910-5206

P.J.P.D.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

P.M.D.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

P.P.
CO Berman OConnor and Mann
111 West Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

P.P.C.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

P.P.R.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.R.W.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

P.S.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

P.S.A.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

P.U.Q.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.W.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

PBBJR
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

Pacific Solar and Photovoltaics
PO Box 6754
Tamuning, GU 96931-6754

R.A.D.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.A.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.A.P.T.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

R.A.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.B.C.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.B.C.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.B.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.C.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.C.F.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

R.E.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.G.M.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

R.J.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

R.M.C.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.M.V.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.P.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.S.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, GU 96910-5206

R.B.D.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.D.
c/o Roberts Fowler & Visosky LLP
Kevin J. Fowler, Esq.
Ste 201, 865 Marine Corps Dr
Tamuning, GU 96913-3440

R.F.M.
CO Berman Oconnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.I.C.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.J.W.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.M.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.R.C.C.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Barrigada, GU 96910-5206

R.S.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.B.R.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.C.B.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

R.D.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

R.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

R.J.M.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.L.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.M.T.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

R.P.C.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

R.R.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.T.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.T.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

Roland Sondia
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

S.H.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

S.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Saint Francis Catholic School
PO Box 21297
Barrigada, Guam 96921-1297

San Dionisio
PO Box 6099
Merizo, GU 96916-0399

San Juan Bautista
PO Box 49
Hagatna, GU 96932-0049

Santa Barbara
330 Iglesia Circle
Dededo, GU 96929-5327

Santa Teresita
192 Vietnam Veterans Hwy
Mangilao, GU 96913-6301

School Sisters of Notre Dame-Region of Guam /ecf
G. Patrick Civille
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910-5081

R.Y.Y.
c/o Anthony C. Perez
Law Office of Anthony C. Perez
Ste. 802, 238 Archbishop Flores Street
Hagatna, GU 96910-5205

Roy Quintanilla
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

S.J.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203-4002

Saint Jude Thaddeus
122 Bien Avenida Avenue
Sinajana, GU 96910-3664

San Francisco de Asis
1404 N Canton Tasi
Yona, GU 96915-4665

San Miguel
138 San Miguel Street
Talofofo, GU 96915-3644

Santa Barbara Catholic School
274 West Santa Barbara Avenue
Suite A
Dededo, GU 96929-5378

School Sisters of Norte Dame
Greensfelder, Bernard Huger
10 S. Broadway, Ste. 2000
Saint Louis, MO 63102-1747

Securitech
PO Box 7779
Tamuning, GU 96931-7779

Risk Partner Tools and Mngmt Risk
5100 E Skelly Drive, Suite 900
Tulsa, OK 74135-6541

S.H.L.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

S.P.J.V.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

Saint Anthony Catholic School
529 Chalan San Antonio
Tamuning, GU 96913-3600

San Dimas and
Our Lady of the Rosary
PO Box 6099
Merizo, GU 96916-0399

San Isidro
HC 1 Box 17083
Inarajan, GU 96915-7806

San Vincente Catholic School
196 Bejong Street
Barrigada, GU 96913-1182

Santa Bernadita Church
PO Box 11496
Yigo, GU 96929-0496

School Sisters of Norte Dame Central /ecf
Pacific Province, Inc. (contd.)
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910-5081

Sisters of Mercy Entities
co The Law Offices of Duncan G. McCully
139 Murray Boulevard, Suite 200
Hagatna, Guam 96910-5153

| | | |
|---|---|---|
| Sisters of Mercy of NC on Guam<br>101 Mercy Drive<br>Belmont, NC 28012-2898 | Sisters of Mercy of North Carolina<br>100 McAuley Circle<br>Belmont, NC 28012 | St. Andrew Kim<br>PO Box 1555<br>Hagatna, GU 96932-1555 |
| St. Anthony and St. Victor<br>PO Box 7707<br>Tamuning, GU 96931-7707 | St. Joseph<br>PO Box 170022<br>Inarajan, GU 96917-0022 | St. Vincente Ferrer and San Roke<br>229 San Roque Drive<br>Barrigada, GU 96913-1131 |
| T.A.C.Sr.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 | T.A.D.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910-5113 | T.D.N.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| T.H.Q.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | T.M.A.<br>c/o Lujan & Wolff LLP<br>David J Lujan<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | T.M.E.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 |
| T.O.T.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | T.R.S.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | Takecare Insurance Co.<br>PO Box 6578<br>Tamuning, GU 96931-6578 |
| U.S. Small Business Administration<br>c/o Jayson Pang<br>2401 Fourth Avenue, Suite 400<br>Seattle, WA 98121-1430 | V.C.P.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 | V.G.P.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 |
| V.M.<br>Berman O'Connor & Mann<br>Michael J. Berman<br>111 W. Chalan Santo Papa, Ste 503<br>Hagatna, GU 96910-5176 | V.M.C.<br>Lujan and Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste. 300<br>Hagatna, GU 96910-5206 | V.P.A.<br>CO Roberts Fowler and Visosky LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Corps Drive<br>Tamuning, Guam 96913-3440 |
| V.S.F.<br>Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 | V.T.S.N.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | V.U.Q.<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| Victim M.Q.G.<br>c/o Law Offices of Mark Williams, P.C.<br>PO Box 21298<br>Barrigada, GU 96921-1298 | W.A.B.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street, Suite 300<br>Hagatna, Guam 96910-5206 | W.A.P.J.<br>c/o Lujan & Wolff LLP<br>Delia L. Wolff<br>238 Archbishop Flores St., Ste 300<br>Hagatna, GU 96910-5206 |
| W.C.S.<br>CO Berman OConnor and Mann<br>111 W. Chalan Santo Papa, Suite 503<br>Hagatna, Guam 96910-5176 | W.D.S.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | W.G.D.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, GU 96910-5206 |

| | | |
|---|---|---|
| W.J.B.<br>CO Lujan and Wolff LLP<br>238 Archbishop Flores Street<br>Suite 300<br>Hagatna, Guam 96910-5206 | W.Y.<br>Michael J. Berman<br>Berman O'Connor & Mann<br>111 W. Chalan Santo Papa, Ste. 503<br>Hagatna, GU 96910-5176 | Walter Denton<br>c/o Lujan & Wolff LLP<br>Delia L Wolff<br>238 Archbishop Flores St, Ste 300<br>Hagatna, GU 96910-5206 |
| Bruce A. Anderson<br>Elsaesser Anderson, Chtd.<br>320 East Neider Avenue, Suite 102<br>Coeur d'Alene, ID 83815-6007 | Gina Campos<br>RE/MAX Diamond Realty<br>238 E. Marine Corps Drive<br>Suite 202<br>Hagatna, GU 96910-5194 | J. Ford Elsaesser<br>Elsaesser Anderson, CHTD<br>320 East Neider Avenue, Suite 102<br>Coeur d'Alene, ID 83815-6007 |
| John C. Terlaje<br>Attorney at Law<br>Suite 216, Former Union Bank Bldg.<br>194 Hernan Cortes Ave.<br>Hagatna, GU 96910-5036 | Keith Talbot<br>Patterson Buchanan Fobes & Leitch, Inc.,<br>1000 Second Avenue<br>Ste 30th Floor<br>Seattle, WA 98104-1093 | Victim M.Q.S.<br>c/o Law Office of Mark Williams, P.C.<br>102 BankPacific Bldg.<br>166 W. Marine Dr.<br>Dededo, GU 96929-5911 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Blank Rome LLP | (u)Catholic Parishes and Schools | (u)Committee of Unsecured Creditors |
| (u)Cornerstone Valuation Guam, Inc. | (u)Davis and Davis, P.C. | (u)John C. Terlaje |
| (u)Keen Summit Capital Partners LLC | (u)Law Office of Paul Richler | (u)Numerous Victims of Clergy Abuse (BOM Clie |
| (u)Numerous Victims of Clergy Abuse (Perez Cl | (u)Our Lady of the Blessed Sacrament | (u)Pacific Human Resources Services, Inc. |
| (u)Stinson LLP | (u)The Continental Insurance Company, as succ | (u)Victim M.T.D. |
| (du)Numerous Victims of Clergy Abuse (BOM Cli | End of Label Matrix<br>Mailable recipients 368<br>Bypassed recipients 16<br>Total 384 | |