OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING   3931
Assistant United States Trustee
1132 Bishop Street, Suite 602
Honolulu, Hawaii   96813
Telephone:   (808) 522-8154
Ustpregion15.hi.ecf@usdoj.gov

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In re ) | CASE NO. 19-00010 | |
| ) | (Chapter 11) | |
| ARCHBISHOP OF AGANA, ) | | |
| a Corporation Sole, ) | Date:   February 21, 2020 | |
| ) | Time:   9:30 a.m. | |
| Debtor. ) | Judge:   Hon. FRANCES | |
| _____) | TYDINGCO-GATEWOOD | |

**UNITED STATES TRUSTEE'S STATEMENT REGARDING MOTION
FOR ORDER APPOINTING UNKNOWN CLAIMS REPRESENTATIVE**

The United States Trustee respectfully submits this statement regarding the Debtor's Motion For Order Appointing Unknown Claims Representative ("Motion") filed on January 16, 2020.

The United States Trustee takes no position regarding the Motion except as follows:

The fees of the Unknown Claims Representative ("UCF"), if one is appointed, should be subject to the interim fee procedures set out in the Court's order dated March 11, 2019.

The fees of the UCR, if one is appointed, should be capped at $50,000. The United States Trustee notes that the same person proposed to serve as the UCR, in the three most recent diocese or archdiocese cases in which he was appointed as an unknown claims representative,

1

was capped at $50,000.[1]

In addition, in the most recently filed case (In re Roman Catholic Bishop of Great Falls, Montana, Case no. 17-60271), the unknown claims representative's hourly rate was $450/hour. See Docket No. 361. The Debtor should explain any negotiations it held with the proposed UCF on how it arrived at a higher hourly rate with no cap on fees.

DATED: February 14, 2020

TIFFANY L. CARROLL
Acting United States Trustee

By: /s/ CURTIS CHING
Assistant U.S. Trustee

---

1  The three cases are:
  1. In re Roman Catholic Bishop of Great Falls, Montana, Case No. 17-60271 (hourly rate: $450/hour capped at $50,000, plus expenses).   See Docket No. 361, paragraph 21.
  2. In re Diocese of Duluth, Case No. 15-50792 (hourly rate $550/hour, requiring further leave of court to incur fees and expenses in excess of $50,000).   See Docket No. 328, paragraph 5.
  3. In re The Archdiocese of Saint Paul and Minneapolis, Case No. 15-30125 (hourly rate: $550/hour with fees and expenses capped at $50,000, requiring further leave of court to incur fees and expenses in excess of $50,000). See Docket No. 969, paragraph 5.