SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
Chief, Civil Division
JESSICA F. WESSLING
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

*Attorneys for Creditor U.S. Small Business Administration*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGANA,<br>a Corporation Sole,<br><br>Debtor. | BANKRUPTCY CASE NO. 19-00010<br><br>**OBJECTION TO MOTION TO PROCESS PPP FINANCING; MOTION FOR EXTENSION TO FILE BRIEF** |

COMES NOW the U.S. Small Business Administration ("SBA"), by and through its undersigned counsel, and hereby objects to Creditor Bank of Guam's Motion to Process PPP Financing (ECF No. 409, hereinafter "Motion") and moves for a 7-day extension to file its brief in response to the Motion. In support, SBA states:

Through its Motion, Bank of Guam is seeking "approval" of its Payment Protection Program ("PPP") loan agreements with several Catholic entities, including churches and schools. *See* Supplemental Declaration of Kevin Camacho in Support of Motion, ECF No. 415 (listing 15 churches and schools). The Motion states that the Bank of Guam does not take a position as to whether the PPP loan applicants are "part of the Estate," Motion at 5, and does not explicitly ask the court for a determination on the eligibility of any applicants for PPP loans. Nevertheless, because the Motion asks the Court to enter an order "approving the loan agreements" with

respect to PPP loans, the United States objects to the extent that any proposed order may purport to grant relief on claims that are not properly before the Court, not within the Court's subject matter jurisdiction or for which there is no sovereign immunity waiver permitting a claim for such relief against the SBA.

Counsel for the United States has begun to discuss its potential concerns about the form of the proposed order with counsel for the Bank of Guam and expects that the parties may be able to resolve the United States' objection. Therefore, SBA requests a 7-day extension of its deadline to object to the Motion to allow the parties a reasonable period to work towards a potential agreement on an acceptable form of the order, and for the Court to move the hearing to a time after Bank of Guam's reply is filed, should one be necessary.

RESPECTFULLY SUBMITTED this 7th day of May, 2020.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: */s/ Jessica F. Wessling*
JESSICA F. WESSLING
Assistant U.S. Attorneys
*Attorneys for Creditor*
*U.S. Small Business Administration*