ARRIOLA, COWAN AND ARRIOLA
MARK E. COWAN (Bar No. 73002)
ANITA P. ARRIOLA (Bar No. 89001)
259 Martyr St., Ste. 201
Hagåtña, GU 96910-5200
Telephone: (671) 477-9730
Facsimile: (671) 477-9734

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD *(Admitted Pro Hac Vice)*
RENO F.R. FERNANDEZ III *(Admitted Pro Hac Vice)*
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
BANK OF GUAM

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>ARCHBISHOP OF AGAÑA, A Corporation Sole,<br><br>Debtor. | Bankr. Case No. 19-00010<br><br>Chapter 11<br><br>**REPLY TO U.S. SMALL BUSINESS ASSOCIATION OBJECTION TO MOTION TO PROCESS PPP FINANCING; MOTION FOR EXTENSION TO FILE BRIEF**<br><br>**Hearing Date: May 11, 2019**<br><br>**Time: 8:30 AM**<br><br>**Judge: Hon. Frances Tydingco-Gatewood**<br><br>Hon. Frances Tydingco-Gatewood |

Creditor Bank of Guam (the "<u>Bank</u>") hereby responds to the U.S. Small Business Association's ("SBA") Objection to Motion to Process PPP Financing; Motion for Extension to File Brief [Dkt. 422] filed on May 7, 2020 (the "Objection).

Bank respectfully requests that this Court grant its Motion to Process PPP Financing filed on May 1, 2020 [Dkt. 409] (the "Motion") as follows:

Bank and SBA, through their respective counsel, have met and conferred in attempts of resolving the issues raised in the SBA's Objection.

The SBA raised issued relating to whether the PPP loan applicants are "part of the Estate" and the eligibility of the applicants.

The Bank has considered the SBA's concerns and objections and the Bank proposes that the following would resolve those issues.

Bank believes that is fair and reasonable for the Court to authorize Bank to receive and process PPP loan applications from the entities listed on the attached Exhibit "A," as may be supplemented from time to time, and to fund such loans as are approved by SBA; provided that an order shall not be deemed to compel SBA to approve such loans.

The Bank further believes it is fair and reasonable that it be authorized to extend unsecured credit, under Bankruptcy Code Section 364(b), to fund such PPP loan applications as are granted by the SBA to the entities listed on the attached Exhibit "A", as may be supplemented from time to time.

The Bank is agreeable that nothing in an order shall be construed as requiring or otherwise compelling SBA to approve such loans.

Based on the foregoing, the records and files submitted herein, Bank respectfully requests that the Bank's Motion be granted in the in the form of the Proposed Order Granting Motion to Process PPP Financing, attached hereto.

RESPECTFULLY SUBMITTED

DATED: May 7, 2020                MACDONALD | FERNANDEZ LLP


By: */s/ Iain A. Macdonald*
    Iain A. Macdonald
    Attorneys for Secured Creditor,
    BANK OF GUAM

2

Case 19-00010   Document 424   Filed 05/08/20   Page 2 of 10

# EXHIBIT A

| Entity | Program | Amount | Status |
|---|---|---|---|
| Santa Barbara Catholic School | Paycheck Protection Program | $338,355.15 | APPROVED |
| San Isidro Catholic Church | Paycheck Protection Program | $6,229.97 | APPROVED |
| San Vicente/San Roke Catholic Church | Paycheck Protection Program | $26,050.00 | APPROVED |
| Saint Francis School | Paycheck Protection Program | $123,657.57 | APPROVED |
| St. Francis Catholic Church | Paycheck Protection Program | $10,381.05 | APPROVED |
| Santa Teresita Catholic Church | Paycheck Protection Program | $22,137.80 | APPROVED |
| Academy of Our Lady of Guam | Paycheck Protection Program | $287,027.50 | APPROVED |
| Santa Barbara Catholic church | Paycheck Protection Program | $55,122.05 | APPROVED |
| Bishop Baumgartner Memorial School | Paycheck Protection Program | $312,780.20 | APPROVED |
| San Vicente Catholic School | Paycheck Protection Program | $156,375.00 | APPROVED |
| St. Joseph Catholic Church | Paycheck Protection Program | $7,392.50 | APPROVED |
| Father Duenas Memorial School | Paycheck Protection Program | $376,620.00 | APPROVED |
| Our Lady of Lourdes Catholic Church | Paycheck Protection Program | $33,639.00 | Not Processed |
| San Dimas & Our Lady of the Rosary Catholic Church | Paycheck Protection Program | $13,613.00 | Not Processed |
| Our Lady of the Blessed Sacrament Church | Paycheck Protection Program | $11,875.00 | Not Processed |
| Catholic Cemeteries of Guam, Inc. | Paycheck Protection Program | $39,555.72 | Not Processed |

# PROPOSED ORDER

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>ARCHBISHOP OF AGAÑA, A Corporation Sole,<br><br>            Debtor. | Bankr. Case No. 19-00010<br><br>Chapter 11<br><br>Hon. Frances Tydingco-Gatewood |

**ORDER GRANTING MOTION TO PROCESS PPP FINANCING**

      This matter came before the Court upon Creditor Bank of Guam's (the "<u>Bank</u>") Motion to Process PPP Financing filed on May 1, 2020 [Dkt. 409] (the "Motion") and heard on May 11, 2020. Pursuant to the Motion the Bank seeks approval of its PPP loan agreements with various entities, namely, Catholic Churches and Schools, and one Cemetery, as identified on **Exhibit "A"** attached hereto.

      On May 7, 2020, U.S. Small Business Association ("SBA") filed an Objection to Motion to Process PPP Financing; Motion for Extension to File Brief [Dkt. 422]. No other objections have been timely filed.

      Bank and SBA have met and conferred but have not yet reached an agreement as to the relief to resolve SBA's concerns and its need for an extension of time to file a brief. However, Bank believes the following terms of agreement set forth in this Order will resolve the concerns.

      **BASED UPON THE RECORD BEFORE THE COURT, THE COURT FINDS AND CONCLUDES AS FOLLOWS:**

      1.    The Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on January 16, 2019 (the "Petition Date").

1

2. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(D). The statutory bases for the relief requested in the Motion are Bankruptcy Code §§ 105, 361 and 364. Fed. R. Bankr. P. 4001(c) governs the Motion.

3. Since the Petition Date, the Debtor has been operating as a debtor-in-possession pursuant to Bankruptcy Code §§ 107 and 1108.

4. The Bank filed its Motion to Process PPP Financing on May 1, 2020 [Dkt. 409].

5. The SBA filed an Objection to Motion to Process PPP Financing; Motion for Extension to File Brief [Dkt. 422] on May 7, 2020 raising concerns relating to PPP loan applicants are "part of the Estate" and the eligibility of applicants. No other objections have been timely filed.

**BASED ON THESE FINDINGS AND CONCLUSIONS, IT IS HEREBY ORDERED:**

1. Motion is Granted, subject to the following limitation;

2. Bank of Guam is authorized to receive and process PPP loan applications from the entities listed on the attached Exhibit "A," as may be supplemented from time to time;

3. Bank of Guam is further authorized to extend unsecured credit, under Bankruptcy Code Section 364(b), to fund such PPP loan applications as are granted by the SBA to the entities listed on the attached Exhibit "A", as may be supplemented from time to time;

4. Nothing in this order shall be construed as requiring or otherwise compelling SBA to approve such loans.

**IT IS SO ORDERED**

# EXHIBIT A

| Entity | Program | Amount | Status |
|---|---|---|---|
| Santa Barbara Catholic School | Paycheck Protection Program | $338,355.15 | APPROVED |
| San Isidro Catholic Church | Paycheck Protection Program | $6,229.97 | APPROVED |
| San Vicente/San Roke Catholic Church | Paycheck Protection Program | $26,050.00 | APPROVED |
| Saint Francis School | Paycheck Protection Program | $123,657.57 | APPROVED |
| St. Francis Catholic Church | Paycheck Protection Program | $10,381.05 | APPROVED |
| Santa Teresita Catholic Church | Paycheck Protection Program | $22,137.80 | APPROVED |
| Academy of Our Lady of Guam | Paycheck Protection Program | $287,027.50 | APPROVED |
| Santa Barbara Catholic church | Paycheck Protection Program | $55,122.05 | APPROVED |
| Bishop Baumgartner Memorial School | Paycheck Protection Program | $312,780.20 | APPROVED |
| San Vicente Catholic School | Paycheck Protection Program | $156,375.00 | APPROVED |
| St. Joseph Catholic Church | Paycheck Protection Program | $7,392.50 | APPROVED |
| Father Duenas Memorial School | Paycheck Protection Program | $376,620.00 | APPROVED |
| Our Lady of Lourdes Catholic Church | Paycheck Protection Program | $33,639.00 | Not Processed |
| San Dimas & Our Lady of the Rosary Catholic Church | Paycheck Protection Program | $13,613.00 | Not Processed |
| Our Lady of the Blessed Sacrament Church | Paycheck Protection Program | $11,875.00 | Not Processed |
| Catholic Cemeteries of Guam, Inc. | Paycheck Protection Program | $39,555.72 | Not Processed |

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 7, 2020, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

                                        */s/ Iain A. Macdonald*
                                        Iain A. Macdonald

3