# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# BANKRUPTCY DIVISION

In re:

ARCHBISHOP OF AGAÑA,
a Corporation Sole,

Debtor.

Chapter 11

Case No. 19-00010

## JOINT STATUS REPORT

The Archbishop of Agaña, a Corporation Sole ("Debtor"), by and through its undersigned counsel, Elsaesser Anderson, Chtd., and the Office Committee of Unsecured Creditors ("Committee"), by and through its counsel, Stinson LLP, submit this joint status report pursuant to the Court's April 24, 2020, Order. [Doc. 405].

The Committee and Debtor met and conferred on April 28, 2020 (Pacific Time) regarding the unresolved issues that led the Committee to file the Application to Employ Ankura Consulting Group, LLC. The parties have reached a partial agreement on the status of the production of documents, and the Debtor has agreed to take the following actions to comply with the Committee's requests for discovery:

A. The Debtor and Committee have discussed, but have not yet officially agreed to, a response date to the Committee's Second Set of Request for the Production of Documents and First Set of Interrogatories. The parties anticipate the first round of documents will be produced on or before May 18, 2020 (Pacific Time) and will be finalized on or before June 30, 2020 (Pacific Time).

B. The Debtor agreed to make its attorneys from Patterson Buchanan Fobes & Leitch, Inc., P.S. and Blank Rome available for an informal interview with the Committee and its insurance attorneys, regarding the Debtor's efforts to locate missing insurance policies. The Debtor's attorneys provided a written response on May 1, 2020 (Pacific Time) to the Committee's questions, and a telephone interview occurred on May 5,

2020 (Pacific Time). Written confirmation regarding CNA's diligent search for policy information was provided. The Committee has requested supporting documents related to the Debtor's responses, and the attorneys at Patterson Buchanan Fobes & Leitch, Inc., P.S. promised to produce these documents to the Committee as soon as possible.

C. The Debtor and the Committee have agreed to submit a revised proposed scheduling order in the Corporation Sole Adversary Case, 19-adv-00001, to adjust for the delays in the case.

D. The Debtor and Committee have agreed to schedule depositions of the following parties:

　　i. **Josie Villanueva**. The Committee conducted a deposition on May 5, 2020 (Pacific) for four hours. The deposition has been continued for an additional four hours to a date and time to be agreed by the parties.

　　ii. **Richard Untalan**. The Debtor has agreed to coordinate with Mr. Untalan to sit for a deposition. The Committee proposes to depose Mr. Untalan on a date between May 25 and June 5, 2020. The Committee continues to coordinate with the Debtor on an agreed time and date for the deposition.

　　iii. **Former Archbishop Apuron**. The Debtor has agreed to cooperate in locating former Archbishop Apuron. The Committee has attempted to serve Mr. Apuron with a subpoena to sit for a deposition but was unable to locate him at his primary residence. On April 28, 2020, the Committee contacted Jacqueline Taitano Terlaje, Esq., known to represent Mr. Apuron in related matters, in an effort to coordinate service. The Committee has received no response from Ms. Terlaje. The Committee is aware that the Debtor continues to make monthly payments to Mr. Apuron and has requested that the Debtor make further efforts to aid in effectuating service of the subpoena.

iv. **Chris Felix**. The Committee proposes to depose Mr. Felix on issues related to his service on the Finance Council and his efforts to assess the value of the Debtor's real property. The Committee proposes to depose Mr. Felix on a date between May 25 and June 5, 2020. The Committee continues to coordinate with the Debtor on an agreed time and date for the deposition.

v. **Jenni Shimizu**. The Committee proposes to depose Ms. Shimizu on issues related to her service on the Finance Council and her efforts to catalogue the Debtor's real property. The Committee proposes to depose Ms. Shimizu on a date between May 25 and June 5, 2020. The Committee continues to coordinate with the Debtor on an agreed time and date for the deposition.

vi. **Joseph Rivera**. The Committee proposes to depose Mr. Joseph Rivera regarding his time on the Finance Council and his knowledge of the Debtor's insurance history. The Committee proposes to depose Mr. Rivera on a date between May 25 and June 5, 2020. The Committee continues to coordinate with the Debtor on an agreed time and date for the deposition.

vii. **Deloitte & Touche**. The Committee has meet and conferred with the attorneys for Deloitte regarding a date for the production of documents. The Committee and Deloitte anticipate filing an agreed Motion for 2004 Examination before May 30, 2020 setting forth a formal response date by which Deloitte will produce documents. The Debtor has expressed its consent to the Committee's efforts to subpoena documents from Deloitte.

viii. **Future Depositions**. The Committee and the Debtor have agreed to make additional efforts to meet and confer upon the completion of the above discovery to discuss whether additional steps are needed.

| | |
|---|---|
| Respectfully submitted, | **ARCHBISHOP OF AGAÑA** |
| Dated: May 8, 2020 | |
| | */s/ Bruce A. Anderson* |
| | Ford Elsaesser, ISB #2205 |
| | Bruce A. Anderson, ISB #3392 |
| | ELSAESSER ANDERSON, CHTD. |
| | 320 East Neider Avenue, Suite 102 |
| | Coeur d'Alene, ID  83815 |
| | Tel:     (208) 667-2900 |
| | Fax:    (208) 667-2150 |
| | ford@eaidaho.com |
| | brucea@eaidaho.com |
| | |
| | John C. Terlaje |
| | LAW OFFICE OF JOHN C. TERLAJE |
| | Terlaje Professional Bldg., Suite 216 |
| | 194 Hernan Cortez Ave. |
| | Hagåtña, Guam 96910 |
| | Telephone: (671) 477-8894/5 |
| | john@terlaje.net |
| | |
| | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | |
| Dated:  May 8, 2020 | */s/ Andrew J. Glasnovich* |
| | **STINSON LLP** |
| | Robert T. Kugler |
| | Edwin H. Caldie |
| | Andrew Glasnovich |
| | 50 South Sixth Street, Ste. 2600 |
| | Minneapolis, MN 550402 |