# EXHIBIT A

| Entity | Program | Amount | Status |
|---|---|---|---|
| Santa Barbara Catholic School | Paycheck Protection Program | $338,355.15 | APPROVED |
| San Isidro Catholic Church | Paycheck Protection Program | $6,229.97 | APPROVED |
| San Vicente/San Roke Catholic Church | Paycheck Protection Program | $26,050.00 | APPROVED |
| Saint Francis School | Paycheck Protection Program | $123,657.57 | APPROVED |
| St. Francis Catholic Church | Paycheck Protection Program | $10,381.05 | APPROVED |
| Santa Teresita Catholic Church | Paycheck Protection Program | $22,137.80 | APPROVED |
| Academy of Our Lady of Guam | Paycheck Protection Program | $287,027.50 | APPROVED |
| Santa Barbara Catholic church | Paycheck Protection Program | $55,122.05 | APPROVED |
| Bishop Baumgartner Memorial School | Paycheck Protection Program | $312,780.20 | APPROVED |
| San Vicente Catholic School | Paycheck Protection Program | $156,375.00 | APPROVED |
| St. Joseph Catholic Church | Paycheck Protection Program | $7,392.50 | APPROVED |
| Father Duenas Memorial School | Paycheck Protection Program | $376,620.00 | APPROVED |
| Our Lady of Lourdes Catholic Church | Paycheck Protection Program | $33,639.00 | Not Processed |
| San Dimas & Our Lady of the Rosary Catholic Church | Paycheck Protection Program | $13,613.00 | Not Processed |
| Our Lady of the Blessed Sacrament Church | Paycheck Protection Program | $11,875.00 | Not Processed |
| Catholic Cemeteries of Guam, Inc. | Paycheck Protection Program | $39,555.72 | Not Processed |