OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING   3931
Assistant United States Trustee
1132 Bishop Street, Suite 602
Honolulu, Hawaii   96813
Telephone:   (808) 522-8154
Ustpregion15.hi.ecf@usdoj.gov

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In re | ) | CASE NO. 19-00010 |
| | ) | (Chapter 11) |
| ARCHBISHOP OF AGANA, a | ) | |
| a Corporation Sole, | ) | |
| | ) | |
| Debtor. | ) | Judge:   Hon. FRANCES |
| _____ | ) | TYDINGCO-GATEWOOD |

## UNITED STATES TRUSTEE'S STATEMENT REGARDING STIPULATION FOR STAY OF PROCEEDINGS

The United States Trustee respectfully submits this statement regarding the Stipulation for Stay of Proceedings ("Stipulation") filed on May 14, 2020.

The United States Trustee does not oppose the Stipulation.

DATED: Honolulu, Hawaii   May 14, 2020

                TIFFANY L. CARROLL
                Acting United States Trustee

                By:  /s/ CURTIS CHING
                Assistant U.S. Trustee