# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-00010 |
| ARCHBISHOP OF AGAÑA, | Chapter 11 |
| a Corporation Sole, | |
| Debtor. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | Adversary Proceeding Case No. 19-00001 |
| Plaintiff, | |
| vs. | |
| ARCHBISHOP OF AGAÑA, | |
| Defendant. | |

## ORDER FOR STAY OF PROCEEDINGS

THIS MATTER came before the court pursuant to the STIPULATION FOR STAY OF PROCEEDINGS of the parties, with certain exceptions, as set out below.

The Court finding good cause for the entry of said order;

IT IS HEREBY ORDERED that the proceedings in bankruptcy Case No. 19-00010, and Adversary Proceeding Case No. 19-00001, shall be stayed until at least June 15, 2020, and the terms of said stipulation, as follows, are approved.

1. All matters and proceedings in the above-entitled bankruptcy case No. 19-00010, and the above-entitled adversary proceeding No. 19-00001, shall be stayed through June 15, 2020, except for such matters as set out below. The stay shall include a stay of any objections or responses that may be due or come due prior to June 15, 2020. The stay shall automatically extend another thirty (30) days until July 15, 2020, unless Committee or Debtor file an objection to such extension before June 8, 2020. Committee, Debtor, and if applicable, Intervenors, shall meet and confer with the mediator, Honorable Robert Faris, (hereinafter "Mediator"), prior to June 8, 2020, to discuss the extension of the stay beyond June 15, 2020.

2. Weekly meetings with regard to property, with Mediator shall continue and be held on a weekly basis as determined by Mediator. To the extent property at issue ultimately impacts the claims of Intervenors, then Intervenors shall participate, through their counsel, in such meetings.

3. Committee shall share the Cornerstone appraisals with Debtor, expressly reserving attorney-client and work product as to all matters so shared. Debtor shall withdraw its objection to the Cornerstone fees, by separate withdrawal of objection to be filed upon the entry of the order of stay.

4. The exceptions to the stay of all proceedings and matters are as follows:

    4.1 As between Debtor and Committee, the adversary case and Rule 2004 discovery currently being conducted shall continue.

    4.2 The parties hereto may file motions and Debtor may file an Amended Plan and Disclosure Statement; however, no response dates, objection deadlines, or any other due dates for responses and objections shall begin to run

until the Court schedules such response dates and objection deadlines after the expiration of the stay, stipulated to herein.

  4.3 The professional fee hearing scheduled for June 5, 2020, shall be held; however, Debtor and Committee stipulate that with the exception of any fee awarded to Cornerstone Appraisals, any other fees awarded at such hearing shall not be paid until on or after July 1, 2020.

  4.5 No party shall be prejudiced by any delay occasioned by the stay entered pursuant to this stipulation.

  4.6 Upon expiration of the stay, the Court shall set a scheduling conference to determine all scheduled responses, objections, hearings, or deadlines, except to the extent that such responses, objections, deadlines, and requests for hearing dates may be stipulated to by a scheduling order submitted by Debtor, Committee, and with regard to the adversary proceeding, the Intervenors.

  4.7 The Stipulation and Order shall be filed in both the bankruptcy case, Case No. 19-00010; and the adversary proceeding, Case No. 19-00001.

**SO ORDERED.**



      **/s/ Frances M. Tydingco-Gatewood**
        **Chief Judge**
      **Dated: May 15, 2020**

ELSAESSER ANDERSON, CHTD.

*/s/ Ford Elsaesser*_____
Ford Elsaesser
Counsel for
ARCHBISHOP OF AGAÑA,
a Corporation Sole,
Debtor-in-Possession


STINSON LLP

*/s/ Edwin H. Caldie*_____
Edwin H. Caldie
Counsel for
Official Committee of Unsecured Creditors


CAMACHO CALVO LAW GROUP LLC

*/s/ Vincent C. Camacho*_____
Vincent C. Camacho
Counsel for Catholic Parishes and Schools
Intervenors in Adversary Matter

ORDER FOR STAY OF PROCEEDINGS - 4