Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
ford@eaidaho.com
brucea@eaidaho.com

John C. Terlaje
LAW OFFICE OF JOHN C. TERLAJE
Terlaje Professional Bldg., Suite 216
194 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 477-8894/5
john@terlaje.net

*Counsel for Debtor-in-Possession*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>ARCHBISHOP OF AGAÑA,<br>a Corporation Sole,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-00010 |

## NOTICE OF SECOND AMENDMENTS TO BANKRUPTCY SCHEDULES A/B AND STATEMENT OF FINANCIAL AFFAIRS

COMES NOW Debtor-in-Possession by and through undersigned counsel, Bruce A. Anderson of Elsaesser Anderson, Chtd., and gives notice of the following amendments to Schedules A/B and the Statement of Financial Affairs:

NOTICE OF SECOND AMENDMENTS TO
BANKRUPTCY SCHEDULES A/B AND
STATEMENT OF FINANCIAL AFFAIRS- 1

**Schedules A or B (non-individuals):**

| Description of Property | Interest in Property (i.e., Debtor 1 only, Debtor 2 only, Debtor 1 and Debtor 2 only, at least one debtor and another) | Listed on Petition | As Amended |
|---|---|---|---|
| Part 11, All Other Assets of Any Kind | Debtor – interest in Insurance Policies | | Value Unknown |

**Statement of Financial Affairs:** updated Part 11, line 21, Property Held for Another, Various Real Property (Property held in trust for Parishes and schools), added three properties held in trust, one for St. Joseph's Parish, and two held in trust for Incardinated Priests Pension.

      RESPECTFULLY SUBMITTED this 2nd day of September, 2021, Pacific Time.

                    ELSAESSER ANDERSON, CHTD.

                    /s/ Bruce A. Anderson
                    Ford Elsaesser
                    Bruce A. Anderson

                    -and-

                    THE LAW OFFICE OF JOHN C. TERLAJE

                    /s/ John C. Terlaje
                    John C. Terlaje

## CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2021, Pacific Time, in accordance with Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case, and the U.S. Trustee.

Additionally, by regular first class mail, postage prepaid, the foregoing was served to the parties on the attached MML* and the following non-ECF parties:

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Guam Department of Revenue and Taxation
Real Estate Tax Department
P.O. Box 23607
Barrigada, Guam 96921

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 2, 2021      /s/ *Bruce A. Anderson*
                                     Bruce A. Anderson

\* The attached list will not be mailed out to creditors, but will be on file with the Bankruptcy Court. A copy will be provided upon request

NOTICE OF SECOND AMENDMENTS TO
BANKRUPTCY SCHEDULES A/B AND
STATEMENT OF FINANCIAL AFFAIRS - 3

Debtor name: **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana**

United States Bankruptcy Court for the: DISTRICT OF GUAM

Case number (if known) **19-00010**

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* **A/B**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration **Amended Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/02/2021

x _+Michael J. Byrnes_
Signature of individual signing on behalf of debtor

**Rev. Archbishop Michael Jude Byrnes, S.T.D.**
Printed name

**Archbishop of Agana**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not recorded. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

                                                                        Current value of debtor's interest

2.    **Cash on hand**                                                                   $1,206.70

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of Guam**<br>**Chalan Santo Papa Juan Pablo Dos**<br>**Hagåtña, 96910, Guam** | Checking | 9073 | $45,073.51 |
| 3.2. **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam** | Checking | 1430 | $1,597,526.64 |
| 3.3. **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Originally set up for the Annual Appeal**<br>**Collections** | Checking | 3050 | $49,765.10 |
| 3.4. **First Hawaiian Bank**<br>**400 8, Mongmong-Toto**<br>**Maite, 96910, Guam**<br>**Umatuna Se Yuos transactions** | Checking | 4294 | $49,104.83 |

Debtor   **Archbishop of Agana, a Corporation Sole, Most Rev.**
         **Michael Jude Byrnes, Coadjutor Archbishop of Agana**          Case number *(If known)* **19-00010**
         Name

|   |   |   |   |   |
|---|---|---|---|---|
| 3.5. | **First Hawaiian Bank**<br>400 8, Mongmong-Toto<br>Maite, 96910, Guam<br>**Victims Fund** | Checking | 3412 | $15,985.00 |
| 3.6. | **First Hawaiian Bank**<br>400 8, Mongmong-Toto<br>Maite, 96910, Guam<br>**Vocations' Fund** | Checking | 4545 | $2,746.11 |
| 3.7. | **First Hawaiian Bank**<br>400 8, Mongmong-Toto<br>Maite, 96910, Guam<br>**Canonization Fund** | Checking | 7301 | $3,964.54 |
| 3.8. | **First Hawaiian Bank**<br>400 8, Mongmong-Toto<br>Maite, 96910, Guam<br>**RMS** | Checking | 9082 | $5,110.59 |
| 3.9. | **Coast 360 Federal Credit Union**<br>450 Route 8<br>Maite, Guam 96910<br>**Restricted** | Savings | 8472 | $210.66 |
| 3.10. | **Bank Pacific**<br>Aspinall Avenue<br>Hagåtña, 96910, Guam<br>**Marriage Tribunal account** | Checking | 6020 | $23,646.41 |
| 3.11. | **Bank of Hawaii**<br>2F Prometric Testing Center<br>Hagåtña, Guam<br>**General Fund** | TCD | 5551 | $17,570.19 |
| 3.12. | **Bank of Hawaii**<br>2F Prometric Testing Center<br>Hagåtña, Guam<br>**Building for Sasahjan** | TCD | 5288 | $55,324.23 |
| 3.13. | **Bank of Guam**<br>Chalan Santo Papa Juan Pablo Dos<br>Hagåtña, 96910, Guam | Checking | 3206 | $63,615.99 |
| 3.14. | **First Hawaiian Bank**<br>400 8, Mongmong-Toto<br>Maite, 96910, Guam<br>**Pontifical Holy Childhood** | TCD | 2656 | $9,815.07 |

Debtor **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**
Name

Case number *(If known)* **19-00010**

| | | | | |
|---|---|---|---|---|
| 3.15. | **Bank Pacific**<br>**Aspinall Avenue**<br>**Hagåtña, 96910, Guam**<br>**General Fund** | TCD | 0763 | $9,159.38 |
| 3.16. | **Personal Finance Center**<br>**126 Chalan San Antonio**<br>**Tamuning, 96913, Guam**<br>**Marriage Tribunal** | TCD | 2599 | $15,560.29 |
| 3.17. | **Personal Finance Center**<br>**126 Chalan San Antonio**<br>**Tamuning, 96913, Guam**<br>**Marriage Tribunal** | TCD | 2599 | $13,530.21 |
| 3.18. | **Bank of Hawaii**<br>**2F Prometric Testing Center**<br>**Hagåtña, Guam**<br>**Employment Tax Fund** | Checking | 1263 | $40,078.46 |
| 3.19. | **Bank of Guam**<br>**Interfaith Volunteer Caregivers, Inc.**<br>**Restricted** | Demand deposit account | 0229 | $3,253.73 |
| 3.20. | **Bank of Guam**<br>**Christian Mothers account - Restricted** | Checking | 0935 | $3,161.55 |
| 3.21. | **Coast 360**<br>**ADCAA - Restricted** | Savings | 9024 | $18,126.94 |
| 3.22. | **First Hawaiian Bank**<br>**Equestrian Order of the Holy See -**<br>**Restricted** | Checking | 7662 | $17,667.46 |
| 3.23. | **First Hawaiian Bank**<br>**Cursillos in Christianity Guam -**<br>**Restricted** | Checking | 9838 | $1,597.66 |
| 3.24. | **First Hawaiian Bank**<br>**CEPAC Mission Societies account -**<br>**Restricted** | Checking | 6319 | $227,401.55 |
| 3.25. | **Coast 360 Federal Credit Union**<br>**450 Route 8**<br>**Maite, Guam 96910** | Savings | 2617 | $206.72 |

4. **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$2,290,409.52**

---

| **Part 2:** | Deposits and Prepayments |

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **Risk Partner**
    8.1. **Asset management annual subscription** | **$6,500.00**

    **TransPacific Insurance Brokers**
    **300 W Marine Corps Dr Apt N.A**
    **Hagatna Guam GU 96910-5086**
    8.2. **Property Insurance** | **$27,887.00**

    **National Catholic Services**

    8.3. **Virtus online subscription** | **$2,800.00**

    **SmartSheet**
    8.4. **Holder of electronic files and sheet monitoring** | **$747.00**

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81. | **$37,934.00**

---

| **Part 3:** | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less: | **440,730.63** | - | **0.00** | = .... | **$440,730.63**
    | | face amount | | doubtful or uncollectible accounts | |

    11b. Over 90 days old: | **366,009.91** | - | **118,699.54** | =.... | **$247,310.37**
    | | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$688,041.00**

---

| **Part 4:** | Investments |

13. **Does the debtor own any investments?**

Debtor    **Archbishop of Agana, a Corporation Sole, Most Rev.**
       **Michael Jude Byrnes, Coadjutor Archbishop of Agana**
       Name

Case number *(If known)* **19-00010**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** Mutual funds or publicly traded stocks not included in Part 1 | | |
| Name of fund or stock: | | |
| **Bank Pacific** | | |
| **Aspinall Avenue** | | |
| **Hagåtña, 96910, Guam** | | |
| 14.1. **Educational Endowment Fund** | | $50,960.32 |
| 14.2. **El Paso Stocks** | **Market Value** | $524.16 |
| 14.3. **Northrop Grumman Stocks** | **Market Value** | $2,938.76 |
| 14.4. **Huntington Ingalls Stocks** | **Market Value** | $372.32 |
| **Investment Account with Raymond James Financial** **Archbishop Flores Memorial Scholarship Fund - restricted** 14.5. **fund** | **Market Value** | $116,739.28 |
| **Investment Account with Raymond James Financial** **Ana & Leon Flores Catholic Scholarship Fund - restricted** 14.6. **fund** | **Market Value** | $116,739.06 |
| **Investment Account with Raymond James Financial** **Bishop Baumgarter Memorial Scholarship Fund - restricted** 14.7. **fund** | **Market Value** | $46,653.76 |
| **Investment Account with Raymond James Financial** 14.8. **Helen Carriveau LG Scholarship Fund - restricted fund** | **Market Value** | $155,686.94 |
| **Investment Account with Bank of Guam - BOG Stock** 14.9. **Former Redemptoris Mater Seminary Estate** | **Market Value** | $11,638.00 |
| **Investment Account with Bank of Hawaii** **2F Prometric Testing Center** 14.10 **Hagatna, Guam** . **Priest Retirement Plan - restricted** | | $1,551,378.77 |

**15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                % of ownership

Debtor    **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**
Name

Case number *(If known)* **19-00010**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

| $2,053,631.37 |
|---|

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture **Misc. Office Furniture** | $0.00 | Book Value | $11,292.41 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software **Computers and Office Equipment** | $0.00 | | $23,538.61 |
| 42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Various Collectibles - See Exhibit 1** | $0.00 | Internal Est. | $9,090.00 |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $43,921.02 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

Debtor    **Archbishop of Agana, a Corporation Sole, Most Rev.**
        **Michael Jude Byrnes, Coadjutor Archbishop of Agana**
        Name

Case number *(If known)* **19-00010**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Various Vehicles, See Exhibit 2** | **$36,108.87** | **Kelly Blue Book** | **$68,785.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| **$68,785.00** |

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

■ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Various Real Property, See Exhibit 3**<br>**Valuation is Broker's Price Opinion as available**<br>**Net Book Value not available** | **Fee Simple** | **$0.00** | | **$15,080,000.00** |

Debtor  **Archbishop of Agana, a Corporation Sole, Most Rev.**
**Michael Jude Byrnes, Coadjutor Archbishop of Agana**          Case number *(If known)*  **19-00010**
        Name

56.  **Total of Part 9.**                                                                                  | **$15,080,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of
debtor's interest

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  Interests in insurance policies or annuities
**The Debtor's interest in Insurance Policies listed on**
**Exhibit 11**                                                                                          **Unknown**

74.  **Causes of action against third parties (whether or not a lawsuit**
**has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of**
**every nature, including counterclaims of the debtor and rights to**
**set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.  **Total of Part 11.**                                                                               | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,290,409.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $37,934.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $688,041.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,053,631.37 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,921.02 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $68,785.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $15,080,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,182,721.91 | + 91b. $15,080,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,262,721.91 |

## EXHIBIT 11

| POLICY DATES | INSURER | POLICY NUMBER |
|---|---|---|
| 1/1/1962-1/1/1963 | Insurance Company of North America ("INA") | CGL191986 |
| 1/1/1963-1/1/1964 | INA | CGL204680 |
| 1/1/1964-1/1/1965 | INA | CGL212922 |
| 1/1/1965-1/1/1966 | INA | CGL 232470 |
| 1/1/1966-1/1/1967 | INA | CGL 248896 |
| 1/1/1967-1/1/1968 | INA | CLP 11200 |
| 1/1/1968-1/1/1969 | INA | GLP 151211 |
| 1/1/1969-1/1/1970 | INA | GLP 160981 |
| 3/2/1969-1/1/1970 | INA | XBC 43198 |
| 1/1/1970-1/1/1971 | INA | BLB 51323 |
| 1/1/1970-1/1/1971 | INA | XBC 77302 |
| 1/1/1971-1/1/1972 | INA | XBC 85370 |
| 9/21/1971-1/1/1972 | Hartford Accident and Indemnity Company, et al. ("Hartford") | 10CA43315 |
| 1/1/1972 - 1/1/1974 | Hartford | 10CA43303 |
| 1/1/1972 - 1/1/1974 | Hartford | 10HUA43302 |
| - | Hartford | 10CA43329 |
| 1/1/1974-1/1/1975 | Hartford | 10HUA43335 |
| 1/1/1975-1/1/1976 | Hartford | 10CA43342E |

| POLICY DATES | INSURER | POLICY NUMBER |
|---|---|---|
| 1/1/1976-1/1/1977 | Hartford | 10CA43349E |
| 1/1/1976-1/1/1977 | National Union Fire Insurance Company of Pittsburgh, PA ("National Union") | BE1151559 & BE1151554 |
| 9/17/1976-9/17/1977 | Certain Underwriters at Lloyd's London ("Lloyds' & Companies") | 76-10-08-02 |
| 1/1/1977-1/1/1978 | Hartford | 10CA43359 E |
| 1/1/1977-1/1/1978 | National Union | BE121P255 & BE1151590 * |
| 1/1/1977-1/1/1978 | American Re Corporation ("Am RE") | M-1027493 |
| 1/1/1978-1/1/1979 | INA | GLP706452 |
| 1/1/1978-1/1/1979 | National Union | CE1157777 |
| 1/1/1978-1/1/1979 | First State Insurance Company ("First State") | 908854 |
| 1/1/1979-1/1/1980 | INA | GLP706452 |
| 1/1/1979-1/1/1980 | INA | XBC 151748 |
| 1/1/1979-1/1/1980 | First State | 927616 |
| 1/1/1980-1/1/1981 | INA | GLP706452 |
| 1/1/1980-1/1/1981 | Allianz Global Risks US Insurance Company ("Allianz") | UMB 599346 |
| 1/1/1980-1/1/1981 | Aetna | 01XN2438WCA |

| POLICY DATES | INSURER | POLICY NUMBER |
|---|---|---|
| **1/1/1981-1/1/1982** | INA | ISC1353 |
| **1/1/1981-4/1/1982** | Transit Casualty Insurance Company ("Transit") | UMB 964076 |
| **1/1/1981-1/1/1983** | First State | 931255 & 931255A |
| **1/1/1981-1/1/1983** | First State | 931257 & 931257A |

| Fill in this information to identify the case: |
|---|
| Debtor name **Archbishop of Agana, a Corporation Sole, Most Rev. Michael Jude Byrnes, Coadjutor Archbishop of Agana** |
| United States Bankruptcy Court for the: DISTRICT OF GUAM |
| Case number (if known) **19-00010** |

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From 7/01/2017 to 6/30/2018 | ☐ Operating a business ■ Other **Non Profit Religious Organization** | **$4,126,794.24** |
   | **For the fiscal year:** From 7/01/2016 to 6/30/2017 | ☐ Operating a business ■ Other **Non Profit Religious Organization** | **$1,700,838.16** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From 7/01/2017 to 6/30/2018 | Investment Income | $10,366.41 |
   | **For the fiscal year:** From 7/01/2016 to 6/30/2017 | Investment Income | $40,353.78 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Various Vendors** | **See Exhibit 6** | **$938,743.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **See Exhibit 6** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 04/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Archbishop Michael Brynes**<br>**c/o Archbishop of Agana**<br>**Hagatna, GU 96910** | **2018** | **$45,202.30** | **Annual Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;">**Part 3:**</div>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **M.C. v. Roman Catholic**<br>**Archbishop of Agana, et al.**<br>**CV 0207-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | A.R.C.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0208-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | P.D. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0311-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | M.B. v. Roman Catholic Archbishop of Agana, et al.<br>CV0328-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | G.G. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0329-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | D.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0333-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | N.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0450-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | F.A.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 670-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | E.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0795-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 | G.E.J. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1050-17 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 | W.M. v. Roman Catholic Archbishop of Agana, et al.<br>fCV 1190-18 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 | D.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0779-18 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 | G.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0016-18 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 | M.W.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0017-18 | Civil | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.15 A.E.P. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0018-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16 A.M. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0031-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17 A.B.L. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0188-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 J.G. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0274-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19 J.C.M. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0424-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20 E.T. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0428-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21 J.S. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0435-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22 C.R. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0458-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23 T.H.Q. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0651-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24 W.J.S. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0741-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25 M.L.M. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0742-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26 R.C. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0870-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27 J.W. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 0883-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.28 D.G. v. Roman Catholic Archbishop of Agana, et al. CV 0920-18 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.29 J.F.M.B. v. Roman Catholic Archbishop of Agana, et al. CV 0945-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.30 R.P. v. Roman Catholic Archbishop of Agana, et al. CV 0960-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.31 P.W.G. v. Roman Catholic Archbishop of Agana, et al. CV 0961-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.32 R.R.G. v. Roman Catholic Archbishop of Agana, et al. CV 0962-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.33 R.B.C. v. Roman Catholic Archbishop of Agana, et al. CV 0963-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.34 P.V.S. v. Roman Catholic Archbishop of Agana, et al. CV 0974-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.35 R.A.C. v. Roman Catholic Archbishop of Agana, et al. CV 0975-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.36 F.S.L. v. Roman Catholic Archbishop of Agana, et al. CV 0980-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.37 J.A.B.D. v. Roman Catholic Archbishop of Agana, et al. CV 0997-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.38 R.C. v. Roman Catholic Archbishop of Agana, et al. CV 1015-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.39 L.P. v. Roman Catholic Archbishop of Agana, et al. CV 1016-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.40 F.P. v. Roman Catholic Archbishop of Agana, et al. CV 1017-17 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending ☐ On appeal ☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.41 | M.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1018-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42 | P.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1028-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43 | R.G. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1047-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44 | F.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1058-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45 | G.E. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1064-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46 | S.H.L. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1068-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47 | S.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1067-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48 | A.P.I. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1174-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49 | J.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1301-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50 | M.F.T. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1307-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51 | L.C.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0978-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52 | A.F. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0199-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53 | J.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0291-17 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.54 | **M.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 292-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.55 | **R.B. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 327-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.56 | **J.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 344-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.57 | **John Doe v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 349-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.58 | **T.G. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 379-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.59 | **M.S. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 390-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.60 | **D.R. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 480-18** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.61 | **A.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 667-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.62 | **B.C. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 668-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.63 | **T.M. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 669-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.64 | **T.P. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 882-17** | **Civil** | **Superior Court of Guam**<br>**120 West O'Brien Drive**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.65 | **L.B.T. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00003** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.66 | **N.J.D.A. v. Roman Catholic Archbishop of Agana, et al.**<br>**CV 17-00004** | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 19-00010    Document 684    Filed 09/03/21    Page 23 of 53

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.67 | J.A.B. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00005 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.68 | Bruce A. Diaz v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00006 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.69 | A.J.V. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00008 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.70 | R.A.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00010 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.71 | R.T.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00011 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.72 | W.G.D. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00012 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.73 | M.J.Q.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00013 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.74 | R.P.L.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00014 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.75 | V.T.S.N. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00015 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.76 | R.A.D.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00016 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.77 | P.J.B. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00017 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.78 | E.R.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00018 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.79 | F.T.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00019 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.80. | **M.D. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00020 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.81. | **A.L. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00021 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.82. | **A.T.B. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00022 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.83. | **R.C.F. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00023 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.84. | **J.T.B. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00024 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.85. | **B.T.M. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00025 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.86. | **M.W.P. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00026 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.87. | **R.D.S. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00027 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.88. | **T.A.D. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00028 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.89. | **T.R.S. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00030 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.90. | **W.P. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00031 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.91. | **J.A.M. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00032 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.92. | **J.L.K. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00033 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Case 19-00010   Document 684   Filed 09/03/21   Page 25 of 53

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.93. | J.A.B.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00034 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.94. | R.M.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00035 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.95. | M.A. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00036 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.96. | J.I. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00037 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.97. | J.C.T. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00038 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.98. | Donald Vincent San Agustin v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00039 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.99. | B.T. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00040 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.100. | P.J.M.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00041 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.101. | J.D. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00042 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.102. | M.C.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00045 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.103. | T.A.C., Sr. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00046 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.104. | M.W. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00047 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.105. | C.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00048 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10 6. | **S.A.F. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00049 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 7. | **B.C. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00050 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 8. | **H.J.C. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00051 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 9. | **J.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00052 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 0. | **C.C. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00053 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 1. | **R.B.R. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00054 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 2. | **P.W. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00055 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 3. | **B.W.J. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00056 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 4. | **B.J. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00057 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 5. | **F.C. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00058 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 6. | **T.T. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00059 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 7. | **G.J. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00060 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 8. | **A.N.D. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00061 | **Civil** | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11<br>9. | R.Q. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00062 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>0. | S.M.T. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00063 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>1. | E.T. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00064 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>2. | A.J.R. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00065 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>3. | E.V. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00066 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>4. | S.D.E. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00067 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>5. | J.A. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00070 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>6. | S.N.J.C. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00072 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>7. | R.P. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00075 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>8. | R.M.S. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00076 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>9. | M.M. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00077 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13<br>0. | N.P.J.D. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00078 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13<br>1. | B.B.J. v. Roman Catholic<br>Archbishop of Agana, et al.<br>CV 17-00079 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13 2. | W.E.T. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00080 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 3. | R.W.J. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00081 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 4. | P.P.R. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00082 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 5. | A.W.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00085 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 6. | A.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00087 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 7. | D.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00088 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 8. | J.E.L. v. Roman Catholic Archbishop of Agana, et al.<br>CV 0812-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 9. | MCA v. Roman Catholic Archbishop of Agana, et al.<br>CV 1099-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 0. | EFG v. Roman Catholic Archbishop of Agana, et al.<br>CV 1102-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 1. | D.D. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1107-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 2. | Andy v. Roman Catholic Archbishop of Agana, et al.<br>CV 1153-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 3. | J.Q.G. v. Roman Catholic Archbishop of Agana, et al.<br>CV 1191-18 | Civil | Superior Court of Guam<br>120 West O'Brien Drive<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 4. | K.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00089 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14 5. | A.C.J. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00092 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 6. | V.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00095 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 7. | G.M.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00098 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 8. | R.J.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00099 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 9. | R.E.J. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00010 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 0. | V.F. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00101 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 1. | R.R.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00102 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 2. | C.J.I. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00104 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 3. | C.J.I. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00104 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 4. | R.I.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00105 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 5. | M.I.Q. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00106 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 6. | M.S.B. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00107 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 7. | R.A.S. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00109 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.158. R.A.J. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00111 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.159. J.C.M.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00114 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.160. H.A.W. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00115 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.161. A.J.B.W. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00116 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.162. P.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00117 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.163. C.M.V. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00118 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.164. J.T. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00120 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.165. M.P. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00121 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.166. S.F.T. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00122 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.167. M.S.M. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00123 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.168. J.C. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-000124 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.169. B.F. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00125 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.170. L.J.G. v. Roman Catholic Archbishop of Agana, et al.<br>CV 17-00126 | Civil | District Court of Guam<br>520 W Soledad Avenue<br>Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.17<br>1. **B.G. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00129 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>2. **J.M.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 17-00130 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>3. **G.M. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00001 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>4. **Mark Mafnas Apuron v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00003 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>5. **S.T.J. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00004 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>6. **J.M.R. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00007 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>7. **P.Q. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00008 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>8. **K.B. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00009 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>9. **L.J.C. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00013 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>0. **C.A. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00014 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>1. **T.A.J. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00017 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>2. **F.S. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00018 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>3. **J.C.C. v. Roman Catholic Archbishop of Agana, et al.**<br>CV 18-00020 | Civil | **District Court of Guam**<br>**520 W Soledad Avenue**<br>**Hagatna, GU 96910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18 4. | A.A. v. Roman Catholic Archbishop of Agana, et al. CV 18-00021 | Civil | District Court of Guam 520 W Soledad Avenue Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 5. | J.E. v. Roman Catholic Archbishop of Agana, et al. CV 18-00022 | Civil | District Court of Guam 520 W Soledad Avenue Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 6. | J.V.C. v. Roman Catholic Archbishop of Agana, et al. CV 18-00026 | Civil | District Court of Guam 520 W Soledad Avenue Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 7. | A.J.A. v. Roman Catholic Archbishop of Agana, et al. CV 18-00027 | Civil | District Court of Guam 520 W Soledad Avenue Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 8. | T.G.P. v. Roman Catholic Archbishop of Agana, et al. CV 18-00036 | Civil | District Court of Guam 520 W Soledad Avenue Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18 9. | V.P. v. Roman Catholic Archbishop of Agana, et al. CV 18-00039 | Civil | District Court of Guam 520 W Soledad Avenue Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19 0. | M.M.A. v. Holy See, et al. CV0051-19 | Civil | Superior Court of Guam 120 West O'Brien Drive Hagatna, GU 96910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

---

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Bruce A. Anderson** **Elsaesser Anderson, Chtd.** **320 East Neider Avenue, Suite 102** **Coeur D Alene, ID 83815** | | **10/16/18 -** **$50,000.00** **01/09/19 -** **$75,000.00** **01/14/19 -** **$45,000.00** | **$170,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1  **MEC LLC** **PO Box 12699** **Tamuning, GU 96931** | **Epicure land and building, gross sales price $2,000,000.00, net proceeds $1,794,905.54** | **07/31/2018** | **$1,794,905.54** |
| **Relationship to debtor** | | | |

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | | **Dates of occupancy**<br>**From-To** |

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|---|
| 18.1. | **Various Accounts - See Exhibit 7** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **See Exhibit 7** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| **Depository institution name and address** | **Names of anyone with access to it**<br>**Address** | **Description of the contents** | **Do you still**<br>**have it?** |

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Vehicles** | **See Exhibit 8** | **Vehicles used by the Parishes, held in trust, see Exhibit 8** | $297,820.10 |
| **Various Real Property** | **See Exhibit 9** | **Property Held in Trust for Parishes and Schools. See Exhibit 9** | $52,344,000.00 |
| **Various Bank Accounts See Exhibit 10** | | **Bank accounts titled to Debtor held in trust for Parishes and schools** | $5,899,310.16 |
| **Held in Trust for St. Joseph's Parish Guam** | **Inarajan, Guam** | **7,840 s.m. piece of property in Inarajan, Guam** | $450,000.00 |
| **Held in Trust for Incardinated Priests Pension** | **Makati City Philippines** | **Residential Condominium, Makati City, Philippines, 24th floor, Unit D** | $80,000.00 |
| **Held in Trust for Incardinated Priests Pension** | **Makati City Philippines** | **Residential Condominium, Makati City, Philippines, 24th floor, Unit F** | $80,000.00 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   **Almira Rosie Balagtas**<br>c/o Archdiocese of Agana<br>196 Cuesta San Ramon, Ste B<br>Hagatna, GU 96910 | **1/9/18 - Present** |
| 26a.2.   **Kelsey Gene Fermo**<br>c/o Archdiocese of Agana<br>196 Cuesta San Ramon, Ste B<br>Hagatna, GU 96910 | **7/11/18 - Present** |
| 26a.3.   **Richel Mejares**<br>c/o Archbishop of Agana<br>196 Cuesta San Ramon, Ste B<br>Hagatna, GU 96910 | **1/27/17 - 11/29/18** |
| 26a.4.   **Keisha Madel Santos**<br>c/o Archbishop of Agana<br>196 Cuesta San Ramon, Ste B<br>Hagatna, GU 96910 | **2/19/18 - Present** |

**Name and address**                                                                    **Date of service**
                                                                                        **From-To**

26a.5.    **Feliza Tanag**                                                              **1/9/98 - Present**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.6.    **Josephine Villanueva**                                                      **12/19/16 - Present**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.7.    **Carleen Delgado**                                                           **5/31/17 - Present**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.8.    **Eillen Joy Adriano**                                                        **11/3/17 - 5/7/18**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.9.    **Joni Aguon**                                                                **1/6/17 - 1/12/18**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.10.   **Elisha Mae Escalera**                                                       **2/23/17 - 5/15/17**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.11.   **Teresa A. Figueroa**                                                        **8/11/03 - 5/23/17**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.12.   **Toni Gumataotao**                                                           **5/23/00 - 3/3/17**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26a.13.   **Zen Shuging**                                                               **12/19/18 - Present**
          **c/o Archbishop of Agana**
          **196 Cuesta San Ramon, Ste B**
          **Hagatna, GU 96910**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
     within 2 years before filing this case.

     ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ■ None

**Name and address**                                        **If any books of account and records are**
                                                            **unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
     statement within 2 years before filing this case.

     ■ None

Debtor   **Archbishop of Agana, a Corporation Sole, Most Rev.**          Case number *(if known)*  **19-00010**
         **Michael Jude Byrnes, Coadjutor Archbishop of Agana**

         Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/02/2021

*(signature)* ＋ Michael J Byrne

_____
Signature of individual signing on behalf of the debtor

**Rev. Archbishop Michael Jude Byrnes,
S.T.D.**
Printed name

Position or relationship to debtor    **Archbishop of Agana**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Label Matrix for local noticing
0993-1
Case 19-00010
District Court of Guam
Hagatna
Tue Aug 24 09:06:39 ChST 2021

American Home Assurance Company
CO Thompson Thompson and Alcantara, P.C.
238 Archbishop Flores Street, Suite 801
Hagatna, GU 96910-5205

Archbishop of Agana, a Corporation Sole, Mos
196 Cuesta San Ramon Ste B,
Hagatna, GU 96910-4334

Bank Of Guam
C/o Arriola Cowan & Arriola
P.O. X
Agana, GU 96932-7540

Bank of Hawaii
c/o Camacho Calvo Law Group LLC
134 W Soledad Ave, Suite 401
Hagatna, GU 96910-5079

Boy Scouts of America
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, GU 96910-5081

Boy Scouts of America Aloha Council Chamorro
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagatna, GU 96910-5081

First Hawaiian Bank
c/o Blair Sterling Johnson & Martinez
238 Archbishop Flores St. Ste. 1008
Hagatna, GU 96910-5205

National Union Fire Insurance Company of Pit
c/o Thompson Thompson & Alcantara, PC
238 Archbishop Flores St., Ste 801
Hagatna, GU 96910-5205

Numerous Victims of Clergy Abuse (DRF Client
CO Dooley Roberts & Fowler LLP
865 S Marine Corps Dr Ste 201
Tamuning, Gu 96913-3440

Numerous Victims of Clergy Abuse (Lujan clie
CO Lujan and Wolff, LLP
238 Archbishop Flores Street, Suite 300
DNA Building
Hagatna, GU 96910-5206

Sisters of Mercy Entities
co The Law Offices of Duncan G. McCully
139 Murray Boulevard, Suite 200
Hagatna, Gu 96910-5153

U.S. Small Business Administration
2401 Fourth Ave., Ste. 400
Seattle, WA 98121-1430

Office of the Clerk
520 W. Soledad Ave.
4th Floor, U.S. Courthouse
Hagatna, GU 96910-4916

A.A.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

A.B.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

A.C.D.L.R
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.C.F.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

A.C.J.
Lujan and Wolff LLP
Delia L Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

A.E.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

A.J.B.R.JR.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.J.V.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.L.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

A.L.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

A.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

A.M.F.
Law Office of Anthony C. Perez
Anthony C. Perez
Ste 802, 238 Archbishop Flores St
Hagatna, GU 96910-5205

A.M.S.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

A.N.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.P.I.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa
Suite 503
Hagatna, Guam 96910-5176

A.P.R.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

A.P.S.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

A.Q.Q.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

A.R.C.M.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

A.S.A.F.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.S.V.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

A.T.A.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

A.T.B.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Academy of Our Lady of Guam
233 W Archbishop F Flores Street
Hagatna, GU 96910-5102

Agafa Gumas
PO Box 11496
Yigo, GU 96929-0496

Anthony Sablan Apuron
c/o Jacqueline T. Terlaje
284 W. Chalan Santo Papa
Hagatna, GU 96910-5154

Assumption of Our Lady
314 Assumption Drive
Piti, GU 96915-5563

B.A.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

B.A.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

B.B.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

B.C.B.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

B.C.J.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

B.Q.V.
c/o Berman O'Connor & Mann
Michael J Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

B.T.M.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

B.T.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Bank of Guam
P.O. Box BW
Hagatna, GU 96932-7597

Bank of Hawaii
134 West Soledad Avenue
Hagatna, GU 96910-5057

Bishop Baumgartner Memorial School
281 Calle Angel Flores Street
Sinajana, GU 96910-3714

Blessed Diego de San Vitores
884 Pale' San Vitores Road
Tumon, GU 96913-4013

Boy Scouts of America
Attn Legal Department
1325 W. Walnut Hill Lane
Irving, Texas 75038-3096

Boy Scouts of America
PO Box 152079
Irving, TX 75015-2079

Boy Scouts of America Aloha Council
280 N Marine Corps Dr.
Tamuning, GU 96913-4105

C.B.B.C.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

C.M.D.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
238 Archbishop Flores Street
Hagatna, GU 96910-5205

C.M.M.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

C.O.
c/o Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

C.P.D.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

Capuchin Franciscans Custody of
Star of the Sea
30 Gedney Park Drive
White Plains, NY 10605-3534

Claimant D.M.
c/o Charles H. McDonald II
238 Archbishop Flores St., Ste 404
Hagatna, GU 96910-5206

Claimant M.B., et al.
c/o Anthony Perez
238 Archbishop Flores Street, #802
Hagatna, GU 96910-5205

D.E.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

D.N.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

D.U.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

D.V.R.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

Docomo Pacific
890 S Marine Corps Drive
Tamuning, GU 96913-3458

E.G.W.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

C.W.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

CathoNet LLC
14 Hampshire Drive
Hudson, NH 03051-4921

Claimant Estate of G.C., et al.
c/o Michael Berman
111 Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

Congregation of Holy Cross
PO BOX 1064
Notre Dame, IN 46556-1064

D.E.Y.C.
c/o Lujan and Wolff LLP
David J Lujan
Ste 300, 238 Archbishop Flores St
Hagatna, GU 96910-5206

D.S.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

D.V.
Berman, O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

D.V.S.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

Dulce Nobre de Maria Cathedral
207 Archbishop Flores Street
Hagatna, GU 96910-5102

E.J.L.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Capuchin Franciscans
Province of St. Mary
30 Gedney Park Drive
White Plains, NY 10605-3534

Claimant B.D., et al.
c/o David Lujan, Lujan and Wolff
238 Archbishop Flores St., #300
Hagatna, GU 96910-5206

Claimant John Doe, et al.
c/o Kevin Fowler
865 S Marine Corps Dr., #201
Barrigada, GU 96913-3440

D.A.N.
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

D.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

D.T.S.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910-5205

D.V.C.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

Delia Lujan Wolff
Lujan and Wolff LLP
Suite 300 DNA Building
238 Archbishop Flores Street
Hagatna, Guam 96910-5206

E.B.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

E.M.M.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

E.M.V.J.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

E.P.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

E.R.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

E.T.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

E.T.W.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

E.V.K.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

E.W.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Edith Concepcion (Doris)
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

F.A.C. Jr.
Pro Se
P.O. Box 25706
Barrigada, Guam 96921-5706

F.A.D
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.F.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

F.G.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

F.J.S.
c/o Anthony C. Perez
Law Office of Anthony C. Perez
Ste 802, DNA Bldg, 238 Archbishop Flores
Hagatna, GU 96910-5205

F.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.M.S.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

F.P.
CO Berman OConnor and Mann
111 West Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.S.B.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

F.S.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

F.T.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

F.T.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

Father Duenas Memorial School
PO Box FD
Hagatna, GU 96932-7654
ect

First Hawaiian Bank
Attn: Loan Recovery Dept
PO Box 4070
Honolulu, HI 96812-4070
ect

First Hawaiian Bank
Ed Untalan
400 Route 8, Suite 101
Maite, GU 96910-2026

First Hawaiian Bank
c/o Blair Sterling Johnson & Martinez
238 Archbishop Flores St. Ste. 1008
Hagatna, Guam 96910-5205
ect

G.A.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

G.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

G.C.G.
CO Law Office of Anthony C. Perez
Suite 802 DNA Bldg
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

G.C.S.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.E.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

G.G.E.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
Ste 802, 238 Archbishop Flores St
Hagatna, GU 96910-5205

G.H.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

G.M.D.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.T.Y.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
Ste 802, 238 Archbishop Flores St
Hagatna, GU 96910-5205

Guam Capital Investment Corp. Bldg.
414 W. Soledad Ave., Suite 500
Hagatna, GU 96910-5066


H.A.W.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

H.J.C.SR.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

Iain A. Macdonald
221 Sansome Street, # 3
San Francisco, CA 94104-2331


J.A.B.
c/o Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

J.A.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.B.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176


G.J.Q.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.S.M.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.W.B.J.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Guam Reef Hotel, Inc.
1317 Pale San Vitores Road
Barrigada, GU 96913-4298


H.B.B.
Pro Se
P.O. Box 1491
Hagatna, GU 96932-1491


H.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

Immaculate Heart of Mary
225 Aragon Street
Toto, GU 96910-3000


J.A.B.D.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

J.A.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.B.P.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176


G.J.S.M.B.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

G.T.P.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

G.Y.Y.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

Guam Telephone Authority
624 N. Marine Corps Drive
Barrigada, GU 96913-4401


H.J.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

I.V.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.A.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206


J.A.B.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.A.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.B.P.
Pro Se
PO Box 313
Hagatna, Guam 96932-0313

J.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.C.B.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

J.C.G.
c/o Lujan & Wolff LLP
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.C.N.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.S.S.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.C.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

J.E.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.F.G.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

J.G.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.H.C.
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.I.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

J.I.I.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.J.I.C.
c/o Lujan & Wolff LLP
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.J.P.
Pro Se
CO P.O. Box BZ
Hagatna, Guam 96932-7617

J.L.K.
CO Lujan and Wolff LLP
238 Archbishop Flores St., Suite 300
Hagatna, Guam 96910-5206

J.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.M.C.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

J.M.I.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.M.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

J.M.Q.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.N.P.D.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

J.P.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.P.G.L.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.P.N.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.P.T.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

J.R.
CO Berman Law Firm
111 W. Chalan Santo Papa
Suite 503
Hagatna, Guam 96910-5176

J.R.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.R.
c/o Berman Law Firm
111 W. Chalan Santo Papa
Hagatna, Guam 96910-5169

J.R.A.
Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

J.R.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.R.M.
CO Berman O'Connor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.T.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.T.B.SR.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

J.T.S.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.T.S.
c/o Lujan & Wolff LLP
Gloria L Rudolph
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

J.V.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

J.V.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

J.W.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

Ju.A.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

K.C.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

K.E.J.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

K.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

K.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

K.S.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

L.B.T.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

L.C.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

L.J.C.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

L.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

LAW OFFICE OF VINCENT LEON GUERRERO
P.O. Box 12457
Tamuning, Guam 96931-2457

Leonilo Alger
231 Hesler Place, Suite 101
Hagatna, GU 96910-5082

Louis Brouillard
c/o Meier, Kennedy and Quinn
445 Minnesota Street, #2200
Saint Paul, MN 55101-2137

M.A.C.
CO Law Office Of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

M.A.C.
P.O. Box 12064
Tamuning, Guam 96931-2064

M.A.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

M.C.M.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

M.D.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

M.D.M.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.F.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

M.F.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.I.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.J.D.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.J.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

M.L.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

M.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

M.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

M.P.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

M.Q.G.
CO Lujan and Wolff, LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.Q.G.
Dededo Law Office
Mark E. Williams   act
166 West Marine Corps Dr, Ste 102
Dededo, GU 96929-5911

M.R.W.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.S.B.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

M.S.Q.
CO Lujan and Wolff LLP
Suite 238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910

M.T.D.
McDonald Law Office, LLC
Charles H. McDonald II
Ste 404, 238 Archbishop Flores St
Hagatna, GU 96910-5206

M.T.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

M.W.M.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

M.W.P.
Lujan and Wolff LLP
Delia Lujan Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

M.W.R.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores Street
Hagatna, Guam 96910-5205

Marist Province Center
NDDU-IBED Lagao Campus
PO Box 42
9500 General Santos City, Philippines

Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
102 Bank Pacific Building
166 West Marine Corps Drive
Dededo, Guam 96929-5911

Mary Quinata   act
Camacho Calvo Law Group, LLC
134 W Soledad Ave., Ste. 401
Hagatna, GU 96910-5079

Mc.F.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

N.A.Q.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

N.C.A.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

N.J.D.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

National Union Fire Ins. Co. of Pittsburgh,
c/o Thompson Thompson & Alcantara, PC
238 Archbishop Flores St., Ste 801
Hagatna, Guam 96910-5205   act

Nino Perdido y Sagrada Familia
PO Box 45   act
Hagatna, GU 96932-0045

Nuestra Senora De La Paz y Buen
PO Box EC
Hagatna, GU 96932-7565

Nuestra Senora de las Aguas
PO Box 163
Hagatna, GU 96932-0163

Office Of The U.S. Trustee
1132 Bishop St., Suite 602
Honolulu, HI 96813-2830

Our Lady of Guadalupe
PO Box 7355
Agat, GU 96928-0355

Our Lady of Lourdes
153 Chalan Dale Ramon Lagu
Unit A
Yigo, GU 96929-2729

Our Lady of Mt Carmel School
PO Box 7830
Agat, GU 96928-0830

Our Lady of Mt. Carmel
PO Box 8355
Agat, GU 96928-1353

Our Lady of Purification
198 Cuesta San Ramon
Ste B
Hagatna, GU 96910

Our Lady of the Blessed Sacrament
135 Chalan Kapuchino
Agana Heights, GU 96910-6128

P.A.
CO Berman OConner and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, GU 96910-5176

P.A.A.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

P.A.V.M.
c/o Lujan & Wolff LLP
David John Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.B.M.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.H.V.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.J.C.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

P.J.D.N.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

P.J.M.S.
CO Lujan and Wolff LLP
238 Archbishop Flores St., Suite 300
Hagatna, Guam 96910-5206

P.J.P.D.
c/o Law Office of Anthony C. Perez
Anthony C. Perez
DNA Bldg, 238 Archbishop Flores St
Hagatna, GU 96910-5205

P.M.D.
CO Law Office of Anthony C. Perez
Suite 802, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910-5205

P.P.
CO Berman OConnor and Mann
111 West Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

P.P.C.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

P.P.P.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

P.P.R.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.R.W.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

P.S.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

P.S.A.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

P.U.Q.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

P.W.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

PBBJR
CO Lujan and Wolff
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

Pacific Solar and Photovoltaics
PO Box 6754
Tamuning, GU 96931-6754

R.A.D.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.A.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.A.P.T.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

R.A.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.B.C.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.B.C.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.B.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.B.D.A.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.B.R.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.C.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.C.
c/o Berman O'Connor and Mann
Michael J. Berman
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.C.B.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

R.C.F.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

R.D.
c/o Roberts Fowler & Visosky LLP
Kevin J. Fowler, Esq.
Ste 201, 865 Marine Corps Dr
Tamuning, GU 96913-3440

R.D.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

R.E.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.F.M.
CO Berman Oconnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

R.G.M.
c/o Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

R.I.C.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.J.M.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.J.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

R.J.W.
co Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

R.L.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.M.C.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.M.S.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

R.M.T.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

R.M.V.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.P.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

R.P.C.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

R.P.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.R.C.C.
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Barrigada, GU 96910-5206

R.R.G.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

R.S.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, GU 96910-5206

R.S.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.T.P.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

R.T.Q.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

R.Y.Y.
c/o Anthony C. Perez
Law Office of Anthony C. Perez
Ste. 802, 238 Archbishop Flores Street
Hagatna, GU 96910-5205

Risk Partner Tools and Mngmt Risk
5100 E Skelly Drive, Suite 900
Tulsa, OK 74135-6541

Roland Sondia
Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Ragatna, GU 96910-5206

Roy Quintanilla
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

S.H.L.
Berman O'Connor & Mann
Michael J Berman
111 W. Chalan Santo Pap, Ste. 503
Hagatna, GU 96910-5176

S.H.L.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

S.J.J.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

S.P.J.V.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

S.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203-4002

Saint Anthony Catholic School
529 Chalan San Antonio
Tamuning, GU 96913-3600

Saint Francis Catholic School
PO Box 21297
Barrigada, Guam 96921-1297

Saint Jude Thaddeus
122 Bien Avenida Avenue
Sinajana, GU 96910-3664

San Dimas and
Our Lady of the Rosary
PO Box 6099
Merizo, GU 96916-0399

San Dionisio
PO Box 6099
Merizo, GU 96916-0399

San Francisco de Asis
1404 N Canton Tasi
Yona, GU 96915-4665

San Isidro
HC 1 Box 17083
Inarajan, GU 96915-7806

San Juan Bautista
PO Box 49
Hagatna, GU 96932-0049

San Miguel
138 San Miguel Street
Taloforo, GU 96915-3644

San Vincente Catholic School
196 Bejong Street
Barrigada, GU 96913-1182

Santa Barbara
330 Iglesia Circle
Dededo, GU 96929-5327

Santa Barbara Catholic School
274 West Santa Barbara Avenue
Suite A
Dededo, GU 96929-5378

Santa Bernadita Church
PO Box 11496
Yigo, GU 96929-0496

Santa Teresita
192 Vietnam Veterans Hwy
Mangilao, GU 96913-6301

School Sisters of Norte Dame
Greensfelder, Bernard Huger
10 S. Broadway, Ste. 2000
Saint Louis, MO 63102-1747

School Sisters of Norte Dame Central
Pacific Province, Inc. (contd.)
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910-5081

School Sisters of Notre Dame-Region of Guam
G. Patrick Civille
c/o Civille & Tang, PLLC
330 Hernan Cortez Ave, Ste 200
Hagatna, GU 96910-5081

Securitech
PO Box 7779
Tamuning, GU 96931-7779

Sisters of Mercy Entities
co The Law Offices of Duncan G. McCully
139 Murray Boulevard, Suite 200
Hagatna, Guam 96910-5153

Sisters of Mercy of NC on Guam
101 Mercy Drive
Belmont, NC 28012-2898

Sisters of Mercy of North Carolina
101 Mercy Drive
Belmont, NC 28012-2898

St. Andrew Kim
PO Box 1555
Hagatna, GU 96932-1555

St. Anthony and St. Victor
PO Box 7707
Tamuning, GU 96931-7707

St. Joseph
PO Box 10022
Inarajan, GU 96917-0022

St. Vincente Ferrer and San Roke
229 San Roque Drive
Barrigada, GU 96913-1131

T.A.C.Sr.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, GU 96910-5206

T.A.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Hagatna, Guam 96910-5113

T.D.N.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

T.H.Q.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

T.M.A.
c/o Lujan & Wolff LLP
David J Lujan
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

T.M.E.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

T.O.T.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

T.R.S.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Takecare Insurance Co.
PO Box 6578
Tamuning, GU 96931-6578

U.S. Small Business Administration
c/o Jayson Pang
2401 Fourth Avenue, Suite 400
Seattle, WA 98121-1430

V.C.P.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

V.G.P.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

V.M.
Berman O'Connor & Mann
Michael J. Berman
111 W. Chalan Santo Papa, Ste 503
Hagatna, GU 96910-5176

V.M.C.
Lujan and Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste. 300
Hagatna, GU 96910-5206

V.P.A.
CO Roberts Fowler and Visosky LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913-3440

V.S.F.
Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

V.T.S.N.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

V.U.Q.
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Victim M.Q.B.
c/o Law Offices of Mark Williams, P.C.
PO Box 21298
Barrigada, GU 96921-1298

W.A.B.
CO Lujan & Wolff LLP
238 Archbishop Flores Street, Suite 300
Hagatna, Guam 96910-5206

W.A.P.J.
c/o Lujan & Wolff LLP
Delia L. Wolff
238 Archbishop Flores St., Ste 300
Hagatna, GU 96910-5206

W.C.S.
CO Berman OConnor and Mann
111 W. Chalan Santo Papa, Suite 503
Hagatna, Guam 96910-5176

W.D.S.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

W.G.D.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300,
Hagatna, GU 96910-5206

W.J.B.
CO Lujan and Wolff LLP
238 Archbishop Flores Street
Suite 300
Hagatna, Guam 96910-5206

W.Y.
Michael J. Berman
Berman O'Connor & Mann
111 W. Chalan Santo Papa, Ste. 503
Hagatna, GU 96910-5176

Walter Denton
c/o Lujan & Wolff LLP
Delia L Wolff
238 Archbishop Flores St, Ste 300
Hagatna, GU 96910-5206

Bruce A. Anderson
Elsaesser Anderson, Chtd.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007

Ford Elsaesser Jr
Elsaesser Anderson, Chtd.
414 Church Street
Suite 201
Sandpoint, ID 83864-0070

Gina Campos
RE/MAX Diamond Realty
238 E. Marine Corps Drive
Suite 202
Hagatna, GU 96910-5194

John C. Terlaje
Elsaesser Anderson, CHTD
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815-6007

John C. Terlaje
Attorney at Law
Suite 216, Former Union Bank Bldg.
194 Hernan Cortes Ave.
Hagatna, GU 96910-5036

Keith Talbot
Patterson Buchanan Fobes & Leitch, Inc.,
1000 Second Avenue
Ste 30th Floor
Seattle, WA 98104-1093

Victim M.Q.G.
c/o Law Office of Mark Williams, P.C.
102 BankPacific Bldg.
166 W. Marine Dr.
Dededo, GU 96929-5911

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Blank Rome LLP

(u)Catholic Parishes and Schools

(u)Committee of Unsecured Creditors

(u)Cornerstone Valuation Guam, Inc.

(u)Davis and Davis, P.C.

(u)Elsaesser Anderson Chtd.

(u)Hiller Law, LLC

(u)John C. Terlaje

(u)Keen Summit Capital Partners LLC