John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jlucas@pszjlaw.com

Attorney for The Official Committee of Tort Claimants in the Chapter 11 Cases of Boy Scouts of America

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| ARCHBISHOP OF AGAÑA, a Corporation Sole, Debtor. | Chapter 11 Bankruptcy<br>Case No. 19-00010<br>PETITON FOR PRO HAC VICE ADMISSION |

COMES NOW John W. Lucas, and moves pursuant to GNLR 17.1(d), Local Rules of the District Court of Guam, for admission to practice *pro hac vice* in the above-captioned matter before the District Court of Guam, and submits the following information as required by the Court and its Local Rules.

1. I do not reside on Guam.
2. I am not regularly employed in business, professional or other activities in Guam.
3. My residence is: San Francisco, California.
4. My office address is: One Market Plaza, Spear Tower, 40th Floor, Suite 4000, San Francisco, CA 94105.
5. Courts to which I have been admitted to practice and date of admission: District Court of California, Admitted 2010 and District Court of New York, Admitted 2005.
6. I am in good standing and eligible to practice in the above listed courts.
7. I am not currently suspended or disbarred in any other court;

8. I have not concurrently or within the year preceding this application made *any pro hac vice* applications to this Court.

9. I designate the following attorney as local counsel in this matter:

GARY WF GUMATAOTAO, ESQ.
Gumataotao & Pole, PC
456 West O'Brien Dr, Ste 104
Hagatna, Guam 96910
Phone: (671) 475-0200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2022

_____
John W. Lucas

**CONSENT OF DESIGNATED LOCAL COUNSEL**

I, Gary W.F. Gumataotao, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, hereby consent to the foregoing petition of John W. Lucas for *pro hac vice* admission, and the designation contained herein, pursuant to GNLR 17.1(e), Local Rules of the District Court of Guam.

Dated: September 16, 2022

By: _____
GARY WF GUMATAOTAO, ESQ.
Gumataotao & Pole, PC
456 West O'Brien Dr, Ste 104
Hagatna, Guam 96910
Phone: (671) 475-0200